IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES MADDEN, INDIVIDUALLY AND AS THE FATHER AND REPRESENTATIVE OF THE ESTATE OF RASHAD MADDEN AND SHABREEKA KENNEDY AS NEXT FRIEND OF MINOR CHILD, M.M., | § § § § § § | |
| Plaintiffs, | § § | |
| | § | Civil Action No. 3:21-CV-01168-S |
| v. | § § | |
| JASON GIBBON, DUDLEY NOSWORTHY, OTHER JOHN DOE DALLAS POLICE OFFICERS, AND THE CITY OF DALLAS, TEXAS, | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF JASON GRIBBON

My name is Jason Gribbon. I am over twenty-one (21) years of age and am fully competent to make this declaration. I have never been convicted of a felony or a crime of moral turpitude and have no legal disabilities that would prevent me from making this declaration. Unless explicitly stated otherwise, I have personal knowledge of the facts set forth herein, and all of the statements in this declaration are true and correct to the best of my knowledge and recollection.

On May 28, 2019, I was employed by the Dallas Police Department as a police officer. I was working my regularly assigned patrol shift. I was in full uniform and working with my partner, Police Officer Matthew Rushing #9694. Officer Rushing was driving a fully marked black and white Dallas Police Department squad car. I was riding in the front passenger seat.

At approximately 7:55PM, Officer Rushing and I were just finishing up a disturbance call near the 1400 block of Robert B. Cullum Boulevard when a Priority 1 crisis intervention call came out over the radio. The call notes indicated that the subject was armed with a pistol, was pointing it at his throat, and was upset about something to do with his daughter.

Because this was a Priority I call, we responded to the call location with lights and sirens. Our activation of the lights and sirens should have caused our in-dash camera to begin

1

recording. I also recall manually turning on my body camera as we were driving to the call location. Other officers arrived at the call location ahead of us. I heard one of those officers relay that the suspect was inside a vehicle with a Hispanic or white female with blonde hair. I began to get concerned that this situation could turn into a barricaded person with a hostage.

Moments later Officer Rushing and I arrived at the call location. I jumped out of the car at the intersection of EB CF Hawn service road and Murdeaux. I ran towards an opening in the fence of the Five Ponies truck sales yard towards other officers.

Shortly after I came through the fence, I heard Sergeant Nosworthy yell out for all of the officers to get behind cover. During that time I heard officers yelling loud verbal commands to the suspect to show his hands. The suspect continued to resist the officers loud verbal commands that were directed towards him. I ran towards Sergeant Nosworthy who was crouched at the rear of a white pick-up truck with his taser drawn. I got into a crouching position so I could see the suspect. I could hear the sound of tasers being discharged around me. From my vantage point, it appeared that any attempts to tase the suspect were ineffective.

Almost immediately I saw the suspect reaching for a pistol that was under his body. I would catch clear glimpses of the pistol as it would appear then disappear back under his body. The suspect was able to move the pistol out from under his body towards his left side and within his reach. I observed the suspect reach for his pistol. He fumbled with it for a brief moment before he was able to get his hands on the grip and gain full control of the pistol. I yelled something to the effect of "DROP IT! DROP IT! DROP IT!" The suspect then began to turn the pistol in his left hand. The barrel of the pistol began to turn towards me in my crouched position. The barrel of the pistol continued turning towards me. Right as the barrel was to the point where the suspect could shoot and kill me, I fired one shot at him to stop him from murdering me.

The suspect screamed and then went perfectly still. I believed I hit him and the threat was over. Other officers cautiously approached the suspect and took him into custody. I saw them bring the suspect towards emergency medical personnel who I believe had been staged nearby.

I removed myself from the immediate scene and waited for further instructions. My body worn camera, which was functioning during my interaction with Mr. Madden that day, will be submitted to the Court in Defendants' Joint Appendix (Dkt. No.___ ) as Exhibit 1-A.

2

## VERIFICATION

I, Jason Gribbon, state under penalty of perjury that the foregoing is true and correct.
Executed on ___3 - 1 7 - 2022.)

Jason Gribbon-"

3

# EXECUTIVE SHOOTING SUMMARY

**CASE:** 106952-2019                     **COUNCIL DIST:** 8

**LOCATION:** 7525 C F Hawn Fwy           **COUNCIL MEMBER:** Tennell Atkins

**DATE:** May 28, 2019                    **TIME:** 8:00 p.m.

**INVOLVED OFFICERS:**              **TENURE:**           **DUTY STATION:**
Senior Corporal Jason Gribbon, #10116    9 Years 4 Months      Southeast Patrol 3rd Watch

**SUBJECT:**
**Unidentified   B/M**

## SYNOPSIS OF SHOOTING BASED ON THE WITNESS ACCOUNT:

On May 28, 2019, at approximately 8:00pm, officers were dispatched to a mental health (46A) man with a gun at 7525 C.F. Hawn Freeway. On arrival officers observed an unidentified black male under a parked van holding a pistol. Officers gave the subject verbal commands to drop the weapon and crawl out from underneath the van which the subject ignored. Several attempts to communicate with the subject failed and officers tased the subject twice which appeared to have no effect. The subject continued to roll underneath the vehicle displaying the weapon and Officer J. Gribbon #10116 discharged his weapon one time toward the subject. The subject began to crawl from the vehicle and officers were able to place the subject into custody. Officers attempted to provide first aid and could not find a defect on the subject. The subject appeared to be having a medical emergency from the ingestion of an unknown substance and was transported to Baylor Hospital by DFR for medical attention.

A black handgun believed to be the subjects was recovered at the location. Dash cam video and body worn camera video was reviewed at the scene and at SIU. Witness officers provided a walk through and reported to SIU and wrote statements. The involved officer was requested to provide a walk-through, provide a blood specimen, and write a statement which was declined through his attorney at the scene. The involved officer agreed to report to SIU on Friday, May 31, 2019 to provide a written statement.

The subject did not have any identifiers on his person and is being fingerprinted at the hospital. The subject was sedated at the hospital by medical staff and could not be interviewed. The subject remains in critical condition.

No officers were injured during the incident. The subject will be charged with Aggravated Assault.

This is an on-going investigation.

Lance Hunter
Lieutenant of Police
Homicide/SIU
Crimes Against Persons Division
Investigations Bureau

# POLICE INVOLVED INCIDENT
## INVESTIGATIVE FILE

## Table of Contents

### Offense and Victim Info

Tab 1   Shooting Summary

Tab 2   Offense Report

Tab 3   Victims Info & Criminal History

Tab 4   911 Call Sheet/ Radio Transcript
        (VisiNet), and Recordings

Tab 5   In-Car Dash / Body Cam Video

Tab 6   Surveillance Video

### Suspect Information

Tab 7   Arrest Report / Filed Suspect Data,
        A.I.S, Pros Report,  PCA, Crim. Hist.

Tab 8   Voluntary statements of Suspects

Tab 9   Search Warrants, Consent, and Returns

Tab 10  Line Ups

Tab 11  Photos, Crim. History, of Potential Suspects
        Not Filed On

### Involved Officers

Tab 12  Statement Affidavits

Tab13   Concise I.A.D Resume

Tab 14  Witness / Companion Officers Affidavits

### Civilian Witness

Tab 15  Affidavits, Contact Sheets

### Physical Evidence

Tab 16  Crime Scene Reports

Tab 17  Crime Scene Diagram / Photos

Tab 18  Fingerprint Comparison / AFIS Hits
        ATF Gun Trace Forms

### SWIFS

Tab 19  Autopsy Report / Medical Reports

Tab 20  Lab Reports

### Investigative Data

Tab 21  Investigative Notes

Tab 22  Wanted Bulletins

Tab 23  Crime Stopper Tips

Tab 24  Attorney General / F.B.I Referral

Tab 25  Related Reports

Tab 26  News Paper Articles / Outside
        Correspondence / E-mails

### Miscellaneous

Tab 27  Photos of Injured Officer / Witnesses

Tab 28  Grand Jury Info /Adjudications

Tab 29  AXON Taser Print Out

Tab 30  _____

Tab 31  _____

Date Sent to D.A. _____

# EXECUTIVE SHOOTING SUMMARY

**CASE:** 106952-2019

**COUNCIL DIST:** 8

**LOCATION:** 7525 C F Hawn Fwy

**COUNCIL MEMBER:** Tennell Atkins

**DATE:** May 28, 2019

**TIME:** 8:00 p.m.

**INVOLVED OFFICERS:**
Senior Corporal Jason Gribbon, #10116

**TENURE:**
9 Years 4 Months

**DUTY STATION:**
Southeast Patrol 3rd Watch

**SUBJECT:**
**Unidentified B/M**

## SYNOPSIS OF SHOOTING BASED ON THE WITNESS ACCOUNT:

On May 28, 2019, at approximately 8:00pm, officers were dispatched to a mental health (46A) man with a gun at 7525 C.F. Hawn Freeway. On arrival officers observed an unidentified black male under a parked van holding a pistol. Officers gave the subject verbal commands to drop the weapon and crawl out from underneath the van which the subject ignored. Several attempts to communicate with the subject failed and officers tased the subject twice which appeared to have no effect. The subject continued to roll underneath the vehicle displaying the weapon and Officer J. Gribbon #10116 discharged his weapon one time toward the subject. The subject began to crawl from the vehicle and officers were able to place the subject into custody. Officers attempted to provide first aid and could not find a defect on the subject. The subject appeared to be having a medical emergency from the ingestion of an unknown substance and was transported to Baylor Hospital by DFR for medical attention.

A black handgun believed to be the subjects was recovered at the location. Dash cam video and body worn camera video was reviewed at the scene and at SIU. Witness officers provided a walk through and reported to SIU and wrote statements. The involved officer was requested to provide a walk-through, provide a blood specimen, and write a statement which was declined through his attorney at the scene. The involved officer agreed to report to SIU on Friday, May 31, 2019 to provide a written statement.

The subject did not have any identifiers on his person and is being fingerprinted at the hospital. The subject was sedated at the hospital by medical staff and could not be interviewed. The subject remains in critical condition.

No officers were injured during the incident. The subject will be charged with Aggravated Assault.

This is an on-going investigation.

Lance Hunter
Lieutenant of Police
Homicide/SIU
Crimes Against Persons Division
Investigations Bureau

# Incident Report

| | |
|---|---|
| Case Number | CAD Incident # |
| 106952-2019 | 19-0963722 |
| Report Type | |
| Incident Report | Page 1 of 7 |
| Date / Time Occurred | Date / Time Reported |
| 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 | | | | | | |

| Arson Related | Arson Code | | Damage Value | | Hate Crime | | Domestic Violence | | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|

### Incident Details

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| C353 | | NOT APPLICABLE | |
| Situation Found | | Case Status | |

| Location Given By Dispatcher | Cargo Theft |
|---|---|
| 7525 C F HAWN SERV EB | NOT A CARGO THEFT OFFENSE |

### Incident Address

**Street Address**
7525 C F HAWN SERV EB

| City | State | Zip | Beat |
|---|---|---|---|
| DALLAS | TEXAS | 75217 | 353 |

### Administrative Info

| Reporting Officer 1 | Reporting Officer 1 Badge | Reporting Officer 2 | Reporting Officer 2 Badge |
|---|---|---|---|
| FOSTER, THOMAS | 11272 | NELSON, DYLAN XA | 11280 |

## OFFENSE

☑ Primary Offense | Offense Code
ASSAULT (AGG) -DEADLY WEAPON (PC 22.02(A)(2))

| Offense Code Value | Severity | Attempted/Completed |
|---|---|---|
| F2-13150005-D4 | | COMPLETED |

| Premise Type | Circumstances |
|---|---|
| AUTO DEALERSHIP NEW/USED | |

| Bias 1 | Bias 2 | Bias 3 |
|---|---|---|
| NONE | | |

| Bias 4 | Bias 5 | |
|---|---|---|

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|

| Offender Using 1 | Offender Using 2 | Offender Using 3 |
|---|---|---|
| DRUG/NARCOTICS | | |

| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |
|---|---|---|---|
| | | NO | NONE/UNKNOWN |

| Gang Type #1 | Gang Name #1 |
|---|---|

| Gang Type #2 | Gang Name #2 |
|---|---|

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|
| UNKNOWN | | | |

### MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| | N/A | |

| Entry Point 1 | Entry Point 2 | Exit Point 1 |
|---|---|---|
| N/A | | N/A |

| Exit Point 2 | Target Area | Property Target 1 |
|---|---|---|
| | N/A | OTHER |

| Property Target 2 | Property Target 3 | Victim Target |
|---|---|---|
| | | N/A |

| Time of Day | Victim Activity | Action 1 to Premises |
|---|---|---|
| EVENING- 16:00 - 23:59 | NONE | N/A |

| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim |
|---|---|---|
| | | ASSAULTED |

| Action 2 on Victim | Action 3 on Victim | Other Action 1 |
|---|---|---|
| | | N/A |

| Other Action 2 | Other Action 3 | Solicited Offered 1 |
|---|---|---|
| | | N/A |

| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 |
|---|---|---|
| | | HANDGUN |

| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto |
|---|---|---|

| Weapon 3 | Weapon 3 Auto | Arson |
|---|---|---|

| Capitating Circumstance | Instrument Used |
|---|---|

App 00018

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| 106952-2019 | 19-0963722 |

| Report Type | |
|---|---|
| Incident Report | Page 2 of 7 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

**Comments**

A/P POINTED A HANDGUN AT COMPLAINANT

## OFFENSE

| Primary Offense | Offense Code<br>WARRANT HOLD (OUTSIDE AGENCY) | | |
|---|---|---|---|
| Offense Code Value<br>NA-99999999-NC76 | Severity | | Attempted/Completed<br>COMPLETED |
| Premise Type<br>BANK/SAVINGS AND LOAN | Circumstances | | |
| Bias 1<br>NONE | Bias 2 | Bias 3 | |
| Bias 4 | Bias 5 | | |
| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 | |
| Offender Using 1<br>NOT APPLICABLE | Offender Using 2 | Offender Using 3 | |
| # Premise Entered   Home Invasion | Domestic Violence<br>NO | Gang Activity | |
| Gang Type #1 | Gang Name #1 | | |
| Gang Type #2 | Gang Name #2 | | |
| Drug Related   Drug Type<br>NO | Drug Origin | Drug Precursors | |

**MO Panel**

| Entry Type | Entry Area<br>N/A | Entry Method | |
|---|---|---|---|
| y Point 1<br>A | Entry Point 2 | Exit Point 1<br>N/A | |
| Exit Point 2 | Target Area<br>N/A | Property Target 1<br>OTHER | |
| Property Target 2 | Property Target 3 | Victim Target<br>N/A | |
| Time of Day<br>EVENING- 16:00 - 23:59 | Victim Activity<br>NONE | Action 1 to Premises<br>N/A | |
| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim<br>N/A | |
| Action 2 on Victim | Action 3 on Victim | Other Action 1<br>N/A | |
| Other Action 2 | Other Action 3 | Solicited Offered 1<br>N/A | |
| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 | |
| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto | |
| Weapon 3 | Weapon 3 Auto | Arson | |
| Precipitating Circumstance | Instrument Used | | |

**Comments**

DSO WARRANT

## SUSPECT  ☑ Known   ☐ Unknown   ☑ Arrested

Name (Last, First Middle)
MADDEN, RASHAD AKEEM

| Suffix | Nickname | Race<br>BLACK | Sex<br>MALE | SSN | Date of Birth | Age<br>28 | Age Range<br>to | Age At Time Of Incident<br>28 |
|---|---|---|---|---|---|---|---|---|

**Details**

| Height<br>6'0" | Weight<br>150 | Driver's License # | DL State<br>TEXAS | Local ID | SID | |
|---|---|---|---|---|---|---|
| # | | SBI # | | Place of Birth | | Citizenship |

App 00019

# Incident Report

| | |
|---|---|
| Case Number | CAD Incident # |
| 106952-2019 | 19-0963722 |
| Report Type | |
| Incident Report | Page 3 of 7 |
| Date / Time Occurred | Date / Time Reported |
| 5/28/2019 19:50:00  to   5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

| Ethnicity | Marital Status | | | | |
|---|---|---|---|---|---|
| NON-HISPANIC OR LATINO | REFUSED | | | | |

| Hair Color | Hair Length | Glasses | Eye Color | Build | |
|---|---|---|---|---|---|
| BLACK | SHORT | | BROWN | SLIGHT | |
| Facial Hair | Facial Hair Color | Voice | Complexion | Hand Preference | |
| NONE | N/A | UNKNOWN | DARK | UNKNOWN | |
| Preferred | Home Phone | Cell Phone | Email Address | | |

### Suspect Home Address

| | |
|---|---|
| Street Address | |
| 2020 GRAND CAYMAN WAY | |
| City | State | Zip |
| MESQUITE | TEXAS | 75149 |

### Suspect Employment Information

| Student | Employer / School | | Occupation | |
|---|---|---|---|---|
| Street Address | | | | |
| City | State | Zip | Work Phone | Hours of Employment |

| Clothing Description |
|---|
| BLUE JEAN SHORTS |

| Trademarks of Suspect |
|---|
| |

| Injury 1 | Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|---|
| UNCONSCIOUSNESS | | | | |

| ✓ Hospitalized | Hospital Facility | | Resident | |
|---|---|---|---|---|
| | BAYLOR | | | |

| MO Panel | | |
|---|---|---|
| Entry Type | Entry Area | Entry Method |
| Entry Point | Exit Point | Target Area |
| Property Target 1 | Property Target 2 | Property Target 3 |
| Victim Target | Time of Day | Victim Activity |
| Action 1 on Victim | Action 2 on Victim | Action 3 on Victim |
| ASSAULTED | | |
| Action 1 to Premises | Action 2 to Premises | Action 3 to Premises |
| Other Action 1 | Other Action 2 | Other Action 3 |
| Solicited Offered 1 | Solicited Offered 2 | Solicited Offered 3 |
| Weapon 1 | Weapon 2 | Weapon 3 |
| Weapon 1 Type | Weapon 2 Type | Weapon 3 Type |
| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |
| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
| Arson | Precipitating Circumstance | Instrument Used |

| Comments |
|---|
| |

### Associated Offenses

| Offense | |
|---|---|
| ASSAULT (AGG) -DEADLY WEAPON (PC 22.02(A)(2)) | ✓ Associated With Suspect |
| Offense | |
| WARRANT HOLD (OUTSIDE AGENCY) | Associated With Suspect |

ARREST

# Incident Report

| | | |
|---|---|---|
| | Case Number | CAD Incident # |
| | 106952-2019 | 19-0903722 |
| | Report Type | |
| | Incident Report | Page 4 of 7 |
| | Date / Time Occurred | Date / Time Reported |
| | 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

| rested As | | Arrest Number | Arrest Action | Disposition |
|---|---|---|---|---|
| ✓ Adult   Juvenile | | 19-018804 | ARRESTED - LEW STERRETT | |

| Arrest Date/Time | |
|---|---|
| 5/29/2019 20:10 | ✓ Arrested on Scene |

### Arrest Address

**Street Address**
7525 C F HAWN SERV EB

| City | State | Zip | Beat |
|---|---|---|---|
| DALLAS | TEXAS | 75217 | 353 |

| Test Given | Test Date/Time | Test Results | Test Administered By |
|---|---|---|---|
| Test Given | Test Date/Time | Test Results | Test Administered By |

| Arresting Officer | Transporting Officer | Transported Date/Time |
|---|---|---|
| FOSTER,THOMAS HAYDEN | YEATMAN, KEVIN | 05/28/2019 20:20 |

| Weapon 1 | Automatic Weapon 1 | Weapon 2 |
|---|---|---|
| HANDGUN | | |

| Automatic Weapon 2 | Multiple Clearance | Card Number |
|---|---|---|
| | NOT APPLICABLE | |

| Warrant Number | Warrant Signed By |
|---|---|
| | |

### Associated Charges

**Charge**
ASSAULT (AGG) -DEADLY WEAPON (PC 22.02(A)(2))    ✓ Felony   Misdemeanor

| Counts | Bail |
|---|---|
| 1 | |

### Statement of Probable Cause

***BWC AVAILABLE S. MULRENAN #10988, O. ARIAS #10849, IN CAR VIDEO AVAILABLE #180076***

CHARGE 1 : ASSAULT (AGG) DEADLY WEAPON (PC.22.02)(A)(2))
N MAY 28, 2019 AT APPROXIMATELY 7:50 PM ARRESTED PERSON MADDEN POINTED A HANDGUN AT COMPLAINANT MITCHELL

CHARGE 2 : HOLD FOR DALLAS SHERIFF OFFICE
WARRANT# F1833350 FORGERY FINANCIAL INSTRUMENT @ NO BAIL

ARRESTING OFFICERS T. FOSTER #11272 AND D. NELSON #11280 RESPONDED TO THE 46A AT 7525 CF HAWN, DALLAS, DALLAS COUNTY, TEXAS.

COMPLAINANT MITCHELL STATED THAT THE ARRESTED PERSON MADDEN HAD WALKED INTO THE GATE AT LISTED LOCATION WITH A DRAWN HANDGUN WHICH ARRESTED PERSON MADDEN THEN POINTED AT COMPLAINANT MITCHELL. WHEN COMPLAINANT MITCHELL DIDNT BELIEVE THAT THE GUN WAS REAL HE STATED THAT ARRESTED PERSON MADDEN RACKED HIS WEAPON AND COMP MITCHELL STATED THAT HE SAW A ROUND COME OUT OF THE ARRESTED PERSON MADDEN'S GUN. COMPLAINANT MITCHELL STATED THAT HE THEN DREW HIS OWN WEAPON THAT ARRESTED PERSON MADDEN THEN POINTED HIS GUN AT HIS OWN NECK AND CRAWLED UNDERNEATH A VAN.

ON ARRIVAL AT LISTED LOCATION ARRESTING OFFICERS T. FOSTER #11272 AND D. NELSON #11280 OBSERVED A B/M CRAWLING UNDERNEATH A PASSENGER VAN WITH A BLACK HANDGUN. A/O'S SGT. D. NOSWORTHY #5882 AND T. FOSTER #11272 TAZED ARRESTED PERSON MADDEN WHEN HE DID NOT COMPLY WITH VERBAL COMMANDS TO DROP THE GUN AND TOOK ARRESTED PERSON INTO CUSTODY. ARRESTED PERSON MADDEN WAS TRANSPORTED TO BAYLOR HOSPITAL BY DFR RESCUE #5 WITH ARRESTING OFFICERS S. Ortiz #10693 AND K. Yeatman #10695 RODE IN THE BACK OF DFR RESCUE 5. ARRESTED PERSON MADDEN REMAINS AT BAYLOR HOSPITAL AT THE TIME OF THE WRITING OF THIS REPORT.

H213,H232,H233,H234 TOOK THE HANDGUN AS WELL AS THE TASER CARTRIDGES, AND ONE LIVE ROUND FOUND AT SCENE TO THE BAYLOR ST. PROPERTY ROOM.

ARRESTED PERSON MADDEN WAS IDENTIFIED BY FBI/UCN #536521FC6, HE WAS THEN FOUND TO ALSO HAVE AIS #2842947
NCE IDENTIFIED, ARRESTED PERSON MADDEN WAS FOUND TO HAVE WARRANT #F1833350 OUT OF DALLAS COUNTY SHERIFF WHICH WAS
JNFIRMED BY JACOB.

# Incident Report

| | |
|---|---|
| **Case Number** 106952-2019 | **CAD Incident #** 19-0963722 |
| **Report Type** Incident Report | **Page** 5 of 7 |
| **Date / Time Occurred** 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | **Date / Time Reported** 5/29/2019 04:40:00 |

## VICTIM

**Victim Type** INDIVIDUAL

**Name (Last, First Middle)** WALLACE, MITCHELL W

| Suffix | Nickname | Race WHITE | Sex MALE | SSN |
|---|---|---|---|---|

| Date of Birth | Age 59 | Age Range to | Infant Type | Age At Time Of Incident 59 |
|---|---|---|---|---|

### Details

| Height | Weight | Driver's License # | DL State | Ethnicity NON-HISPANIC OR LATINO | Marital Status |
|---|---|---|---|---|---|
| FBI # | | SBI # | | Place of Birth | Citizenship |
| Hair Color | | Eye Color | Build | Resident | |

| Preferred CELL PHONE | Home Phone | Cell Phone █████ | Email Address |
|---|---|---|---|

### Victim Address

**Street Address** 3033 MONARCH CT

| City MESQUITE | State TEXAS | Zip 75181 |
|---|---|---|

### Victim Employment Information

| ☐ Student | Employer / School FIVE PONIES TRUCK SALES | Occupation OWNER |
|---|---|---|

| College Name | On Campus ☐ Yes ☐ No |
|---|---|

**Street Address** 7525 C F HAWN SERV EB

| City DALLAS | State TEXAS | Zip 75217 | Work Phone | Hours of Employment |
|---|---|---|---|---|

| Injury 1 UNCONSCIOUSNESS | Injury Description | | | |
|---|---|---|---|---|
| Injury 2 | Injury 3 | Injury 4 | | Injury 5 |

| Victim Condition | Victim-Offender |
|---|---|

| **A. Assault/Homicide** ☑ Yes ☐ No | A. Assault/Homicide Circumstance 1 UNKNOWN CIRCUMSTANCES | A. Assault/Homicide Circumstance 2 |
|---|---|---|
| **Justifiable Homicide** ☐ Yes ☐ No | Justifiable Homicide Circumstance | |

| Hospital Facility ☐ Victim Hospitalized | Hospital Description |
|---|---|

| Under Influence Alcohol? ☐ Yes ☑ No ☐ Unknown | Under Influence Drugs? ☐ Yes ☑ No ☐ Unknown | Domestic Disturbance NO | Domestic Violence Victim Transported ☐ Yes ☑ No |
|---|---|---|---|

| Violation of Protective Order ☐ Yes ☑ No | Cohabitant ☐ Yes ☑ No | ☐ Shooting Victim |
|---|---|---|

### Victim Suspect Relationships

| Suspect Suspect:1 MADDEN, RASHAD | Relationship VICTIM WAS STRANGER |
|---|---|

### Associated Offenses

| Offense ASSAULT (AGG) -DEADLY WEAPON (PC 22.02(A)(2)) | ☑ Associated With Victim |
|---|---|
| Offense WARRANT HOLD (OUTSIDE AGENCY) | ☐ Associated With Victim |

## VICTIM

**Victim Type** GOVERNMENT

**Name (Last, First Middle)** 'TY OF DALLAS

| fix | Nickname | Race | Sex | SSN |
|---|---|---|---|---|

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| 106952-2019 | 19-0963722 |

| Report Type | |
|---|---|
| Incident Report | Page 6 of 7 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 5/28/2019 19:50:00  to  5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

| Date of Birth | Age | Age Range to | Infant Type | | Age At Time Of Incident | |
|---|---|---|---|---|---|---|

| | | | | Details | | |
|---|---|---|---|---|---|---|
| Height | Weight | Driver's License # | DL State | | Ethnicity | Marital Status |

| FBI # | | SBI # | Place of Birth | Citizenship |
|---|---|---|---|---|

| Hair Color | Eye Color | Build | Resident |
|---|---|---|---|

| Preferred: | Home Phone | Cell Phone 214-670-8345 | Email Address |
|---|---|---|---|

### Victim Address

| Street Address |
|---|
| 725 N JIM MILLER RD |

| City | State | Zip |
|---|---|---|
| DALLAS | TEXAS | 75217 |

### Victim Employment Information

| Student | Employer / School | Occupation |
|---|---|---|

| College Name | On Campus: Yes / No |
|---|---|

| Street Address |
|---|

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

| Injury 1 | Injury Description |
|---|---|

| Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|

| Victim Condition | Victim-Offender |
|---|---|

| **A. Assault/Homicide** Yes / No | A. Assault/Homicide Circumstance 1 | A. Assault/Homicide Circumstance 2 |
|---|---|---|

| **Justifiable Homicide** Yes / No | Justifiable Homicide Circumstance | |
|---|---|---|
| Victim Hospitalized | Hospital Facility | Hospital Description |

| Under Influence Alcohol? Yes / No / Unknown | Under Influence Drugs? Yes / No / Unknown | Domestic Disturbance | Domestic Violence Victim Transported Yes / No |
|---|---|---|---|

| Violation of Protective Order Yes / No | Cohabitant Yes / No | Shooting Victim |
|---|---|---|

### Associated Offenses

| Offense | |
|---|---|
| ASSAULT (AGG) -DEADLY WEAPON (PC 22.02(A)(2)) | ☐ Associated With Victim |
| Offense | |
| WARRANT HOLD (OUTSIDE AGENCY) | ☑ Associated With Victim |

### Narrative Information

ARRESTING OFFICERS T. FOSTER #11272 AND D. NELSON #11280 RESPONDED TO THE 46A AT 7525 CF HAWN, DALLAS, DALLAS COUNTY, TEXAS.

COMPLAINANT MITCHELL STATED THAT THE ARRESTED PERSON MADDEN HAD WALKED INTO THE GATE AT LISTED LOCATION WITH A DRAWN HANDGUN WHICH ARRESTED PERSON MADDEN THEN POINTED AT COMPLAINANT MITCHELL; WHEN COMPLAINANT MITCHELL DIDNT BELIEVE THAT THE GUN WAS REAL HE STATED THAT ARRESTED PERSON MADDEN RACKED HIS WEAPON AND COMP MITCHELL STATED THAT HE SAW A ROUND COME OUT OF THE ARRESTED PERSON MADDEN'S GUN. COMPLAINANT MITCHELL STATED THAT HE THEN DREW HIS OWN WEAPON THAT ARRESTED PERSON MADDEN THEN POINTED HIS GUN AT HIS OWN NECK AND CRAWLED UNDERNEATH A VAN.

**Incident Report**

| | |
|---|---|
| Case Number | CAD Incident # |
| 106952-2019 | 19-0963722 |
| Report Type | |
| Incident Report | Page  7  of  7 |
| Date / Time Occurred | Date / Time Reported |
| 5/28/2019 19:50:00  to   5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

ON ARRIVAL AT LISTED LOCATION ARRESTING OFFICERS T. FOSTER #11272 AND D. NELSON #11280 OBSERVED A B/M CRAWLING UNDERNEATH A PASSENGER VAN WITH A BLACK HANDGUN. A/O'S SGT. D. NOSWORTHY #5882 AND T. FOSTER #11272 TAZED ARRESTED PERSON MADDEN WHEN HE DID NOT COMPLY WITH VERBAL COMMANDS TO DROP THE GUN AND TOOK ARRESTED PERSON INTO CUSTODY. ARRESTED PERSON MADDEN WAS TRANSPORTED TO BAYLOR HOSPITAL BY DFR RESCUE #5 WITH ARRESTING OFFICERS S. Ortiz #10693 AND K. Yeatman #10695 RODE IN THE BACK OF DFR RESCUE 5. ARRESTED PERSON MADDEN REMAINS AT BAYLOR HOSPITAL AT THE TIME OF THE WRITING OF THIS REPORT.

H213,H232,H233,H234 TOOK THE HANDGUN AS WELL AS THE TASER CARTRIDGES, AND ONE LIVE ROUND FOUND AT SCENE TO THE BAYLOR ST. PROPERTY ROOM.

ARRESTED PERSON MADDEN WAS IDENTIFIED BY FBI/UCN #536521FC6, HE WAS THEN FOUND TO ALSO HAVE AIS #2842947
ONCE IDENTIFIED, ARRESTED PERSON MADDEN WAS FOUND TO HAVE WARRANT #F1833350 OUT OF DALLAS COUNTY SHERIFF WHICH WAS CONFIRMED BY JACOB.

# Incident Report

| Case Number | | | CAD Incident # |
|---|---|---|---|
| 111841-2019 | | | 19-1010517 |

| Report Type | | |
|---|---|---|
| Incident Report | Page | 1 of 4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 5/28/2019 19:50:00 to 5/28/2019 19:50:00 | 6/4/2019 10:19:00 |

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | | | | | | |

| Arson Related | Arson Code | | Damage Value | | Hate Crime | | Domestic Violence | | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|

## Incident Details

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| H100 | | NOT APPLICABLE | |

| Situation Found | | Case Status |
|---|---|---|

| Location Given By Dispatcher | Cargo Theft |
|---|---|
| 7525 C F HAWN SERV EB | NO |

## Incident Address

**Street Address**
7525 C F HAWN SERV EB

| City | State | Zip | Beat |
|---|---|---|---|
| DALLAS | TEXAS | 75217 | 353 |

## Administrative Info

| Reporting Officer 1 | Reporting Officer 1 Badge | Reporting Officer 2 | Reporting Officer 2 Badge |
|---|---|---|---|
| BILLINGS, BREWSTER | 7626 | | |

## OFFENSE

| ✓ Primary Offense | Offense Code |
|---|---|
| | ASSAULT (AGG) -BY PUBLIC SERVANT (AGG) (PC 22.02(b)(2)(A)) |

| Offense Code Value | Severity | Attempted/Completed |
|---|---|---|
| F1-13150010-D38 | | COMPLETED |

| Premise Type | Circumstances |
|---|---|
| AUTO DEALERSHIP NEW/USED | |

| Bias 1 | Bias 2 | Bias 3 |
|---|---|---|
| NONE | | |

| Bias 4 | Bias 5 |
|---|---|

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|

| Offender Using 1 | Offender Using 2 | Offender Using 3 |
|---|---|---|
| NOT APPLICABLE | | |

| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |
|---|---|---|---|
| | | NO | NONE/UNKNOWN |

| Gang Type #1 | Gang Name #1 |
|---|---|

| Gang Type #2 | Gang Name #2 |
|---|---|

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|
| NO | | | |

## MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| | N/A | |

| Entry Point 1 | Entry Point 2 | Exit Point 1 |
|---|---|---|
| N/A | | N/A |

| Exit Point 2 | Target Area | Property Target 1 |
|---|---|---|
| | N/A | OTHER |

| Property Target 2 | Property Target 3 | Victim Target |
|---|---|---|
| | | MALE |

| Time of Day | Victim Activity | Action 1 to Premises |
|---|---|---|
| EVENING- 16:00 - 23:59 | NONE | N/A |

| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim |
|---|---|---|
| | | N/A |

| Action 2 on Victim | Action 3 on Victim | Other Action 1 |
|---|---|---|
| | | N/A |

| Other Action 2 | Other Action 3 | Solicited Offered 1 |
|---|---|---|
| | | N/A |

| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 |
|---|---|---|
| | | FIREARM (TYPE NOT STATED) |

| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto |
|---|---|---|

| Weapon 3 | Weapon 3 Auto | Arson |
|---|---|---|

| Precipitating Circumstance | Instrument Used |
|---|---|

# Incident Report

| Case Number | | CAD Incident # |
|---|---|---|
| 111841-2019 | | 19-1010517 |

| Report Type | | |
|---|---|---|
| Incident Report | | Page 2 of 4 |

| Date / Time Occurred | | Date / Time Reported |
|---|---|---|
| 5/28/2019 19:50:00 to 5/28/2019 19:50:00 | | 6/4/2019 10:19:00 |

**Comments**

SUSPECT FIRED HIS DUTY WEAPON AT COMPLAINANT

**SUSPECT** ✓ Known ☐ Unknown ☐ Arrested

**Name (Last, First Middle)**
GRIBBON#10116, JASON

| Suffix | Nickname | Race | Sex | SSN | Date of Birth | Age | Age Range | Age At Time Of Incident |
|---|---|---|---|---|---|---|---|---|
| | | WHITE | MALE | | | 25 | to | |

**Details**

| Height | Weight | Driver's License # | DL State | Local ID | | SID |
|---|---|---|---|---|---|---|

| FBI # | SBI # | Place of Birth | Citizenship |
|---|---|---|---|

| Ethnicity | Marital Status |
|---|---|
| NON-HISPANIC OR LATINO | |

| Hair Color | Hair Length | Glasses | Eye Color | Build |
|---|---|---|---|---|

| Facial Hair | Facial Hair Color | Voice | Complexion | Hand Preference |
|---|---|---|---|---|

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|
| | 214-670-8345 | | JASON.GRIBBON@DALLASCITYHALL.COM |

**Suspect Home Address**

Street Address

| City | State | Zip |
|---|---|---|

**Suspect Employment Information**

| Student | Employer / School | Occupation |
|---|---|---|
| | | POLICE OFFICER |

Street Address
?5 NORTH JIM MILLER RD

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|
| DALLAS | TEXAS | 75217 | 214-670-8345 | |

Clothing Description

Trademarks of Suspect

| Injury 1 | Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|---|

| ☐ Hospitalized | Hospital Facility | Resident |
|---|---|---|

**MO Panel**

| Entry Type | Entry Area | Entry Method |
|---|---|---|

| Entry Point | Exit Point | Target Area |
|---|---|---|

| Property Target 1 | Property Target 2 | Property Target 3 |
|---|---|---|

| Victim Target | Time of Day | Victim Activity |
|---|---|---|

| Action 1 on Victim | Action 2 on Victim | Action 3 on Victim |
|---|---|---|

| Action 1 to Premises | Action 2 to Premises | Action 3 to Premises |
|---|---|---|

| Other Action 1 | Other Action 2 | Other Action 3 |
|---|---|---|

| Solicited Offered 1 | Solicited Offered 2 | Solicited Offered 3 |
|---|---|---|

| Weapon 1 | Weapon 2 | Weapon 3 |
|---|---|---|

| Weapon 1 Type | Weapon 2 Type | Weapon 3 Type |
|---|---|---|

| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |
|---|---|---|

| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
|---|---|---|

| ??son | Precipitating Circumstance | Instrument Used |
|---|---|---|

Comments

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| 111841-2019 | 19-1010517 |
| Report Type | |
| Incident Report | Page 3 of 4 |
| Date / Time Occurred | Date / Time Reported |
| 5/28/2019 19:50:00 to 5/28/2019 19:50:00 | 6/4/2019 10:19:00 |

SUSPECT IS A DALLAS POLICE OFFICER WHO FIRED HIS WEAPON IN THE LINE OF DUTY

## Associated Offenses

**Offense**
ASSAULT (AGG) -BY PUBLIC SERVANT (AGG) (PC 22.02(b)(2)(A))   ✓ Associated With Suspect

### VICTIM

| Victim Type |
|---|
| INDIVIDUAL |

**Name (Last, First Middle)**
MADDEN, RASHAD AKEEM

| Suffix | Nickname | Race | Sex | SSN |
|---|---|---|---|---|
| | | BLACK | MALE | |

| Date of Birth | Age | Age Range | Infant Type | Age At Time Of Incident |
|---|---|---|---|---|
| | 28 | to | | 28 |

#### Details

| Height | Weight | Driver's License # | DL State | Ethnicity | Marital Status |
|---|---|---|---|---|---|
| | | | | NON-HISPANIC OR LATINO | |

| FBI # | SBI # | Place of Birth | Citizenship |
|---|---|---|---|
| | | | |

| Hair Color | Eye Color | Build | Resident |
|---|---|---|---|
| | | | |

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|

#### Victim Address

**Street Address**
7908 ANTOINETTE 2103

| City | State | Zip |
|---|---|---|
| DALLAS | TEXAS | 75217 |

#### Victim Employment Information

☐ Student | Employer / School | Occupation

College Name | On Campus ☐ Yes ☐ No

Street Address

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

| Injury 1 | Injury Description |
|---|---|
| NONE | |

| Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|

Victim Condition | Victim-Offender

**A. Assault/Homicide** ✓ Yes ☐ No | A. Assault/Homicide Circumstance 1: OTHER CIRCUMSTANCES | A. Assault/Homicide Circumstance 2

**Justifiable Homicide** ☐ Yes ✓ No | Justifiable Homicide Circumstance

☐ Victim Hospitalized | Hospital Facility | Hospital Description

Under Influence Alcohol? ☐ Yes ☐ No ✓ Unknown | Under Influence Drugs? ✓ Yes ☐ No ☐ Unknown | Domestic Disturbance NO | Domestic Violence Victim Transported ☐ Yes ✓ No

Violation of Protective Order ☐ Yes ✓ No | Cohabitant ☐ Yes ✓ No | ☐ Shooting Victim

#### Victim Suspect Relationships

| Suspect | Relationship |
|---|---|
| Suspect:1 GRIBBON#10116, JASON | VICTIM WAS OTHER |

#### Associated Offenses

**Offense**
ASSAULT (AGG) -BY PUBLIC SERVANT (AGG) (PC 22.02(b)(2)(A))   ✓ Associated With Victim

Narrative Information

May 28th, 2019 at approximately 7:50 p.m. Complainant Madden walked onto the property of Witness Mitchell at 7525 C F Hawn Freeway,

App 00027

**Incident Report**

| Case Number | CAD Incident # |
|---|---|
| 111841-2019 | 19-1010517 |

| Report Type | |
|---|---|
| Incident Report | Page  4  of  4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 5/28/2019 19:50:00   to.   5/28/2019 19:50:00 | 6/4/2019 10:19:00 |

wearing only shorts and socks and holding a handgun. Complainant Madden pointed the handgun at Witness Mitchell, and then racked the slide causing a live bullet to eject from the gun. Complainant Madden then picked up the live bullet and placed it back in his gun. Witness Mitchell, who was in fear for his safety, then took a handgun from his person and pointed it at Complainant Madden. Complainant Madden responded by holding his own gun against his neck and then crawled underneath a white van that was parked in the parking lot. Witness Mitchell called 911.

Dallas Police Officers T. Foster#11272 and D. Nelson#11280 responded to the call for police and upon arrival observed Complainant Madden underneath the white van holding a handgun. Sgt. D. Nosworthy#5882 and Officers O. Arias#10849, L. Fillmore#11467, S. Mulrenan#10988, J. Rayas#10984, M. Rushing#9694, and Suspect Dallas Police Officer J. Gribbon#10116 arrived shortly after.  Complainant Madden refused Officers verbal commands to drop the handgun and come out from underneath the van. Officer Foster and Sgt. Nosworthy had there Tasers drawn, while other Officers had their service weapons, rifles, or 40mm gun out. Officer Foster used his Taser in an attempt to get compliance from Complainant Madden, within seconds Sgt. Nosworthy also deployed his Taser. The Taser did not appear to have much if any affect on Complainant Madden. Almost instantaneously with Sgt. Nosworthy's firing his Taser, Suspect Officer Gribbon fired his service weapon one time at Complainant Madden. After Suspect Officer Gribbon fired his weapon, Officer Foster was able to grab Complainant Madden by his leg and drag him out from underneath the van. Officer Foster grabbed Complainant Madden's hand with the gun in it and disarmed him.  Several other Officers then assisted Officer Foster in taking Complainant Madden into custody.

Complainant Madden was then transported to Baylor Hospital.

PLEASE ASSIGN THIS OFFENSE TO DET. BILLINGS#7626 AT SIU.

Case 3:21-cv-01168-S   Document 40-1   Filed 03/18/22   Page 18 of 235   PageID 341

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: 19-0963722
Case Numbers: 106952-2019
Incident Date: 5/28/2019 19:54:13
Report Generated: 5/31/2019 18:59:16

**Incident Information**

| | | | |
|---|---|---|---|
| Incident Type: | Assist Officer Plan | Alarm Level: | |
| Priority: | 1 - Emergency | Problem: | 15 - Assist Officer |
| Determinant: | | Agency: | Police |
| Base Response#: | 05282019-0097228 | Jurisdiction: | Dallas Police |
| Confirmation#: | | Division: | Southeast |
| Taken By: | Berumen, Karla D | Battalion: | 350 |
| Response Area: | 353 | Response Plan: | ASSIST OFFICER |
| Disposition: | NP - No Police Action | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | T-Traffic | Delay Reason (if any): | |
| Longitude: | 96692392 | Latitude: | 32718666 |

**Incident Location**

| | | | |
|---|---|---|---|
| Location Name: | 5 PONNYS TRUCK SALES | County: | DALLAS |
| Address: | 7525 C F Hawn Serv Eb | Location Type: | |
| Apartment: | | Cross Street: | N MURDEAUX LN/GREENHAVEN DR |
| Building: | | Map Reference: | 58-T |
| City, State, Zip: | Dallas TX 75217 | | |

**Call Receipt**

| | | | |
|---|---|---|---|
| Caller Name: | WALLACE, MITCH | | |
| Method Received: | | Call Back Phone: | ▇▇▇▇▇ |
| Caller Type: | | Caller Location: | |

**Time Stamps**

| Description | Date | Time | User | | Elapsed Times Description | Time |
|---|---|---|---|---|---|---|
| Phone Pickup | 5/28/2019 | 19:54:13 | | | | |
| 1st Key Stroke | 5/28/2019 | 19:54:13 | | | Received to In Queue | 00:00:26 |
| In Waiting Queue | 5/28/2019 | 19:54:39 | | | Call Taking | |
| Call Taking Complete | 5/28/2019 | 19:54:39 | Berumen, Karla D | | In Queue to 1st Assign | 00:01:37 |
| 1st Unit Assigned | 5/28/2019 | 19:56:16 | | | Call Received to 1st Assign | 00:02:03 |
| 1st Unit Enroute | 5/28/2019 | 19:56:22 | | | Assigned to 1st Enroute | 00:00:06.1 |
| 1st Unit Arrived | 5/28/2019 | 19:59:02 | | | Enroute to 1st Arrived | 00:02:39.8 |
| Closed | 5/30/2019 | 22:49:44 | Mobile1 | | Incident Duration | 02:55:31 |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | Delay At Patient Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C398 | N | 19:56:16 | C - Cover Only | 19:56:22 | | 20:01:07 | | 23:21:06 | | | |
| C317 | N | 19:56:16 | C - Cover Only | 19:56:49 | | 20:01:18 | | 00:51:58 | | | |
| F330 | N | 19:56:17 | C - Cover Only | 19:56:26 | | 20:08:35 | | 00:33:32 | | | |
| C353 | N | 19:56:57 | | 19:56:59 | | 19:59:02 | | 05:57:58 | | | |
| C311 | N | 19:56:57 | C - Cover Only | 19:57:07 | | 20:01:30 | | 01:11:42 | | | |
| C318 | N | 19:56:57 | C - Cover Only | 19:57:10 | | 20:01:33 | | 00:50:23 | | | |
| C346 | N | 19:58:07 | C - Cover Only | 19:58:12 | | 20:03:36 | | 00:43:23 | | | |
| C321 | N | 19:58:34 | C - Cover Only | 19:58:47 | | 20:11:08 | | 23:54:29 | | | |
| C316 | N | 20:02:06 | C - Cover Only | 20:02:13 | | 20:08:47 | | 00:26:28 | | | |
| C330 | N | 20:02:50 | | | | 20:02:52 | | 23:51:24 | | | |
| F315 | N | 20:03:15 | | | | 20:04:55 | | 00:25:51 | | | |
| F344 | N | 20:03:18 | C - Cover Only | 22:50:46 | | 23:00:04 | | 23:11:58 | | | |
| C323 | N | 20:03:23 | C - Cover Only | | | 20:06:20 | | 03:51:05 | | | |
| F318 | N | 20:03:34 | C - Cover Only | 20:03:34 | | 20:03:34 | | 00:34:33 | | | |
| F343 | N | 20:03:54 | C - Cover Only | 20:03:57 | | 20:08:07 | | 23:05:22 | | | |
| C327 | N | 20:04:15 | S - Swap | | | | | 20:05:16 | | | R-Reassigned |
| C350 | N | 20:22:56 | C - Cover Only | | | 20:22:58 | | 20:46:22 | | | |
| C320 | N | 20:23:00 | C - Cover Only | | | 20:23:03 | | 20:53:40 | | | |
| C302 | N | 20:38:00 | | | | 20:38:02 | | 21:56:48 | | | |
| M301 | N | 20:55:54 | | 20:55:54 | | 20:55:54 | | 14:09:37 | | | |
| M300 | N | 20:56:38 | | 20:56:38 | | 20:56:38 | | 11:01:12 | | | |
| C327 | N | 23:27:39 | C - Cover Only | 23:27:39 | | 23:45:35 | | 01:11:52 | | | |
| A332 | N | 23:41:40 | C - Cover Only | 23:41:50 | | | | 09:05:54 | | | |
| B336 | N | 07:18:50 | M - Mark Out Only | | | | | 13:27:58 | | | |
| D317 | N | 11:18:33 | R - Report | | | | | 16:18:18 | | | |
| C318 | N | 15:41:39 | C - Cover Only | 15:41:47 | | 15:50:48 | | 00:20:37 | | | |
| A358 | N | 23:26:14 | C - Cover Only | | | | | 23:30:51 | | | |
| A358 | N | 23:34:46 | C - Cover Only | 23:34:49 | | | | 01:22:04 | | | |
| A344 | N | 23:40:07 | C - Cover Only | | | | | 01:15:51 | | | |
| E347 | N | 00:23:56 | C - Cover Only | | | | | 08:29:48 | | | |
| B342 | N | 07:29:34 | M - Mark Out Only | | | | | 13:06:08 | | | |
| D355 | Y | 10:40:12 | M - Mark Out Only | | | | | 16:45:21 | | | |
| C322 | N | 15:36:05 | NP - No Police Action | 15:37:22 | | 15:48:17 | | 22:49:44 | | | |

**Personnel Assigned**

App 00029

| Unit | Name |
|------|------|
| C398 | Gribbon, Jason R (10116); Rushing, Matthew A (9694) |
| C317 | Baloney, Jennifer R (11030) |
| F330 | Harrell, Aarin S (9655) |
| C353 | Foster, Thomas H (11272); Nelson, Dyian X (11280) |
| C311 | Parker, William C (10612) |
| C318 | Timms, Christopher (8924) |
| C346 | Ortiz, Sergio A (10693); Yealman, Kevin T (10695) |
| C321 | Arias, Oscar O (10849); Fillmore, Lucas A (11467) |
| C316 | Conklin, Joshua J (10532) |
| C330 | Nosworthy II, Dudley J (5882) |
| F315 | Ayala, Mark A (11228); Garcia, Sergio (10929) |
| F344 | Rodriguez, Carlos (10868) |
| C323 | Muirenan, Sean M (10988); Rayas, Jose S (10984) |
| F318 | Gatson, Joshua D (10898) |
| F343 | Vasquez, Meredith A (10825); Yohner, Benjamin (9172) |
| C327 | Charmoli, Nicole C (11216); Hamilton, Cynthia M (10220) |
| C350 | Rospigliosi, John A (7188) |
| C320 | Caperton, Yvette T (9208) |
| C302 | Paik, Devon (9126) |
| M301 | McGee, Melissa A (7125) |
| M300 | Gallegos, Daniel (6465) |
| C327 | Charmoli, Nicole C (11216); Hamilton, Cynthia M (10220) |
| A332 | Gibbs, David A (10537); Lewis, Julia K (7758) |
| B336 | Edmond, Anthony B (6951); Nevils, Rodney L (4665) |
| D317 | Bryant, Samuel D (9434); Maldonado, Joshua A (10714) |
| C318 | Dosal, Aaron (10982); Timms, Christopher (8924) |
| A358 | Tucker, Jeffery A (9296); Tucker, Jeffery A (9296) |
| A344 | Villanueva, Rene (9068) |
| E347 | Huerta, Erik T (11383); Watson, Johnathan H (11430) |
| B342 | Beamon, Jonathan (3278); Miller, Reginald D (8878) |
| D355 | Maldonado, Joshua A (10714); Wreyford, Lance A (9409) |
| C322 | Bennett, William R (10142); Crook, Johnny F (6826) |

**Pre-Scheduled Information**
**No Pre-Scheduled Information**

**Transports**
**No Transports Information**

**Transport Legs**
**No Transports Information**

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|------|------|------|------|-------|----------|
| 5/28/2019 | 19:54:05 | SYS | Response | | [9] [Appended, 19:56:02] [1] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:11 | SYS | Response | | [10] [Appended, 19:56:02] [2] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:15 | SYS | Response | | [11] [Appended, 19:56:02] [3] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:17 | SYS | Response | | [12] [Appended, 19:56:02] [4] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:19 | SYS | Response | | [1] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:40 | 123377 | Response | | [2] Multi-Agency Fire Incident #: 2019122365 |
| 5/28/2019 | 19:54:40 | 123377 | Response | | [3] COMP ADV BM HAS GUN TO HEAD [Shared] |
| 5/28/2019 | 19:54:57 | 012443 | Response | | [4] [Page] Problem changed from *A - Medical Emergency to AA - Aggravated Assault by Fire [Shared] |
| 5/28/2019 | 19:55:04 | 123377 | Response | | [5] BM NO SHIRT BLUE SHORTS STATES HE WILL KILL HIMSELF [Shared] |
| 5/28/2019 | 19:55:16 | 012443 | Response | | [6] [Page] Problem changed from AA - Aggravated Assault to **A - Ambulance Request by Fire [Shared] |
| 5/28/2019 | 19:55:17 | 076315 | Response | | [7] [Page] Problem changed from **A - Aggravated Assault to **A - Ambulance Request by Fire [Shared] |
| 5/28/2019 | 19:55:27 | 012443 | Response | | [8] [Page] Problem changed from **A - Ambulance Request to SU - Suicide by Fire [Shared] |
| 5/28/2019 | 19:56:02 | 123374 | Response | | [14] Duplicate call appended to incident at 19:56:02 [Shared] |
| 5/28/2019 | 19:56:02 | 123374 | Response | | [13] [Appended, 19:56:02] [5] ON THE CORNER OF MERDEUX AND CF HAWN SERVICE ROD COMP STATES A BM LSW NO SHIRT BLU HAS A HAND GUN IS POINTING IT AT HIMSELF. |
| 5/28/2019 | 19:56:03 | 123374 | Response | | [15] ON THE CORNER OF MERDEUX AND CF HAWN SERVICE ROD COMP STATES A BM LSW NO SHIRT BLU HAS A HAND GUN IS POINTING IT AT HIMSELF. [Shared] |
| 5/28/2019 | 19:56:07 | 123377 | Response | | [16] PER COMP MALE HAS GUN TO HIS THROAT. COMP ADV MALE IS UPSET OVER DAUGHTER [Shared] |
| 5/28/2019 | 19:56:36 | 123374 | Response | | [17] COMP STATES MALE HAS WHIT FOAM COMING OUT OF HIS MOUTH. SUSP IS IN THE PARKING LOT IN FRONT OF THE BUILDING. [Shared] |
| 5/28/2019 | 19:56:49 | 123374 | Response | | [18] NO SHOTS FIRED FROM GUN NO ONE HAS BEEN SHOT. [Shared] |
| 5/28/2019 | 19:57:07 | 123377 | Response | | [19] PER COMP MALE IS CURRENTLY TRYING TO PUT BULLET IN GUN [Shared] |
| 5/28/2019 | 19:57:59 | 123374 | Response | | [20] (WALL ACE LINDA) COMP IS INSIDE THE BUILDING WITH THE DOOR LOCKED. COMP STATES HER HUSBAND IS IN THE PARKING LOT TALKING TO THE SUSP. HUSBAND IS WM BALD LSW BRW T SHIRT SHORTS. [Shared] |
| 5/28/2019 | 19:58:14 | 123377 | Response | | [21] COMP ADV MALE IS CRAWLING UNDERNEATH WHITE VAN [Shared] |
| 5/28/2019 | 19:59:37 | 123374 | Response | | [22] TCS RELEASED LINE RO AT SCENE. [Shared] |
| 5/28/2019 | 20:00:09 | RE05 | Response | | [23] RE5 staged at Elam/Hawn [Shared] |
| 5/28/2019 | 20:02:33 | 123760 | Response | | [24] C398 1 AT GUN POINT [Shared] |
| 5/28/2019 | 20:04:59 | 123760 | Response | Y | [25] [Query] C321, NCIC Gun Check: P8050040 [26] [Return] QG.TXNCIC000.DLX1. TXT 1L01DLX1 |
| 5/28/2019 | 20:05:07 | 123760 | Response | Y | TXDPD00X1 NO RECORD SER/P8050040 MRI: 22419957 IN: NCIC 352913 AT 28MAY2019 20:04:59 OUT: DLX1 26333 AT 28MAY2019 20:04:59 |
| 5/28/2019 | 20:10:34 | 10190 | Response | | [27] Requested Case Number(s) issued for Dallas Police: 106952-2019. [Shared] |
| 5/28/2019 | 20:16:21 | 123760 | Response | | [28] F330 DFR RE05 GOING TO BAYLOR [Shared] |

App 00030

| | | | | |
|---|---|---|---|---|
| 5/28/2019 | 20:18:37 | 123760 | Response | [29] C346 PARTNERS RIDING WITH RE05 [Shared] |
| 5/28/2019 | 20:18:37 | 123760 | Response | [30] F315 PARTNERS RIDING WITH RE05 [Shared] |
| 5/28/2019 | 20:19:28 | 119876 | Response | [31] SIU DET WOODHAM NOTIFIED TO CALL - SGT NOSWORTHY - C330 [Shared] |
| 5/28/2019 | 20:22:08 | 119876 | Response | [32] Multi-Agency Crime Scene Incident #: CSRU-06332 |
| 5/28/2019 | 20:22:09 | 119876 | Response | [33] C330 [Shared] |
| 5/28/2019 | 20:31:14 | Yeatman, Kevin T | Response | [34] c346 with suspect ER room B17 at baylor [Shared] |
| 5/28/2019 | 20:35:02 | 123760 | Response | [35] [Notification] [Police]-Problem changed from 46A - CiT w/Ambulance to 15 - Assist Officer by Police [Shared] |
| 5/28/2019 | 20:35:06 | 123760 | Response | [36] SIG CHANGED PER C320 [Shared] |
| 5/28/2019 | 20:56:30 | 10190 | Response | [37] IAD SGT WILLIAMS NOTIFIED. [Shared] |
| 5/28/2019 | 21:01:30 | 10190 | Response | [38] DVR TEAM SGT WILLIAMS NOTIFIED. [Shared] |
| 5/28/2019 | 21:11:44 | 10190 | Response | [39] SGT MAINES TRAINING DIVISION NOTIFIED [Shared] |
| 5/28/2019 | 21:18:06 | Mobile2 | Response | [40] [Fire] has closed their incident [2019122365] |
| 5/28/2019 | 21:19:39 | 123760 | Response | [41] F315 MOVED TO ROOM T3 [Shared] |
| 5/28/2019 | 21:34:03 | Mobile1 | Response | [43] [2nd Address: 1400 S LAMAR ST][Medium][Criminal Trespass Affidavit]CRIM. TRES. AFF. SOUTH SIDE ON LAMAR. 276282-2017 [Shared] |
| 5/28/2019 | 21:34:03 | Mobile1 | Response | [42] [2nd Address: 1400 S LAMAR ST][Medium][Criminal Trespass Affidavit]CRIM. TRES. AFF. SOUTHSIDE ON LAMAR-LEASING OFFICE. 276279-2017 [Shared] |
| 5/28/2019 | 22:09:39 | 123760 | Response | [44] [Notification] [Police]-*** PES ALSO NEEDED AT BAYLOR ROOM R708 FOR FINGERPRINTS PER F315 *** [Shared] |
| 5/29/2019 | 00:20:12 | 123580 | Response | [45] C327 ENROUTE TO HQ TO DROP OFF SQUAD CAR FOR PROCESSING [Shared] [46] ******* |
| 5/29/2019 | 00:20:33 | Baloney, Jennifer R | Response | Y | Comp******<br>SEARCH ON WALLACE,MITCHELL,19591204<br>NAME: WALLACE, MITCHELL, WAYNE *****PH cell-469-543-9060 ofc-214-3982800<br>DESCRIPTION: WHITE\MALE\|▮▮▮▮\6-03\210\BROWN\HAZEL<br>SEX OFF: N COMM IMPED: N ORGAN DONOR: Y VISA EXP:<br>PHYSICAL ADD: 7525 CF HAWN FRWY<br>CI/CO/ST/ZIP: DALLAS,DALLAS,TEXAS,75217-0000, UNITED STATES<br>MAILING ADD: PO BOX 170776<br>CI/ST/ZIP: DALLAS,TEXAS,75217-0000, UNITED STATES<br>REC STATUS: ELIGIBLE<br>ADMIN STATUS:<br>CARD STATUS:<br>HME THR ASMT: EXP:<br>CARD TYPE: DL #: ▮▮▮▮▮CLASS: C TYPE: DL EXPIR DATE: 12042024<br>RESTRICTIONS:<br>ENDORSEMENTS: [Shared] |
| 5/29/2019 | 00:24:11 | 123580 | Response | [47] C317 FOLLOWING C318 TO 2ND LOCATION [Shared] |
| 5/29/2019 | 00:26:25 | Conklin, Joshua J | Response | [48] no bwc 10532, no citizen contact [Shared] |
| 5/29/2019 | 00:27:21 | Yeatman, Kevin T | Response | [49] C346 patrol vehicle 100065 for video purposes. [Shared] |
| 5/29/2019 | 00:27:23 | Foster, Thomas H | Response | [50] bwc 10220- drove car 180076 to hq [Shared] |
| 5/29/2019 | 02:23:19 | 120531 | Response | [51] [Crime Scene] has closed their incident [CSRU-06332] |
| 5/29/2019 | 03:52:38 | Foster, Thomas H | Response | [52] DLX1.16400.TFR0384.<br><br>22995045<br>QWA.TXNCIC000.DLX1.<br>TXT<br>1L.01DLX1<br>TXDPD00X1<br>***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.<br>MKE/WANTED PERSON<br>ADO/N<br>EXL/1 - FULL EXTRADITION<br>ORI/TX0570000 NAM/MADDEN,RASHAD SEX/M RAC/B POB/TX<br>DOB/19990716 HGT/500 WGT/150 EYE/BRO HAV/BLK PBI/636521FC6<br>SKN/MED SMT/TAT L ARM<br>MNU/0A-TX07396456 SOC/536198007<br>OFF/FORGERY OF CHECKS<br>DOW/20180316 OCA/F1833350<br>WNO/F1833350<br>MIS/FORGERY FINANCIAL INSTRUMENT. NOTIFY DSO AT (214)653-2819 0R 2820 0R 2821<br>DNA/N<br>ADD/01 - RESIDENCE (LAST KNOWN) DDA/20180316<br>SNU/2020 SNA/GRAND CAYMEN WAY<br>CTY/MESQUITE STA/TX ZIP/75149<br>ORI IS DALLAS COUNTY SHERIFF'S OFFICE DALLAS 214 749-8641<br>AKA/MADDEN,RASHAD AKEEM<br>MNU/PI-25141536<br>NIC/W223403084 DTE/20180321 1328 EDT DLU/20180321 1330 EDT<br>IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI<br><br>MRI: 22995045 IN: NCIC 32107 AT 29MAY2019 03:52:18<br>OUT: DLX1 3743 AT 29MAY2019 03:52:18 [Shared]<br>[53] DLX1.16401.TFR0384.<br><br>22995036<br>KR.TXOLN0000.DLX1.<br>TXT<br>SEARCH ON MADDEN,RASHAD A,▮▮▮▮<br>NAME: MADDEN, RASHAD, AKEEM<br>DESCRIPTION: BLACK\MALE\|▮▮▮▮6-00\150\BLACK\BLACK<br>SEX OFF: N COMM IMPED: N ORGAN DONOR: Y VISA EXP:<br>PHYSICAL ADD: 2020 GRAND CAYMEN WAY<br>CI/CO/ST/ZIP: MESQUITE,DALLAS,TEXAS,75149-0000, UNITED STATES |

App 00031

MAILING ADD: 2020 GRAND CAYMEN WAY
CI/ST/ZIP: MESQUITE,TEXAS,75149-0000, UNITED STATES
REC STATUS: ELIGIBLE
ADMIN STATUS:
CARD STATUS:
HME THR ASMT: EXP:
CARD TYPE: DL #:▆▆▆▆▆CLASS: C TYPE: DL EXPIR DATE: 07102020
CARD TYPE: ID #:▆▆▆▆▆EXPIR DATE: 07102019
RESTRICTIONS: A WITH CORRECTIVE LENSES
ENDORSEMENTS:

ENFORC ACTN: DENIED RENEWAL - FAILURE TO APPEAR
STATUS: LIFTED BEGIN DT: 09092014 END DT: 12319999 LIFT DT: 10112016 STATE:
TX

CONVICTION: OPERATE UNREGISTERED MOTOR VEHICLE
OFF DT: 06062013 CONV DT: 06232015
OFFENSE LOC: TX,MESQUITE CMV: N HAZMAT: N

CONVICTION: SPEEDING EQUAL TO OR GREATER THAN 10% ABOVE POSTED
LIMIT
OFF DT: 06062013 CONV DT: 06232015
OFFENSE LOC: TX,MESQUITE CMV: N HAZMAT: N

CONVICTION: BAIL JUMPING - FAILURE TO APPEAR
OFF DT: 10092011 CONV DT: 06202015
OFFENSE LOC: TX,DALLAS CMV: N HAZMAT: N

CONVICTION: OPERATE UNREGISTERED MOTOR VEHICLE
OFF DT: 07202011 CONV DT: 06202015
OFFENSE LOC: TX,DALLAS CMV: N HAZMAT: N

**** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED
UNDER THE
FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED
AND THE
MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE
730 *******

********* END OF RECORD**********
MRI: 22995036 IN: NDLS 13434 AT 29MAY2019 03:52:18
OUT: DLX1 3741 AT 29MAY2019 03:52:18 [Shared]

| 5/29/2019 | 03:52:56 | Foster, Thomas H | Response |
| 5/29/2019 | 03:57:12 | Foster, Thomas H | Response |
| 5/29/2019 | 03:57:17 | 123580 | Response |
| 5/29/2019 | 03:57:18 | 123580 | Response |
| 5/29/2019 | 03:58:57 | 105245 | Response |
| 5/29/2019 | 04:02:51 | 053018 | Response |
| 5/29/2019 | 04:03:26 | 105245 | Response |
| 5/29/2019 | 07:19:11 | 084148 | Response |

[54] AIS #2842947 [Shared]
[55] Multi-Agency Service Desk Incident #: 0055264-19
[56] C353 – NEEDS CONFIRMATION ON THE CALL SHEET LINE 52 [Shared]
[57] PENDING GB FROM JACOB W/DSO . [Shared]
[58] JACOB @ DSO CONFIRMED ON GOOD WARRANT FOR RASHAD MADDEN [Shared]
[59] [Service Desk] has closed their incident [0055264-19]
[60] B336 ROBERTS BLDG ROOM 708 WITH A PRISONER [Shared]

**Address Changes**
No Address Changes

**Priority Changes**
No Priority Changes

**Alarm Level Changes**
No Alarm Level Changes

**Activity Log**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|------|------|-------|----------|----------|-----------|------|
| 5/28/2019 | 19:54:14 | | Sector Change | | From Sector No Sector to Sector 911OPER | 123377 |
| 5/28/2019 | 19:54:25 | | Sector Change | | From Sector No Sector to Sector 911OPER | 123377 |
| 5/28/2019 | 19:54:33 | | Sector Change | | From Sector No Sector to Sector CH3 | 123377 |
| 5/28/2019 | 19:54:33 | | Sector Change | | From Sector No Sector to Sector CH3 | 123377 |
| 5/28/2019 | 19:54:33 | | Incident Priority Change | | Incident priority changed from <none> to 1 - Emergency | 123377 |
| 5/28/2019 | 19:54:39 | | Incident in Waiting Queue | | | |
| 5/28/2019 | 19:54:40 | | ANI/ALI Statistics | | INT Insert:May 28 2019 19:54:14 / INT SendNP:May 28 2019 19:54:14 / WS RecvNP:May 28 2019 19:54:13 / WS Process:May 28 2019 19:54:40 | 123377 |
| 5/28/2019 | 19:54:40 | | MultiAgencyResponse | | Generated Inc: Fire inc#2019122365 | 123377 |
| 5/28/2019 | 19:54:40 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:54:44 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:54:45 | | Incident in Waiting Queue Timer Clear | | | |
| 5/28/2019 | 19:54:57 | | Read Comment | | Comment for Incident 462 was Marked as Read | 124574 |
| 5/28/2019 | 19:55:04 | | Read Incident | | Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:55:04 | | Read Comment | | Comment for Incident 462 was Marked as Read | 124574 |
| 5/28/2019 | 19:55:16 | | Read Comment | | Comment for Incident 462 was Marked as Read | 124574 |
| 5/28/2019 | 19:55:27 | | Read Comment | | Comment for Incident 462 was Marked as Read | 124574 |
| 5/28/2019 | 19:55:39 | | Pending Incident Time Warning | | Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:55:39 | | Incident Late | | | |
| 5/28/2019 | 19:56:03 | | Duplicate Call Warning | | Duplicate Call Warning - New call appended to incident | 123374 |

App 00032

| Date | Time | Unit | Action | Location | Description | |
|---|---|---|---|---|---|---|
| 5/28/2019 | 19:56:16 | C317 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097229) | 124574 |
| 5/28/2019 | 19:56:16 | C398 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097228) | 124574 |
| 5/28/2019 | 19:56:17 | F330 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097230) | 124574 |
| 5/28/2019 | 19:56:17 | | Incident Timer Clear | | Incident Timer Cleared | |
| 5/28/2019 | 19:56:22 | C398 | Enr | 7525 C F Hawn Serv Eb | Responding From = 2ND AVE\CARPENTER AVE | C398 |
| 5/28/2019 | 19:56:26 | F330 | Enr | 7525 C F Hawn Serv Eb | Responding From = SAMUELL BLVD | F330 |
| 5/28/2019 | 19:56:49 | C317 | Enr | 7525 C F Hawn Serv Eb | Responding From = LAKE JUNE RD\HILLBURN DR | C317 |
| 5/28/2019 | 19:56:57 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C353,C311,C318 - Response Priority | 124574 |
| 5/28/2019 | 19:56:57 | C353 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097231) | 124574 |
| 5/28/2019 | 19:56:57 | C311 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097232) | 124574 |
| 5/28/2019 | 19:56:57 | C318 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097233) | 124574 |
| 5/28/2019 | 19:56:59 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:56:59 | C353 | Enr | 7525 C F Hawn Serv Eb | Responding From = ELAM RD\CEDARCLIFF DR | C353 |
| 5/28/2019 | 19:57:07 | C311 | Enr | 7525 C F Hawn Serv Eb | Responding From = N MASTERS DR\ELAM RD | C311 |
| 5/28/2019 | 19:57:10 | C318 | Enr | 7525 C F Hawn Serv Eb | Responding From = 2ND AVE\YORK ST | C318 |
| 5/28/2019 | 19:58:07 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C346 - Response Priority | 124574 |
| 5/28/2019 | 19:58:07 | C346 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097234) | 124574 |
| 5/28/2019 | 19:58:12 | C346 | Enr | 7525 C F Hawn Serv Eb | Responding From = S GOOD LATIMER EXPY\HICKORY ST | C346 |
| 5/28/2019 | 19:58:34 | C321 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097235) | 124574 |
| 5/28/2019 | 19:58:34 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C321 - Response Priority | 124574 |
| 5/28/2019 | 19:58:47 | C321 | Enr | 7525 C F Hawn Serv Eb | Responding From = GREAT TRINITY FOREST WAY\STONEPORT DR | C321 |
| 5/28/2019 | 19:59:02 | C353 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 19:59:53 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 20:00:03 | | UserAction | | User clicked Exit/Save | 123374 |
| 5/28/2019 | 20:00:29 | | UserAction | | User clicked Exit/Save | 123374 |
| 5/28/2019 | 20:00:53 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 20:00:57 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:01:07 | C398 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:01:18 | C317 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:01:30 | C311 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:01:33 | C318 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:02:06 | C318 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097237) | 123760 |
| 5/28/2019 | 20:02:13 | C316 | Enr | 7525 C F Hawn Serv Eb | Responding From = LAKE JUNE RD\UNNAMED STREET | C316 |
| 5/28/2019 | 20:02:34 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:02:50 | C330 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097238) | 123760 |
| 5/28/2019 | 20:02:52 | C330 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:03:15 | F315 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097239) | 123760 |
| 5/28/2019 | 20:03:18 | F344 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097240) | 123760 |
| 5/28/2019 | 20:03:23 | C323 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097241) | 123760 |
| 5/28/2019 | 20:03:34 | F318 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097242) | 123760 |
| 5/28/2019 | 20:03:34 | F318 | Enr | 7525 C F Hawn Serv Eb | Responding From = N MURDEAUX LN\C F HAWN SERV EB | 123760 |
| 5/28/2019 | 20:03:34 | F318 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:03:36 | C346 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:03:46 | F344 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:03:54 | F343 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097243) | 123760 |
| 5/28/2019 | 20:03:57 | F343 | Enr | 7525 C F Hawn Serv Eb | Responding From = SCYENE RD\URBAN AVE | F343 |
| 5/28/2019 | 20:04:15 | C327 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097244) | 123760 |
| 5/28/2019 | 20:04:55 | F315 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:04:59 | C321 | [Query] | | [Query] NCIC Gun Check: P8050040 | 123760 |
| 5/28/2019 | 20:05:00 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:05:16 | | ReAssign Response | 5 PONNYS TRUCK SALES | Clearing Primary Vehicle Flag | 123760 |
| 5/28/2019 | 20:05:16 | C327 | ReAssign Vehicle | 5 PONNYS TRUCK SALES | ReAssign Reason: R-Reassigned | 123760 |
| 5/28/2019 | 20:06:20 | C323 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:06:44 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:08:07 | F343 | At Scene | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F343 |
| 5/28/2019 | 20:08:35 | F330 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:08:47 | C316 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:10:34 | | Requested Case Number | 7525 C F Hawn Serv Eb | Requested Case Number(s) issued for Dallas Police. Case Number(s): 106952-2019. | 10190 |
| 5/28/2019 | 20:11:08 | C321 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:11:57 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:16:51 | F315 | Enr 2nd Loc | 3500 GASTON AVE | Incident ID = 34813462, 32.788167, -96.780033 | F315 |
| 5/28/2019 | 20:18:01 | C346 | Enr 2nd Loc | 3500 GASTON AVE | Incident ID = 34813462, 32.788167, -96.780033 | C346 |
| 5/28/2019 | 20:18:37 | C346 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, PARTNERS RIDING | 123760 |

App 00033

| Date | Time | Unit | Action | Location | Detail | Num |
|---|---|---|---|---|---|---|
| | | | | | WITH RE05 | |
| 5/28/2019 | 20:18:37 | F315 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, PARTNERS RIDING WITH RE05 | 123760 |
| 5/28/2019 | 20:19:11 | | Read Comment | | Comment for Incident 462 was Marked as Road. | 123760 |
| 5/28/2019 | 20:19:40 | | Read Comment | | Comment for Incident 462 was Marked as Read | 123760 |
| 5/28/2019 | 20:20:59 | | UserAction | | User clicked Exit/Save | 119876 |
| 5/28/2019 | 20:21:59 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:22:08 | | MultiAgencyResponse | | Generated Inc. Crime Scene Inc#CSRU-06332 | 119876 |
| 5/28/2019 | 20:22:17 | | UserAction | | User clicked Exit/Save | 053018 |
| 5/28/2019 | 20:22:24 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:22:56 | C350 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097246) | 123760 |
| 5/28/2019 | 20:22:58 | C350 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:23:00 | C320 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097247) | 123760 |
| 5/28/2019 | 20:23:03 | C320 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:24:16 | | UserAction | | User clicked Exit/Save | 119876 |
| 5/28/2019 | 20:24:23 | | UserAction | | User clicked Exit/Save | 108369 |
| 5/28/2019 | 20:25:15 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 20:25:36 | | UserAction | | User clicked Exit/Save | 116764 |
| 5/28/2019 | 20:26:03 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:26:15 | F315 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/28/2019 | 20:26:24 | C346 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/28/2019 | 20:27:41 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:33:57 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 20:35:00 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:35:02 | | SOP Updated | | Updated SOP information is available | 123760 |
| 5/28/2019 | 20:35:06 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:38:00 | C302 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097257) | 123760 |
| 5/28/2019 | 20:38:02 | C302 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:46:22 | C350 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 123760 |
| 5/28/2019 | 20:46:22 | C350 | Disposition | 5 PONNYS TRUCK SALES | C - Cover Only | 123760 |
| 5/28/2019 | 20:53:40 | C320 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C320 |
| 5/28/2019 | 20:53:59 | | UserAction | | User clicked Exit/Save | 115645 |
| 5/28/2019 | 20:55:54 | M301 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097272) | 123760 |
| 5/28/2019 | 20:55:54 | M301 | Enr | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Responding From = 6045 Lovett Ave | 123760 |
| 5/28/2019 | 20:55:54 | M301 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:56:38 | M300 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097273) | 123760 |
| 5/28/2019 | 20:56:38 | M300 | Enr | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Responding From = C F HAWN SERV EB\N JIM MILLER RD | 123760 |
| 5/28/2019 | 20:56:38 | M300 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:59:33 | | UserAction | | User clicked Exit/Save | 122742 |
| 5/28/2019 | 21:01:06 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 21:02:19 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 21:03:20 | | UserAction | | User clicked Exit/Save | 123374 |
| 5/28/2019 | 21:08:15 | | UserAction | | User clicked Exit/Save | 113077 |
| 5/28/2019 | 21:13:45 | | UserAction | | User clicked Exit/Save | 104669 |
| 5/28/2019 | 21:15:43 | | UserAction | | User clicked Exit/Save | 122743 |
| 5/28/2019 | 21:18:01 | | UserAction | | User clicked Exit/Save | 121909 |
| 5/28/2019 | 21:34:03 | C321 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C321 |
| 5/28/2019 | 21:34:59 | C317 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.787953, -96.795078, | C317 |
| 5/28/2019 | 21:38:14 | C311 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C311 |
| 5/28/2019 | 21:40:36 | | UserAction | | User clicked Exit/Save | SH2572 |
| 5/28/2019 | 21:43:17 | F344 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | F344 |
| 5/28/2019 | 21:46:44 | C321 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:49:25 | C317 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:49:26 | | UserAction | | User clicked Exit/Save | 9445 |
| 5/28/2019 | 21:51:27 | C311 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:53:20 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 21:54:10 | F344 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:56:48 | C302 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 124574 |
| 5/28/2019 | 22:09:01 | | Read Comment | | Comment for Incident 462 was Marked as Read. (Response Viewer) | 123760 |
| 5/28/2019 | 22:09:39 | | Notify Comment | | | |
| 5/28/2019 | 22:10:43 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 22:12:44 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 22:20:11 | | UserAction | | User clicked Exit/Save | 084148 |
| 5/28/2019 | 22:31:26 | | UserAction | | User clicked Exit/Save | 104669 |
| 5/28/2019 | 22:33:14 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/28/2019 | 22:33:16 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/28/2019 | 22:38:12 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/28/2019 | 22:47:41 | | UserAction | | User clicked Exit/Save | 077605 |
| 5/28/2019 | 22:50:46 | F344 | Enr | 1400 S LAMAR ST | Responding From = S LAMAR ST\CORINTH ST | 123580 |
| 5/28/2019 | 22:52:31 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/28/2019 | 22:53:58 | C330 | Enr 2nd Loc | JACK EVANS | Incident ID = 34813462, 1400 S LAMAR ST 32767953, 96795078, | 123580 |
| 5/28/2019 | 22:58:21 | C330 | At Scene 2nd Loc | JACK EVANS | Incident ID = 34813462, 1400 S LAMAR ST 32767953, 96795078, | VisiNET |
| 5/28/2019 | 23:00:04 | F344 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 23:05:22 | F343 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F343 |

App 00034

| Date | Time | Unit | Action | Location | Details | Code |
|---|---|---|---|---|---|---|
| 5/28/2019 | 23:05:57 | F344 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | F344 |
| 5/28/2019 | 23:08:58 | F344 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/28/2019 | 23:11:58 | F344 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F344 |
| 5/28/2019 | 23:16:46 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/28/2019 | 23:21:06 | C398 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C398 |
| 5/28/2019 | 23:23:19 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/28/2019 | 23:25:25 | | UserAction | | User clicked Exit/Save | 119586 |
| 5/28/2019 | 23:27:39 | C327 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097314) | 123580 |
| 5/28/2019 | 23:27:39 | C327 | Enr | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Responding From = UNNAMED STREET\HARRY HINES BLVD | 123580 |
| 5/28/2019 | 23:27:39 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C327 - Response Priority | 123580 |
| 5/28/2019 | 23:33:19 | C323 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C323 |
| 5/28/2019 | 23:39:13 | | UserAction | | User clicked Exit/Save | 116764 |
| 5/28/2019 | 23:41:40 | A332 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097319) | 116764 |
| 5/28/2019 | 23:41:50 | A332 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 116764 |
| 5/28/2019 | 23:41:50 | A332 | Enr | 7525 C F Hawn Serv Eb | Responding From = LAKE JUNE RD\W JIM MILLER RD | A332 |
| 5/28/2019 | 23:43:53 | C323 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 23:45:35 | C327 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 23:51:24 | C330 | Clear | 1400 S LAMAR ST [JACK EVANS] | | 116764 |
| 5/28/2019 | 23:54:29 | C321 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C321 |
| 5/28/2019 | 23:58:18 | A332 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/29/2019 | 00:18:23 | C317 | interface:mct/mdt/mst | | C317: Record check query data: Query Type: Person Check, Query Criteria: incidentid 34813462, lastname wallace, firstname mitchell, dob 12041959, sex M, race W, state TX, | INT |
| 5/29/2019 | 00:19:40 | F315 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | F315 |
| 5/29/2019 | 00:20:12 | C327 | Enr 2nd Loc | JACK EVANS | Incident ID = 34813462, 1400 S LAMAR ST 32767953, 96795078, ENROUTE TO HQ TO DROP OFF SQUAD CAR FOR PROCESSING | 123580 |
| 5/29/2019 | 00:20:37 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 00:20:39 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/29/2019 | 00:20:40 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 00:23:04 | F315 | interface:mct/mdt/mst | | F315: Record check query data: Query Type: Vehicle Check, Query Criteria: incidentid 34813462, lic HNX1298, state TX, chklong 1, | INT |
| 5/29/2019 | 00:23:04 | | License Plate | 7525 C F Hawn Serv Eb | Plate Number HNX1298 has been added | APCAD109MSOS |
| 5/29/2019 | 00:23:24 | C318 | Enr 2nd Loc | 3033 MONARCH CT | Incident ID = 34813462, 32719717, 96542901, | 123580 |
| 5/29/2019 | 00:23:44 | F318 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | F318 |
| 5/29/2019 | 00:24:11 | C317 | Enr 2nd Loc | 3033 MONARCH CT | Incident ID = 34813462, 32719717, 96542901, FOLLOWING C318 TO 2ND LOCATION | 123580 |
| 5/29/2019 | 00:25:25 | F318 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/29/2019 | 00:25:51 | F315 | Clear | 725 N JIM MILLER RD | | 123580 |
| 5/29/2019 | 00:26:28 | C316 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C316 |
| 5/29/2019 | 00:33:21 | C317 | At Scene 2nd Loc | 3033 MONARCH CT | Incident ID = 34813462, 32719717, 96542901, | VisiNET |
| 5/29/2019 | 00:33:30 | C318 | At Scene 2nd Loc | 3033 MONARCH CT | Incident ID = 34813462, 32719717, 96542901, | VisiNET |
| 5/29/2019 | 00:33:32 | F330 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F330 |
| 5/29/2019 | 00:34:33 | F318 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F318 |
| 5/29/2019 | 00:35:01 | C327 | At Scene 2nd Loc | JACK EVANS | Incident ID = 34813462, 1400 S LAMAR ST 32767953, 96795078, | VisiNET |
| 5/29/2019 | 00:38:15 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/29/2019 | 00:38:17 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 00:39:41 | C318 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | C318 |
| 5/29/2019 | 00:43:23 | C346 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C346 |
| 5/29/2019 | 00:47:26 | C318 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/29/2019 | 00:50:23 | C318 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C318 |
| 5/29/2019 | 00:51:58 | C317 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C317 |
| 5/29/2019 | 00:56:47 | C311 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | C311 |
| 5/29/2019 | 00:56:53 | C327 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | C327 |
| 5/29/2019 | 01:05:48 | C311 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/29/2019 | 01:05:59 | C327 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/29/2019 | 01:11:26 | | UserAction | | User clicked Exit/Save | 9027 |
| 5/29/2019 | 01:11:42 | C311 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C311 |
| 5/29/2019 | 01:11:52 | C327 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C327 |
| 5/29/2019 | 01:57:06 | C323 | Enr 2nd Loc | 111 COMMERCE ST | Incident ID = 34813462, 32.778886, -96.813608, | C323 |
| 5/29/2019 | 02:01:24 | C323 | At Scene 2nd Loc | 111 COMMERCE ST | Incident ID = 34813462, 32778886, 96813608, | VisiNET |
| 5/29/2019 | 02:34:51 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/29/2019 | 02:34:53 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 03:24:30 | C323 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C323 |
| 5/29/2019 | 03:28:53 | C323 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/29/2019 | 03:35:57 | C323 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | C323 |
| 5/29/2019 | 03:45:11 | C323 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/29/2019 | 03:51:05 | C323 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C323 |

App 00035

| Date | Time | Unit | Action | Location | Detail | Number |
|------|------|------|--------|----------|--------|--------|
| 5/29/2019 | 03:52:19 | C353 | interface:mct/mdt/mst | | C353: Record check query data: Query Type: INT Person Check. Query Criteria: incidentid 34813462, lastname madden, firstname rashad, middlename a, dob 07101990, sex M, race B, state TX, | |
| 5/29/2019 | 03:56:43 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/29/2019 | 03:57:17 | | MultiAgencyResponse | | Generated Inc: Service Desk Inc#0055264-19 | 123580 |
| 5/29/2019 | 03:57:23 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 03:58:13 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/29/2019 | 03:58:14 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 04:06:46 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/29/2019 | 04:06:47 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/29/2019 | 05:57:58 | C353 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 123580 |
| 5/29/2019 | 06:09:28 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/29/2019 | 06:33:46 | | UserAction | | User clicked Exit/Save | 107897 |
| 5/29/2019 | 06:34:42 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/29/2019 | 06:43:40 | | UserAction | | User clicked Exit/Save | 8314 |
| 5/29/2019 | 07:02:11 | | UserAction | | User clicked Exit/Save | 034476 |
| 5/29/2019 | 07:18:50 | A332 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with B336 - Response Priority | 084148 |
| 5/29/2019 | 07:18:50 | B336 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05292019-0097475) | 084148 |
| 5/29/2019 | 07:18:51 | B336 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 084148 |
| 5/29/2019 | 07:19:31 | B336 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 084148 |
| 5/29/2019 | 07:21:01 | | UserAction | | User clicked Exit/Save | 034476 |
| 5/29/2019 | 08:12:28 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 049485 |
| 5/29/2019 | 08:12:59 | | UserAction | | User clicked Exit/Save | 049485 |
| 5/29/2019 | 08:31:22 | | UserAction | | User clicked Exit/Save | 101745 |
| 5/29/2019 | 08:40:12 | B336 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/29/2019 | 08:51:37 | A332 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | A332 |
| 5/29/2019 | 09:03:12 | A332 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/29/2019 | 09:03:58 | | UserAction | | User clicked Exit/Save | 072716 |
| 5/29/2019 | 09:05:54 | A332 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | A332 |
| 5/29/2019 | 11:01:12 | M300 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 084148 |
| 5/29/2019 | 11:18:33 | D317 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05292019-0097595) | 084148 |
| 5/29/2019 | 11:18:33 | D317 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 084148 |
| 5/29/2019 | 11:18:33 | B336 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with D317 - Response Priority | 084148 |
| 5/29/2019 | 11:41:47 | D317 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/29/2019 | 13:27:58 | B336 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | B336 |
| 5/29/2019 | 14:09:37 | M301 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 084148 |
| 5/29/2019 | 14:41:54 | | UserAction | | User clicked Exit/Save | 122488 |
| 5/29/2019 | 15:41:39 | D317 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with C318 - Response Priority | 121578 |
| 5/29/2019 | 15:41:39 | C318 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05292019-0097745) | 121578 |
| 5/29/2019 | 15:41:40 | C318 | Assgn 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 121578 |
| 5/29/2019 | 15:41:47 | C318 | Enr | 7525 C F Hawn Serv Eb | Responding From = TUNE AVE\HOMEVIEW ST | C318 |
| 5/29/2019 | 15:50:48 | C318 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/29/2019 | 16:00:17 | | UserAction | | User clicked Exit/Save | 104669 |
| 5/29/2019 | 16:08:50 | | UserAction | | User clicked Exit/Save | 6702 |
| 5/29/2019 | 16:18:18 | D317 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | D317 |
| 5/29/2019 | 16:39:06 | | UserAction | | User clicked Exit/Save | 119586 |
| 5/29/2019 | 17:07:19 | | UserAction | | User clicked Exit/Save | SH2572 |
| 5/29/2019 | 18:20:34 | | UserAction | | User clicked Exit/Save | 108369 |
| 5/29/2019 | 20:59:31 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/29/2019 | 23:02:50 | | UserAction | | User clicked Exit/Save | 122039 |
| 5/29/2019 | 23:26:14 | A358 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05292019-0097956) | 109442 |
| 5/29/2019 | 23:26:14 | C318 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with A358 - Response Priority | 109442 |
| 5/29/2019 | 23:26:55 | A358 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/29/2019 | 23:30:51 | A358 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | A358 |
| 5/29/2019 | 23:34:46 | A358 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05292019-0097958) | 109442 |
| 5/29/2019 | 23:34:46 | C318 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with A358 - Response Priority | 109442 |
| 5/29/2019 | 23:34:49 | A358 | Enr | 7525 C F Hawn Serv Eb | Responding From = HODDE ST\LUCY ST | A358 |
| 5/29/2019 | 23:35:07 | C318 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/29/2019 | 23:35:17 | A358 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/29/2019 | 23:35:21 | C318 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/29/2019 | 23:35:31 | C318 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/29/2019 | 23:40:07 | C318 | Unit Backed up | BAYLOR S&W MED CTR | Backed up with A344 - Response Priority | 109442 |

| Date | Time | Unit | Action | Location | Details | Ref |
|---|---|---|---|---|---|---|
| | | | | DALLAS | | |
| 5/29/2019 | 23:40:07 | A344 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05292019-0097960) | 109442 |
| 5/29/2019 | 23:40:07 | A344 | Assgn 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/29/2019 | 23:50:36 | A358 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/30/2019 | 00:10:25 | C318 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | C318 |
| 5/30/2019 | 00:19:08 | C318 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/30/2019 | 00:20:37 | C318 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C318 |
| 5/30/2019 | 00:23:56 | A358 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with E347 - Response Priority | 116754 |
| 5/30/2019 | 00:23:56 | E347 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05302019-0097972) | 116764 |
| 5/30/2019 | 00:23:56 | E347 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 116764 |
| 5/30/2019 | 00:34:53 | A344 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 109442 |
| 5/30/2019 | 00:43:11 | E347 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/30/2019 | 00:53:35 | | UserAction | | User clicked Exit/Save | 109442 |
| 5/30/2019 | 01:05:37 | A344 | interface:mcl/mdt/mst | | A344: Record check query data: Query Type: Vehicle Check. Query Criteria: incidentid 34813462, lic jbw2400, state TX, chklong 1, | INT |
| 5/30/2019 | 01:05:37 | | License Plate | 7525 C F Hawn Serv Eb | Plate Number jbw2400 has been added. | APCAD112MSOS |
| 5/30/2019 | 01:15:51 | A344 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | A344 |
| 5/30/2019 | 01:22:04 | A358 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | A358 |
| 5/30/2019 | 04:17:04 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/30/2019 | 04:31:55 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/30/2019 | 05:23:16 | | UserAction | | User clicked Exit/Save | 9027 |
| 5/30/2019 | 06:22:59 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/30/2019 | 06:44:58 | | UserAction | | User clicked Exit/Save | 084148 |
| 5/30/2019 | 07:29:34 | B342 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05302019-0098109) | 084148 |
| 5/30/2019 | 07:29:34 | B342 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 084148 |
| 5/30/2019 | 07:29:34 | E347 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with B342 - Response Priority | 084148 |
| 5/30/2019 | 07:49:58 | B342 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/30/2019 | 08:04:56 | E347 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | E347 |
| 5/30/2019 | 08:23:44 | E347 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/30/2019 | 08:29:48 | E347 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | E347 |
| 5/30/2019 | 10:15:08 | | UserAction | | User clicked Exit/Save | 082282 |
| 5/30/2019 | 10:40:12 | B342 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with D355 - Response Priority | 105735 |
| 5/30/2019 | 10:40:12 | D355 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05302019-0098189) | 105735 |
| 5/30/2019 | 10:40:14 | D355 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 105735 |
| 5/30/2019 | 11:44:48 | D355 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, -96.780033, | D355 |
| 5/30/2019 | 13:08:08 | B342 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | B342 |
| 5/30/2019 | 15:36:05 | D355 | Unit Backed up | BAYLOR S&W MED CTR DALLAS | Backed up with C322 - Response Priority | 123768 |
| 5/30/2019 | 15:36:05 | C322 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05302019-0098339) | 123768 |
| 5/30/2019 | 15:36:08 | C322 | Assgn 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 123768 |
| 5/30/2019 | 15:37:22 | C322 | Enr | 7525 C F Hawn Serv Eb | Responding From = C F HAWN FWY WB\C F HAWN ACRD WB | C322 |
| 5/30/2019 | 15:48:17 | C322 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/30/2019 | 16:03:33 | | UserAction | | User clicked Exit/Save | 122742 |
| 5/30/2019 | 16:28:38 | D355 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | D355 |
| 5/30/2019 | 16:41:06 | D355 | At Scene 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/30/2019 | 16:45:21 | D355 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | D355 |
| 5/30/2019 | 17:16:26 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/30/2019 | 20:33:19 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/30/2019 | 22:43:32 | | UserAction | | User clicked Exit/Save | 9027 |
| 5/30/2019 | 22:49:44 | C322 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C322 |
| 5/30/2019 | 22:49:44 | C322 | Response Closed | 5 PONNYS TRUCK SALES | Response Disposition: NP - No Police Action | C322 |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 5/28/2019 | 19:54:13 | Longitude | 0 | 96880622 | Entry Verified | Response_Master_Incident | CAD911 | CT350 123377 |
| 5/28/2019 | 19:54:13 | Latitude | 0 | 32711773 | Entry Verified | Response_Master_Incident | CAD911 | CT350 123377 |
| 5/28/2019 | 19:54:13 | Address | 8164-8214 C F HAWN SERV WB | 8120-8298 C F HAWN SERV WB | Entry Verified | Response_Master_Incident | CAD911 | CT350 123377 |
| 5/28/2019 | 19:54:13 | Address | (Blank) | 8164-8214 C F HAWN SERV WB | New Entry | Response_Master_Incident | CAD911 | CT350 123377 |
| 5/28/2019 | 19:54:13 | Call_Back_Phone | | (469) 576-9060 | (Response Viewer) | Response_Master_Incident | CAD911 | CT350 123377 |
| 5/28/2019 | 19:54:14 | ResponsePlanType | 0 | 0 | (Response | Response_Master_Incident | CAD911 | CT350 123377 |

App 00037

| Date | Time | Field | | Value | Source | Reference |
|---|---|---|---|---|---|---|
| | | | | | Viewer) | |
| 5/28/2019 | 19:54:14 | Response_Area | | 337 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:14 | Battalion | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:14 | Division | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:14 | Jurisdiction | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:15 | Address | (Blank) | 75 | New Entry | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Longitude | 96680622 | 96692392 | Entry Verified | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Latitude | 32711773 | 32718666 | Entry Verified | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Address | 75 | 7525 C F HAWN SERV EB | Entry Verified | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Response_Area | | 353 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Battalion | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Division | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Jurisdiction | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Caller_Name | | WIRELESS-Verizon Wireless | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Certification_Level | | P-Patrol | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Incident_Type | | 2Man | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Priority_Number | 0 | 1 | | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Priority_Description | | 1 - Emergency | | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Response_Plan | | CH3 - 2MAN | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Problem | | 46A - CIT w/Ambulance | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Response_Area | | 353 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Battalion | | 350 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Division | | Southeast | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Jurisdiction | | Dallas Police | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Response_Area | | 353 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Battalion | | 350 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Division | | Southeast | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Jurisdiction | | Dallas Police | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:42 | Map_Info | | 58-T | | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:42 | Pickup_Map_Info | | 58-T | | Response_Transports CAD911CT350 123377 |
| 5/28/2019 | 19:54:42 | Caller_Building | | 2209 | Polygon Lookup | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:04 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:04 | Read Call | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:15 | Location_Name | | 5 PONNYS TRUCK SALES | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:29 | Caller_Name | WIRELESS-Verizon Wireless | WALLACE, MITCH | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:56:59 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 20:00:57 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:02:34 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:05:00 | Read Comment | False | True | (Response | Response_Master_Incident CADDPDPCH0 123760 |

App 00038

Case 3:21-cv-01168-S   Document 40-1   Filed 03/18/22   Page 28 of 235   PageID 351

| 5/28/2019 | 20:06:44 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:11:57 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:19:11 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:19:40 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:22:24 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:00 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Certification_Level | P-Patrol | | T-Traffic | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Incident_Type | 2Man | | Assist Officer Plan | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Response_Plan | CH3 - 2MAN | | ASSIST OFFICER | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | RespReconfigState | 0 | | 1 | | Response reconfigure needed | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Problem | 46A - CIT w/Ambulance | | 15 - Assist Officer | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 22:09:01 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/29/2019 | 22:33:14 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 00:20:39 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 00:38:15 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 02:34:51 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 03:56:43 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 03:58:13 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 04:06:46 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |
| 5/29/2019 | 08:12:28 | Read Comment | False | | True | | (Response Viewer) | Response_Master_Incident CADDPDPCH0 049485 3 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**
**No Custom Data Fields**

Attachments
**No Attachment**

App 00039

# Incident Detail Report

Data Source: Data Warehouse
Incident Status: Active
Incident number: 19-0963722
Case Numbers: 106952-2019
Incident Date: 5/28/2019 19:54:13
Report Generated: 5/29/2019 00:04:51

**Incident Information**

| | | | |
|---|---|---|---|
| Incident Type: | Assist Officer Plan | Alarm Level: | |
| Priority: | 1 - Emergency | Problem: | 15 – Assist Officer |
| Determinant: | | Agency: | Police |
| Base Response#: | 05282019-0097228 | Jurisdiction: | Dallas Police |
| Confirmation#: | | Division: | Southeast |
| Taken By: | Berumen, Karla D | Battalion: | 350 |
| Response Area: | 353 | Response Plan: | ASSIST OFFICER |
| Disposition: | C - Cover Only | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Active | Secondary TAC: | |
| Certification: | T-Traffic | Delay Reason (if any): | |
| Longitude: | 96692392 | Latitude: | 32718666 |

**Incident Location**

| | | | |
|---|---|---|---|
| Location Name: | S PONNYS TRUCK SALES | County: | DALLAS |
| Address: | 7525 C F Hawn Serv Eb | Location Type: | |
| Apartment: | | Cross Street: | N MURDEAUX LN/GREENHAVEN DR |
| Building: | | Map Reference: | 58-T |
| City, State, Zip: | Dallas TX 75217 | | |

**Call Receipt**

| | | | |
|---|---|---|---|
| Caller Name: | WALLACE, MITCH | | |
| Method Received: | | Call Back Phone: | |
| Caller Type: | | Caller Location: | |

**Time Stamps**

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 5/28/2019 | 19:54:13 | | | |
| 1st Key Stroke | 5/28/2019 | 19:54:13 | | Received to In Queue | 00:00:26 |
| In Waiting Queue | 5/28/2019 | 19:54:39 | | Call Taking | |
| Call Taking Complete | 5/28/2019 | 19:54:39 | Berumen, Karla D | In Queue to 1st Assign | 00:01:37 |
| 1st Unit Assigned | 5/28/2019 | 19:56:16 | | Call Received to 1st Assign | 00:02:03 |
| 1st Unit Enroute | 5/28/2019 | 19:56:22 | | Assigned to 1st Enroute | 00:00:06.1 |
| 1st Unit Arrived | 5/28/2019 | 19:59:02 | | Enroute to 1st Arrived | 00:02:39.8 |
| Closed | | | | Incident Duration | |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | Delay At Patient Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C398 | N | 19:56:16 | C - Cover Only | 19:56:22 | | 20:01:07 | | 23:21:06 | | | |
| C317 | N | 19:56:16 | | 19:56:49 | | 20:01:18 | | | | | |
| F330 | N | 19:55:17 | | 19:56:26 | | 20:08:35 | | | | | |
| C353 | N | 19:56:57 | | 19:56:59 | | 19:59:02 | | | | | |
| C311 | N | 19:56:57 | | 19:57:07 | | 20:01:30 | | | | | |
| C318 | N | 19:56:57 | | 19:57:10 | | 20:01:33 | | | | | |
| C346 | N | 19:55:07 | | 19:58:12 | | 20:03:36 | | | | | |
| C321 | N | 19:58:34 | C - Cover Only | 19:58:47 | | 20:11:08 | | 23:54:29 | | | |
| C316 | N | 20:02:06 | | 20:02:13 | | 20:08:47 | | | | | |
| C330 | N | 20:02:50 | | | | 20:02:52 | | 23:51:24 | | | |
| F315 | N | 20:03:15 | | | | 20:04:55 | | | | | |
| F344 | N | 20:03:18 | C - Cover Only | 22:50:46 | | 23:00:04 | | 23:11:58 | | | |
| C323 | N | 20:03:23 | | | | 20:06:20 | | | | | |
| F318 | N | 20:03:34 | | 20:03:34 | | 20:03:34 | | | | | |
| F343 | N | 20:03:54 | C - Cover Only | 20:03:57 | | 20:08:07 | | 23:05:22 | | | |
| C327 | N | 20:04:15 | S - Swap | | | | | 20:05:16 | | | R-Reassigned |
| C350 | N | 20:22:56 | C - Cover Only | | | 20:22:58 | | 20:46:22 | | | |
| C320 | N | 20:23:00 | C - Cover Only | | | 20:23:03 | | 20:53:40 | | | |
| C302 | N | 20:38:00 | | | | 20:38:02 | | 21:56:48 | | | |
| M301 | N | 20:55:54 | | 20:55:54 | | 20:55:54 | | | | | |
| M300 | N | 20:56:38 | | 20:56:38 | | 20:56:38 | | | | | |
| C327 | Y | 23:27:39 | | 23:27:39 | | 23:45:35 | | | | | |
| A332 | N | 23:41:40 | | 23:41:50 | | | | | | | |

**Personnel Assigned**

| Unit | Name |
|---|---|
| C398 | Gribbon, Jason R (10116); Rushing, Matthew A (9694) |
| C317 | Baloney, Jennifer R (11030) |
| F330 | Harrell, Aarin S (9655) |
| C353 | Foster, Thomas H (11272); Nelson, Dylan X (11280) |
| C311 | Parker, William C (10612) |
| C318 | Timms, Christopher (8924) |
| C346 | Ortiz, Sergio A (10693); Yeatman, Kevin T (10695) |
| C321 | Arias, Oscar O (10849); Fillmore, Lucas A (11467) |
| C316 | Conklin, Joshua J (10532) |
| C330 | Nosworthy II, Dudley J (5882) |
| F315 | Ayala, Mark A (11228); Garcia, Sergio (10929) |
| F344 | Rodriguez, Carlos (10868) |
| C323 | Mulrenan, Sean M (10968); Rayas, Jose S (10984) |

App 00040

| | |
|---|---|
| F318 | Gatson, Joshua D (10898) |
| F343 | Vasquez, Meredith A (10825); Yohner, Benjamin (9172) |
| C327 | Charmoli, Nicole C (11216); Hamilton, Cynthia M (10220) |
| C350 | Rospigliosi, John A (7188) |
| C320 | Caperton, Yvette T (9208) |
| C302 | Paik, Devon (9126) |
| M301 | McGee, Melissa A (7125) |
| M300 | Gallegos, Daniel (6465) |
| C327 | Charmoli, Nicole C (11216); Hamilton, Cynthia M (10220) |
| A332 | Gibbs, David A (10537); Lewis, Julia K (7798) |

**Pre-Scheduled Information**
**No Pre-Scheduled Information**

**Transports**
**No Transports Information**

**Transport Legs**
**No Transports Information**

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 5/28/2019 | 19:54:05 | SYS | Response | | [9] [Appended, 19:56:02] [1] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:11 | SYS | Response | | [10] [Appended, 19:56:02] [2] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:15 | SYS | Response | | [11] [Appended, 19:56:02] [3] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:17 | SYS | Response | | [12] [Appended, 19:56:02] [4] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:19 | SYS | Response | | [1] A matching ANI/ALI was received - possible Phase 2 update |
| 5/28/2019 | 19:54:40 | 123377 | Response | | [2] Multi-Agency Fire Incident #: 2019122365 |
| 5/28/2019 | 19:54:40 | 123377 | Response | | [3] COMP ADV BM HAS GUN TO HEAD [Shared] |
| 5/28/2019 | 19:54:57 | 012443 | Response | | [4] [Page] Problem changed from *A - Medical Emergency to AA - Aggravated Assault by Fire [Shared] |
| 5/28/2019 | 19:55:04 | 123377 | Response | | [5] BM NO SHIRT BLUE SHORTS STATES HE WILL KILL HIMSELF [Shared] |
| 5/28/2019 | 19:55:16 | 012443 | Response | | [6] [Page] Problem changed from AA - Aggravated Assault to **A - Ambulance Request by Fire [Shared] |
| 5/28/2019 | 19:55:17 | 076315 | Response | | [7] [Page] Problem changed from AA - Aggravated Assault to **A - Ambulance Request by Fire [Shared] |
| 5/28/2019 | 19:55:27 | 012443 | Response | | [8] [Page] Problem changed from **A - Ambulance Request to SU - Suicide by Fire [Shared] |
| 5/28/2019 | 19:56:02 | 123374 | Response | | [13] [Appended, 19:56:02] [5] ON THE CORNER OF MERDEUX AND CF HAWN SERVICE ROD COMP STATES A BM LSW NO SHIRT BLU HAS A HAND GUN IS POINTING IT AT HIMSELF. |
| 5/28/2019 | 19:56:02 | 123374 | Response | | [14] Duplicate call appended to incident at 19:56:02 [Shared] |
| 5/28/2019 | 19:56:03 | 123374 | Response | | [15] ON THE CORNER OF MERDEUX AND CF HAWN SERVICE ROD COMP STATES A BM LSW NO SHIRT BLU HAS A HAND GUN IS POINTING IT AT HIMSELF. [Shared] |
| 5/28/2019 | 19:56:07 | 123377 | Response | | [16] PER COMP MALE HAS GUN TO HIS THROAT. COMP ADV MALE IS UPSET OVER DAUGHTER [Shared] |
| 5/28/2019 | 19:56:36 | 123374 | Response | | [17] COMP STATES MALE HAS WHIT FOAM COMING OUT OF HIS MOUTH. SUSP IS IN THE PARKING LOT IN FRONT OF THE BUILDING. [Shared] |
| 5/28/2019 | 19:56:49 | 123374 | Response | | [18] NO SHOTS FIRED FROM GUN NO ONE HAS BEEN SHOT. [Shared] |
| 5/28/2019 | 19:57:07 | 123377 | Response | | [19] PER COMP MALE IS CURRENTLY TRYING TO PUT BULLET IN GUN [Shared] |
| 5/28/2019 | 19:57:59 | 123374 | Response | | [20] (WALL ACE LINDA) _____ COMP IS INSIDE THE BUILDING WITH THE DOOR LOCKED. COMP STATES HER HUSBAND IS IN THE PARKING LOT TALKING TO THE SUSP. HUSBAND IS WM BALD LSW BRW T SHIRT SHORTS. [Shared] |
| 5/28/2019 | 19:58:14 | 123377 | Response | | [21] COMP ADV MALE IS CRAWLING UNDERNEATH WHITE VAN [Shared] |
| 5/28/2019 | 19:59:37 | 123374 | Response | | [22] TCS RELEASED LINE RO AT SCENE. [Shared] |
| 5/28/2019 | 20:00:09 | RE05 | Response | | [23] RE5 staged at Elam/Hawn [Shared] |
| 5/28/2019 | 20:02:33 | 123760 | Response | | [24] C398 1 AT GUN POINT [Shared] |
| 5/28/2019 | 20:04:59 | 123760 | Response | Y | [25] [Query] C321, NCIC Gun Check: P8050040 |
| | | | | | [26] [Return] OG.TXNCIC000.DLX1 |
| 5/28/2019 | 20:05:07 | 123760 | Response | Y | TXT<br>1L01DLX1<br>TXDPD00X1<br>NO RECORD SER/P8050040<br>MRI: 22419957 IN: NCIC 352913 AT 28MAY2019 20:04:59<br>OUT: DLX1 26333 AT 28MAY2019 20:04:59 |
| 5/28/2019 | 20:10:34 | 10190 | Response | | [27] Requested Case Number(s) issued for Dallas Police: 106952-2019. [Shared] |
| 5/28/2019 | 20:16:21 | 123760 | Response | | [28] F330 DFR RE05 GOING TO BAYLOR [Shared] |
| 5/28/2019 | 20:18:37 | 123760 | Response | | [29] C346 PARTNERS RIDING WITH RE05 [Shared] |
| 5/28/2019 | 20:18:37 | 123760 | Response | | [30] F315 PARTNERS RIDING WITH RE05 [Shared] |
| 5/28/2019 | 20:19:28 | 119876 | Response | | [31] SIU DET WOODHAM NOTIFIED TO CALL - SGT NOSWORTHY - C330 [Shared] |
| 5/28/2019 | 20:22:08 | 119876 | Response | | [32] Multi-Agency Crime Scene Incident #: CSRU-06332 |
| 5/28/2019 | 20:22:09 | 119876 | Response | | [33] C330 [Shared] |
| 5/28/2019 | 20:31:14 | Yeatman, Kevin T | Response | | [34] c346 with suspect ER room B17 at baylor [Shared] |
| 5/28/2019 | 20:35:02 | 123760 | Response | | [35] [Notification] [Police]-Problem changed from 46A - CIT w/Ambulance to 15 - Assist Officer by Police [Shared] |
| 5/28/2019 | 20:35:06 | 123760 | Response | | [36] SIG CHANGED PER C320 [Shared] |
| 5/28/2019 | 20:56:30 | 10190 | Response | | [37] IAD SGT WILLIAMS NOTIFIED. [Shared] |
| 5/28/2019 | 21:01:30 | 10190 | Response | | [38] DVR TEAM SGT WILLIAMS NOTIFIED. [Shared] |
| 5/28/2019 | 21:11:44 | 10190 | Response | | [39] SGT MAINES TRAINING DIVISION NOTIFIED. [Shared] |
| 5/28/2019 | 21:18:06 | Mobile2 | Response | | [40] [Fire] has closed their incident [2019122365] |
| 5/28/2019 | 21:19:39 | 123760 | Response | | [41] F315 MOVED TO ROOM T3 [Shared] |
| 5/28/2019 | 21:34:03 | Mobile1 | Response | | [42] [2nd Address: 1400 S LAMAR ST][Medium][Criminal Trespass Affidavit]CRIM. TRES. AFF. SOUTHSIDE ON LAMAR-LEASING OFFICE. 276279-2017 [Shared] |
| 5/28/2019 | 21:34:03 | Mobile1 | Response | | [43] [2nd Address: 1400 S LAMAR ST][Medium][Criminal Trespass Affidavit]CRIM. TRES. AFF. SOUTH SIDE ON LAMAR. 276282-2017 [Shared] |
| 5/28/2019 | 22:09:39 | 123760 | Response | | [44] [Notification] [Police]-*** PES ALSO NEEDED AT BAYLOR ROOM R708 FOR FINGERPRINTS PER F315 *** [Shared] |

**Address Changes**
**No Address Changes**

App 00041

**Priority Changes**
**No Priority Changes**

**Alarm Level Changes**
**No Alarm Level Changes**

**Activity Log**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|------|------|-------|----------|----------|-----------|------|
| 5/28/2019 | 19:54:14 | | Sector Change | | From Sector No Sector to Sector 911OPER | 123377 |
| 5/28/2019 | 19:54:25 | | Sector Change | | From Sector No Sector to Sector 911OPER | 123377 |
| 5/28/2019 | 19:54:33 | | Sector Change | | From Sector No Sector to Sector CH3 | 123377 |
| 5/28/2019 | 19:54:33 | | Sector Change | | From Sector No Sector to Sector CH3 | 123377 |
| 5/28/2019 | 19:54:33 | | Incident Priority Change | | Incident priority changed from <none> to 1 - Emergency | 123377 |
| 5/28/2019 | 19:54:39 | | Incident in Waiting Queue | | | |
| 5/28/2019 | 19:54:40 | | ANI/ALI Statistics | | INT Insert:May 28 2019 19:54:14 / INT SendNP:May 28 2019 19:54:14 / WS RecvNP:May 28 2019 19:54:13 / WS Process:May 28 2019 19:54:40 | 123377 |
| 5/28/2019 | 19:54:40 | | MultiAgencyResponse | | Generated Inc: Fire Inc#2019122365 | 123377 |
| 5/28/2019 | 19:54:40 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:54:44 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending incident Time Warning timer expired | |
| 5/28/2019 | 19:54:45 | | Incident in Waiting Queue Timer Clear | | | |
| 5/28/2019 | 19:54:57 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:55:04 | | Read Incident | | Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:55:04 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:55:16 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:55:27 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:55:39 | | Pending Incident Time Warning | | Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:55:39 | | Incident Late | | | |
| 5/28/2019 | 19:56:03 | | Duplicate Call Warning | | Duplicate Call Warning - New call appended to incident | 123374 |
| 5/28/2019 | 19:56:16 | C317 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097229) | 124574 |
| 5/28/2019 | 19:56:16 | C398 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097228) | 124574 |
| 5/28/2019 | 19:56:17 | F330 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097230) | 124574 |
| 5/28/2019 | 19:56:17 | | Incident Timer Clear | | Incident Timer Cleared | |
| 5/28/2019 | 19:56:22 | C398 | Enr | 7525 C F Hawn Serv Eb | Responding From = 2ND AVE\CARPENTER AVE | C398 |
| 5/28/2019 | 19:56:26 | F330 | Enr | 7525 C F Hawn Serv Eb | Responding From = SAMUELL BLVD | F330 |
| 5/28/2019 | 19:56:49 | C317 | Enr | 7525 C F Hawn Serv Eb | Responding From = LAKE JUNE RD\HILLBURN DR | C317 |
| 5/28/2019 | 19:56:57 | C311 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097232) | 124574 |
| 5/28/2019 | 19:56:57 | C318 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097233) | 124574 |
| 5/28/2019 | 19:56:57 | C353 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097231) | 124574 |
| 5/28/2019 | 19:56:57 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C353,C311,C318 - Response Priority | 124574 |
| 5/28/2019 | 19:56:59 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 124574 |
| 5/28/2019 | 19:56:59 | C353 | Enr | 7525 C F Hawn Serv Eb | Responding From = ELAM RD\CEDARCLIFF DR | C353 |
| 5/28/2019 | 19:57:07 | C311 | Enr | 7525 C F Hawn Serv Eb | Responding From = N MASTERS DR\ELAM RD | C311 |
| 5/28/2019 | 19:57:10 | C318 | Enr | 7525 C F Hawn Serv Eb | Responding From = 2ND AVE\YORK ST | C318 |
| 5/28/2019 | 19:58:07 | C346 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097234) | 124574 |
| 5/28/2019 | 19:58:07 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C346 - Response Priority | 124574 |
| 5/28/2019 | 19:58:12 | C346 | Enr | 7525 C F Hawn Serv Eb | Responding From = S GOOD LATIMER EXPY\HICKORY ST | C346 |
| 5/28/2019 | 19:58:34 | C321 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097235) | 124574 |
| 5/28/2019 | 19:58:34 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C321 - Response Priority | 124574 |
| 5/28/2019 | 19:58:47 | C321 | Enr | 7525 C F Hawn Serv Eb | Responding From = GREAT TRINITY FOREST WAY\STONEPORT DR | C321 |
| 5/28/2019 | 19:59:02 | C353 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 19:59:53 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 20:00:03 | | UserAction | | User clicked Exit/Save | 123374 |
| 5/28/2019 | 20:00:29 | | UserAction | | User clicked Exit/Save | 124574 |
| 5/28/2019 | 20:00:53 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 20:00:57 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:01:07 | C398 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:01:18 | C317 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:01:30 | C311 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:01:33 | C318 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:02:06 | C316 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097237) | 123760 |
| 5/28/2019 | 20:02:13 | C316 | Enr | 7525 C F Hawn Serv Eb | Responding From = LAKE JUNE RD\UNNAMED STREET | C316 |
| 5/28/2019 | 20:02:34 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:02:50 | C330 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097238) | 123760 |
| 5/28/2019 | 20:02:52 | C330 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:03:15 | F315 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097239) | 123760 |
| 5/28/2019 | 20:03:18 | F344 | Assgn | 7525 C F Hawn Serv Eb [5 | Response Number (05282019-0097240) | 123760 |

App 00042

Case 3:21-cv-01168-S  Document 40-1  Filed 03/18/22  Page 32 of 235  PageID 355

| Date | Time | Unit | Action | Location | Comment | Number |
|---|---|---|---|---|---|---|
| | | | | PONNYS TRUCK SALES] | | |
| 5/28/2019 | 20:03:23 | C323 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097241) | 123760 |
| 5/28/2019 | 20:03:34 | F318 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097242) | 123760 |
| 5/28/2019 | 20:03:34 | F318 | Enr | 7525 C F Hawn Serv Eb | Responding From = N MURDEAUX LN\C F HAWN SERV EB | 123760 |
| 5/28/2019 | 20:03:34 | F318 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:03:36 | C346 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:03:46 | F344 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:03:54 | F343 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097243) | 123760 |
| 5/28/2019 | 20:03:57 | F343 | Enr | 7525 C F Hawn Serv Eb | Responding From = SCYENE RD\URBAN AVE | F343 |
| 5/28/2019 | 20:04:15 | C327 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097244) | 123760 |
| 5/28/2019 | 20:04:55 | F315 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:04:59 | C321 | [Query] | | [Query] NCIC Gun Check: P8050040 | 123760 |
| 5/28/2019 | 20:05:00 | | Read Comment | | Comment for Incident 462 was Marked as Read | 123760 |
| 5/28/2019 | 20:05:16 | | ReAssign Response | 5 PONNYS TRUCK SALES | Clearing Primary Vehicle Flag | 123760 |
| 5/28/2019 | 20:05:16 | C327 | ReAssign Vehicle | 5 PONNYS TRUCK SALES | ReAssign Reason: R-Reassigned | 123760 |
| 5/28/2019 | 20:06:20 | C323 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 20:06:44 | | Read Comment | | Comment for Incident 462 was Marked as Read | 123760 |
| 5/28/2019 | 20:08:07 | F343 | At Scene | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F343 |
| 5/28/2019 | 20:08:35 | F330 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:08:47 | C316 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:10:34 | | Requested Case Number | 7525 C F Hawn Serv Eb | Requested Case Number(s) issued for Dallas Police. Case Number(s): 106952-2019. | 10190 |
| 5/28/2019 | 20:11:08 | C321 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:11:57 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:16:51 | F315 | Enr 2nd Loc | 3500 GASTON AVE | | F315 |
| 5/28/2019 | 20:18:01 | C346 | Enr 2nd Loc | 3500 GASTON AVE | Incident ID = 34813462, 32.788167, -96.780033, | C346 |
| 5/28/2019 | 20:18:37 | C346 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, PARTNERS RIDING WITH RE05 | 123760 |
| 5/28/2019 | 20:18:37 | F315 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, PARTNERS RIDING WITH RE05 | 123760 |
| 5/28/2019 | 20:19:11 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:19:40 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:20:59 | | UserAction | | User clicked Exit/Save | 119876 |
| 5/28/2019 | 20:21:59 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:22:06 | | MultiAgencyResponse | | Generated Inc: Crime Scene Inc#CSRU-06332 | 119876 |
| 5/28/2019 | 20:22:17 | | UserAction | | User clicked Exit/Save | 063018 |
| 5/28/2019 | 20:22:24 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:22:56 | C350 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097246) | 123760 |
| 5/28/2019 | 20:22:58 | C350 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:23:00 | C320 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097247) | 123760 |
| 5/28/2019 | 20:23:03 | C320 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:24:16 | | UserAction | | User clicked Exit/Save | 119876 |
| 5/28/2019 | 20:24:23 | | UserAction | | User clicked Exit/Save | 108369 |
| 5/28/2019 | 20:25:15 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 20:25:36 | | UserAction | | User clicked Exit/Save | 116764 |
| 5/28/2019 | 20:26:03 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:26:15 | F315 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/28/2019 | 20:26:24 | C346 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |
| 5/28/2019 | 20:27:41 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:33:57 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 20:35:00 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123760 |
| 5/28/2019 | 20:35:02 | | SOP Updated | | Updated SOP information is available | 123760 |
| 5/28/2019 | 20:35:06 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 20:38:00 | C302 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097257) | 123760 |
| 5/28/2019 | 20:38:02 | C302 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:46:22 | C350 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 123760 |
| 5/28/2019 | 20:46:22 | C350 | Disposition | 5 PONNYS TRUCK SALES | C - Cover Only | 123760 |
| 5/28/2019 | 20:53:40 | C320 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C320 |
| 5/28/2019 | 20:53:59 | | UserAction | | User clicked Exit/Save | 115645 |
| 5/28/2019 | 20:55:54 | M301 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097272) | 123760 |
| 5/28/2019 | 20:55:54 | M301 | Enr | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Responding From = 6045 Lovett Ave | 123760 |
| 5/28/2019 | 20:55:54 | M301 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:56:38 | M300 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097273) | 123760 |
| 5/28/2019 | 20:56:38 | M300 | Enr | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Responding From = C F HAWN SERV EB\N JIM MILLER RD | 123760 |
| 5/28/2019 | 20:56:38 | M300 | At Scene | 7525 C F Hawn Serv Eb | | 123760 |
| 5/28/2019 | 20:59:33 | | UserAction | | User clicked Exit/Save | 122742 |
| 5/28/2019 | 21:01:06 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 21:02:19 | | UserAction | | User clicked Exit/Save | 123377 |
| 5/28/2019 | 21:03:20 | | UserAction | | User clicked Exit/Save | 123374 |
| 5/28/2019 | 21:08:15 | | UserAction | | User clicked Exit/Save | 113077 |
| 5/28/2019 | 21:13:45 | | UserAction | | User clicked Exit/Save | 104669 |

App 00043

Case 3:21-cv-01168-S    Document 40-1    Filed 03/18/22    Page 33 of 235    PageID 356

| 5/28/2019 | 21:15:43 | | UserAction | | User clicked Exit/Save | 122743 |
|---|---|---|---|---|---|---|
| 5/28/2019 | 21:18:01 | | UserAction | | User clicked Exit/Save | 121909 |
| 5/28/2019 | 21:34:03 | C321 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C321 |
| 5/28/2019 | 21:34:59 | C317 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C317 |
| 5/28/2019 | 21:38:14 | C311 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C311 |
| 5/28/2019 | 21:40:36 | | UserAction | | User clicked Exit/Save | SH2572 |
| 5/28/2019 | 21:43:17 | F344 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | F344 |
| 5/28/2019 | 21:46:44 | C321 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:49:25 | C317 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:49:26 | | UserAction | | User clicked Exit/Save | 9445 |
| 5/28/2019 | 21:51:27 | C311 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:53:20 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 21:54:10 | F344 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32767953, 96795078, | VisiNET |
| 5/28/2019 | 21:56:48 | C302 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | 124574 |
| 5/28/2019 | 22:09:01 | | Read Comment | | Comment for Incident 462 was Marked as Read. (Response Viewer) | 123760 |
| 5/28/2019 | 22:09:39 | | Notify Comment | | | |
| 5/28/2019 | 22:10:43 | | UserAction | | User clicked Exit/Save | 123760 |
| 5/28/2019 | 22:12:44 | | UserAction | | User clicked Exit/Save | 10190 |
| 5/28/2019 | 22:20:11 | | UserAction | | User clicked Exit/Save | 084148 |
| 5/28/2019 | 22:31:26 | | UserAction | | User clicked Exit/Save | 104669 |
| 5/28/2019 | 22:33:14 | | Read Comment | | Comment for Incident 462 was Marked as Read. | 123580 |
| 5/28/2019 | 22:33:16 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/28/2019 | 22:38:12 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/28/2019 | 22:47:41 | | UserAction | | User clicked Exit/Save | 077605 |
| 5/28/2019 | 22:50:46 | F344 | Enr | 1400 S LAMAR ST | Responding From = S LAMAR ST\CORINTH ST | 123580 |
| 5/28/2019 | 22:52:31 | | UserAction | | User clicked Exit/Save | 123580 |
| 5/28/2019 | 22:53:59 | C330 | Enr 2nd Loc | JACK EVANS | Incident ID = 34813462, 1400 S LAMAR ST 32767953, 96795078, | 123580 |
| 5/28/2019 | 22:58:21 | C330 | At Scene 2nd Loc | JACK EVANS | Incident ID = 34813462, 1400 S LAMAR ST 32767953, 96795078, | VisiNET |
| 5/28/2019 | 23:00:04 | F344 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 23:05:22 | F343 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F343 |
| 5/28/2019 | 23:05:57 | F344 | Enr 2nd Loc | 725 N JIM MILLER RD | Incident ID = 34813462, 32.722912, -96.700276, | F344 |
| 5/28/2019 | 23:08:58 | F344 | At Scene 2nd Loc | 725 N JIM MILLER RD | incident ID = 34813462, 32722912, 96700276, | VisiNET |
| 5/28/2019 | 23:11:58 | F344 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | F344 |
| 5/28/2019 | 23:16:46 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/28/2019 | 23:21:06 | C398 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C398 |
| 5/28/2019 | 23:23:19 | | UserAction | | User clicked Exit/Save | 074572 |
| 5/28/2019 | 23:25:25 | | UserAction | | User clicked Exit/Save | 119586 |
| 5/28/2019 | 23:27:39 | C327 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097314) | 123580 |
| 5/28/2019 | 23:27:39 | C327 | Enr | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Responding From = UNNAMED STREET\HARRY HINES BLVD | 123580 |
| 5/28/2019 | 23:27:39 | F330 | Unit Backed up | 5 PONNYS TRUCK SALES | Backed up with C327 - Response Priority | 123580 |
| 5/28/2019 | 23:33:19 | C323 | Enr 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32.767953, -96.795078, | C323 |
| 5/28/2019 | 23:39:13 | | UserAction | | User clicked Exit/Save | 116764 |
| 5/28/2019 | 23:41:40 | A332 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0097319) | 116764 |
| 5/28/2019 | 23:41:50 | A332 | Enr 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | 116764 |
| 5/28/2019 | 23:41:50 | A332 | Enr | 7525 C F Hawn Serv Eb | Responding From = LAKE JUNE RDW JIM MILLER RD | A332 |
| 5/28/2019 | 23:43:53 | C323 | At Scene 2nd Loc | 1400 S LAMAR ST | Incident ID = 34813462, 32787953, 96795078, | VisiNET |
| 5/28/2019 | 23:45:36 | C327 | At Scene | 7525 C F Hawn Serv Eb | | VisiNET |
| 5/28/2019 | 23:51:24 | C330 | Clear | 1400 S LAMAR ST [JACK EVANS] | | 116764 |
| 5/28/2019 | 23:54:29 | C321 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | C321 |
| 5/28/2019 | 23:58:18 | A332 | At Scene 2nd Loc | BAYLOR S&W MED CTR DALLAS | Incident ID = 34813462, 3500 GASTON AVE 32788167, 96780033, | VisiNET |

**Edit Log**

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 5/28/2019 | 19:54:13 | Address | 8164-8214 C F HAWN SERV WB | 8120-8298 C F HAWN SERV WB | Entry Verified | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:13 | Latitude | 0 | 32711773 | Entry Verified | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:13 | Longitude | 0 | 96680622 | Entry Verified | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:13 | Call_Back_Phone | | (469) 576-9060 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:13 | Address | (Blank) | 8164-8214 C F HAWN SERV WB | New Entry | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:14 | Jurisdiction | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:14 | Division | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:14 | Battalion | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:14 | Response_Area | | 337 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:14 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:15 | Address | (Blank) | 75 | New Entry | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:25 | Jurisdiction | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:25 | Division | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT350 | 123377 |

App 00044

Case 3:21-cv-01168-S   Document 40-1   Filed 03/18/22   Page 34 of 235   PageID 357

| Date | Time | Field | | Value | | Source |
|---|---|---|---|---|---|---|
| 5/28/2019 | 19:54:25 | Battalion | | 911 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Response_Area | | 353 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Address | 75 | 7525 C F HAWN SERV EB | Entry Verified | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Latitude | 32711773 | 32718666 | Entry Verified | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:25 | Longitude | 96680622 | 96692392 | Entry Verified | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Jurisdiction | | Dallas Police | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Division | | Southeast | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Battalion | | 350 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Response_Area | | 353 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Jurisdiction | | Dallas Police | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Division | | Southeast | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Battalion | | 350 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Response_Area | | 353 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Problem | | 46A - CIT w/Ambulance | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/26/2019 | 19:54:33 | Response_Plan | | CH3 - 2MAN | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | ResponsePlanType 0 | | 1 | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Priority_Description | | 1 - Emergency | | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Priority_Number | 8 | 1 | | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Incident_Type | | 2Man | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Certification_Level | | P-Patrol | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:33 | Caller_Name | | WIRELESS-Verizon Wireless | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:42 | Pickup_Map_Info | | 58-T | | Response_Transports          CAD911CT350 123377 |
| 5/28/2019 | 19:54:42 | Map_Info | | 58-T | | Response_Master_Incident CAD911CT350 123377 |
| 5/26/2019 | 19:54:42 | Caller_Building | | 2209 | Polygon Lookup | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:04 | Read Call | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:04 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:15 | Location_Name | | 5 PONNYS TRUCK SALES | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 19:55:29 | Caller_Name | WIRELESS-Verizon Wireless | WALLACE, MITCH | (Response Viewer) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:56:59 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 124574 3 |
| 5/28/2019 | 20:00:57 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:02:34 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:05:00 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:06:44 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:11:57 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/26/2019 | 20:19:11 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:19:40 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:22:24 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:00 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/29/2019 | 20:35:02 | Problem | 46A - CIT | 15 - Assist Officer | (Response | Response_Master_Incident CADDPDPCH0 123760 |

App 00045

| | | | w/Ambulance | | Viewer) | |
|---|---|---|---|---|---|---|
| 5/28/2019 | 20:35:02 | RespReconfigState 0 | | 1 | Response reconfigure needed | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Response_Plan | CH3 – 2MAN | ASSIST OFFICER | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Incident_Type | 2Man | Assist Officer Plan | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 20:35:02 | Certification_Level | P-Patrol | T-Traffic | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 22:09:01 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123760 3 |
| 5/28/2019 | 22:33:14 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDPDPCH0 123580 3 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**
**No Custom Data Fields**

**Attachments**
**No Attachment**

App 00046

Case 3:21-cv-01168-S　Document 40-1　Filed 03/18/22　Page 36 of 235　PageID 359

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **2019122365**
Case Numbers:
Incident Date: **5/28/2019 19:54:40**
Report Generated: **12/23/2019 14:24:16**

## Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | 1EN | Alarm Level: | 1 |
| Priority: | Emergency | Problem: | SU - Suicide |
| Determinant: | | Agency: | Fire |
| Base Response#: | 05282019-0187998 | Jurisdiction: | Dallas Fire |
| Confirmation#: | | Division: | Dallas Fire |
| Taken By: | Berumen, Karla D | Battalion: | Dallas Fire |
| Response Area: | DAL - EN9 SERV RD BLOCKER | Response Plan: | *EN09-1EN |
| Disposition: | | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 96692392 | Latitude: | 32718666 |

## Incident Location

| | | | |
|---|---|---|---|
| Location Name: | 5 PONNYS TRUCK SALES | County: | DALLAS |
| Address: | 7525 C F Hawn Serv Eb | Location Type: | |
| Apartment: | | Cross Street: | N MURDEAUX LN/GREENHAVEN DR |
| Building: | | Map Reference: | 58-T |
| City, State, Zip: | Dallas TX 75217 | | |

## Call Receipt

| | | | |
|---|---|---|---|
| Caller Name: | WIRELESS-Verizon Wireless | | |
| Method Received: | 911/311 | Call Back Phone: | ▇▇▇▇▇▇▇ |
| Caller Type: | | Caller Location: | |

## Time Stamps

| Description | Date | Time | User |
|---|---|---|---|
| Phone Pickup | 5/28/2019 | 19:54:40 | |
| 1st Key Stroke | 5/28/2019 | 19:54:40 | |
| In Waiting Queue | 5/28/2019 | 19:54:40 | |
| Call Taking Complete | | | Berumen, Karla D |
| 1st Unit Assigned | 5/28/2019 | 19:54:58 | |
| 1st Unit Enroute | 5/28/2019 | 19:55:46 | |
| 1st Unit Arrived | 5/28/2019 | 20:04:12 | |
| Closed | 5/28/2019 | 21:18:06 | Mobile2 |

### Elapsed Times

| Description | Time |
|---|---|
| Received to In Queue | 00:00:00 |
| Call Taking | 00:00:18 |
| In Queue to 1st Assign | 00:00:18 |
| Call Received to 1st Assign | 00:00:18 |
| Assigned to 1st Enroute | 00:00:48.6 |
| Enroute to 1st Arrived | 00:08:26.1 |
| Incident Duration | 01:23:26 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | Delay At Patient Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EN51 | Y | 19:54:58 | | 19:55:46 | 20:00:27 | 20:04:12 | 20:19:37 | | | | |
| RE05 | N | 19:58:39 | | 19:58:41 | 19:59:44 | 20:04:23 | 21:18:06 | | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| EN51 | BOND, TOMMY L (117542); HUNTER, JAYLEN K (123985); MUNCRIEF, MATTHEW W (057782); ROTENBERRY, DAVID G (072592) |
| RE05 | IRISH, BENJAMIN (119066); KING, CALVIN B (120686) |

## Pre-Scheduled Information
No Pre-Scheduled Information

## Transports

| Unit | Location/Address | City | Patient | Mode Priority | Protocol | Mileage Start/End/Total | Depart | Arrived | Complete |
|---|---|---|---|---|---|---|---|---|---|
| RE05 | BAYLOR S&W MED CTR DALLAS/3500 GASTON AVE | Dallas | | Priority 1 | Code 3 | 0.0/ 0.0/ 0.0 | 20:16:07 | 20:26:30 | 21:18:06 |

## Transport Legs
No Transports Information

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 5/28/2019 | 19:54:05 | SYS | Response | | [9] [Appended, 19:56:02] [1] A matching ANI/ALI was received - possible Phase 2 update [Shared] |
| 5/28/2019 | 19:54:11 | SYS | Response | | [10] [Appended, 19:56:02] [2] A matching ANI/ALI was received - possible Phase 2 update [Shared] |
| 5/28/2019 | 19:54:15 | SYS | Response | | [11] [Appended, 19:56:02] [3] A matching ANI/ALI was received - possible Phase 2 update [Shared] |
| 5/28/2019 | 19:54:17 | SYS | Response | | [12] [Appended, 19:56:02] [4] A matching ANI/ALI was received - possible Phase 2 update [Shared] |
| 5/28/2019 | 19:54:19 | SYS | Response | | [1] [1] A matching ANI/ALI was received - possible Phase 2 update[Shared] |
| 5/28/2019 | 19:54:40 | 123377 | Response | | [2] Multi-Agency Police Incident #: 19-0963722 |
| 5/28/2019 | 19:54:40 | 123377 | Response | | [3] COMP ADV BM HAS GUN TO HEAD [Shared] |
| 5/28/2019 | 19:54:57 | 012443 | Response | | [4] [Page] Problem changed from *A - Medical Emergency to AA - Aggravated Assault by Fire [Shared] |
| 5/28/2019 | 19:55:04 | 123377 | Response | | [5] BM NO SHIRT BLUE SHORTS STATES HE WILL KILL HIMSELF [Shared] |
| 5/28/2019 | 19:55:16 | 012443 | Response | | [6] [Page] Problem changed from AA - Aggravated Assault to **A - Ambulance Request by Fire [Shared] |

[7] [Page] Problem changed from AA - Aggravated Assault to **A - Ambulance Request by

App 00047

| 5/28/2019 | 19:55:17 | 076315 | Response | Fire [Shared] |
| 5/28/2019 | 19:55:27 | 012443 | Response | [8] [Page] Problem changed from **A - Ambulance Request to SU - Suicide by Fire [Shared] |
| 5/28/2019 | 19:56:02 | 123374 | Response | [14] Duplicate call appended to incident at 19:56:02 [Shared] |
| 5/28/2019 | 19:56:02 | 123374 | Response | [13] [Appended, 19:56:02] [5] ON THE CORNER OF MERDEUX AND CF HAWN SERVICE ROD COMP STATES A BM LSW NO SHIRT BLU HAS A HAND GUN IS POINTING IT AT HIMSELF. [Shared] |
| 5/28/2019 | 19:56:03 | 123374 | Response | [15] ON THE CORNER OF MERDEUX AND CF HAWN SERVICE ROD COMP STATES A BM LSW NO SHIRT BLU HAS A HAND GUN IS POINTING IT AT HIMSELF. [Shared] |
| 5/28/2019 | 19:56:07 | 123377 | Response | [16] PER COMP MALE HAS GUN TO HIS THROAT. COMP ADV MALE IS UPSET OVER DAUGHTER [Shared] |
| 5/28/2019 | 19:56:36 | 123374 | Response | [17] COMP STATES MALE HAS WHIT FOAM COMING OUT OF HIS MOUTH. SUSP IS IN THE PARKING LOT IN FRONT OF THE BUILDING. [Shared] |
| 5/28/2019 | 19:56:49 | 123374 | Response | [18] NO SHOTS FIRED FROM GUN NO ONE HAS BEEN SHOT. [Shared] |
| 5/28/2019 | 19:57:07 | 123377 | Response | [19] PER COMP MALE IS CURRENTLY TRYING TO PUT BULLET IN GUN [Shared] |
| 5/28/2019 | 19:57:59 | 123374 | Response | [20] (WALL ACE LINDA) 214-309-0088. COMP IS INSIDE THE BUILDING WITH THE DOOR LOCKED. COMP STATES HER HUSBAND IS IN THE PARKING LOT TALKING TO THE SUSP. HUSBAND IS WM BALD LSW BRW T SHIRT SHORTS. [Shared] |
| 5/28/2019 | 19:58:14 | 123377 | Response | [21] COMP ADV MALE IS CRAWLING UNDERNEATH WHITE VAN [Shared] |
| 5/28/2019 | 19:59:37 | 123374 | Response | [22] TCS RELEASED LINE RO AT SCENE. [Shared] |
| 5/28/2019 | 20:00:09 | RE05 | Response | [23] RE5 staged at Elam/Hawn [Shared] |
| 5/28/2019 | 20:02:33 | 123760 | Response | [24] C398 1 AT GUN POINT [Shared] |
| 5/28/2019 | 20:10:34 | 10190 | Response | [25] Requested Case Number(s) issued for Dallas Police: 106952-2019. [Shared] |
| 5/28/2019 | 20:16:21 | 123760 | Response | [26] F330 DFR RE05 GOING TO BAYLOR [Shared] |
| 5/28/2019 | 20:18:37 | 123760 | Response | [28] F315 PARTNERS RIDING WITH RE05 [Shared] |
| 5/28/2019 | 20:18:37 | 123760 | Response | [27] C346 PARTNERS RIDING WITH RE05 [Shared] |
| 5/28/2019 | 20:19:28 | 119876 | Response | [29] SIU DET WOODHAM NOTIFIED TO CALL - SGT NOSWORTHY - C330 [Shared] |
| 5/28/2019 | 20:22:08 | 119876 | Response | [30] Multi-Agency Crime Scene Incident #: CSRU-06332 |
| 5/28/2019 | 20:22:09 | 119876 | Response | [31] C330 [Shared] |
| 5/28/2019 | 20:31:14 | Yeatman, Kevin T | Response | [32] c346 with suspect ER room B17 at baylor [Shared] |
| 5/28/2019 | 20:35:02 | 123760 | Response | [33] [Notification] [Police]-Problem changed from 46A - CIT w/Ambulance to 15 - Assist Officer by Police [Shared] |
| 5/28/2019 | 20:35:06 | 123760 | Response | [34] SIG CHANGED PER C320 [Shared] |
| 5/28/2019 | 20:56:30 | 10190 | Response | [35] IAD SGT WILLIAMS NOTIFIED. [Shared] |
| 5/28/2019 | 21:01:30 | 10190 | Response | [36] DVR TEAM SGT WILLIAMS NOTIFIED. [Shared] |
| 5/28/2019 | 21:11:44 | 10190 | Response | [37] SGT MAINES TRAINING DIVISION NOTIFIED. [Shared] |
| 5/28/2019 | 21:19:39 | 123760 | Response | [38] F315 MOVED TO ROOM T3 [Shared] |
| 5/28/2019 | 21:34:03 | Mobile1 | Response | [40] [2nd Address: 1400 S LAMAR ST] [Medium] [Criminal Trespass Affidavit] CRIM. TRES. AFF. SOUTH SIDE ON LAMAR. 276282-2017 [Shared] |
| 5/28/2019 | 21:34:03 | Mobile1 | Response | [39] [2nd Address: 1400 S LAMAR ST] [Medium] [Criminal Trespass Affidavit] CRIM. TRES. AFF. SOUTHSIDE ON LAMAR-LEASING OFFICE. 276279-2017 [Shared] |
| 5/28/2019 | 22:09:39 | 123760 | Response | [41] [Notification] [Police]-*** PES ALSO NEEDED AT BAYLOR ROOM R708 FOR FINGERPRINTS PER F315 *** [Shared] |
| 5/29/2019 | 00:20:12 | 123580 | Response | [42] C327 ENROUTE TO HQ TO DROP OFF SQUAD CAR FOR PROCESSING [Shared] |
| 5/29/2019 | 00:24:11 | 123580 | Response | [43] C317 FOLLOWING C318 TO 2ND LOCATION [Shared] |
| 5/29/2019 | 00:26:25 | Conklin, Joshua J | Response | [44] no bwc 10532. no citizen contact [Shared] |
| 5/29/2019 | 00:27:21 | Yeatman, Kevin T | Response | [45] C346 patrol vehicle 100065 for video purposes. [Shared] |
| 5/29/2019 | 00:27:23 | Foster, Thomas H | Response | [46] bwc 10220- drove car 180076 to hq [Shared] |
| 5/29/2019 | 02:23:19 | 120531 | Response | [47] [Crime Scene] has closed their incident [CSRU-06332] |

[48] DLX1.16400.TFR0384.


22995045
QWA.TXNCIC000.DLX1.
TXT
1L01DLX1
TXDPD00X1
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS
MKE/WANTED PERSON
ADO/N
EXL/1 - FULL EXTRADITION
ORI/TX0570000 NAM/MADDEN,RASHAD SEX/M RAC/B POB/TX
DOB/19900710 HGT/600 WGT/150 EYE/BRO HAI/BLK FBI/536521FC6
SKN/MED SMT/TAT L ARM
MNU/0A-TX07396456 SOC/536198007
OFF/FORGERY OF CHECKS
DOW/20180316 OCA/F1833350
WNO/F1833350
MIS/FORGERY FINANCIAL INSTRUMENT. NOTIFY DSO AT (214)653-2819 OR 2820 OR 2821
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20180316
SNU/2020 SNA/GRAND CAYMEN WAY
CTY/MESQUITE STA/TX ZIP/75149
ORI IS DALLAS COUNTY SHERIFF'S OFFICE DALLAS 214 749-8641
AKA/MADDEN,RASHAD AKEEM
MNU/PI-25141536
NIC/W223403084 DTE/20180321 1328 EDT DLU/20180321 1330 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MRI: 22995045 IN: NCIC 32107 AT 29MAY2019 03:52:18
OUT: DLX1 3743 AT 29MAY2019 03:52:18 [Shared]
[49] DLX1.16401.TFR0384.


22995036
KR.TXOLN0000.DLX1.
TXT
SEARCH ON MADDEN,RASHAD A,19900710

| 5/29/2019 | 03:52:38 | Foster, Thomas H | Response |

App 00048

NAME: MADDEN, RASHAD, AKEEM
DESCRIPTION: BLACK\MALE\█████████6-00\150\BLACK\BLACK
SEX OFF: N COMM IMPED: N ORGAN DONOR: Y VISA EXP:
PHYSICAL ADD: 2020 GRAND CAYMEN WAY
CI/CO/ST/ZIP: MESQUITE,DALLAS,TEXAS,75149-0000, UNITED STATES
MAILING ADD: 2020 GRAND CAYMEN WAY
CI/ST/ZIP: MESQUITE,TEXAS,75149-0000, UNITED STATES
REC STATUS: ELIGIBLE
ADMIN STATUS:
CARD STATUS:
HME THR ASMT: EXP:
CARD TYPE: DL #: █████████ CLASS: C TYPE: DL EXPIR DATE: 07102020
CARD TYPE: ID #: █████████XPIR DATE: 07102019
RESTRICTIONS: A WITH CORRECTIVE LENSES
ENDORSEMENTS:

ENFORC ACTN: DENIED RENEWAL - FAILURE TO APPEAR
STATUS: LIFTED BEGIN DT: 09092014 END DT: 12319999 LIFT DT: 10112016 STATE:
TX

CONVICTION: OPERATE UNREGISTERED MOTOR VEHICLE
OFF DT: 06062013 CONV DT: 06232015
OFFENSE LOC: TX,MESQUITE CMV: N HAZMAT: N

| 5/29/2019 | 03:52:56 | Foster, Thomas H | Response |

CONVICTION: SPEEDING EQUAL TO OR GREATER THAN 10% ABOVE POSTED
LIMIT
OFF DT: 06062013 CONV DT: 06232015
OFFENSE LOC: TX,MESQUITE CMV: N HAZMAT: N

CONVICTION: BAIL JUMPING - FAILURE TO APPEAR
OFF DT: 10092011 CONV DT: 06202015
OFFENSE LOC: TX,DALLAS CMV: N HAZMAT: N

CONVICTION: OPERATE UNREGISTERED MOTOR VEHICLE
OFF DT: 07202011 CONV DT: 06202015
OFFENSE LOC: TX,DALLAS CMV: N HAZMAT: N

**** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED
UNDER THE
FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED
AND THE
MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE
730 *******

********** END OF RECORD**********
MRI: 22995036 IN: NDLS 13434 AT 29MAY2019 03:52:18
OUT: DLX1 3741 AT 29MAY2019 03:52:18 [Shared]

| 5/29/2019 | 03:57:12 | Foster, Thomas H | Response | [50] AIS #2842947 [Shared] |
| 5/29/2019 | 03:57:17 | 123580 | Response | [51] Multi-Agency Service Desk Incident #: 0055264-19 |
| 5/29/2019 | 03:57:18 | 123580 | Response | [52] C353 -- NEEDS CONFIRMATION ON THE CALL SHEET LINE 52 [Shared] |
| 5/29/2019 | 03:58:57 | 105245 | Response | [53] PENDING CB FROM JACOB W/DSO.. [Shared] |
| 5/29/2019 | 04:02:51 | 053018 | Response | [54] JACOB @ DSO CONFIRMED ON GOOD WARRANT FOR RASHAD MADDEN [Shared] |
| 5/29/2019 | 04:03:26 | 105245 | Response | [55] [Service Desk] has closed their incident [0055264-19] |
| 5/29/2019 | 07:19:11 | 084148 | Response | [56] B336 ROBERTS BLDG ROOM 708 WITH A PRISONER [Shared] |

### Address Changes

| Date | Time | Location/Address | User |
|---|---|---|---|
| 5/28/2019 | 19:54:57 | / 7525 C F Hawn Serv Eb | KLR |
| 5/28/2019 | 19:55:22 | / 7525 C F HAWN SERV EB | JLC |

### Priority Changes

| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 5/28/2019 | 19:54:57 | No Service Code | PT Condition | JLC |
| 5/28/2019 | 19:55:18 | Non Emergency | PT Condition | JLC |
| 5/28/2019 | 19:55:17 | Non Emergency | PT Condition | KLR |
| 5/28/2019 | 19:55:27 | No Service Code | PT Condition | JLC |

### Alarm Level Changes

| Date | Time | User | Change to Alarm |
|---|---|---|---|
| 5/28/2019 | 19:54:58 | AD | 1 |

### Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 5/28/2019 | 19:54:40 | | MultiAgencyResponse | | Originating Inc: Police Inc#19-0963722 | 123377 |
| 5/28/2019 | 19:54:40 | | Incident in Waiting Queue | | | |
| 5/28/2019 | 19:54:40 | | Incident in Waiting Queue | | | |
| 5/28/2019 | 19:54:40 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:54:49 | | Read Incident | | Incident 464 was Marked as Read. | 012443 |
| 5/28/2019 | 19:54:49 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 012443 |
| 5/28/2019 | 19:54:57 | | Incident Priority Change | | Incident priority changed from No Service Code to Non Emergency due to PT Condition | 012443 |
| 5/28/2019 | 19:54:57 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 108399 |
| 5/28/2019 | 19:54:58 | | Automatic Dispatch | | Automatic Dispatch Successful for DYNAMIC-*EN09-1EN - Alarm level 1 | AUTODISPATCH |
| 5/28/2019 | 19:54:58 | EN51 | Assgn | 7525 C F HAWN SERV EB | Response Number (05282019-0187998) | AUTODISPATCH |

App 00049

| Date | Time | Unit | Event | Location | Description | Number |
|---|---|---|---|---|---|---|
| 5/28/2019 | 19:54:58 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:54:59 | | Incident Timer Clear | | Incident Timer Cleared | |
| 5/28/2019 | 19:55:16 | EN51 | Change Unit Priority | | Change Unit Priority from Non Emergency to No Service Code | 012443 |
| 5/28/2019 | 19:55:16 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 012443 |
| 5/28/2019 | 19:55:16 | | Incident Priority Change | | Incident priority changed from Non Emergency to No Service Code due to PT Condition | 012443 |
| 5/28/2019 | 19:55:16 | | Read Comment | | Comment for Incident 464 was Marked as Read | 122756 |
| 5/28/2019 | 19:55:16 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 108399 |
| 5/28/2019 | 19:55:17 | | Incident Priority Change | | Incident priority changed from Non Emergency to No Service Code due to PT Condition | 076315 |
| 5/28/2019 | 19:55:17 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 028313 |
| 5/28/2019 | 19:55:17 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:55:17 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:55:22 | | Address Update | | Address Update Accepted by User Inc#: 2019122365 | 012443 |
| 5/28/2019 | 19:55:27 | | Incident Priority Change | | Incident priority changed from No Service Code to Emergency due to PT Condition | 012443 |
| 5/28/2019 | 19:55:27 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 028313 |
| 5/28/2019 | 19:55:27 | EN51 | Change Unit Priority | | Change Unit Priority from No Service Code to Emergency | 012443 |
| 5/28/2019 | 19:55:27 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:55:29 | | UserAction | | User clicked Exit/Save | 076315 |
| 5/28/2019 | 19:55:33 | | UserAction | | User clicked Exit/Save | 012443 |
| 5/28/2019 | 19:55:38 | | UserAction | | User clicked Reconfigure | 012443 |
| 5/28/2019 | 19:55:38 | | Reconfigure Response | | The following unit(s) is (are) recommended for assignment: EN51 (00:04:24) | 012443 |
| 5/28/2019 | 19:55:40 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending Incident Time Warning timer expired | |
| 5/28/2019 | 19:55:44 | | UserAction | | User clicked Exit/Save | 012443 |
| 5/28/2019 | 19:55:46 | EN51 | Enr | 7525 C F Hawn Serv Eb | Responding From = S ST AUGUSTINE DR\GRADY LN | EN51 |
| 5/28/2019 | 19:58:39 | RE05 | Assgn | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | Response Number (05282019-0188000) | 028313 |
| 5/28/2019 | 19:58:41 | RE05 | Enr | 7525 C F Hawn Serv Eb | Responding From = C F HAWN FWY EB\C F HAWN ACRD EB | RE05 |
| 5/28/2019 | 19:58:55 | | UserAction | | User clicked Exit/Save | 012443 |
| 5/28/2019 | 19:59:44 | RE05 | Staged | C F HAWN SERV EB\ELAM RD | | RE05 |
| 5/28/2019 | 20:00:27 | EN51 | Staged | ELAM RD\C F HAWN SERV WB | | EN51 |
| 5/28/2019 | 20:04:12 | EN51 | At Scene | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | EN51 |
| 5/28/2019 | 20:04:23 | RE05 | At Scene | C F HAWN SERV EB\N MURDEAUX LN | | RE05 |
| 5/28/2019 | 20:16:07 | RE05 | To Fac | 3500 GASTON AVE [BAYLOR S&W MED CTR DALLAS] | Transport Priority - Priority 1; Protocol - Code 3 | RE05 |
| 5/28/2019 | 20:18:59 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 012443 |
| 5/28/2019 | 20:19:28 | | UserAction | | User clicked Exit/Save | 012443 |
| 5/28/2019 | 20:19:37 | EN51 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | EN51 |
| 5/28/2019 | 20:25:25 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 110624 |
| 5/28/2019 | 20:25:45 | | UserAction | | User clicked Exit/Save | 110624 |
| 5/28/2019 | 20:26:30 | RE05 | At Fac | 3500 GASTON AVE [BAYLOR S&W MED CTR DALLAS] | | RE05 |
| 5/28/2019 | 20:35:02 | | Read Comment | | Comment for Incident 464 was Marked as Read. | 121758 |
| 5/28/2019 | 21:08:55 | RE05 | Depart Facility GeoFence alert | I 45 RAMP SB\LOGAN ST | Unit RE05 has moved 1.2 Miles away from the Transport Destination for Incident 2019122365 while At Fac | USAPSERVICE |
| 5/28/2019 | 21:18:06 | RE05 | Clear | 7525 C F Hawn Serv Eb [5 PONNYS TRUCK SALES] | | RE05 |
| 5/28/2019 | 21:18:06 | RE05 | Response Closed | 5 PONNYS TRUCK SALES | Response Disposition: | RE05 |

**Edit Log**

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 5/28/2019 | 19:54:42 | Pickup_Map_Info | | 58-T | | Response_Transports | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:42 | Map_Info | | 58-T | | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:42 | Caller_Building | | 510170 | Polygon Lookup | Response_Master_Incident | CAD911CT350 | 123377 |
| 5/28/2019 | 19:54:49 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | CADDFRF283B | 012443 |
| 5/28/2019 | 19:54:49 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | CADDFRF283B | 012443 |
| 5/28/2019 | 19:54:56 | Address | 7525 C F Hawn Serv Eb | 7525 C F Hawn Serv Eb | Address Change | Response_Master_Incident | CAD911CT340 | 076315 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident | CAD911CT340 | 122730 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment | Response_Master_Incident | APCAD105 | DFRAPIUSER |

App 00050

Case 3:21-cv-01168-S   Document 40-1   Filed 03/18/22   Page 40 of 235   PageID 363

| Date | Time | Field | Old Value | New Value | Window | Incident |
|---|---|---|---|---|---|---|
| | | | | | Notification Window) | |
| 5/28/2019 | 19:54:57 | Longitude | 0 | 96692392 | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:54:57 | Latitude | 0 | 32718666 | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT351 123374 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADADM03    115081 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF289B110624 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF290B108399 |
| 5/28/2019 | 19:54:57 | Incident_Type | QUEUE | 1EN | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:54:57 | Priority_Number | 0 | 3 | PT Condition | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:54:57 | Priority_Description | No Service Code | Non Emergency | PT Condition | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:54:57 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:54:57 | Response_Plan | | *EN09-1EN | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:54:57 | Problem | *A - Medical Emergency | AA - Aggravated Assault | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:54:57 | Address | 7525 C F Hawn Serv Ed | 7525 C F HAWN SERV EB | Change Verified | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT353 119586 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT322 122756 |
| 5/28/2019 | 19:54:57 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT324 122754 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT325 122742 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT356 124015 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF286B074173 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF260B028313 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT335 123800 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT346 122638 |
| 5/28/2019 | 19:54:58 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT344 120210 |
| 5/28/2019 | 19:54:58 | Map_Info | 58-T | 58-T | | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:54:58 | Pickup_Map_Info | | 58-T | | Response_Transports        CADDFRF284B076315 |
| 5/28/2019 | 19:54:58 | Caller_Building | 510170 | 510170 | Polygon Lookup | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:54:59 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT349 118967 |
| 5/28/2019 | 19:55:13 | MethodOfCallRcvd | | 911/311 | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF286B074173 |
| 5/28/2019 | 19:55:16 | Incident_Type | 1EN | QUEUE | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Priority_Number | 3 | 0 | PT Condition | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Priority_Description | Non Emergency | No Service Code | PT Condition | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | ResponsePlanType | 1 | 0 | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Response_Plan | *EN09-1EN | | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | RespReconfigState | 0 | 1 | Response reconfigure needed | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Problem | AA - Aggravated Assault | **A - Ambulance Request | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |

App 00051

| Date | Time | Field | Value | Condition | Detail |
|---|---|---|---|---|---|
| 5/28/2019 | 19:55:16 | Current_UnitRespPrEN iorityDesc | 51: Non Emergency | No Service Code | PT Condition | Response_Vehicles_Assign CADDFRF283B012443 ed |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT322 122756 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF290B108399 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident APCAD105        DFRAPIUSER |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADADM03        115081 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF289B110624 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT346 122638 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF290B108399 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT322 122756 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT351 123374 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT344 120210 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT353 119586 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF281B056019 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident APCAD105        DFRAPIUSER |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF286B074173 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT340 122730 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADADM03        115081 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF281B056019 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT351 123374 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT344 120210 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT353 119586 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT324 122754 |
| 5/28/2019 | 19:55:16 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF289B110624 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF280B028313 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT348 118967 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF282B028313 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT356 124015 |

| Date | Time | Field | Value 1 | Value 2 | Context | Response |
|---|---|---|---|---|---|---|
| 5/28/2019 | 19:55:17 | Read Comment | False | True | Window)<br>(Comment Notification Window) | Response_Master_Incident CADDFRF282B028313 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT325 122742 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT346 122638 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT335 123800 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT335 123800 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF280B028313 |
| 5/28/2019 | 19:55:17 | Incident_Type | 1EN | QUEUE | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | Priority_Number | 3 | 0 | PT Condition | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | Priority_Description | Non Emergency | No Service Code | PT Condition | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | ResponsePlanType 1 | | 0 | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | DispatchLevel | Default | | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | Response_Plan | *EN09-1EN | | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | Problem | AA - Aggravated Assault | **A - Ambulance Request | (Response Viewer) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT356 124015 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT343 121758 |
| 5/28/2019 | 19:55:17 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT325 122742 |
| 5/28/2019 | 19:55:22 | Address | 7525 C F HAWN SERV EB | 7525 C F Hawn Serv Eb | Update Address Form | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:22 | DispatchLevel | | Default | Powerline Command | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:22 | ResponsePlanType 0 | | 1 | Powerline Command | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:22 | Map_Info | 58-T | | Powerline Command | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:22 | DispatchLevel | | Default | Powerline Command | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:22 | Response_Plan | | QUEUE | Powerline Command | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:22 | Location_Name | | 5 PONNYS TRUCK SALES | Powerline Command | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:23 | Map_Info | | 58-T | | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:23 | Pickup_Map_Info | | 58-T | | Response_Transports     CADDFRF283B012443 |
| 5/28/2019 | 19:55:23 | Caller_Building | 510170 | 510170 | Polygon Lookup | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT346 122638 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT350 123377 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADADM03     115081 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF286B074173 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT351 123374 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT322 122756 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF289B110624 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT344 120210 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident APCAD105     DFRAPIUSER |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT340 122730 |

App 00053

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT356 124015 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT353 119586 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT335 123800 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT349 118987 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT325 122742 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT343 121758 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT324 122754 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF290B108399 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF284B076315 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF281B056019 |
| 5/28/2019 | 19:55:27 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF280B028313 |
| 5/28/2019 | 19:55:27 | Incident_Type | QUEUE | 1EN | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | Priority_Number | 0 | 1 | PT Condition | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | Priority_Description | No Service Code | Emergency | PT Condition | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | ResponsePlanType 0 | | 1 | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | Response_Plan | | *EN09-1EN | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | Problem | **A - Ambulance Request | SU - Suicide | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 19:55:27 | Current_UnitRespPriorityDesc | rEN51: No Service Code | Emergency | PT Condition | Response_Vehicles_Assign CADDFRF283B012443 ed |
| 5/28/2019 | 19:55:28 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF282B028313 |
| 5/28/2019 | 20:18:59 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 20:25:25 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident CADDFRF289B110624 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT343 121758 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT353 119586 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF283B012443 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT344 120210 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT346 122638 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT340 122730 |
| 5/28/2019 | 20:35:02 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADADM03 115081 |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF282B028313 |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT356 124015 |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT325 122742 |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident APCAD105 DFRAPIUSER |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CADDFRF289B110624 |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification | Response_Master_Incident CADDFRF280B028313 |

App 00054

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/28/2019 | 20:35:03 | Read Comment | False | True | Window) (Comment Notification Window) | Response_Master_Incident CADDFRF281B056019 |
| 5/28/2019 | 20:35:03 | Read Comment | False | True | (Comment Notification Window) | Response_Master_Incident CAD911CT351 123374 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**
**No Custom Data Fields**

**Attachments**
**No Attachment**

App 00055

| Filing Summary Sheet | | Division/Section | | | Date 06/11/19 |
| --- | --- | --- | --- | --- | --- |
| | | CID-SIU | | | |
| ☐ AT LARGE | ☐ ARRESTED OUT OF JAIL | ☒ ARRESTED STILL IN JAIL | | ☐ STRAIGHT TO DA | |
| SUSPECT'S NAME CASE FILING USE ONLY | | R/S/DOB | TYPE REPORT | FILING UNIT USE SERVICE # / CHARGE | WARRANT # / DA (Case Filing Use Only) |
| 1. Madden, Rashad, Akeem | | B, M, ▮▮▮ | C | 106952-2019, Assault (AGG)-Deadly Weapon | F1955126 |
| 2. CM#100529283 | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

| CASE FILING USE ONLY | Intl. | Date | Time |
| --- | --- | --- | --- |
| Rcvd – Legal | | | |
| Delivered – Judge | | | |
| Rcvd Back From - Judge | | | |
| Available for Fugitive Pickup | | | |
| Delivered - DA | | | |

| PROSECUTION REPORT Dallas Police Department | DIVISION/SECTION CID-SIU | DISPOSITION | RESID PT # 106952-2019 |
|---|---|---|---|

| WARRANT # F1955126 | INVESTIGATOR (NAME & BADGE) Brewster Billings#7626 | DATE | ARREST # 19-018804 |
| | | COURT | |
| | INV'S WORK PHONE & EMAIL 214-671-3083 brewster.billings@dallascityhall. | DOCKET | DPD ID # 1152522 |
| | | METHOD | |

| TYPE REPORT ☒ COMPLETE | PRELIM | SUPPL | GJR | TYPE FILING ☒ ADULT | JUVENILE |
|---|---|---|---|---|---|

| IF SUPPLEMENT INDICATE TO: ☐ COMPLETE ☐ PRELIM | DATE OF ORIGINAL REPORT | REASON FOR SUPPLEMENT | ☐ ADD INFO. | ☐ CORRECTED INFO. | ☐ NAME CHANGE |
|---|---|---|---|---|---|

| FILED WITH ☒ | DPD LEGAL LIAISON | WALKED THRU JUDGE | JUDGE | OTHER CO. | BY OFFICER | DATE |
|---|---|---|---|---|---|---|

| STATUS OF SUSPECT | ☒ ARRESTED | ☐ AT LARGE | ☐ G.J.R. | LOCATION OF SUSPECT Arrested- Lew Sterrett |
|---|---|---|---|---|

| ARRESTING OFFICER(S) Officer Thomas Foster#11272, Officer Dylan Nelson#11280 | | WORKSHEET FILING |
|---|---|---|

SUSPECT: Madden, Rashad, Akeem

| RACE B SEX M AGE: 28 | DOB: | HT: 6'00" | WT: 150 | HAIR: Black | EYES: Brown |
|---|---|---|---|---|---|
| SSN: | DSO# 1152522 DL# | | ST: TX | | |

AIS: 2842947

| | HOME ADDRESS | | WORK ADDRESS | | |
|---|---|---|---|---|---|
| ADDRESS: | | | ADDRESS: | | |
| CITY: Dallas | ST: TX | ZIP: 75217 | CITY: | ST: | ZIP: |
| PHONE: | | | PHONE: | | |

| ARREST DATE: May 28th, 2019 | TIME: 8:10 p.m. | LOCATION: 7525 CF Hawn Frwy Dallas, TX |
|---|---|---|
| OFFENSE DATE: May 28th, 2019 | TIME: 7:50 p.m. | LOCATION: 7525 CF Hawn Frwy Dallas, TX |

COMPLAINANT: Wallace, Mitchell (Race) W (Sex) M (DOB)

| | HOME ADDRESS | | WORK ADDRESS | | |
|---|---|---|---|---|---|
| ADDRESS: | | | ADDRESS: | | |
| CITY: Mesquite | ST: TX | ZIP: 75181 | CITY: | ST: | ZIP: |
| PHONE: 469-576-7060 | | | PHONE: | | |

HOW COMMITTED: Suspect Rashad Madden pointed a handgun at Complainant Mitchell Wallace putting him in fear for his life.

| CHARGE: Assault (AGG)-Deadly Weapon | PENAL CD: 22.02(A)(2) | PENAL CLS: F2 |
|---|---|---|

P.E.S. CALLED ☒ YES ☐ NO

| EVIDENCE & SEIZURES: | TAG # | LOCATION NOW: |
|---|---|---|
| 911 Call | | Det. Files |
| Body Camera Video | | Det. Files |
| Handgun | | Baylor Property Unit |
| Complainant/Witness Statements | | Det. Files |
| Officer Statements | | Det. Files |
| Photographs | | Det. Files |

RECORD CHECK: Attached

| MAGISTRATING INFORMATION | ☐ WARNING FORM ATTACHED | MAGIS BY JUDGE | DATE | BONDS | ☐ OUT BEFORE MAGIS. | METHOD DATE | ☐ MAGIS. INFO NOT AVAIL | CLERK DATE |
|---|---|---|---|---|---|---|---|---|
| DIVISION SUPERVISORY APPROVAL SGT. SIM WOODHAM | | ID# 8394 8394 | DATE 06/11/19 | | LEGAL LIAISON REVIEW | | | DATE |

PROCESS OF ARREST WARRANTS
Dallas Police Department
Case 3:20-cv-01168-S   Document 40-1   Filed 03/18/22   Page 47 of 235   PageID 370
DIVISION/SECTION
CID-SIU
WITNESSES
CID-DST #
106952-2019

| | Complainant-Victim | CAN TESTIFY: |
|---|---|---|
| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | **Wallace, Mitchell**<br>W, M, | That Suspect Madden came onto his property holding a handgun. That Suspect Madden was pointing the gun at him in a threatening manner putting him in fear for his safety. That Suspect Madden racked the slide of the gun ejecting a live bullet, he then picked the bullet up and put it back in the gun. That he pulled out his own gun. Suspect Madden then held his gun to his neck and crawled under a van until police arrived. |

| | Witness | |
|---|---|---|
| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | **Wallace, Linda**<br>W/F | That she was with Complainant Mitchell Wallace, who is her husband. That Suspect Rashad Madden came onto their property holding a handgun. That Suspect Madden pointed the handgun at Complainant Wallace. That Suspect Madden then crawled under a white van until police arrived. |

| | Witness | |
|---|---|---|
| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | **Wallace, Alexandria**<br>W/F | That she was with Complainant Mitchell Wallace, who is her father. That Suspect Rashad Madden came onto their property holding a handgun. That Suspect Madden pointed the handgun at Complainant Wallace. That Suspect Madden then crawled under a white van until police arrived. |

| | Arresting Officer | |
|---|---|---|
| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | **Officer Thomas Foster#11272**<br><br>**725 North Jim Miller Road**<br>**Dallas, TX. 75217**<br>**214-670-8345** | That he responded to the disturbance with a person with a gun at the offense location. That upon arrival he found Suspect Madden underneath a white van in the parking lot holding a gun. That he approached Suspect Madden giving loud verbal commands to drop his gun. That when Suspect Madden refused his commands and then gave him the opportunity, he used his Taser and fired it at Suspect Madden. That he then was able to take him into custody. |

| | Arresting Officer | |
|---|---|---|
| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | **Officer Dylan Nelson#11280**<br><br>**725 North Jim Miller Road**<br>**Dallas, TX. 75217**<br>**214-670-8345** | That he responded to the disturbance with a person with a gun call at the offense location. That upon arrival he found Suspect Madden underneath a white van in the parking lot holding a gun. That after he heard Taser and then a single gunshot, he moved in to assist in taking Suspect Madden into custody. |

| | Arresting Officer | |
|---|---|---|
| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | **Sgt. Dudley Nosworthy#5882**<br><br>**725 North Jim Miller Road**<br>**Dallas, TX. 75217**<br>**214-670-8345** | That he responded to the disturbance call regarding a person with a gun at the call location. That upon arrival he found Suspect Madden underneath a white van in the parking lot. That he took cover and when Suspect Madden refused verbal commands to drop his gun, he fired his Taser. That Officer Gribbon fired his handgun and then Officers were able to move in and take Suspect Madden into custody. |

| Investigating Detective | |
|---|---|
| **Detective Brewster Billings#7626**<br>**Dallas Police Department**<br>**Criminal Investigations Division-Special Investigations Unit**<br>**1400 South Lamar Street**<br>**Dallas, TX. 75215**<br>**214-671-3083** | That he was assigned this case and prepared this report. |

PROSECUTION REPORT
Dallas Police Department

DIVISION/SECTION
CID-SIU

ADDITIONAL WITNESSES

INCIDENT #
106952-2019

Arresting Officer

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | Officer Jason Gribbon#10116<br><br>725 North Jim Miller Road<br>Dallas, TX. 75217<br>214-670-8345 | That he responded to the disturbance with a person with a gun call at the offense location. That upon arrival he found Suspect Madden underneath a white van in the parking lot holding a gun. That he saw Suspect Madden moving around with the gun and that the gun was being pointed at he and Sgt. Nosworthy. That he fired his handgun once at the Suspect. |
|---|---|---|

Arresting Officer

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | Officer Matthew Rushing#9694<br><br>725 North Jim Miller Road<br>Dallas, TX. 75217<br>214-670-8345 | That he responded to the disturbance with a person with a gun call at the offense location. That upon arrival he found Suspect Madden underneath a white van in the parking lot holding a gun. That after he heard Taser and then a single gunshot, he moved in to assist in taking Suspect Madden into custody. |
|---|---|---|

Arresting Officer

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | Officer Jose Rayas#10984<br><br>725 North Jim Miller Road<br>Dallas, TX. 75217<br>214-670-8345 | That he responded to the disturbance with a person with a gun call at the offense location. That upon arrival he found Suspect Madden underneath a white van in the parking lot holding a gun. That after he heard Taser and then a single gunshot, he moved in to assist in taking Suspect Madden into custody. |
|---|---|---|

Arresting Officer

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | Officer Sean Mulrenan#10988<br><br>725 North Jim Miller Road<br>Dallas, TX. 75217<br>214-670-8345 | That he responded to the disturbance with a person with a gun call at the offense location. That upon arrival he found Suspect Madden underneath a white van in the parking lot holding a gun. That after he heard Taser and then a single gunshot, he moved in to assist in taking Suspect Madden into custody. |
|---|---|---|

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | | |
|---|---|---|

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | | |
|---|---|---|

| NAME:<br>R/S/DOB:<br>HOME:<br>WORK: | | |
|---|---|---|

PROSECUTION REPORTS
Dallas Police Department

DIVISION/SECTION
CID-SIU

ACCOMPLICES
PROPERTY PAGE

INCIDENTA
106952-2019

| ACCOMPLICES: | RACE | SEX | DOB | FILED ON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Description of Property | Stolen Value | Recovered Value | Damaged Value | Released |
|---|---|---|---|---|---|
| 1. | | | | | ☐ |
| 2. | | | | | ☐ |
| 3. | | | | | ☐ |
| 4. | | | | | ☐ |
| 5. | | | | | ☐ |
| 6. | | | | | ☐ |
| 7. | | | | | ☐ |
| 8. | | | | | ☐ |
| 9. | | | | | ☐ |
| 10. | | | | | ☐ |
| 11. | | | | | ☐ |
| 12. | | | | | ☐ |
| 13. | | | | | ☐ |
| 14. | | | | | ☐ |
| 15. | | | | | ☐ |
| 16. | | | | | ☐ |
| 17. | | | | | ☐ |
| 18. | | | | | ☐ |
| 19. | | | | | ☐ |
| 20. | | | | | ☐ |
| 21. | | | | | ☐ |
| 22. | | | | | ☐ |
| 23. | | | | | ☐ |
| 24. | | | | | ☐ |
| 25. | | | | | ☐ |
| 26. | | | | | ☐ |
| 27. | | | | | ☐ |
| 28. | | | | | ☐ |
| 29. | | | | | ☐ |
| 30. | | | | | ☐ |
| | | | | | |
| | TOTAL STOLEN: | $0.00 | | | |
| | TOTAL RECOVERED: | $0.00 | | | |
| | TOTAL DAMAGED: | $0.00 | | | |

App 00060

**52.** SUMMARY:

On May 28th, 2019 at approximately 7:50 p.m. Complainant Mitchell Wallace was the victim of Aggravated Assault with a Deadly Weapon at 7525 C.F. Hawn Freeway Dallas, Dallas County, Texas.

On May 28th, 2019 at approximately 7:50 p.m. Complainant Mitchell Wallace was at his business, 5 Ponies Truck Sales, with Witnesses Linda and Alexandria Wallace. Suspect Rashad Madden walked onto the property through and open gate holding a handgun. Suspect Madden pointed the handgun at Complainant Wallace as Witnesses L. Wallace and A. Wallace ran inside the building. Suspect Madden was pointing the gun at Complainant Wallace putting him in fear for his life. Suspect Madden then "racked" the slide of the gun, ejecting a live round from it. Suspect Madden then picked up the bullet and placed it back inside his gun. Complainant Wallace then pulled out his own gun and pointed it back at Suspect Madden. Suspect Madden then held his own gun to his neck threatening to kill himself. Suspect Madden then crawled underneath a white van that was parked in the parking lot while holding the gun to his neck.

Complainant Madden and Witness L. Madden both called 911 for police. Dallas Police Officers Thomas Foster#11272, Dylan Nelson#11280, Jason Gribbon#10116, Matthew Rushing#9694, Sgt. Dudley Nosworthy#5882, Sean Mulrenan#10988, Jose Rayas#10984 and several others responded to the call for police. Upon arrival Officers found Suspect Madden underneath the with van still holding the handgun. Officers gave Suspect Madden loud verbal commands to drop the gun and come out from under the van but Suspect Madden ignored their requests. Suspect Madden continued to roll back and forth while holding the gun, recklessly pointing it in different directions. Officer Foster#11272 was able to get close enough to Suspect Madden on one side of the van, while Sgt. Nosworthy#5882 and Officer Gribbon#10116 were on the opposite side of the van. Other Officers had taken up positions in front of the van. Officer Foster fired his Taser towards Suspect Madden's back area as he rolled under the van. Sgt. Nosworthy then fired his Taser towards Suspect Madden from the other side of the van. Officer Gribbon could see from his position that Suspect Madden was not reacting to the Tasers and he was rolling towards Sgt. Nosworthy and himself pointing the gun in their direction. Officer Gribbon fearing for his and Sgt. Nosworthy's safety fired his handgun one time at Suspect Madden, missing him and striking the right front wheel well of the van. Suspect Madden then rolled back towards Officer Foster after the gunshot. Suspect Madden rolled close enough to Officer Foster so that Officer Foster could grab him and pull him out from underneath the van. Officer Foster then grabbed Suspect Madden's hand which was still holding the handgun. Other Officers then rushed in to assist Officer Foster in taking Suspect Madden into custody. Suspect Madden appeared to be have an adverse reaction to drugs and was taken to Baylor Hospital by Dallas Fire and Rescue.

Complainant Wallace and Witnesses L. Wallace and A. Wallace were brought to Dallas Police Headquarters were they all gave recorded statements of the above documented chain of events.

This Report is for: ☒ Filing a New Case ☐ A Supplement to a Filed Case ☐ Resubmission

Warrant # DA Case # **F1955126**

DEFENDANT'S NAME: **Madden, Rashad, Akeem**

**FFENSE: Assault (AGG)-Deadly Weapon**        OFFENSE DATE: **May 28th, 2019**

| TRN & TRS #s: | SID #: |
|---|---|

CLASSIFICATION:     Misdemeanor: ☐A  ☐B       Felony: ☐Capital  ☐1ˢᵗ  ☒2ⁿᵈ  ☐3ʳᵈ  ☐ State Jail Felony

AGENCY: Dallas Police Department     AGENCY CASE # **106952-2019**       ARREST DATE: **May 28th, 2019**

RESPONDING OFFICER, INVESTIGATOR, & SUPERVISOR CONTACT INFORMATION (First & Last Name, NO INITIALS, Badge No., **DIRECT** PHONE NUMBER, **Email**)

Brewster Billings#7626, 214-671-3083, brewster.billings@dallascityhall.,

Sgt. Sim Woodham#8394, 214-671-3654, sim.woodham@dallascityhall.com

Sgt. Dudley Nosworthy#5882, 214-670-8345. dudley.nosworthy@dallascityhall.com

ACCOMPLICE names (charged & not charged)

Is Defendant in a GANG? ☐ YES or ☒ NO. If YES, which gang?

**Attached / Ordered**

☒   ☐ Case Report + ALL Supplements, INCLUDING PES (generated so far)

☒   ☐Arrest Report, Arrest Warrant, and Probable Cause Affidavit

☐   ☐ NCIC/TCIC (Criminal History of Defendant) & Book-In Sheet

☐   ☐ If Family Violence, a Family Violence Packet

☒   ☐ If Search Warrant, Search Warrant and Affidavit

☒   ☐ Witnesses/Victims contact information – including phone numbers, **Email, DOB, TX ID, SS#, & alternate contact phone**

☐   ☐ If emergency medical personnel treats or transports. **contact information** (names & ID #s) for EMS, Fire Department,etc.

**Attached / Ordered**

☒   ☐ Recordings: ☒ 911 Audio + call sheet ☒ In-Car Video/ Body-cam ☐ Patrol Agency Jail / Book-In Video(s) / Jail calls

☐   ☐ DWI Forms (DIC-23, DIC-24, DIC-25); Intoxilyzer Record (operator name and badge #) OR Blood Test lab submission

☐   ☐ TX D.P.S. Arrest Reporting Form

☐   ☐ If Accident, Accident/ Crash Report + ANY maps & calculations

☐   ☐ If DWI or other vehicular type case, Defendant's Driving Record

☐   ☐ If Drug Case, Dallas DA Office Narcotics Intake Checklist

☐   ☐ If Violation of a Protective Order Case, a copy of the Protective Order

☐   ☐ If Fraud Use/ Poss, itemized spreadsheet + Photocopies of items

☐   ☐ Other _____

**Attached / Ordered**

☒   ☐ All Written and Recorded Statement(s), with translations if needed

☐   ☐ All Photo Lineups

☐   ☐ All CDs/DVDs with Photos

☐   ☐ Crime Scene Diagram(s) / Maps

☐   ☐ Phone records (or related records) with business record affidavit/ Need Search Warrant for text messages / cell site towers

☐   ☐ Impound sheet or any other towing documentation including name of towing company & contact information

☐   ☐ RCFL reports or any Federal Agency digital evidence reports

☐   ☐ Other Recordings:    ☐ Store Surveillance video ☐Traffic Cameras ☐Other: _____

☐   ☐ All Medical Records – Or Copy of Legal Document showing Records requested with Business Record Affidavit

    ☐ Forensic Lab Reports – Or Copy of Lab Submission Forms – with List of Submitted Evidence and Testing Required

    *(Required for all Drugs and Trace Evidence, ex. Fingerprints, Blood, DNA, Firearms, etc.)*



★AIS    Logout | Home | My Tools | Help          CRDB2H   Quick Links...   [▼] SDI

**MADDEN, RASHAD**                    Search              Referrals

**User: Phillip Wheeler**                                        Role: Police [▼]

| Identification | Offense (11) | Arrest (3) | Book-In | Magistrate | Warrants | Jail | Bonds | Pre-Trial Rel |

| Dist. Attorney | Prosecutor | Grand Jury | Victim Services | Divert Court | Court |

Current BookIn No: 15045867 - Released

## Adult Identification Information  -|          Audit Trail   Status   Update

| | | | |
|---|---|---|---|
| **AIS Number** | **DPS/SID Number** | **LAI Number** | **FBI Number** |
| 2842947 | 07396456 | 1152522 | 536521FC6 |
| **True Last Name** | **Suffix** | **True First Name** | **Middle Name** |
| MADDEN | | RASHAD | AKEEM |
| **Date of Birth** | **Current Age** | **Height** | **Weight** |
| | 28 | 6' 0" | 150 lb |
| **Photo** | **Fingerprints** | **In Dallas Jail Before** | **Native Language** |
| Unavailable | Unavailable | NO | |
| **Race** | **Sex** | **Ethnicity** | **Skin Tone** |
| Black | Male | Non Hispanic | Medium |

Date: 8/18/2015
Photos(3)

**Aliases**

| Last Name | First Name | Middle Name | Date of Birth | Social Security |
|---|---|---|---|---|
| MADDEN | RASHAD | A | | |

Comments

 +|  **Historical Aliases**

| Social Security | Drivers License | Drivers License Type | ID Card # | U.S. Citizen |
|---|---|---|---|---|
| | | | | YES |
| City of Birth | State of Birth | Country of Birth | Eyes | Hair Color |
| TACOMA | WA | UNITED STATES | Brown | Black |
| I.D. Officially Verified | How Verified | Marital Status | | |
| NO | | Single | | |
| Fingerprint Classification | Misc Number | | | |

 +|  Scars/Marks/Tattoos/Piercings/Amputations

**Address Last Known as of Aug 18 2015 12:21 AM**

| Primary Address | City | State | Zip | Phone Number |
|---|---|---|---|---|
| 7909 ANTOINETTE #2103, | DALLAS | TX | 75217-0000 | |
| Secondary Address | City | State | Zip | Phone Number |
| 826 ROBIN MEADOW, | DESOTO | TX | 75115 | |

 +|  **Historical Addresses**

**Emergency Contact**

| Last Name | First Name | Relationship | Primary Contact | |
|---|---|---|---|---|
| | SHEBRIKA | Boy/Girl Friend | ☑ | |
| Home Address | City | State | Zip | Phone Number |
| | | TX | | |
| Working Address | City | State | Zip | Phone Number |
| | | TX | | |

 +|  **Additional Emergency Contacts**

App 00063



App 00064

STATE OF TEXAS §

COUNTY OF DALLAS §

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath makes the following statements and accusations:

My name is Detective Brewster Billings , #7626. I am a Police Detective assigned to the Criminal Investigation Division, Special Investigations Unit, of the Dallas Police Department:

I am presently investigating the Aggravated Assault offense against Mitchell Wallace, hereafter referred to as the Complainant, which occurred May 28th, 2019 at approximately 7:50 p.m. at 7525 C F Hawn Freeway, Dallas, Dallas County, Texas. This offense is documented on Dallas Police case#106952-2019

On May 28th, 2019 at approximately 7:50 p.m. Suspect Rashad Madden walked inside the gate and onto the property at 7525 C F Hawn Freeway (Five Ponies Truck Sales) holding a handgun. Suspect Madden was pointing the handgun at Complainant Wallace in a threatening manner. At first Complainant Wallace did not believe that the Suspect's gun was real, until Suspect Madden "racked" the slide and a live round popped out of the gun. When Complainant Wallace realized that the Suspect was pointing a real gun at him, he pulled his handgun out of his clothing and pointed it at Suspect Madden. Suspect Madden then held his own gun to his own neck and threatened to kill himself. Suspect Madden then got on the ground and crawled under a white van that was parked inside the lot. Complainant Wallace called 911 and Dallas Police responded.

Dallas Police Officers Jason Gribbon#10116, Matthew Rushing#9694, Thomas Foster#11272, Dylan Nelson#11280, Sean Mulrenan#10988, Jose Rayas#10984, and Sgt. Dudley Nosworthy#5882 responded to Witness Wallace's call for police. Upon arrival Officers found Suspect Madden underneath the white van with a gun in his hand. Suspect Madden was rolling back and forth and moving the gun (at times having it pointed at Officers). Officers continued to give Suspect Madden loud verbal commands to drop the gun and show his hands but Suspect Madden refused these instructions. Officer Foster was able to use his Taser and fire it striking Suspect Madden. Suspect Madden was given several "rounds" from the Taser but it did not have much effect. Sgt. Nosworthy, (who was standing near Officer Gribbon), fired his Taser at Suspect Madden and almost instantaneously Officer Gribbon fired his service gun one time at Suspect Madden. Sgt. Nosworthy's Taser did strike Suspect Madden but had no effect. Officer Gribbon's gunshot missed Suspect Madden. When the gunshot missed, Suspect Madden moved away from Officer Gribbon and Sgt. Nosworthy. Officer Foster was then able to grab ahold of Suspect Madden and pull him out from under the van. Officer Foster then grabbed Suspect Madden's hand with the gun in it and was able to disarm him. Officer were able to handcuff Suspect Madden and take him into custody. Suspect Madden had "foam" around his mouth and appeared to be in medical distress. Officers checked Suspect Madden for possible gunshot wounds and did not find any. Suspect Madden was then transported to Baylor Hospital by Dallas Fire Rescue.

Suspect Madden was nonresponsive at the Hospital, with an erratic heartbeat. Suspect Madden was intubated and admitted to the Hospital.

I have spoken to members of the forensic biologist team at the Southwestern Institute of Forensic Sciences in Dallas County, it has been relayed to me that they can test blood evidence collected from the Suspect and test it for illegal drugs or intoxicating chemicals. The Southwestern Institute of Forensic Sciences can test blood samples collected through a blood draw of Suspect Madden's blood for intoxicating chemicals and illegal drugs. It also requested that a Buccal Swab of Suspect Madden's DNA for comparison testing to DNA recovered from the Suspect's handgun (Hi-Point .380 serial#P8050040).

Accordingly, as an investigating detective in this case, I wish to obtain a preserved blood draw sample taken at Baylor Hospital from **Suspect Rashad Madden B/M** ▬▬▬ for drug analysis testing, as well as a DNA Buccal Swab from Suspect Rashad Madden, all in accordance with accepted medical practices. These samples will be submitted to the Southwestern Institute of Forensic Sciences in Dallas County for analysis and be compared to different evidence collected at various crime scenes.

WHEREFORE, the undersigned Affiant asks for issuance of such search warrant.

_____
**Affiant**

Subscribed and sworn to before me by said Affiant on the 29 day of May, 20 19.

_____
**DISTRICT JUDGE, DALLAS COUNTY, TEXAS**



**SEARCH WARRANT**

STATE OF TEXAS §

COUNTY OF DALLAS §

THE STATE OF TEXAS: to the Sheriff or any Peace Officer of Dallas County, Texas or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit attached hereto did heretofore this day subscribe and swear to said Affidavit before me (which said affidavit was attached to this Warrant at the time the Warrant was issued and is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses herein and establish the existence of proper grounds for the issuance of this Warrant:

NOW, THEREFORE, you are commanded to go to the accused person named in said Affidavit:

### Madden, Rashad, Akeem B/M/

and obtain a preserved Blood Draw and Buccal Swab as described in said Affidavit in accordance with accepted procedure.

HEREIN FAIL NOT, but have you then and there this Warrant within three days, exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

ISSUED AT ____ o'clock ____.m on this the 24 day of May , 20 19 , to certify which witness my hand this date.

DISTRICT JUDGE, DALLAS COUNTY, TEXAS

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS §

COUNTY OF DALLAS §

BEFORE ME, Detective Brewster Billings#7626, on this day personally appeared Jason Gribbon#10118 Who, after being by me duly sworn, on oath deposes and says:

On May 28, 2019, I was working my regularly assigned patrol shift. I was in full uniform and working with my partner, Police Officer Matthew Rushing #9694. Officer Rushing was driving a fully marked black and white Dallas Police Department squad car. I was riding in the front passenger seat.

At approximately 7:55PM, Officer Rushing and I were just finishing up a disturbance call near the 1400 block of Robert B. Cullum Boulevard when a Priority 1 crisis intervention call came out over the radio. The call notes indicated that the subject was armed with a pistol, was pointing it at his throat, and was upset about something to do with his daughter.

Because this was a Priority 1 call, we responded to the call location with lights and sirens. Our activation of the lights and sirens should have caused our in-dash camera to begin recording. I also recall manually turning on my body camera as we were driving to the call location. Other officers arrived at the call location ahead of us. I heard one of those officers relay that the suspect was inside a vehicle with a Hispanic or white female with blonde hair. I began to get concerned that this situation could turn into a barricaded person with a hostage.

Moments later Officer Rushing and I arrived at the call location. I jumped out of the car at the intersection of EB CF Haun service road and Murdeaux. I ran towards an opening in the fence of the Five Ponies truck sales yard towards other officers.

Shortly after I came through the fence, I heard Sergeant Nosworthy yell out for all of the officers to get behind cover. I ran towards Sergeant Nosworthy who was crouched at the rear of a white pick-up truck with his taser drawn. I got into a crouching position so I could see the suspect. I could hear the sound of tasers being discharged around me. From my vantage point, it appeared that any attempts to tase the suspect were ineffective. Almost immediately I saw the suspect reaching for a pistol that was under his body. I would catch clear glimpses of the pistol as it would appear then disappear back under his body. The suspect was able to move the pistol out from under his body towards his left side and within his reach. I observed the suspect reach for his pistol. He fumbled with it for a brief moment before he was able to get his hands on the grip and gain full control of the pistol. I yelled something to the effect of "DROP IT! DROP IT! DROP IT!" The suspect then began to turn the pistol in his left hand. The barrel of the pistol began to turn towards me in my crouched position. The barrel of the pistol continued turning towards me. Right as the barrel was to the point where the suspect could shoot and kill me, I fired one shot at him to stop him from murdering me.

he suspect screamed and then went perfectly still. I believed I hit him and the threat was over. Other officers cautiously approached the suspect and took him into custody. I saw them bring the suspect towards emergency medical personnel who I believe had been staged nearby.

I removed myself from the immediate scene and waited for further instructions.

App 00068

158

_____
Affiant

"I, <u>Detective Brewster Billings</u>, Badge Number <u>7626</u> , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  31 DAY OF May A.D. 2019

_____
Officer's Signature

2

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS            §

BEFORE ME, Christine Ramirez.#7386, on this day personally appeared Mark Ayala, #11228
Who, after being by me duly sworn, on oath deposes and says:

I officer Mark Ayala 11228 was at the Southeast Substation on duty in uniform typing a report in the detail room
with my partner S. Garcia 10929. I was listening to the radio when I heard the Sgt yell to keep the radio clear.
Moments later we heard an officer yell shots fired. We then ran out to the patrol car and drove code 3 to the scene in
assist the officers. On arrival we were instructed block off the nearest street so traffic would not pass through. After
blocking off the street we walked to the scene to check on the other officers and make sure everybody was ok. I did
not fire my duty weapon on the scene. While walking up to the scene I saw the suspect lying on the ground with two
taser prongs in his left side of his torso and I did not see any blood coming from the suspect's body. Officer S. Oritz
10693 told me to go into the back of the ambulance with Officer K. Yeatman 10695. Officer S. Garcia 10929 rode in
the back of the ambulance since I was driving. When the ambulance left the scene I followed them to Baylor
hospital along with Officer S. Ortiz 10693. We arrived at Baylor Hospital where we stayed by the suspect's side
until we received relief from two other officers so we could go home and end our shift. I have not been issued a city
body camera at this time.

_M. Ayala 11228_
Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in
Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual
while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government
Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 31 DAY OF May A.D. 2019

_Christine Ray #7386_
Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS          §

BEFORE ME, Christine Ramirez, #7386, on this day personally appeared Sergio Garcia, #10929
Who, after being by me duly sworn, on oath deposes and says:

I, Sergio Garcia 10929, who was in full Dallas police uniform responded to an assist officer call at 7525 CF Hawn Serv. I was in the Southeast Substation working on a accident report when I heard shots fired on the radio. I ran out of the station and began to drive to the call location. Upon arrival I and my partner, M. Ayala 11228, were blocking off traffic at the 400 block of N Murdeaux Ln and ran to the incident location. I got to the location as Dallas Fire Rescue was putting a black male suspect into a stretcher to transport to the hospital. I rode with K. Yeatman 10695 in the ambulance as DFR transported to Baylor Hospital. I did not discharge my firearm during the incident. I have not been issued a Body worn Camera.

_____ 10929
                                    Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  29 DAY OF May A.D. 2019

_____
                                    Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS          §

BEFORE ME, Christine Ramirez,#7386, on this day personally appeared Kevin Yeatman, #10695
Who, after being by me duly sworn, on oath deposes and says:

On Tuesday 5/28/2019 at approximately 7:55PM I Officer K. Yeatman #10695 was element C346 with my partner
S. Ortiz #10693. We were leaving the Baylor Street Property room when we began to respond to a CIT with an
ambulance call at 7525 C F Hawn Serv EB due to the comments saying that the Suspect was armed with a pistol
pointing it at himself and that we had a ballistic shield in our trunk which could be helpful to the call. While enroute
to the call going code 3 the dispatcher attached us to the call sheet and I believe I heard in the radio traffic our
Sergeant, SGT Nosworthy #5882 coming over the radio ensuring our element was enroute.

Upon arrival I observed the Suspect being carried out in handcuffs by Officers however I am not sure who was
carrying him out and do not recall whether the Suspect was alert or not. The suspect was wearing shorts and no shirt,
had some white foam around the corner of his mouth and appeared slightly dirty. The Suspect was placed in the
back of a DFR ambulance within a short time of being brought out to the sidewalk. The ambulance crew appeared to
be prepping the Suspect and after they were complete Myself and Officer S. Garcia #10929 rode in the back of the
ambulance while my partner Officer S. Ortiz #10693 followed in patrol vehicle #100065 and S. Garcia's partner M.
Ayala # 11228 follow in their patrol vehicle.

While enroute to the hospital the Suspect was unresponsive and had his eyes open. I do not recall the suspect
blinking at all during this ride. DFR transported the Suspect going code 3 to Baylor hospital where he was originally
placed in room B17, then T3, and then to the Roberts building room 708. The Suspect did not have any
identification on him so the hospital staff gave him a pseudonym name of Kappa, Eighteen with a date of birth 1-1-
1901. While at the hospital the staff advised me he was in critical condition and that there main concern was the
Suspect's heart.

I did not discharge my weapon and we were still enroute to the call when it was announced that a shot had been
fired. I do not have a BWC issued and therefore have no BWC video.

_____ 10695
Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in
Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual
while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government
Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  29 DAY OF May A.D. 2019

_____ #7386
Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS          §

BEFORE ME, Christine Ramirez, #7386, on this day personally appeared Sergio Ortiz, #10693
Who, after being by me duly sworn, on oath deposes and says:
On May 28, 2019 at about 07:58pm I, Officer S. Ortiz #10693 who was in full Dallas PD uniform, responded to the
46 CIT call at 7525 C F Hawn Service Rd Eb. Upon arrival I activated my body worn camera. I observed officers
carrying the suspect, who appeared to be alert, out of the business parking lot area toward an awaiting DFR
ambulance that was located on the service road. About 2-3 minutes after arrival on scene, I then moved my vehicle
to block the intersection of Elam Rd and C F Hawn service road. Shortly thereafter, we were requested to escort the
suspect who was being transported to Baylor hospital by DFR rescue #5 along with element F315. We arrived at
Baylor hospital around 08:30pm stayed with the suspect until we were relieved at around 12:00am. I did not fire my
service weapon at any point.

_____
                                              Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in
Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual
while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government
Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  29 DAY OF May A.D. 2019

_____
                                              Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS      §

COUNTY OF DALLAS      §

BEFORE ME, Christine Ramirez, #7386, on this day personally appeared Dudley Nosworthy,II, #5882
Who, after being by me duly sworn, on oath deposes and says:

I, Sergeant Dudley Nosworthy II, #5882, responded to a Sig 46A, B/M with a gun to his head stating he was going to kill himself, located at 7525 CF Hawn Frwy. Upon my arrival Officers Nelson and Foster were pulling into the business parking lot. I exited my patrol car and observed a B/M subject lying in the prone position under a white van with his feet to my near side in the parking lot. I initially upholstered my duty weapon but then re-holstered my weapon and drew my Taser. I took up a prone position in front of the van and began to laze the suspect with my Taser. Not having a clear body shot I moved to my left and took up a kneeling position from the corner of white pick-truck which gave me a better view of the suspect and a direct line of fire. Officer Foster was on the other side of van. Officer Foster was in a combative dialogue with the suspect who made several suicidal threats while holding a pistol in his hands. Several times during this dialogue the suspect rolled to his left and right and manipulated the pistol telling us to kill him. As cover officers were arriving I requested an officer who I knew to have a ballistic shield to respond to the location. Prior to the shield arriving Officer Foster was able to discharge his Taser at the suspect which appeared to have to effect on the suspect. It was at this time I had a clear shot to discharge my Taser at the suspect. Once I discharged my Taser, I was unsure if both probes connected because there was no reaction by the suspect. I made the decision to install my second cartridge and it was during that process I heard a single shot from Officer Gribbon who was on my right side. Once Officer Gribbon fired, several other cover officers were able to approach the suspect from Officer Foster's side of the van, secure the weapon he was holding and place him into custody. DFR arrived at the location and transported the suspect to Baylor Hospital. Prior to the suspect being to the transported to the hospital, the Taser probes were removed from the suspect and secured at the scene. I made notifications we had an Officer Involved Shooting to my Chain of Command and contacted Communications for appropriate resources. I took control of the scene until those resources arrived. At no time did I fire my duty weapon. NFI

_Dudley Nosworthy_ 5882

Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28 DAY OF May A.D. 2019

_Christine Ramirez_ # 7386

Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS            §

BEFORE ME, Christine Ramirez, #7386, on this day personally appeared Jay Dickson, #9480
Who, after being by me duly sworn, on oath deposes and says:

On 05-28-2019 at about 9:00 pm I, Jay Dickson, was contacted by Sgt Mata who informed me that Jason Gribbon
was involved in an Officer Involved Shooting and he had requested me as a companion officer.  I called Officer
Gribbon to ask if he was ok, and to get the address to the incident. I responded to the incident location and then
called officer Gribbon's wife to tell her that he was ok and that I was with him. I stayed with Officer Gribbon until
he was released from the scene and then took him to his personnel vehicle. I followed him home to ensure he made
it safely.  At no point during the time I was with Officer Gribbon did we discuss anything about the incident.

_____
Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in
Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual
while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government
Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  29 DAY OF May A.D. 2019

_____
Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS           §

BEFORE ME, <u>Detective Christtine Ramirez, #7386</u>, on this day personally appeared <u>D. Nelson #11280</u>
Who, after being by me duly sworn, on oath deposes and says:

On 5-29-2019 myself and T. Foster #11272 responded to a signal 46A, call comments stated that a man had a gun to pointed at his head. Upon arrival to the car lot we could see the suspect underneath a van and at the point I could see a handgun in his hand.The suspect was squirming underneath the van as i approched, I then stood directly behind the van where i could only see his feet and legs and no longer see his head or arms. Sgt Nosworthy was on my left and had his tazer out. At that time went back to my squad car to pull it forward to provide hard cover. At that point as I stepped out of my squad car several other officers had arrived on scene. I stood directly behind the van again. My partner was directly behind the right rear tire of the van. Verbal commands were givin and i could hear my partner fire his taser and then say taser taser. The taser shot from my point of view it appeared to have no affect on the suspect. Then a second taser and a gun shot went off to my left side where sgt nosowrthy and other officers were. My partner then began pulling the suspect out from underneath the van. I holstered my weapon and ran up in between the vans on scene to assist. I was able to hold one arm of the suspects while my partner Foster was able to get the gun  free from the suspect. Officer Rayas who stood on my left assisted me by grabbing the suspects other arm and we were able to put handcuffs on him.We then began to carry him from between the two vehicles and out side the gate of the buisness and set him in a recovery position in the grass while we waited for DFR. The suspect was checked and had not been shot by a handgun but had several taser probs in him. I then assisted the suspect onto the gurney and asked DFR to remove the taser probs and i placed them in a property bag. The DFR individuals then loaded him  into the back of the ambulance and they left the location. I was in full uniform at the time of the incident and at no time did i fire my duty weapon or taser. I also do not have body cam footage of the incident.

_____
_11280_ Affiant

"I, <u>Detective Christine Ramirez</u>, Badge Number <u>7386</u> , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  29 DAY OF May A.D. 2019

_____
_#7386_ Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS     §

COUNTY OF DALLAS     §

BEFORE ME, Cayce Shelton, #7760, on this day personally appeared Officer Thomas Foster#11272
Who, after being by me duly sworn, on oath deposes and says:

I, Thomas Foster, #11272 was working Southeast patrol third watch in full Dallas Police uniform, with my partner Officer Dylan Nelson #11280 on Tuesday May 28, 2019. We responded to a 46-A, the comments mentioned that a man was holding a gun to his head and was crawling under a van. When I arrived on scene I observed a black male underneath a van which was parked with its front facing me. I crouched behind the front driver's side wheel and could see the arrested person holding a black handgun. I made contact with the arrested person and gave verbal commands to drop the gun. I observed that the arrested person was foaming from his mouth and was screaming incoherently about his daughter. I gave verbal commands to drop the gun, which the arrested person refused to do. Seeing that he would not comply I attempted to talk the arrested person down. He stated that he needed to protect his daughter, but his syntax and statements were incoherent. When I asked if he had taken anything today the arrested person stated that he had taken cocaine. The arrested person then put a black pistol that he had been holding in both hands under his chin and began screaming that he would kill himself and for police to kill him. I was still attempting to get him talking, but then I could hear what sounded like the arrested person racking the gun, and then he stated he had just put a bullet in the chamber and that he would kill us if we did not kill him. He then rolled with his back to me so that he faced the other officers who were to my left, and then I could no longer see his hands. I heard the pop of what I thought to be a taser discharge and the arrested person rolled back onto his stomach began to try to crawl away with the pistol still in his hands. He put his back to me again and I drew my taser and discharged it into his back and gave verbal commands to drop the gun. The arrested person did not comply, and continued to crawl away. I repeated my verbal commands to the arrested person to drop the gun and he did not comply and I tazed him again. Two more times he continued to crawl away, refusing to comply with my verbal commands to drop his weapon. He was now close to being able to get out from under the van so I grabbed him as he was crawling holding the gun underneath his chest and was able to place one arm behind his back, which I handed to my partner D. Nelson #11280 and then I was able to recover his weapon from his other hand that was still beneath his chest. I handed the weapon off and then we carried the arrested person out for DFR. I then waited at the scene until ordered to report to SIU. At no time did I fire my duty pistol.

_Thomas Foster 11272_
Affiant

"I, Cayce Shelton, Badge Number 7760 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 29 DAY OF May A.D. 2019

_Cayce Shelton 7760_
Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS          §

BEFORE ME, Christine Ramirez, #7386, on this day personally appeared Offic er Jose Rayas, #10984
Who, after being by me duly sworn, on oath deposes and says:

On 05/28/2019 at approximately 8:03 pm I, Officer Rayas, Jose 10984 responded to a signal 46 CIT (Person in Crisis call) at 7525  CF Hawn Serv Eb.  I was in full Dallas police uniform and I did not have a body worn camera. My partner Mulrenan, Sean #10988 and I, were traveling from Pemberton Hill Rd towards the call location. As we were driving to the scene my partner and I were discussing that he was going to grab his patrol riffle and I was going to grab the stinger upon arrival. When my partner parked the car we jumped out I grabbed the stinger that was checked out today by him. I proceeded to load a round in the stinger as I was running up to the scene. I recall taking a knee next to Officer Nelson #11280. Sgt Nosworthy #5822, Officer Gribbon # 10116 and my partner S. Mulrenan #10988 were on my left side next to a white pickup. Officer Foster # 11272 was standing next to the suspect who was underneath a white van. I then heard officers giving the suspect commands, to show his hands. I then recall hearing Sgt. Nosworthy's #5882 Taser going off along with Officer Foster 's #11272 Taser. Shortly after the Tasers went off I heard a gunshot  go off. I looked over and see that the only person on the side that I heard the round come from with a pistol was Officer Gribbon # 10116. I then observed Officer Foster #11272 grab the suspect and begin to wrestle with the susp and try to get him in handcuffs. I ran over to Officer Foster #11272 was and began to help get the suspect in handcuffs along with Officer Nelson # 11280. I didn't see the weapon that the suspect had on his person, until it was taken from underneath where the suspect was and was handed off to an officer that wasn't on the suspect, so to that it could be made safe. I then helped pick the suspect up and took him outside of the business so that he could be taken to get medical treatment. When he was outside we sat him up until DFR took over and accessed the suspect and they transported him to the hospital. I remained at the scene until SIU detectives showed up at the scene.  At no time did I fire my weapon.

_____ 10984
Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  29 DAY OF May A.D. 2019

_____ #7386
Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS            §

BEFORE ME, Cayce Shelton, #7760, on this day personally appeared Officer Sean Mulrenan, #10988
Who, after being by me duly sworn, on oath deposes and says:

On May 28, 2019, I, Officer Sean Mulrenan, #10988, was working in my full Dallas Police uniform as element C323 with Officer Jose Reyes, #10984. I have BWC footage of a portion of the incident. I was driving marked police vehicle number 140016 when a 46A came out with an individual with a gun to his head at 7525 C F Hawn Serv Rd EB. My partner and I cleared off of the call that we had arrived on and asked dispatch to be added to the 46A. My partner and I activated our emergency equipment and proceeded to run code three to the call location. While enroute to the call location my partner and I discused that he would grab the 40mm Stinger out of the trunk and I would grab my patrol rifle. Upon arriving at the call location my partner grabbed the 40mm stinger and I grabbed my patrol rifle and ran toward the front of the business. While running toward the front of the business I observed my supervisor, C330, Sgt. Nosworthy #5882 running toward the business. Upon entering the front gate of the business I took up position on the left side of the parking area on the right hand side of Sgt. Nosworthy and Sr. Cpl. Gribbon #10116. The only portion of the suspect that I could see were his feet, legs, and butt. I moved slightly to the left to get a better look at the suspect to try and identify the firearm but all I could see what the left side of his upper body with his left arm tucked up underneath his chest. Officers were giving the suspect loud verbal commands to show his hands which the suspect refused to do. Off to my left I heard an officer (Officer Foster #11272) say "taser taser", then heard the pop of the taser. A second later Sgt. Nosworthy, off to my left, deployed his taser. Immediately after Sgt. Nosworhty deployed his taser, I heard Sr. Cpl. Gribbon fired one round from his service weapon. At this point I could not tell if the suspect was hit from the gunshot or not. After the gun shot I could still hear tasers going off and observed the suspect start to crawl toward the back of the van that he was underneath, while officers were still giving loud verbal commands to show his hands and drop the weapon. I heard several officers yell Fosters name, it was then that I identified that the officer in between the vans giving verbal commands was Officer Foster. I moved back over to the right while officers on my right side converged in on Officer Foster as he went to grab the suspect. Due to the amount of officers in between the two vehicles I stayed back as to not add to the crowd. After the firearm was removed from the suspect cleared, passed back and the suspect was placed into handcuffs, several officers carried the suspect out to the service road to wait for the ambulance that was stagged down the road. Not knowing if the suspect was shot or not I ran back to my squad car got my first aid kit and ran back to where officers had placed the suspect down in the recovery position and began searching for any gun shot wounds. While all this was happening other officers had call for DFR to move up to the scene. Myself and other officer conducted a sweep of the suspect and did not find any gun shot wounds. After this point DFR Rescue element had pulled up and began to check on the suspect. I then remained at the scene and secured the crime scene until ordered to report to SIU. At no time did I fire my service pistol or rifle.

_____ #10988

Affiant

"I, Cayce Shelton, Badge Number 7760 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 29 DAY OF May A.D. 2019

_____ 7760

Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS               §

COUNTY OF DALLAS                 §

BEFORE ME, Christine Ramirez, #7386, on this day personally appeared Oscar Arias, #10849
Who, after being by me duly sworn, on oath deposes and says:

When I arrived at 8:00pm to the call location of 7525 C F Hawn FWY I noticed that Sgt Nosworthy, PO Nelson and PO Foster were seeking cover from suspect who was under a van with a gun. I ran and got cover to the front of the truck nearest to the suspect. PO Foster was attempting to pull the suspect out from the bottom of the van, while the suspect had a gun in his hands. I saw the suspect point the gun in PO Fosters direction and fumble around with the gun in his hands. I heard Senior Corporal Gribbon shoot towards the suspect. Immediately after everyone ran to where PO foster was at to help him with the suspect. PO Foster had taken the weapon away from the suspect. I took the weapon from foster and cleared it, there was round in the chamber. I saw the magazine on the ground and it also was empty. I was in full police uniform with badge and did have a body camera. At no time did I fire my weapon.

_____
                                    Affiant

"I, Christine Ramirez, Badge Number 7386 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28 DAY OF May A.D. 2019

_____
                              Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS          §

COUNTY OF DALLAS          §

BEFORE ME, Cayce Shelton, #7760, on this day personally appeared Officer Lucas Fillmore, #11467
Who, after being by me duly sworn, on oath deposes and says:

On May 28, 2019, I, Officer Lucas Fillmore, #11467, was working in full Dallas Police uniform as element C321, with Officer Oscar Arias, #10849. I do not have a BWC. I was driving marked police vehilce 140050, when we responded to a 46A(CIT with ambulance) call at 7525 CF hawn service road EB. While driving to the call location we saw the comments on the callsheet that said there was a man with a gun pointing it at his own head. Upon arriving to the location I first saw Sgt. Nosworthy by a truck on the left side of the vehicle that the suspect was under with his taser drawn who told us to take cover the suspect has a gun. I then saw Officer Foster crouched to the right side of the van, which I then saw the suspect had crawled under, with his taser drawn giving commands to the suspect to drop the weapon. I could see Officer Foster with the trigger pulled on the taser and the suspect tense up while under power then start to move arround again after the power shut off. I then placed myself in a prone posistion directly to the 6 O'clock of the suspect with my service weapon drawn providing hard cover while giving myself a clean shot with no officers on the opposite side where my bullets would be going. I continued to see the suspect moving around under the vehicle but could not see a weapon. I heard the suspect yell "I'm going to kill you all". I continued to see the suspect being tased and heard an officer say "taser taser", I then heard a gunshot from my left hand side where I had earlier seen Sgt Nosworthy, but I was unsure who fired the shot. Moments after the shot I saw Officer Foster reach under the van and grab the suspect, at which time I went around the vehicle and came from behind and assisted Officer Foster to pry the gun out of the suspect's hand. The gun was then passed to another officer to clear and I held onto the suspect's left hand and put it behind his back to be placed in handcuffs. The suspect was then carried out to the grass and checked for wounds and then passed off to DFR. I remained at the scene until ordered to report to SIU. At no time did I fire my pistol.

_Lucas Fillmore  11467_
Affiant

"I, Cayce Shelton, Badge Number 7760 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28 DAY OF May A.D. 2019

_Cayce Shelton  7760_
Officer's Signature

# AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS              §

COUNTY OF DALLAS               §

BEFORE ME, <u>Cayce Shelton, #7760</u>, on this day personally appeared <u>Officer William Parker, #10612</u>
Who, after being by me duly sworn, on oath deposes and says:

On May 28, 2019, I, Officer William Parker, #10612, was working in my full Dallas Police uniform, as element C311. I have BWC footage of my involvement in this incident.  I was driving marked  police vehilce 140112 when I was dispatched to a CIT with an ambulance call. The call comments were that a black male was holding a gun to his head and threatening to kill himself. I responded code 3 to the call location and once on scene went to trunk of my sqaud car to retreive my stinger 40mm launcher. Once i began to move from my squad car toward the suspect i heard one gun shot. I then switched from the stinger to my handgun and moved toward the lead squad car and took cover on the rear passengers side of the trunk. When i saw the officers that were stagged up to the left of me move toward the suspect, who was under a white passenger van, i too moved toward the suspect. The area between the van the suspect was under and the other van next to it and did not allow room for multiple officers to take the suspect into custody, causing me to move aroundto the rear of  the vehicles in order to assist in gaining control of the suspect. Once I reached the suspect i noticed officers were struggling to gain control of the suspect and that his feet were not being restrained. I grabbed both feet and maintained control of them throughout the arrest. We then carried the suspect to a clear area for DFR to respond to the suspect. I checked the suspect for any major injuries as well as weapons and only observed taser prongs in his upper torso, and cuts and scrapes to his torso and legs. The suspect was then loaded into an ambulance and transported to Baylor Medical Center.  At no time did I fire my weapon.

#10612

Affiant

"I, <u>Cayce Shelton</u>, Badge Number <u>7760</u> , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  28 DAY OF May A.D. 2019

7760

Officer's Signature

# PERSONAL INFORMATION SHEET

Rm 4

NAME: _Lynda Wallace_   R/S/DOB _W)_ = _____   DATE: _5-28-15_
Address: _____   City/ST/Zip: _____   Phone # _____
Employer: _Self_   Address: _7525 CFH__   Phone # _____
Place of Birth: _Dallas TX_   ID (State & #) _____   SS#: _____
DPD ID # _____   DSO ID # _____   Pager # (____)
DL # _____   TX ID # _____

CHILDREN? Yes ( ) No ( ) If "Yes", School: _____   List children as contact persons below.

PARENTS ALIVE? Yes ( ) No ( ) If "Yes", list parents as contact persons below.

_Emergency Contact_ _Mitchell Wallace_ R/S/DOB _____   Relationship: _Husband_
Address: _Same_   City/ST/Zip: _____   Phone # _____
Employer: _____   Work Phone # (____) _____
_Contact Person_ _____   R/S/DOB _____   Relationship: _____
Address: _____   City/ST/Zip: _____   Phone # (____) _____
Employer: _____   Work Phone#: (____) _____
_Contact Person_ _____   R/S/DOB _____   Relationship: _____
Address: _____   City/ST/Zip: _____   Phone # (____) _____
_Contact Person:_ _____   R/S/DOB _____   Relationship: _____
Address: _____   City/ST/Zip: _____   Phone # (____) _____

Comments: _____
_____
_____
_____
_____
_____

ATTACH

PHOTO

HERE

Completed By: _____   Badge # _____

Service # _____

Dallas P.D. Homicide Unit
Revised   05/12/98

App 00083

# PERSONAL INFORMATION SHEET

*Rm 5*

NAME: *Alexandria Wallace*  R/S/DOB *W/F/* [redacted]  ATE: *1-28-13*

Address: *S-me*  City/ST/Zip:_____  Phone # [redacted]

Employer:_____  Address:_____  Phone # (___)

Place of Birth:_____  ID (State & #)_____  SS#:_____

DPD ID #_____  DSO ID #_____  Pager # (___)

DL #_____  TX ID #_____

CHILDREN? Yes ( ) No ( ) If "Yes", School:_____ List children as contact persons below.

PARENTS ALIVE? Yes ( ) No ( ) If "Yes", list parents as contact persons below.

*Emergency Contact*_____  R/S/DOB_____  Relationship:_____

Address:_____  City/ST/Zip:_____  Phone # (___)

Employer:_____  Work Phone # (___)

*Contact Person*_____  R/S/DOB_____  Relationship:_____

Address:_____  City/ST/Zip:_____  Phone # (___)

Employer:_____  Work Phone#: (___)

*Contact Person*_____  R/S/DOB_____  Relationship:_____

Address:_____  City/ST/Zip:_____  Phone # (___)

*Contact Person:*_____  R/S/DOB_____  Relationship:_____

Address:_____  City/ST/Zip:_____  Phone # (___)

Comments: *Home school*
*Woodrow*

*Dad - Balprey* 11050

*mom Day Lter*

ATTACH PHOTO HERE 12612

*Parker*

*Car 14012*

Completed By:_____  Badge #_____

Service #_____

App 00084

EvidenceMANAGER

## Dallas Police Department
## Property Unit Receipt

Receipt Date: 12/16/2020

Clerk: Maria Valdez

Officer(s): Brewster Billings [7626]
Dallas Police Department
Police Senior Corporal
(214)671-3083

Action: Checkout

Location: Other : pistol range

| ICN | Tag | Article | Service No | Retain |
|---|---|---|---|---|
| 0579994-1257212 | 155903G | GLOCK 357CAL PISTOL | 1069522019 | ☐ |
| 0579994-1257213 | 155903G | MAGAZINES | 1069522019 | ☐ |
| 0579994-1257214 | 155903G | CARTRIDGES | 1069522019 | ☐ |

Signature:

File: [        ] Browse...

Save

Activate E-Signature Pad    Clear E-Signature

_____ *AG761*
Received By

_____ 12/16/2020
Date / Time

_____ 6I61
Signature

Senior Corporal FTC
Title

1200 Mountain Creek Pkwy
Address

214- 670-1902
Telephone

### Dallas Police Department
### Property Unit Receipt

| | | | |
|---|---|---|---|
| Receipt Date: | 12/16/2020 | Officer(s): | Brewster Billings [7626] |
| Clerk: | Maria Valdez | | Dallas Police Department |
| | | | Police Senior Corporal |
| | | | (214)671-3083 |
| Action: | Checkout | | |
| Location: | Other : pistol range | | |

| ICN | Tag | Article | Service No | Retain |
|---|---|---|---|---|
| 0579994-1257212 | 155903G | GLOCK 357CAL PISTOL | 1069522019 | ☐ |
| 0579994-1257213 | 155903G | MAGAZINES | 1069522019 | ☐ |
| 0579994-1257214 | 155903G | CARTRIDGES | 1069522019 | ☐ |

Signature:



File: [          ] Browse...
Save
Activate E-Signature Pad    Clear E-Signature

Received By

Date / Time    12/16/2020

Signature

Title    Senior Corporal FTC

Address    1200 Mountain Creek Pkwy

Telephone    214-670-1902

App 00086

# Incident Report

| | | | | | | Case Number 106852-2019 | | | CAD Incident # 19-0963722 |
|---|---|---|---|---|---|---|---|---|---|

Report Type: Incident Supplement — Page 1 of 2

Date / Time Occurred 5/28/2019 19:50:00 to 5/28/2019 20:10:00

Date / Time Reported 5/29/2019 04:40:00

| rrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|

| Arson Related | Arson Code | | | Damage Value | | Hate Crime | | Domestic Violence | | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|---|

### Incident Details

| Unit Number C353 | Clearance Disposition CBA (OVER AGE 17) | | Cleared by Exception NOT APPLICABLE | | Exceptional Clearance Date |
|---|---|---|---|---|---|

| Situation Found | | Case Status CLEARED BY ARREST |
|---|---|---|

| Location Given By Dispatcher 7525 C F HAWN SERV EB | Cargo Theft NOT A CARGO THEFT OFFENSE |
|---|---|

### Incident Address

Street Address: 7525 C F HAWN SERV EB

| City DALLAS | State TEXAS | Zip 75217 | Beat 353 |
|---|---|---|---|

### Administrative Info

| Reporting Officer 1 ADAMSON, MATTHEW | Reporting Officer 1 Badge T248 | Reporting Officer 2 | Reporting Officer 2 Badge |
|---|---|---|---|

Narrative Information

On Tuesday 05/28/2019 at about 2054 hours, CSA Adamson #T248 and CST Trainee Spanks T312 responded to the Baylor Hospital Emergency Department located at 3500 Gaston Ave regarding an Officer Involved Shooting call.

**Officers at hospital:** Garcia #10929, Ayala #11228, Ortiz #10693, and Yeatman #10695

**bservations:**
ie subject; Madden, Rashad (DOB: ⬛⬛⬛⬛ , was in room b17 and was observed with the following injuries: left shoulder, multiple on the left wrist, the left hand, multiple on the left knee and shin, right side of the neck, right side of the chin, right shoulder, right wrist, multiple on the right knee and shin, right side of the chest near the armpit, and right rib area. The subject's clothing was collected. While photographing the subject's short, $8 in US currency was located in the front right pocket.

Digital photographs were taken of the subject including the injuries. Digital photographs were taken of the subjects clothing including the money.

**Seizure items:**
- Shorts ("Levis" blue jean colored with tan colored belt)
  - $8 in US currency in pocket. 1x$5 and 3x$1.
- Underwear ("Fruit of the Loom" gray colored)
- Two (2) black colored socks

**Disposition of items:**
The shorts, underwear, and socks were sent to SWIFS on **Tag# 237202B.**
The $8 in US currency was delivered to the Baylor St Property Unit on **Tag# 031668M.**

Digital photographs were processed in accordance with CSRS S.O.P.

**Incident Report**

| Case Number | CAD Incident # |
| --- | --- |
| 106952-2019 | 19-0963722 |

| Report Type | | |
| --- | --- | --- |
| Incident Supplement | Page 2 | of 2 |

| Date / Time Occurred | Date / Time Reported |
| --- | --- |
| 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

*****Attention SWIFS*****

Contact Det. Billings #7626 at 817-691-5333 for processing instructions.

TCR: 2054  TCD: 2054  TC6: 2054  TCC: 2148
Report date: 06/11/2019

# Incident Report

| | | | | | Case Number 106952-2019 | | | | CAD Incident # 19-0963722 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | Report Type Incident Supplement | | | | | Page 1 of 3 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | Date / Time Occurred 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | | | | | Date / Time Reported 5/29/2019 04:40:00 |
|---|---|---|---|---|---|---|---|---|---|---|

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|

| Arson Related | Arson Code | | | Damage Value | | Hate Crime | | Domestic Violence | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|

| Incident Details |
|---|

| Unit Number C353 | Clearance Disposition OPEN | | | | Cleared by Exception NOT APPLICABLE | | | Exceptional Clearance Date |
|---|---|---|---|---|---|---|---|---|

| Situation Found | | | | | Case Status OPEN | | | |
|---|---|---|---|---|---|---|---|---|

| Location Given By Dispatcher 7525 C F HAWN SERV EB | | | | | | | Cargo Theft NOT A CARGO THEFT OFFENSE |
|---|---|---|---|---|---|---|---|

| Incident Address |
|---|

| Street Address 7525 C F HAWN SERV EB | | | | | | |
|---|---|---|---|---|---|---|

| City DALLAS | | State TEXAS | | Zip 75217 | | Beat 353 |
|---|---|---|---|---|---|---|

| Administrative Info |
|---|

| Reporting Officer 1 MITCHUSSON, SARA | Reporting Officer 1 Badge T293 | Reporting Officer 2 | | Reporting Officer 2 Badge | |
|---|---|---|---|---|---|

Narrative Information

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T235 responded to Five Ponies Truck Sales located at 7525 C F Hawn Serv Eb regarding an Officer Involved Shooting on case #106952-2019.

Digital photographs were taken and processed in accordance with section's S.O.P.; a CD will be attached to this upplement.

**Officers at Scene:** Gribbon #10116, Rushing #9694, Parker #10612, Timms #8924 and Sgt. Nosworthy #5882

**Detectives at Scene:** Detective Billings #7626 and Detective Woodham #8394

## Observations:

The listed location was the south corner of Murdeaux Ln. and the 7700 block of the C F Hawn Freeway.

Senior Corporal Jason Gribbon #10116 was wearing a Dallas Police Department uniform. A badge patch was on his left chest, a "Dallas Police" patch was on his back, a "Dallas Police Department" patch and double chevron patch were on his left sleeve and a double chevron patch was on his right sleeve. The following items were on his duty belt:

- Two (2) magazines in magazine holsters
- Taser in holster
- Firearm in holster
- Two (2) handcuffs in handcuff holsters
- Flashlight in holster

**Incident Report**

| Case Number 106952-2019 | | CAD Incident # 19-0963722 |
|---|---|---|
| Report Type Incident Supplement | | Page 2 of 3 |
| Date / Time Occurred 5/28/2019 19:50:00 to 5/29/2019 20:10:00 | | Date / Time Reported 5/29/2019 04:40:00 |

- Baton in holster

- Radio

White colored debris was also observed on his lower left pant leg.

With Dallas Police Association Attorney Zach Horn present, SC Gribbon #10116 unloaded his duty firearm. The firearm was a black "Glock" Model 31, .357 caliber pistol with serial #WRW915. A "Hornady 357 SIG" cartridge was in the pistol chamber and a "Glock" magazine was seated inside the pistol. CSA Mitchusson T293 unloaded the magazine and recovered fourteen (14) "Hornady 357 SIG" cartridges. The magazine could hold a total of fifteen (15) cartridges.

SC Gribbon's two (2) additional magazines were "Glock" magazines. CSA Mitchusson #T293 and CSM Thomas #T177 unloaded the magazines and recovered thirty (30) "Hornady 357 SIG" cartridges. Each magazine could hold a total of fifteen (15) cartridges. SC Gribbon was not carrying a secondary firearm.

SC Gribbon's duty firearm and two (2) extra magazines were seized at the scene. Detective Billings #7626 requested the pistol, magazines and cartridges be sent to the Southwestern Institute of Forensic Sciences (SWIFS).

CSA Mitchusson #T293, CSA Wayland #T235 and CSM Thomas #T177 then utilized the Leica P30 Scan Station and obtained six (6) scans of the crime scene.

CSA Mitchusson, CSA Wayland and CSM Thomas deployed and operated the Leica Scan Station P30 (3D Laser Scanner Serial #1851620). CSA Mitchusson, CSA Wayland and CSM Thomas also used the National Institute of Standards and Technology (NIST) Twin Target Pole, Serial #625, to document the accuracy of the scanner. CSA Mitchusson, CSA Wayland and CSM Thomas gathered the data from the six (6) scans at the scene.

The computerized RAW scan data was stored in accordance with the CSRS S.O.P.

## Items Collected:

**1)** "Glock" Model 31, .357 caliber pistol, serial #WRW915 from SC Gribbon #10116.

   One (1) "Hornady 357 SIG" cartridge from pistol chamber

   One (1) "Glock" magazine from pistol

       Fourteen (14) "Hornady 357 SIG" cartridges from magazine

**2)** "Glock" magazine from SC Gribbon #10116

   Fifteen (15) "Hornady 357 SIG" cartridges from magazine

**3)** "Glock" magazine from SC Gribbon #10116

   Fifteen (15) "Hornady 357 SIG" cartridges from magazine

## Item Disposition:

**Incident Report**

| Case Number | CAD Incident # |
|---|---|
| 106952-2019 | 19-0963722 |

| Report Type | |
|---|---|
| Incident Supplement | Page  3  of  3 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 5/28/2019 19:50:00  to   5/28/2019 20:10:00 | 5/29/2019 04:40:00 |

The pistol, magazines and cartridges (items #1-3) were sent to SWIFS on tag #155903G.

The RAW scan data is on file in the Crime Scene Response Section and available upon request.

Instructions for SWIFS********************************************************************

For processing instructions, please contact Detective Billings #7626 at 817.691.5333

TCR: 2023   TCD: 2023   TC6: 2128   TCC: 0141

Report Date: 6/4/2019

# Incident Report

| | | | | |
|---|---|---|---|---|
| Case Number | 106952-2019 | | CAD Incident # | 19-0963722 |
| Report Type | Incident Supplement | | Page | 1 of 2 |
| Date / Time Occurred | 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | | Date / Time Reported | 5/29/2019 04:40:00 |

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|

| Arson Related | Arson Code | | | Damage Value | | Hate Crime | | Domestic Violence | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|

**Incident Details**

| Unit Number | Clearance Disposition | | Cleared by Exception | | Exceptional Clearance Date |
|---|---|---|---|---|---|
| C353 | CBA (OVER AGE 17) | | NOT APPLICABLE | | |
| Situation Found | | | Case Status | CLEARED BY ARREST | |
| Location Given By Dispatcher | | | | | Cargo Theft |
| 7525 C F HAWN SERV EB | | | | | NOT A CARGO THEFT OFFENSE |

**Incident Address**

| Street Address | | | | |
|---|---|---|---|---|
| 7525 C F HAWN SERV EB | | | | |
| City | State | Zip | | Beat |
| DALLAS | TEXAS | 75217 | | 353 |

**Administrative Info**

| Reporting Officer 1 | Reporting Officer 1 Badge | Reporting Officer 2 | Reporting Officer 2 Badge | |
|---|---|---|---|---|
| WAYLAND, JULIA | T235 | | | |

Narrative Information

On 5.28.19 at approximately 2242 CSA J. Wayland #T235 responded to 7525 C F Hawn service road southbound regarding an officer involved shooting. Service# 106952-2019

CSA Wayland utilized the Leica P30 3D Scan Station (Serial Number 1851620) and obtained six scans of the scene. The National Institute of Standards and Technology (NIST) Twin Target Police, Serial Number 625, was used to document the accuracy of the scanner.


dditional location: 3500 Gaston Ave. Baylor Hospital #R708

On 5.29.19 at approximately 0017 CSA J. Wayland #T235 responded to 3500 Gaston Ave. Baylor Hospital #R708 regarding an officer involved shooting. Service# 106952-2019

Officers at the location included SC J. Lewis #7798 and PO D. Gibbs #10537.

Work performed:

Digital photographs were taken of the unknown complainant and processed in accordance with the section SOP.

Fingerprint impressions were collected from the unknown subject.

Disposition:

A copy of the digital photographs will be attached to this supplement.

The collected fingerprint impressions were released to Det. B. Billings #7626 at Dallas Police Headquarters.

TCD 2242 ... TC6 2252 ... TCC 0152


Submitted on: 6.13.19

App 00092

# CITY OF DALLAS POLICE DEPARTMENT

Incident ID: **106952-2019**
¬e: 12

**Incident Data Sheet Report**

ORI Number:
Printed On: 6/4/2019 12:19 (Tue)

**ᴎarratives**
**Narrative Title**

☐Locked

**Narrative**
Report Date: 6/1/2019

On May 28, 2019 at approximately 2023 hours, CSA O'Donnell #T237, CSA Mitchusson #T293 and CSRS Manager Thomas #T177 responded to 7525 CF Hawn Eastbound Service Road in regard to an officer involved shooting. Upon arrival at approximately 2051 hours, contact was made with Officer Fillmore #11467, who advised that the suspect point a firearm at the complainant. He advised that during the altercation one (1) officer fired their weapon and two (2) officers fired Tasers. The suspect was transported by Dallas Fire Rescue to Baylor Medical Center located at 3500 Gaston Ave.

**Patrol officers responding** : Major McGee #7215, Lt. Gallegos #6465, Lt. Palk, Sgt. Harrell #9655, Sgt. Nosworthy #5882, Sgt. Rospigliosi #7188, Sgt. Caperton #9208, Officer Gribbon #10116, Officer Rushing #9694, Officer Baloney #11030, Officer Foster #11272, Officer Nelson #11280, Officer Parker #10612, Officer Timms #8924, Officer Ortiz #10693, Officer Yeatman #10695, Officer Arias #10849, Officer Fillmore 1467, Officer Conkiln #10532, Officer Ayala #11228, Officer Garcia #10984, Officer Rodriguez #106868, Officer Mulrannen #10988, Officer Rayas #10984, Officer Gaston #10898, Officer Vasquez #10825, Officer Yohner #9172, Officer Charmoli #11216, Officer Hamilton #10220, Officer Gibbs #10537, Officer Lewis #7798, Officer Edmond #6951, Officer Nevils #4665, Officer Bryant #10982, Officer Timms #8924, Officer Tucker #9266, Officer Villanueva #9068, Officer Huerta #11383, Officer Watson #11430, Officer Beamon #9278, Officer Miller #6878, Officer Maldonado #10714, Officer Wreyford #9409

**Special Investigations Unit** : Chief Moore #6579, Major Weddington #6901, Sgt. Woodham #8394, Detective Billings #7626, Detective Whitaker #6954

**Crime Scene Response Personnel**: CSA Wayland #T234

**Internal Affairs Division**: Sgt. Williams #9696

**Dallas County District Attorney's Office**: Tracy Dotson #422, ADA Mischeka Nicholson

The listed address was the Five Ponies Auto Sales which was located on the south side of the street with a north facing front entrance. The lot was enclosed by a red-colored, metal fence on all sides. A gate gave

App 00093

# CITY OF DALLAS POLICE DEPARTMENT

Incident ID: **106952-2019**

ge:  11

**Incident Data Sheet Report**

ORI Number:

Printed On:   6/4/2019 12:19 (Tue)

## Narratives

**Narrative Title**

☐ Locked

**Narrative**

ON 05/29/2019 CSRS DETECTIVE GONZALEZ #7589 WAS REQUESTED BY S.I.U. DETECTIVE BILLINGS #7626 TO RESPONDED TO 3500 GASTON AVENUE ON A CALL REGARDING A FOLLOW UP TO AN OFFICER INVOLVED SHOOTING. OFFICERS MALDONADO #10714 AND BRYANT #9434 WERE WITH COMPLAINANT.

UPON ARRIVAL OFFICERS ADVISED THAT MADDEN, RASHAD B/M ███████ WAS UNRESPONSIVE. DET. BILLINGS HAD OBTAINED A SEARCH WARRANT FOR A A BUCCAL SWAB SAMPLE FROM MR. MADDEN.  THE SAMPLE WAS COLLECTED WITHOUT INCIDENT AND SUBMITTED TO S.W.I.F.S. ON EVIDENCE TAG# 230199B.

DIGITAL PHOTOGRAPHS WERE TAKEN AND PROCESSED IN ACCORDANCE TO SECTION SOP. A COPY OF THE PHOTOGRAPHS TAKEN IS FILED WITH THIS SUPPLEMENT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*INSTRUCITONS FOR S.W.I.F.S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TCR 3:19 PM TCD 3:26PM TC6 3:39 PM TCC 4:30 PM

MRG
REPORT DATE: 05/30/2019

**Created On**

5/30/2019 09:15

**Created By**

MICHAEL GONZALEZ

**Updated On**

5/30/2019 09:15

**Updated By**

MICHAEL GONZALEZ

# Incident Report

| | |
|---|---|
| Case Number 106952-2019 | CAD Incident # 19-0963722 |
| Report Type Incident Supplement | Page 1 of 1 |
| Date / Time Occurred 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | Date / Time Reported 5/29/2019 04:40:00 |

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|

| Arson Related | Arson Code | | Damage Value | | Hate Crime | | Domestic Violence | | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|

**Incident Details**

| Unit Number C353 | Clearance Disposition OPEN | Cleared by Exception NOT APPLICABLE | | Exceptional Clearance Date |
|---|---|---|---|---|
| Situation Found | | Case Status OPEN | | |
| Location Given By Dispatcher 7525 C F HAWN SERV EB | | | Cargo Theft NOT A CARGO THEFT OFFENSE | |

**Incident Address**

| Street Address 7525 C F HAWN SERV EB | | | |
|---|---|---|---|
| City DALLAS | State TEXAS | Zip 75217 | Beat 353 |

**Administrative Info**

| Reporting Officer 1 GONZALEZ, MICHAEL | Reporting Officer 1 Badge 7589 | Reporting Officer 2 | Reporting Officer 2 Badge |
|---|---|---|---|

Narrative Information

ON 05/29/2019 CSRS DETECTIVE GONZALEZ #7589 WAS REQUESTED BY S.I.U. DETECTIVE BILLINGS #7626 TO RESPONDED TO 3500 GASTON AVENUE ON A CALL REGARDING A FOLLOW UP TO AN OFFICER INVOLVED SHOOTING. OFFICERS MALDONADO #10714 AND BRYANT #9434 WERE WITH COMPLAINANT.

UPON ARRIVAL OFFICERS ADVISED THAT MADDEN, RASHAD B/M ████████ WAS UNRESPONSIVE. DET. BILLINGS HAD OBTAINED A SEARCH WARRANT FOR A A BUCCAL SWAB SAMPLE FROM MR. MADDEN. THE SAMPLE WAS COLLECTED WITHOUT INCIDENT AND SUBMITTED TO S.W.I.F.S. ON EVIDENCE TAG# 230199B.

DIGITAL PHOTOGRAPHS WERE TAKEN AND PROCESSED IN ACCORDANCE TO SECTION SOP. A COPY OF THE PHOTOGRAPHS TAKEN IS FILED 'ITH THIS SUPPLEMENT.

*************************************************INSTRUCITONS FOR S.W.I.F.S*************************************************************

TCR 3:19 PM TCD 3:26PM TC6 3:39 PM TCC 4:30 PM

MRG
REPORT DATE: 05/30/2019



## 106952-2019 Diagram Key

| Item | Description | Distance north of Baseline | Distance along Baseline |
|---|---|---|---|
| 1 | One (1) "Hornady 357 SIG" fired cartridge case | 43'10" | 21' |
| 2 | One (1) black-colored, fired, TASER cartridge, *Serial #C4106PRVC* | 22'3" | 23'11" |
| 3 | One (1) green-colored TASER blast door | 23'9" | 26'8" |
| 4 | One (1) green-colored TASER blast door | 13'0" | 17'1" |
| 5 | One (1) green-colored TASER blast door | 19'2" | 31' |
| 6 | One (1) "R-P 380 Auto" cartridge | 16'9" | 31'7" |

** Baseline: East edge of Five Ponies Truck Sales Building **

| Item | Description | Location | Distance from Ground | Distance from front bumper |
|---|---|---|---|---|
| A | One (1) penetrating hole | Right front wheel well of Chevrolet cargo van | 18" | 4'0" |

*** ALL MEASUREMENTS ARE APPROXIMATE ***

# Incident Report

| | | |
|---|---|---|
| Case Number<br>106952-2019 | | CAD Incident #<br>19-0863722 |
| Report Type<br>Incident Supplement | | Page  1  of  1 |
| Date / Time Occurred<br>5/28/2019 19:50:00  to  5/28/2019 20:10:00 | | Date / Time Reported<br>5/29/2019 04:40:00 |

| rrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|
| Arson Related | Arson Code | | | Damage Value | | Hate Crime | | Domestic Violence | Drive by Shooting |

**Incident Details**

| Unit Number<br>C353 | Clearance Disposition<br>CBA (OVER AGE 17) | | | | Cleared by Exception<br>NOT APPLICABLE | | | | Exceptional Clearance Date |
|---|---|---|---|---|---|---|---|---|---|
| Situation Found | | | | | | Case Status<br>CLEARED BY ARREST | | | |

| Location Given By Dispatcher<br>7525 C F HAWN SERV EB | | | | | | | | Cargo Theft<br>NOT A CARGO THEFT OFFENSE | |

**Incident Address**

| Street Address<br>7525 C F HAWN SERV EB | | | | | | | |
|---|---|---|---|---|---|---|---|
| City<br>DALLAS | State<br>TEXAS | | Zip<br>75217 | | Beat<br>353 | | |

**Administrative Info**

| Reporting Officer 1<br>MITCHUSSON, SARA | Reporting Officer 1 Badge<br>T293 | Reporting Officer 2 | Reporting Officer 2 Badge | |
|---|---|---|---|---|

Narrative Information

..

\*\*\*...Information to be added to the Original Supplement...\*\*\*

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas `T177 and CSA Wayland #T235 responded to Five Ponies Truck Sales located at 7525 C F Hawn Serv Eb regarding an Jfficer Involved Shooting on case #106952-2019.

## Observations:

SC Gribbon's duty firearm and two (2) extra magazines were seized at the scene. Detective Billings #7626 requested the pistol, magazines and cartridges be sent to the Southwestern Institute of Forensic Sciences (SWIFS).

*SC Gribbon #10116 was issued a loaner weapon (Sig Sauer P226 pistol), three (3) "Sig Sauer P226 .357 .40" magazines and thirty-seven (37) "Hornady 357 SIG" cartridges.*

*A rough sketch of the scene along with approximate measurements was also obtained. A final diagram will be attached to this supplement.*

TCR: 2023   TCD: 2023   TC6: 2128   TCC: 0141

Correction Date: 7/23/2019

# Incident Report

| | | | | | Case Number | | | | CAD Incident # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 106952-2019 | | | | 19-0963722 |
| | | | | | Report Type | | | | |
| | | | | | Incident Supplement | | | | Page   1   of   2 |
| | | | | | Date / Time Occurred | | | | Date / Time Reported |
| | | | | | 5/28/2019 19:50:00  to   5/28/2019 20:10:00 | | | | 5/29/2019 04:40:00 |

| rrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|

| Arson Related | Arson Code | | | Damage Value | | Hate Crime | | Domestic Violence | | Drive by Shooting |
|---|---|---|---|---|---|---|---|---|---|---|

**Incident Details**

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| C353 | CBA (OVER AGE 17) | NOT APPLICABLE | |

| Situation Found | Case Status |
|---|---|
| | CLEARED BY ARREST |

| Location Given By Dispatcher | Cargo Theft |
|---|---|
| 7525 C F HAWN SERV EB | NOT A CARGO THEFT OFFENSE |

**Incident Address**

| Street Address |
|---|
| 7525 C F HAWN SERV EB |

| City | State | Zip | Beat |
|---|---|---|---|
| DALLAS | TEXAS | 75217 | 353 |

**Administrative Info**

| Reporting Officer 1 | Reporting Officer 1 Badge | Reporting Officer 2 | Reporting Officer 2 Badge |
|---|---|---|---|
| THOMAS, MAURICE | T177 | | |

Narrative Information

On May 28, 2019 Crime Scene Response Section (CSRS) Manager II Maurice Thomas (Badge# T177) and Crime Scene Analyst (CSA) Julia Wayland (Badge# T235) responded to 7525 CF Hawn Service Road Eastbound in reference to an Officer Involved Shooting call. The Crime Scene Investigators were met by CSA Justin O'Donnell (Badge# T237) and advised on the scene.

SCENE:

The location is a car dealership located in a business neighborhood in southeast Dallas between North Murdeaux Lane and Greenhaven Drive. The car dealership sits on the south side of the street. Street, vehicle and building lights illuminated the area. A red colored metal fence enclosed the dealership and the dealership's parking lot. The incident occurred several feet to the south of the parking lot's entrance.

The area was guarded by several Dallas Police Officers.

WORK PERFORMED:

Manager II Maurice Thomas (Badge# T177) and CSA Julia Wayland (Badge# T235) utilized the Leica P30 3D Scan Station and obtained six scans of the crime scene. Manager Thomas completed a registered Model Space and TruView.

The Crime Scene Investigators deployed and operated the Leica Scan Station P30 (3D Laser Scanner Serial Number 1851620). The Crime Scene Investigators also used the National Institute of Standards and Technology (NIST) Twin Target Pole, Serial Number 625, to document the accuracy of the scanner. The Crime Scene Investigators gathered the data from six scans at the scene.

The computerized RAW scan data was stored in accordance with the CSRS SOP.

On 6/21/2019 Manager Maurice Thomas (Badge# T177) registered a complete and accurate Model Space. From the Model Space, Manager Thomas produced a TruView. "TruView" is an exportable viewer program that allows the user to view the scan data that was captured.

Report Date: 6/24/2019

App 00099

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| 106952-2019 | 19-0963722 |

| Report Type | | |
|---|---|---|
| Incident Supplement | Page | 2 of 2 |

| Date / Time Occurred | | Date / Time Reported |
|---|---|---|
| 5/28/2019 19:50:00 to 5/28/2019 20:10:00 | | 5/29/2019 04:40:00 |

On 5.28.19 at approximately 2242 CSA J. Wayland #T235 responded to 7525 C F Hawn service road southbound regarding an ficer involved shooting. Service# 106952-2019

CSA Wayland utilized the Leica P30 3D Scan Station (Serial Number 1851620) and obtained six scans of the scene. The National Institute of Standards and Technology (NIST) Twin Target Police, Serial Number 625, was used to document the accuracy of the scanner.

Additional location: 3500 Gaston Ave. Baylor Hospital #R708

On 5.29.19 at approximately 0017 CSA J. Wayland #T235 responded to 3500 Gaston Ave. Baylor Hospital #R708 regarding an officer involved shooting. Service# 106952-2019

Officers at the location included SC J. Lewis #7798 and PO D. Gibbs #10537.

Work performed:

Digital photographs were taken of the unknown complainant and processed in accordance with the section SOP.

Fingerprint impressions were collected from the unknown subject.

Disposition:

A copy of the digital photographs will be attached to this supplement.

The collected fingerprint impressions were released to Det. B. Billings #7626 at Dallas Police Headquarters.

i CD 2242 ... TC6 2252 ... TCC 0152

Submitted on: 6.13.19

Case 3:21-cv-01168-S   Document 40-1   Filed 03/18/22   Page 91 of 235   PageID 414

On Tuesday 05/28/2019 at about 2054 hours, CSA Adamson #T248 and CST Trainee Spanks T312 responded to the Baylor Hospital Emergency Department located at 3500 Gaston Ave regarding an Officer Involved Shooting call.

**Officers at hospital:** Garcia #10929, Ayala #11228, Ortiz #10693, and Yeatman #10695

**Observations:**
The subject; Madden, Rashad (DOB: ███████, was in room b17 and was observed with the following injuries: left shoulder, multiple on the left wrist, the left hand, multiple on the left knee and shin, right side of the neck, right side of the chin, right shoulder, right wrist, multiple on the right knee and shin, right side of the chest near the armpit, and right rib area. The subject's clothing was collected. While photographing the subject's short, $8 in US currency was located in the front right pocket.

Digital photographs were taken of the subject including the injuries. Digital photographs were taken of the subjects clothing including the money.

**Seizure items:**
- Shorts ("Levis" blue jean colored with tan colored belt)
    - $8 in US currency in pocket. 1x$5 and 3x$1.
- Underwear ("Fruit of the Loom" gray colored)
- Two (2) black colored socks

**Disposition of items:**
The shorts, underwear, and socks were sent to SWIFS on *Tag# 237202B.*
The $8 in US currency was delivered to the Baylor St Property Unit on *Tag# 031668M.*

Digital photographs were processed in accordance with CSRS S.O.P.

**\*\*\*\*\*Attention SWIFS\*\*\*\*\***
Contact Det. Billings #7626 at 817-691-5333 for processing instructions.

TCR: 2054   TCD: 2054   TC6: 2054   TCC: 2148
Report date: 06/11/2019

Report Date: 6/1/2019

On May 28, 2019 at approximately 2023 hours, CSA O'Donnell #T237, CSA Mitchusson #T293 and CSRS Manager Thomas #T177 responded to 7525 CF Hawn Eastbound Service Road in regard to an officer involved shooting. Upon arrival at approximately 2051 hours, contact was made with Officer Fillmore #11467, who advised that the suspect point a firearm at the complainant. He advised that during the altercation one (1) officer fired their weapon and two (2) officers fired Tasers. The suspect was transported by Dallas Fire Rescue to Baylor Medical Center located at 3500 Gaston Ave.

**Patrol officers responding**: Major McGee #7215, Lt. Gallegos #6465, Lt. Palk, Sgt. Harrell #9655, Sgt. Nosworthy #5882, Sgt. Rospigliosi #7188, Sgt. Caperton #9208, Officer Gribbon #10116, Officer Rushing # 9694, Officer Baloney #11030, Officer Foster #11272, Officer Nelson #11280, Officer Parker #10612, Officer Timms #8924, Officer Ortiz #10693, Officer Yeatman #10695, Officer Arias #10849, Officer Fillmore #11467, Officer Conkiln #10532, Officer Ayala #11228, Officer Garcia #10984, Officer Rodriguez #106868, Officer Mulrannen #10988, Officer Rayas #10984, Officer Gaston #10898, Officer Vasquez #10825, Officer Yohner # 9172, Officer Charmoli #11216, Officer Hamilton #10220, Officer Gibbs #10537, Officer Lewis #7798, Officer Edmond #6951, Officer Nevils #4665, Officer Bryant #10982, Officer Timms #8924, Officer Tucker #9266, Officer Villanueva #9068, Officer Huerta #11383, Officer Watson #11430, Officer Beamon #9278, Officer Miller 5878, Officer Maldonado #10714, Officer Wreyford #9409

**Special Investigations Unit**: Chief Moore #6579, Major Weddington #6901, Sgt. Woodham #8394, Detective Billings #7626, Detective Whitaker #6954

**Crime Scene Response Personnel**: CSA Wayland #T234

**Internal Affairs Division**: Sgt. Williams #9696

**Dallas County District Attorney's Office**: Tracy Dotson #422, ADA Mischeka Nicholson

The listed address was the Five Ponies Auto Sales which was located on the south side of the street with a north facing front entrance. The lot was enclosed by a red-colored, metal fence on all sides. A gate gave access to the lot. The interior of the lot was filled with multiple vehicles.

Dallas Police Department patrol car #8076, Texas Exempt License 139 9770 and VIN 2C3CDXAG7JH303803 was parked just inside of front gate of the lot with the front of the vehicle facing south.

A white-colored, two (2) door, Ford flatbed truck with Texas License FHC 6948 and VIN 1FDUF5GYXEEA55327 was located inside of the property just east of the front gate. The front of the vehicle faced east. One (1) *Hornady 357 SIG* fired cartridge case (**Item #1**) was on the ground along the right side of the flatbed.

Two (2) white-colored, Chevrolet Cargo vans were observed parked in front of the business building. The front of both of the vehicles faced north.

**Vehicle #1**

**White-colored, four (4) door, Chevrolet cargo van**

**Texas License HCY 9019**

**VIN 1GAHG39K781178152**

Reportedly, the suspect was underneath the vehicle during the offense. One (1) black-colored, fired, TASER cartridge, *Serial #C4106PRVC* was on the ground by the right front tire (**Item #2**). The wires were still attached to the cartridge and stretched out underneath the vehicle. One (1) penetrating hole (**Item A**) was in the right front wheel well. One (1) green-colored, TASER blast door (**Item #3**) was underneath the front of the vehicle.

A white-colored, Chevrolet, Silverado pickup truck bearing Texas License 8E2 371 and VIN 3GCPCSE06CG300944 was parked east of the Chevrolet Cargo Van. The front of the vehicle faced east. One (1) green-colored, Taser blast door (**Item #4**) was on the ground between the right side of the Chevrolet Cargo Van and the Chevrolet Silverado Pickup truck.

**Vehicle #2**

**White-colored, four (4) door, Chevrolet Cargo Van**

**No License Plate**

**VIN 1GAHG39K581177811**

The vehicle was parked on the west side of the Chevrolet Cargo Van (**Vehicle #1**) with the front of the vehicle facing north. One (1) green-colored, Taser blast door (**Item #5**) and one (1) *R-P 380 Auto* cartridge (**Item #6**) (just south of Item #5) were on the ground in between the two (2) cargo vans.

A white-colored, four (4) door, Chevrolet Captiva bearing Texas License 8E2 372 and VIN 3GNA13EKDS600375 was parked just north of the Chevrolet Silverado. The right front door was open. A blue-colored, bucket with an unknown liquid and a plastic bottle containing a blue-colored liquid (window cleaner) were on the ground along the front right door of the vehicle.

The following was collected from Officer Foster #11272:

**Item #7**- clear-colored, plastic bag containing

　　-one (1) black-colored, fired Taser cartridge with wires attached and four (4)

　　Probes

The following were collected from Officer Arias #10849:

**Item #8**- clear-colored plastic bag containing

　　**Item #9**- black-colored, HiPoint, Model CF 380, 380 ACP, *Serial #P8050040*

　　**Item #10**- empty black-colored, seven (7) round capacity magazine

The firearm was run through NCIC with no record found.

Five (5) walk throughs were conducted with involved officers:

1. Sgt. Nosworthy #5882
2. Officer Foster #11272
3. Officer Nelson #11280
4. Officer Rayas #10984

5. Officer Mulrannen #10988

The first walk through was conducted with Sgt. Nosworthy #5882

Begin: 2240 hours

Concluded:2245 hours

Sgt. Woodham #8394

Detective Billings #7626

CSA O'Donnell #T237

Sgt. Williams- Internal Affairs

Tracy Dotson #422- Dallas County District Attorney's Office

ADA Mischeka Nicholson- Dallas County District Attorney's Office


The second walk through was conducted with Officer Foster #11272

Begin: 2247 hours

Concluded: 2251 hours

Sgt. Woodham #8394

Detective Billings #7626

Detective Whitaker #6954

CSA O'Donnell #T237

Sgt. Williams- Internal Affairs

Tracy Dotson #422- Dallas County District Attorney's Office

ADA Mischeka Nicholson- Dallas County District Attorney's Office


The third walk through was conducted with Officer Nelson #11280

Begin: 2258 hours

Concluded: 2305 hours

Sgt. Woodham #8394

Detective Billings #7626

CSA O'Donnell #T237

Sgt. Williams- Internal Affairs

Tracy Dotson #422- Dallas County District Attorney's Office

ADA Mischeka Nicholson- Dallas County District Attorney's Office


The fourth walkway was conducted with Officer Rayas #10984

Begin: 2306 hours

Concluded: 2311 hours

Sgt. Woodham #8394

Detective Billings #7626

CSA O'Donnell #T237

Sgt. Williams- Internal Affairs

Tracy Dotson #422- Dallas County District Attorney's Office

ADA Mischeka Nicholson- Dallas County District Attorney's Office


The fifth walk-through was conducted with Officer Mulrannen #10988

Sgt. Woodham #8394

Detective Billings #7626

Detective Whitaker #6954

CSA O'Donnell #T237

Sgt. Williams- Internal Affairs

Tracy Dotson #422- Dallas County District Attorney's Office

ADA Mischeka Nicholson- Dallas County District Attorney's Office

**Evidence**

**Item #1**- *Hornady 357 SIG* fired cartridge case

**Item #2**- fired TASER cartridge with wires, *Serial #C4106PRVC*

**Item #3**- green-colored, TASER blast door

**Item #4**- green-colored, TASER blast door

**Item #5**- green-colored, TASER blast door

**Item #6**- R-P 380 Auto cartridge

**Item #7**- fired TASER cartridge, *Serial #C4106PF49*, with four (4) probes and wires in clear-colored plastic bag, collected from Officer Foster #11272

**Item #8**- clear-colored, plastic bag containing gun and magazine

**Item #9**- black-colored, Hi Point, CF 380, 380 ACP, semi-automatic handgun, Serial *#P8050040*

**Item #10**- black-colored, empty, seven (7) round capacity gun magazine


The following item was submitted to the **Southwestern Institute of Forensic Science (SWIFS)** under **TAG # 230215B**:

**Item #1**- *Hornady 357 SIG* fired cartridge case


The following items were submitted to **SWIFS** under **Tag # 230214B**:

**Item #2**- fired TASER cartridge with wires, *Serial #C4106PRVC*

**Item #3**- green-colored, TASER blast door

**Item #4**- green-colored, TASER blast door

**Item #5**- green-colored, TASER blast door

**Item #6**- R-P 380 Auto cartridge

**Item #7**- fired TASER cartridge, *Serial #C4106PF49*, with four (4) probes and wires in clear-colored plastic bag, collected from Officer Foster #11272


CSA Mitchusson #T293 and CSRS Manager Thomas #T177 conducted weapons inspections on the involved

officers. Refer to their report for further details.

CSA Mitchusson #T293 completed a rough sketch of the scene for a computerized diagram to be completed. The final diagram will be filed with this report.

CSA Adamson #T248 responded to Baylor Medical Center located at 3500 Gaston Ave to process the suspect. Refer to their report for further details.

CSA Wayland #T234 and CSRS Manager Thomas #T177 deployed and operated the Leica Scan Station P30 (3D Laser Scanner Serial #1851620). The National Institute of Standards and Technology (NIST) Twin Target Pole, Serial #625 was used to document the accuracy of the scanner. Multiple scans were taken of the scene.

Photographs were taken in accordance with CSRS SOP's.

TDC: 2023    TC6: 2051    TCC: 0145

NFI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Attention SWIFS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Contact Detective Billings at 817-691-5333 for processing details.**

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T235 responded to Five Ponies Truck Sales located at 7525 C F Hawn Serv Eb regarding an Officer Involved Shooting on case #106952-2019.

Digital photographs were taken and processed in accordance with section's S.O.P.; a CD will be attached to this supplement.

**Officers at Scene:** Gribbon #10116, Rushing #9694, Parker #10612, Timms #8924 and Sgt. Nosworthy #5882

**Detectives at Scene:** Detective Billings #7626 and Detective Woodham #8394

## Observations:

The listed location was the south corner of Murdeaux Ln. and the 7700 block of the C F Hawn Freeway.

Senior Corporal Jason Gribbon #10116 was wearing a Dallas Police Department uniform. A badge patch was on his left chest, a "Dallas Police" patch was on his back, a "Dallas Police Department" patch and double chevron patch were on his left sleeve and a double chevron patch was on his right sleeve. The following items were on his duty ₌lt:

- Two (2) magazines in magazine holsters
- Taser in holster
- Firearm in holster
- Two (2) handcuffs in handcuff holsters
- Flashlight in holster
- Baton in holster
- Radio

White colored debris was also observed on his lower left pant leg.

With Dallas Police Association Attorney Zach Horn present, SC Gribbon #10116 unloaded his duty firearm. The firearm was a black "Glock" Model 31, .357 caliber pistol with serial #WRW915. A "Hornady 357 SIG" cartridge was in the pistol chamber and a "Glock" magazine was seated inside the pistol. CSA Mitchusson T293 unloaded the magazine and recovered fourteen (14) "Hornady 357 SIG" cartridges. The magazine could hold a total of fifteen (15) cartridges.

SC Gribbon's two (2) additional magazines were "Glock" magazines. CSA Mitchusson #T293 and CSM Thomas #T177 unloaded the magazines and recovered thirty (30) "Hornady 357 SIG" cartridges. Each magazine could hold a total fifteen (15) cartridges. SC Gribbon was not carrying a secondary firearm.

SC Gribbon's duty firearm and two (2) extra magazines were seized at the scene. Detective Billings #7626 requested the pistol, magazines and cartridges be sent to the Southwestern Institute of Forensic Sciences (SWIFS).

CSA Mitchusson #T293, CSA Wayland #T235 and CSM Thomas #T177 then utilized the Leica P30 Scan Station and obtained six (6) scans of the crime scene.

CSA Mitchusson, CSA Wayland and CSM Thomas deployed and operated the Leica Scan Station P30 (3D Laser Scanner Serial #1851620). CSA Mitchusson, CSA Wayland and CSM Thomas also used the National Institute of Standards and Technology (NIST) Twin Target Pole, Serial #625, to document the accuracy of the scanner. CSA Mitchusson, CSA Wayland and CSM Thomas gathered the data from the six (6) scans at the scene.

The computerized RAW scan data was stored in accordance with the CSRS S.O.P.

**Items Collected:**

**1)** "Glock" Model 31, .357 caliber pistol, serial #WRW915 from SC Gribbon #10116.

- · One (1) "Hornady 357 SIG" cartridge from pistol chamber
- · One (1) "Glock" magazine from pistol
    - · Fourteen (14) "Hornady 357 SIG" cartridges from magazine

**2)** "Glock" magazine from SC Gribbon #10116

- • Fifteen (15) "Hornady 357 SIG" cartridges from magazine

**3)** "Glock" magazine from SC Gribbon #10116

- ▪ Fifteen (15) "Hornady 357 SIG" cartridges from magazine

**Item Disposition:**

The pistol, magazines and cartridges (items #1-3) were sent to SWIFS on tag #155903G.

The RAW scan data is on file in the Crime Scene Response Section and available upon request.

Instructions for SWIFS**********************************************************************************

For processing instructions, please contact Detective Billings #7626 at 817.691.5333

TCR: 2023   TCD: 2023   TC6: 2128   TCC: 0141

Report Date: 6/4/2019



\*\*\*...Information to be added to the Original Supplement...\*\*\*

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T235 responded to Five Ponies Truck Sales located at 7525 C F Hawn Serv Ed regarding an Officer Involved Shooting on case #106952-2019.

**Observations:**

SC Gribbon's duty firearm and two (2) extra magazines were seized at the scene. Detective Billings #7626 requested the pistol, magazines and cartridges be sent to the Southwestern Institute of Forensic Sciences (SWIFS).

*SC Gribbon #10126 was issued a loaner weapon (Sig Sauer P226 pistol), three (3) "Sig Sauer P226 .357 .40" magazines and thirty-seven (37) "Hornady 357 SIG" cartridges.*

*A rough sketch of the scene along with approximate measurements was also obtained. A final diagram will be attached to this supplement.*

TCR: 2023  TCD: 2023  TC6: 2128  TCC: 0141

Correction Date: 7/23/2019



Incider* Number

GOTO   10695zcut9

| Created On | Created By | Record # |
|---|---|---|
| 07/23/2019 | SARA-MITCHUSSON | 103431524 |

Type
SUPP

Title
supplement1

Search Key 1

Report Writer
Employee ID
T293

Level 3:

Search Key 2

Report Started    Report Ended

Reviewed By
Employee ID

Date

Approval Fields
Employee ID    Date
81075    07/23/2019

Level 1:          Level 2:

SAVE

**LOCK**

WORKFLOW

VIEW AS PDF

SAVE TO DOCS

***...Information to be added to the Original Supplement...***

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T23 Officer Involved Shooting on case #106952-2019.

Observations:

SC Gribbon's duty firearm and two (2) extra magazines were seized at the scene. Detective Billings #7626 requested the pistol, magazines and

SC Gribbon #10116 was issued a loaner weapon (Sig Sauer P226 pistol), three (3) "Sig Sauer P226 .357 .40" magazines and thirty-seven (37) "9mm

A rough sketch of the scene along with approximate measurements was also obtained. A final diagram will be attached to this supplement.

TCR: 2023   TCD: 2023   TC6: 2128   TCC: 0141

Correction Date: 7/23/2019

App 00117



On January 28, 2019 Crime Scene Response Section (CSRS) Manager II Maurice Thomas (Badge# T177) and Crime Scene Analyst (CSA) Julia Wayland (Badge# T235) responded to 7525 CF Hawn Service Road Eastbound in reference to an Officer Involved Shooting call. The Crime Scene Investigators were met by CSA Justin O'Donnell (Badge# T237) and advised on the scene.

SCENE:
The location is a car dealership located in a business neighborhood in southeast Dallas between North Mordeaux Lane and Greenhaven Drive. The car dealership sits on the south side of the street. Street, vehicle and building lights illuminated the area. A red colored metal fence enclosed the dealership and the dealership's parking lot. The incident occurred several feet to the south of the parking lot's entrance.

The area was guarded by several Dallas Police Officers.

WORK PERFORMED:
Manager II Maurice Thomas (Badge# T177) and CSA Julia Wayland (Badge# T235) utilized the Leica P30 3D Scan Station and obtained six scans of the crime scene. Manager Thomas completed a registered Model Space and TruView.

This Crime Scene Investigators deployed and operated the Leica Scan Station P30 (3D Laser Scanner Serial Number 1851620). The Crime Scene Investigators also used the National Institute of Standards and Technology (NIST) Twin Target Pole, Serial Number 625, to document the accuracy of the scanner. The Crime Scene Investigators gathered the data from six scans at the scene.

The computerized RAW scan data was stored in accordance with the CSRS SOP.

On 6/21/2019 Manager Maurice Thomas (Badge# T177) registered a complete and accurate Model Space. From the Model Space, Manager Thomas produced a TruView. "TruView" is an exportable viewer program that allows the user to view the scan data that was captured.

Report Date: 6/24/2019

Incident Number

GOTO | 10595...u19

| Created On | Created By | Record # |
|---|---|---|
| 06/13/2019 ▸ | JULIA.WAYLAND | 103361828 |

Type

SUPP ▸

Title

supplement3

Search Key 1

Search Key 2

Report Started   Report Ended ▸

Reviewed By
Employee ID          Date
[           ]         [........]

Report Writer
Employee ID [........]
T235

Level 1: ▸    Level 2: ▸

Level 3: ▸

Approval Fields
Employee ID      Date
111047  [........]  06/13/2019 ▸   SAVE

WORKFLOW

VIEW AS PDF

SAVE TO DOCS

On 5.28.19 at approximately 2242 CSA J. Wayland #T235 responded to 7525 C F Hawn service road southbound regarding an officer involved shooting.

CSA Wayland utilized the Leica P30 3D Scan Station (Serial Number 1851620) and obtained six scans of the scene. The National Institute of Standards verified the accuracy of the scanner.

Additional location: 3500 Gaston Ave. Baylor Hospital #R708

On 5.29.19 at approximately 0017 CSA J. Wayland #T235 responded to 3500 Gaston Ave. Baylor Hospital #R708 regarding an officer involved shooting.

Officers at the location included SC J. Lewis #7798 and PO D. Gibbs #10537.

Work performed:

Digital photographs were taken of the unknown complainant and processed in accordance with the section SOP.

Fingerprint impressions were collected from the unknown subject.

Disposition:

A copy of the digital photographs will be attached to this supplement.

The collected fingerprint impressions were released to Det. B. Billings #7626 at Dallas Police Headquarters.

TCD 2242 ... TC6 2252 ... TCC 0152

App 00116

Submitted on: 6.13.19

Incident Number: 10695-2019

GOTO

Created On: 08/11/2019
Created By: MATTHEW ADAMSD
Record #: 103358663

Type: SUPP

Title: supplement 4

Search Key 1

Search Key 2

Report Started

Report Ended

Reviewed By
Employee ID

Date

Report Writer
Employee ID: T248

Level 3:

Approval Fields
Employee ID: 120627
Date: 06/11/2019

Level 1:

Level 2:

SAVE

LOCK

WORKFLOW

VIEW AS PDF

SAVE TO DOCS

On Tuesday 05/28/2019 at about 2054 hours, CSA Adamson #T248 and CST Trainee Spanks T312 responded to the Baylor Hospital Emergency Dep

Officers at hospital: Garcia #10929, Ayala #11228, Ortiz #10693, and Yeatman #10695

Observations:
The subject: Madden, Rashad (DOB: ████████, was in room b17 and was observed with the following injuries: left shoulder, multiple on the
the chin, right shoulder, right wrist, multiple on the right knee and shin, right side of the chest near the armpit, and right rib area. The subject cl
located in the front right pocket.

Digital photographs were taken of the subject including the injuries. Digital photographs were taken of the subjects clothing including the mone)

Seizure items:
- Shorts ("Levis" blue jean colored with tan colored belt)
    - $8 in US currency in pocket. 1x$5 and 3x$1.
- Underwear ("Fruit of the Loom" gray colored)
- Two (2) black colored socks

Disposition of items:
The shorts, underwear, and socks were sent to SWIFS on Tag# 237202B.
The $8 in US currency was delivered to the Baylor St Property Unit on Tag# 031668M.

Digital photographs were processed in accordance with CSRS S.O.P.

AAO 00120



On Tu_____ay 05/28/2019 at about 2054 hours, CSA Adamson #7348 and CST Trainee Spanks T312 responded to the Baylor Hospital Emergency Department located at 3500 Gatton Ave regarding an Officer Involved Shooting call.

Officers at hospital: Garcia #10939, Ayala #11228, Ortiz #10693, and Yeatman #10655

Observations:
The subject, Madden, Rashad (DOB: ████████) was in room b17 and was observed with the following injuries: left shoulder, multiple on the left wrist, the left hand, multiple on the left knee and shin, right side of the neck, right side of the chin, right shoulder, right wrist, multiple on the right knee and shin, right side of the chest near the armpit, and right rib area. The subject's clothing was collected. While photographing the subject's short, $8 in US currency was located in the front right pocket.

Digital photographs were taken of the subject including the injuries. Digital photographs were taken of the subjects clothing including the money.

Seizure Items:
- Shorts ("Levis" blue jean colored with tan colored belt)
  - $8 in US currency in pocket: 1x$5 and 3x$1.
- Underwear ("Fruit of the Loom" gray colored)
- Two (2) black colored socks

Disposition of items:
The shorts, underwear, and socks were sent to SWIFS on Tag# 23F0828.
The $8 in US currency was delivered to the Baylor St Property Unit on Tag# 037008M.

Digital photographs were processed in accordance with CSRS S.O.P.

*****Attention SWIFS*****
Contact Det. Billings #7626 at 817-951-5333 for processing instructions.

TCR: 2054   TCD: 2054   TCS: 2054   TCC: 2248
Report date: 06/11/2019

Incident Number 10695-2019

GOTO

Created On 06/04/2019   Created By SARA.MITCHUSSON   Record # 103347042

Type SUPP

Title supplement 5

Search Key 1

Search Key 2

Report Started   Report Ended

Reviewed By
Employee ID   Date

Report Writer
Employee ID T293

Level 1:   Level 2:

Level 3:

Approval Fields
Employee ID 13914   Date 06/04/2019

SAVE

🔒 LOCK

WORKFLOW

VIEW AS PDF

SAVE TO DOCS

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T2 Officer Involved Shooting on case #106952-2019.

Digital photographs were taken and processed in accordance with section's S.O.P.; a CD will be attached to this supplement.

Officers at Scene: Gribbon #10116, Rushing #9694, Parker #10612, Timms #8924 and Sgt. Nosworthy #5882

Detectives at Scene: Detective Billings #7626 and Detective Woodham #8394

Observations:

The listed location was the south corner of Murdeaux Ln. and the 7700 block of the C F Hawn Freeway.

Senior Corporal Jason Gribbon #10116 was wearing a Dallas Police Department uniform. A badge patch was on his left chest, a "Dallas Police" pa on his left sleeve and a double chevron patch was on his right sleeve. The following items were on his duty belt:

- Two (2) magazines in magazine holsters
- Taser in holster
- Firearm in holster
- Two (2) handcuffs in handcuff holsters
- Flashlight in holster
- Baton in holster
- Radio

App 00122



On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T235 responded to Five Powers Truck Sales located at 7525 C F Hawn Serv Eb regarding an Officer Involved Shooting on case #106952-2019.

Digital photographs were taken and processed in accordance with section's S.O.P.; a CD will be attached to this supplement.

**Officers** at Scene: Gribbon #10116, Rushing #9694, Parker #10612, Timms #8924 and Sgt. Nosworthy #5882

**Detectives** at Scene: Detective Billings #7626 and Detective Woodham #8394

**Observations:**

The listed location was the south corner of Murdeaux Ln and the 7700 block of the C F Hawn Freeway.

Senior Corporal Jason Gribbon #10116 was wearing a Dallas Police Department uniform. A badge patch was on his left chest, a "Dallas Police" patch was on his back, a "Dallas Police Department" patch and double chevron patch were on his left sleeve and a double chevron patch was on his right sleeve. The following items were on his duty belt:

- Two (2) magazines in magazine holsters
- Taser in holster
- Firearm in holster
- Two (2) handcuffs in handcuff holsters
- Flashlight in holster
- Baton in holster
- Radio

White colored debris was also observed on his lower left pant leg.

With Dallas Police Association Attorney Zach Horn present, SC Gribbon #10116 unloaded his duty firearm. The firearm was a black "Glock" Model 31, .357 caliber pistol with serial #WRW915. A "Hornady 357 SIG" cartridge was in the pistol chamber and a "Glock" magazine was seated inside the pistol. CSA Mitchusson T293 unloaded the magazine and recovered fourteen (14) "Hornady 357 SIG" cartridges. The magazine could hold a total of fifteen (15) cartridges.

🔒 LOCK

Incident Number
10896.._.019   GOTO

Created On 06/01/2019   Created By JUSTIN.ODONNELL   Record # 103341606

Type SUPP

Title supplement 6

Search Key 1

Search Key 2

Report Started   Report Ended

Reviewed By   Employee ID   Date

Report Writer
Employee ID T237

Level 3:

Approval Fields
Employee ID 120627   Date 06/01/2019

Level 1:   Level 2:

SAVE

WORKFLOW

VIEW AS PDF

SAVE TO DOCS

Report Date: 6/1/2019

On May 28, 2019 at approximately 2023 hours, CSA O'Donnell #T237, CSA Mitchusson #T293 and CSRS Manager Thomas #17 involved shooting. Upon arrival at approximately 2051 hours, contact was made with Officer Fillmore #11467, who advised an altercation one (1) officer fired their weapon and two (2) officers fired Tasers. The suspect was transported by Dallas Fire Rescue

Patrol officers responding: Major McGee #7215, Lt. Gallegos #6465, Lt. Palk, Sgt. Harrell #9655, Sgt. Nosworthy #5882, Sgt. Ross #9 Officer Baloney #11030, Officer Foster #11272, Officer Nelson #11280, Officer Parker #10612, Officer Timms #8924, Officer Ori z Officer Conkiln #10532, Officer Ayala #11228, Officer Garcia #10984, Officer Rodriguez #106868, Officer Mulrannen #10988, Offic r 9172, Officer Charmoli #11216, Officer Hamilton #10220, Officer Gibbs #10537, Officer Lewis #7798, Officer Edmond #6951, Offic r Officer Villanueva #9068, Officer Huerta #11383, Officer Watson #11430, Officer Beamon #9278, Officer Miller #6878, Officer Maldo a

Special Investigations Unit: Chief Moore #6579, Major Weddington #6901, Sgt. Woodham #8394, Detective Billings #7626, Detective

Crime Scene Response Personnel: CSA Wayland #T234

Internal Affairs Division: Sgt. Williams #9696

Dallas County District Attorney's Office: Tracy Dotson #422, ADA Mischeka Nicholson

SAVE TO DOCS

Report Date: 6/1/2019

On May 28, 2019 at approximately 2023 hours, CSA O'Donnell #T237, CSA Mitchusson #T293 and CSRS Manager Thomas #T177 responded to 752? proximately 2051 hours, contact was made with Officer Fillmore #11467, who advised that the suspect point a firearm at the complainant. He fi..u Tasers. The suspect was transported by Dallas Fire Rescue to Baylor Medical Center located at 3500 Gaston Ave..

**Patrol officers responding**: Major McGee #7215, Lt. Gallegos #6465, Lt. Palk, Sgt. Harrell #9655, Sgt. Nosworthy #5882, Sgt. Rospigliosi #7188, Sgt. Officer Foster #11272, Officer Nelson #11280, Officer Parker #10612, Officer Timms #8924, Officer Ortiz #10693, Officer Yeatman #10695, Officer Ar Garcia #10984, Officer Rodriguez #106868, Officer Mulrannen #10988, Officer Rayas #10984, Officer Gaston #10898, Officer Vasquez #10825, Office Officer Lewis #7798, Officer Edmond #6951, Officer Nevils #4665, Officer Bryant #10982, Officer Timms #8924, Officer Tucker #9266, Officer Villanu Miller #6878, Officer Maldonado #10714, Officer Wreyford #9409

**Special Investigations Unit**: Chief Moore #6579, Major Weddington #6901, Sgt. Woodham #8394, Detective Billings #7626, Detective Whitaker #695·

**Crime Scene Response Personnel**: CSA Wayland #T234

**Internal Affairs Division**: Sgt. Williams #9696

**Dallas County District Attorney's Office**: Tracy Dotson #422, ADA Mischeka Nicholson

The listed address was the Five Ponies Auto Sales which was located on the south side of the street with a north facing front entrance. The lot w ior of the lot was filled with multiple vehicles.

Viewing Record 4 of 9

[< PREV] [NEXT>]    + New    Save    X Close



Insider Number
10696...019

Created On          Created By          Record #
05/30/2019          MICHAEL.GONZALEZ    -103337594

Type
SUPP

Title
supplement 7

Search Key 1

Search Key 2

Report Started    Report Ended

Reviewed By
Employee ID          Date

Report Writer
Employee ID
7589

Level 3:

Approval Fields
Employee ID          Date
411047          05/30/2019

Level 1:          Level 2:

WORKFLOW

VIEW AS PDF

SAVE TO DOCS

🔒 LOCK

ON 05/29/2019 CSRS DETECTIVE GONZALEZ #7589 WAS REQUESTED BY S.I.U. DETECTIVE BILLINGS #7626 TO RESPONDED TO 3500 GASTON AVENUE ON A CALL REGARDING A FOLLO
COMPLAINANT.

UPON ARRIVAL OFFICERS ADVISED THAT MADDEN, RASHAD B/M ███████ WAS UNRESPONSIVE. DET. BILLINGS HAD OBTAINED A SEARCH WARRANT FOR A A BUCCAL SWAB SAMP
EVIDENCE TAG# 230199B.

DIGITAL PHOTOGRAPHS WERE TAKEN AND PROCESSED IN ACCORDANCE TO SECTION SOP. A COPY OF THE PHOTOGRAPHS TAKEN IS FILED WITH THIS SUPPLEMENT.

***********************************************INSTRUCITONS FOR S.W.I.F.S.************************************************

TCR 3:19 PM TCD 3:26PM TC6 3:39 PM TCC 4:30 PM

MRG
REPORT DATE: 05/30/2019

App 00126



ON ___ 2018 CPRS DETECTIVE GONZALEZ #7589 WAS REQUESTED BY S.I.U. DETECTIVE BILLINGS #7628 TO RESPONDED TO 3500 GASTON AVENUE ON A CALL REGARDING A FOLLOW UP TO AN OFFICER INVOLVED SHOOTING. OFFICERS MALDONADO #10714 AND BRYANT #9434 WERE WITH COMPLAINANT.

UPON ARRIVAL, OFFICERS ADVISED THAT MADDEN, RASHAD B/M ___ WAS UNRESPONSIVE. DET. BILLINGS HAD OBTAINED A SEARCH WARRANT FOR A A BUCCAL SWAB SAMPLE FROM MR. MADDEN. THE SAMPLE WAS COLLECTED WITHOUT INCIDENT AND SUBMITTED TO S.W.I.F.S. ON EVIDENCE TAG# 2301898.

DIGITAL PHOTOGRAPHS WERE TAKEN AND PROCESSED IN ACCORDANCE TO SECTION SOP. A COPY OF THE PHOTOGRAPHS TAKEN IS FILED WITH THIS SUPPLEMENT.

*****************************INSTRUCTIONS FOR S.W.I.F.S.*****************************

TCR 319 PM TCD 3:26PM TC6 3:09 PM TCC 4:30 PM

MRG
REPORT DATE: 06/30/2019

SAVE TO DOCS

\*\*\* Information to be added to the Original Supplement...\*\*\*

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T293, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T235 respond
Shooting on case #106952-2019.

**Observations:**

SC Gribbon's duty firearm and two (2) extra magazines were seized at the scene. Detective Billings #7626 requested the pistol, magazines and cartridges be

SC Gribbon #10116 was issued a loaner weapon (Sig Sauer P226 pistol), three (3) "Sig Sauer P226 .357 .40" magazines and thirty-seven (37) "Hornady 357 SIG" ca

A rough sketch of the scene along with approximate measurements was also obtained. A final diagram will be attached to this supplement.

TCR: 2023   TCD: 2023   TC6: 2128   TCC: 0141

Correction Date: 7/23/2019

Viewing Record 9 of 9
< PREV     NEXT >            + New        Save       X Close

SAVE TO DOCS

On May 28, 2019 Crime Scene Response Section (CSRS) Manager II Maurice Thomas (Badge# T177) and Crime Scene Analyst (CSA) Julia Wayland (Badge# T235) r
The Crime Scene Investigators were met by CSA Justin O'Donnell (Badge# T237) and advised on the scene.

SCENE:
T    cation is a car dealership located in a business neighborhood in southeast Dallas between North Murdeaux Lane and Greenhaven Drive. The car dealership sits on the
en. .sed the dealership and the dealership's parking lot. The incident occurred several feet to the south of the parking lot's entrance.

The area was guarded by several Dallas Police Officers.

WORK PERFORMED:
Manager II Maurice Thomas (Badge# T177) and CSA Julia Wayland (Badge# T235) utilized the Leica P30 3D Scan Station and obtained six scans of the crime scene. M

The Crime Scene Investigators deployed and operated the Leica Scan Station P30 (3D Laser Scanner Serial Number 1851620). The Crime Scene Investigators also used
document the accuracy of the scanner. The Crime Scene Investigators gathered the data from six scans at the scene.

The computerized RAW scan data was stored in accordance with the CSRS SOP.

On 6/21/2019 Manager Maurice Thomas (Badge# T177) registered a complete and accurate Model Space. From the Model Space, Manager Thomas produced a TruVi
captured.

Report Date: 6/24/2019

Viewing Record 8 of 9

< PREV    NEXT >    + New    Save    X Close



On 5.28.19 at approximately 2242 CSA J. Wayland #T235 responded to 7525 C F Hawn service road southbound regarding an officer involved shooting. Service# 106652-2019

CSA Wayland utilized the Leica P30 3D Scan Station (Serial Number 1851620) and obtained six scans of the scene. The National Institute of Standards and Technology (NIST) Twin Target Police, Serial Number 625, was used to document the accuracy of the scanner.

Additional location: 3500 Gaston Ave. Baylor Hospital #R708

On 5.29.19 at approximately 0017 CSA J. Wayland #T235 responded to 3500 Gaston Ave. Baylor Hospital #R708 regarding an officer involved shooting. Service# 106652-2019

Officers at the location included SC J. Lewis #7790 and PO D. Gibbs #10517.

Work performed:

Digital photographs were taken of the unknown complainant and processed in accordance with the section SOP.

Fingerprint impressions were collected from the unknown subject.

Disposition:

A copy of the digital photographs will be attached to this supplement.

The collected fingerprint impressions were released to Det. B. Billings #7626 at Dallas Police Headquarters.

TCD 2242 ... TCG 2252 ... TCC 0152

Submitted on: 6.13.19



On Tuesday 05/20/2019 at about 2054 hours, CSA Adamson #T248 and CST Trainee Spinks T312 responded to the Baylor Hospital Emergency Department located at 3500 Gaston Ave regarding an Officer Involved Shooting call.

Officers at hospital: Garcia #10929, Ayala #11225, Ortiz #10693, and Yeatman #10605

Observations:
The subject, Madder, Rashad (DOB: ██████ was in room B17 and was observed with the following injuries: left shoulder, multiple on the left wrist, the left hand, multiple on the left knee and shin, right side of the neck, right side of the chin, right shoulder, right wrist, multiple on the right knee and shin, right side of the chest near the armpit, and right rib area. The subject's clothing was collected. While photographing the subject's short, $8 in US currency was located in the front right pocket.
Digital photographs were taken of the subject including the injuries. Digital photographs were taken of the subject's clothing including the money.

Seizure Items:
- Shorts ("Levis" blue jean colored with tan colored belt)
        - $8 in US currency in pocket, 1x$5 and 3x$1.
- Underwear ("Fruit of the Loom" gray colored)
- Two (2) black colored socks

Disposition of Items:
The shorts, underwear, and socks were sent to SWIFS on Tag# 2320208.
The $8 in US currency was delivered to the Baylor St Property Unit on Tag# 03368M.

Digital photographs were processed in accordance with CSRS S.O.P.

*****Attention SWIFS*****
Contact Det. Billings #7626 at 817-691-3333 for processing instructions.

TCR: 2054   TCD 2054   TC6 2054   TCC: 2148
Report date: 06/11/2019



Report Date: 6/1/2019

On May 28, 2019 at approximately 2023 hours, CSA O'Donnel #T237, CSA Mitchusson #T293 and CSRS Manager Thomas #T177 responded to 7525 CF Hawn Eastbound Service Road in regard to an officer involved shooting. Upon arrival at approximately 2051 hours, contact was made with Officer Fillmore #11467, who advised that the suspect point a firearm at the complainant. He advised that during the altercation one (1) officer fired their weapon and two (2) officers fired Tasers. The suspect was transported by Dallas Fire Rescue to Baylor Medical Center located at 3500 Gaston Ave.

Patrol officers responding: Major McGee #7215, Lt. Gallegos #6465, Lt. Palk, Sgt. Harrell #9655, Sgt. Nosworthy #5882, Sgt. Rospigliosi #7188, Sgt. Caperton #9208, Officer Gribbon #10116, Officer Rushing #9694, Officer Baloney #11030, Officer Foster #11272, Officer Nelson #11280, Officer Parker #10612, Officer Timms #8924, Officer Ortiz #10693, Officer Yeatman #10695, Officer Arias #10849, Officer Fillmore #11467, Officer Conklin #10532, Officer Ayala #11228, Officer Garcia #10984, Officer Rodriguez #10586A, Officer Mulrennen #10988, Officer Rojas #10984, Officer Gaston #10938, Officer Vasquez #10825, Officer Yonner #9172, Officer Charnosi #11716, Officer Hamilton #10220, Officer Gibbs #10537, Officer Lewis #7798, Officer Edmond #6951, Officer Nevils #4665, Officer Bryant #10982, Officer Timms #8324, Officer Tucker #9266, Officer Villanueva #9068, Officer Huerta #11382, Officer Watson #11430, Officer Beamon #9178, Officer Miller #6878, Officer Maldonado #10714, Officer Wreyford #9409

Special Investigations Unit: Chief Moore #6579, Major Weddington #6901, Sgt. Woodham #8394, Detective Billings #7626, Detective Whitaker #6954

Crime Scene Response Personnel: CSA Wayland #T234

Internal Affairs Division: Sgt. Williams #9696

Dallas County District Attorney's Office: Tracy Dotson #422, ADA Mischeka Nicholson

The listed address was the Five Ponies Auto Sales which was located on the south side of the street with a north facing front entrance. The lot was enclosed by a red-colored, metal fence on all sides. A gate gave access to the lot. The interior of the lot was filled with multiple vehicles.

Viewing Record 4 of 9

< PREV    NEXT >       + New       Save       X Close

On 5/28/2019 at about 9:28 PM, Crime Scene Analyst (CSA) Mitchusson #T283, Crime Scene Manager (CSM) Thomas #T177 and CSA Wayland #T235 responded to Five Ponies Truck Sales located at 7325 C F Hawn Serv Eb regarding an Officer Involved Shooting on case #10(095)-2019.

Digital photographs were taken and processed in accordance with sections SOP; a CD will be attached to this supplement.

**Officers at Scene:** Gribbon #10116, Rushing #9804, Parker #10612, Timms #8324 and Sgt. Nosworthy #5982.

**Detectives at Scene:** Detective Billings #7026 and Detective Woodham #8334.

**Observations:**

The listed location was the south corner of Murdeaux Ln and the 7700 block of the C F Hawn Freeway.

Senior Corporal Jason Gribbon #10116 was wearing a Dallas Police Department uniform. A badge patch was on his left chest, a "Dallas Police" patch on his back a "Dallas Police Department" patch and double chevron patch were on his sleeve and a double chevron patch was on his right sleeve. The following items were on his duty belt:

- Two (2) magazines in magazine holsters
- Taser in holster
- Firearm in holster
- Two (2) handcuffs in handcuff holsters
- Flashlight in holster
- Baton in holster
- Radio

White colored debris was also observed on his lower left pant leg.

With Dallas Police Association Attorney Zach Horn present, SC Gribbon #10116 unloaded his duty firearm. The firearm was a black "Glock" Model 31, .357 caliber pistol with serial #WRW915. A "Hornady 357 SIG" cartridge was in the pistol chamber and a "Glock" magazine was sealed inside the pistol. CSA Mitchusson T283 unloaded the magazine and recovered fourteen (14) "Hornady 357 SIG" cartridges. The magazine could hold a total of fifteen (15) cartridges.

# DALLAS POLICE DEPARTMENT
## FIELD NOTES: EVIDENCE COLLECTION LOG

PAGE _____ OF _____

Case #: _1V6952-2019_          Date: _5/28/2019_

(Complete in the Field)

| Item # | Description |
|---|---|
| 1 | Hornady 357 SIG fired cartridge case |
| 2 | fired TASER cartridge |
| 3 | TASER BLAST DOOR |
| 4 | TASER BLAST DOOR |
| 5 | TASER BLAST DOOR |
| 6 | R-P 380AUTO cartridge |
| 7 | TASER CARTRIDGE, FIRED FROM Officer Foster in clear-colored plastic bag |
| 8 | ~~Hi-Point Model CF380, 380ACP Serial #P8050040~~ |
| 8 | clear-colored plastic bag (gun & magazine inside |
| 9 | Hi-Point, Model CF380, 380 ACP (black) Serial #P8050040 |
| 10 | empty (7) round capacity magazine, (black) |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Signature and Badge#: _Justin W. O'Donnell #TZ37_

App 00134



Five Ponies Truck Sales

Offense: Officer Involved Shooting | Address: 7525 C F Hawn Serv Eb | Complainant: Mitchell Wallace | Artist: S. Mitchusson T293
Case #: 106952-2019 | Date: 5/28/2019 | Lead: J. O'Donnell T237 | *NOT TO SCALE*

## 106952-2019 Diagram Key

| Item | Description | Distance north of Baseline | Distance along Baseline |
|---|---|---|---|
| 1 | One (1) "*Hornady 357 SIG*" fired cartridge case | 43'10" | 21' |
| 2 | One (1) black-colored, fired, TASER cartridge, *Serial #C4106PRVC* | 22'3" | 23'11" |
| 3 | One (1) green-colored, TASER blast door | 23'9" | 26'8" |
| 4 | One (1) green-colored, TASER blast door | 13'0" | 17'1" |
| 5 | One (1) green-colored, TASER blast door | 19'2" | 31' |
| 6 | One (1) "*R-P 380 Auto*" cartridge | 16'9" | 31'7" |

** Baseline: East edge of Five Ponies Truck Sales Building **

| Item | Description | Location | Distance from Ground | Distance from front bumper |
|---|---|---|---|---|
| A | One (1) penetrating hole | Right (front) wheel well of Chevrolet cargo van | 1'8" | 4'0" |

*** ALL MEASUREMENTS ARE APPROXIMATE ***

**Billings, Brewster**

| | |
|---|---|
| **From:** | Jarc, Jason |
| **Sent:** | Wednesday, June 19, 2019 5:10 PM |
| **To:** | Billings, Brewster |
| **Subject:** | Fwd: Trace |
| **Attachments:** | T20190196221_Hi Point_CF380_P8050040_KENNEDY, Shabreeka (1881 day TTC).pdf |

Get Outlook for iOS

**From:** Jarc, Jason C. <Jason.C.Jarc@usdoj.gov>
**Sent:** Wednesday, June 19, 2019 11:59:43 AM
**To:** Jarc, Jason
**Subject:** FW: Trace

**From:** Dwight, Bryan C. <Bryan.Dwight@atf.gov>
**Sent:** Friday, June 14, 2019 10:49 AM
**To:** Jarc, Jason C. <Jason.Jarc@atf.gov>
**Subject:** Trace

Hey Jarc,

The trace you asked me wo do the other day came back this morning.

Here's the purchaser:

**Purchaser Information**

| Name: | SHABREEKA DYSHA KENNEDY | Criminal History? | N/A |
|---|---|---|---|
| Last Known Address: | ▮▮▮▮▮ | Race: | BLACK |

| | | Sex: | F |
|---|---|---|---|
| Purchase Date: | 03/07/2014 | Height: | 5 ft 4 in |
| | | Weight: | 130 lbs |
| DOB: | ▮▮▮▮ | | |
| POB: | DALLAS, TX UNITED STATES | | |
| ID 1: | TX    STATE CARD ID | ▮▮▮▮▮ | |
| Country 1: | UNITED STATES | | |
| ID 2: | SOCIAL SECURITY | #: 2741 | |
| Country 2: | UNITED STATES | | |
| Alias Name | | Alias DOB: | |

Time to crime was 1881 days, so she bought it a while ago. If this bounces of a pawn, the trace will be updated and I will let you know.

Bryan Dwight
ATF Dallas Crime Gun Intelligence Center

1

Industry Operations Intelligence
972-374-4810

App 00138

MEMPHIS POLICE RESPONSE ☐
PHOTO/CHEMICAL REQUEST ☐
PATROL/OUTSIDE AGENCY ☐

SE # __106952·2019__

OFFENSE: __019__

LOCATION: __7525 Ct Hawn__          OUTSIDE AGENCY: _____

COMPLAINANT: _____          OFFENSE DATE: _____

BEAT: __353__          LIFTED DATE: __629 19__

LATENTS COLLECTED: # OF LIFT CARDS _____ # OF DISKS _____ LATENT LOG ENTRY ☐

LATENTS LIFTED/COLLECTED BY: __Hauland 735__
                              (NAME)          (BADGE #)

DELIVERED TO AFIS LAB ON: _____  BY: _____
                          (DATE)                (SIGNATURE)

## CHAIN OF CUSTODY

**RECEIVED BY AFIS LAB FROM :**    **LOCK BOX**    **IN PERSON**    **OTHER** _____
                                        ☐                ☐                ☐

**UPON ORIGINAL RECEIPT, EVIDENCE WAS:**    **SEALED**    **UNSEALED**    **N/A**
                                              ☐              ☐            ☐

| RECEIVED BY (SIGNATURE) | BADGE # | DATE | TIME | COMMENTS / DATE FILED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |

**BIOHAZARD**

SUBJECTS COMPARED

| NAME / ID# | DATE | BADGE # |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## ID INFORMATION

NAME_____  ID #_____

IDENTIFIED BY _____  #_____  DATE_____

VERIFIED BY _____  #_____  DATE_____


NAME_____  ID#_____

IDENTIFIED BY _____  #_____  DATE_____

VERIFIED BY _____  #_____  DATE_____


NAME_____  ID#_____

IDENTIFIED BY _____  #_____  DATE_____

VERIFIED BY _____  #_____  DATE_____


NAME_____  ID#_____

IDENTIFIED BY _____  #_____  DATE_____

VERIFIED BY _____  #_____  DATE_____



**SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS**



**Office of the Medical Examiner
Cause of Death Report**

### Case: IFS-19-13847 - ME

Date of Death:   07/28/2019

**Decedent: Madden, Rashad Akeem**   29 years Black Male   DOB: ▮▮▮▮▮

An Autopsy was performed and the cause of death is:

**Toxic effects of cocaine and amphetamines**

Manner of Death: **Accident**

Examining Pathologist: Jeffrey Barnard, M.D.

*[signature]*

Jeffrey Barnard M.D.
12/27/2019

Related Agencies:

Dallas County District Attorney
 Institute of Forensic Sciences
Forensic Pathology
Dallas Police Department

Assault
106952-2019



City of Dallas          1/9/2020 1:56:34 PM    PAGE    6/013    Fax Server
01/09 2020 13:55 IFAX printers@dallascityhall.com                    ☑005/012

    City of Dallas          12/23/2019 2:44:30 PM    PAGE    2/004    Fax Server
12/23 2019 14:36 IFAX printers@dallascityhall.com                   ☑001/003

# FAX COVER SHEET



## Detective B. Billings #7626
# DALLAS POLICE DEPARTMENT
### CRIMES AGAINST PERSONS DIVISION
### SPECIAL INVESTIGATIONS UNIT
### 1400 SOUTH LAMAR STREET
### DALLAS, TX 75215
(214) 671-3083
(214) 670-8675 (FAX)
brewster.billings@dallascityhall.com

TO: Dolores Dunn

FROM: Det. B .Billings #7626

FAX NUMBER: (214) 670-5100

REMARKS: PLEASE RESPOND AS SOON AS POSSIBLE.

TOTAL NUMBER OF SHEETS INCLUDING COVER SHEET: 3

IF YOU DID NOT RECEIVE ALL PAGES CONTACT US IMMEDIATELY.

City of Dallas        12/23/2019 2:44:30 PM   PAGE    1/004    Fax Server



**To: Fax User**
Company:
**Fax:** 92146705100
Phone:

**From: Walkup**
Fax:
Phone:
E-mail:

## NOTES:

Attached Image

**Date and time of transmission:** Monday, December 23, 2019 2:36:06 PM
**Number of pages including this cover sheet:** 04

City of Dallas      1/9/2020 1:56:31 PM  PAGE   8/008   Fax Server
01/09 2020 13:55 IFAX printers@dallascityhall.com                         ⊠007/012

   City of Dallas        12/23/2019 2:36:38 PM  PAGE   2/004   Fax Server
12/23 2019 14:36 IFAX printers@dallascityhall.com                         ⊠001/003

# FAX COVER SHEET



### Detective B. Billings #7626
## DALLAS POLICE DEPARTMENT
### CRIMES AGAINST PERSONS DIVISION
### SPECIAL INVESTIGATIONS UNIT
### 1400 SOUTH LAMAR STREET
### DALLAS, TX 75215
~~(214) 671-3083~~
### (214) 670-8675 (FAX)
### brewster.billings@dallascityhall.com

**TO:** Dolores Dunn

**FROM:** Det. B .Billings #7626

**FAX NUMBER:** (214) 670-5100

**REMARKS:** PLEASE  RESPOND AS SOON AS POSSIBLE.

**TOTAL NUMBER OF SHEETS INCLUDING COVER SHEET: 3**

**IF YOU DID NOT RECEIVE ALL PAGES CONTACT US IMMEDIATELY.**

City of Dallas          12/23/2019 2:36:38 PM   PAGE   1/004   Fax Server



**To: Fax User**
Company:
Fax: 92146705100
Phone:

**From: Walkup**
Fax:
Phone:
E-mail:

## NOTES:

Attached Image

**Date and time of transmission:** Monday, December 23, 2019 2:36:06 PM
**Number of pages including this cover sheet:** 04

City of Dallas    1/9/2020 1:56:34 PM  PAGE 10/013  Fax Server

01/09 2020 13:55 IFAX printers@dallascityhall.com                    ☑009/012



                                                                    Dallas Fire-Rescue Dept.
                                                                    EMS Office
                              Prehospital Care Report Summary        1551 Baylor Street, #300
                                                                    Dallas, TX 75226

| Patient Information |
|---|

**Name:** Unable to Complete, Unable to Complete      **Gender:** Male
**Age:** 20 Years                                      **D.O.B.:** Unable to Complete

                                                       **Race:** Black or African American

**If address unknown,** Patient Unconscious/Alter LOC - No ID
**select reason.:**

**Homeless?:** No

**Social Security:** --                **SS# Not Available:** Patient mental status altered or unable to speak;
                                                             no family or friends able to provide.

                              **State:** Texas

**Work Related:** No

| Closest Relative/Guardian |
|---|

| Patient Condition |
|---|

**Primary Impression:** Drug Use/Overdose- Cocaine

| Narrative |
|---|

**Narrative:** Rescue 5 and Engine 51 were dispatched for a suicide. On arrival found a unknown age male that had been tazed by DPD twice.
Pt is unresponsive and breathing. Pt is cuffed and pt moved from ground to stretcher, cuffs removed along with taser barbs. Pt
placed in back of rescue, IV established, 12 lead. PT placed on O2 and pt transported to Baylor Dallas with continuous vitals.

SUBJECTIVE:
Called for a reported Psychiatric Problem/Suicide Attempt at 7525 C F Hawn Serv Eb, S PONNYS TRUCK SALES in the city of
Dallas. On arrival, found approx 20 year Male. Chief complaint of .
The patient's medical history, medications and allergies are noted below.

OBJECTIVE:

ASSESSMENT:
The field Impression of the patient was Drug Use- Cocaine.
PLAN:

**Current Date:** 12/23/2019 16:32

## Past Medical History

### Patient Medications

| Current Medications | | Dosage | Route |
|---|---|---|---|
| | | | |

**Obtained From:** Patient

### Medication Allergies

### Cardiac Arrest

**Cardiac Arrest:** No

### Trauma

**Scooter or Bike:** No

### Assessment Exam

#### Vitals

| Time | BP | Pulse | Resp | Effort | SpO2 | Qual |
|---|---|---|---|---|---|---|
| | | | | | | |

| Time | | ECG | | | |
|---|---|---|---|---|---|
| | | | | | |

#### GCS/AVPU

| Time | Score | Eye | Motor | Verbal | Qualifier |
|---|---|---|---|---|---|
| | | | | | |

#### Assessment

| Time | | | |
|---|---|---|---|
| | | | |

### Procedures

#### Procedures

| Time | Procedure | Location | | Attempts | Success | Procedure Crew Members ID |
|---|---|---|---|---|---|---|
| | | | | | | |

**Current Date:** 12/23/2019 16:32

01/09 2020 13:55 IFAX printers@dallascityhall.com ☑011/012

| 20:52:25 | OPA - Oropharyngeal | | | 1 | Yes | Irish, Benjamin |

## Medications

## Medications

| Time | Medication | Route | Dosage | Response | PTA |
|------|-----------|-------|--------|----------|-----|
| 20:38:54 | Oxygen | Non-Rebreather Mask | 15 Milliliters (ml) | | No |

## Response Information

**Incident Address:** 7525 CF Hawn Serv Eb
5 PONNYS TRUCK SALES
Dallas, TX 75217

**Disp. Notified:** 05/28/2019 19:54:40
**Unit Disp.:** 05/28/2019 19:58:39
**Enroute:** 05/28/2019 19:58:41
**At Scene:** 05/28/2019 20:04:24
**At Patient:** 05/28/2019 20:06:17

**Arrive Dest.:** 05/28/2019 20:36:25

**In Service:** 05/28/2019 20:56:34

**Call Type:**

**Location Type:** Street and highway
**Call Request Origin:** 911 Call Center (Emergency)
**# of Patients:** Single
**Resp. Mode:** Lights and Sirens
**Service Requested:** 911 Response (Scene)

## Outcome

**Incident:** 2019122365

**Disposition:** Transport by EMS in custody of Law Enforcement

**Date/Time:** 05/28/2019 19:58:39

**Destination:** BUMC BSW DALLAS
3500 GASTON AVE
Dallas, TX 75246

**Unit:** RE05

**Shift:** C

**ETA (Mins):** 10

**BioTel Contact:** Yes

**Why was BioTel Contacted?:** Trauma Alert

## Transport Information

**To MICU:** Stretcher    **Transport Position:** Supine

**To Facility:** Stretcher

**Transport Necessity:** Altered Mental Status; Medical/Traumatic Emergency

## Unit Personnel

| Crew Member | Level of Certification | Role |
|-------------|----------------------|------|
| SL1554 | First Responder | Primary Patient Caregiver |
| Irish, Benjamin | EMT-Paramedic | Primary Patient Caregiver |

## Additional Information

**PCR#:** 178488cf8c4747618f663eeef24f4994

## Signatures

**Type of Person Signing:** DFR Crew Member

**Signature Reason:** EMS Provider; Patient Unable to Sign

**Paragraph Text:**

**Current Date:** 12/23/2019 16:32

I hereby attest that the information contained in this Patient Care Report is true, accurate and complete to the best of my knowledge. I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that no authorized representatives were available or willing to sign on the patient's behalf.

**Status: Altered LOC/Unconscious**



**Printed Name:** Benjamin Irish

**Date/Time of Signature:** 05/28/2019 20:42:38

**Type of Person Signing:** DFR Crew Member

**Signature Reason:** EMS Provider

**Paragraph Text:**
I hereby attest that the information contained in this Patient Care Report is true, accurate and complete to the best of my knowledge. I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

**Status:**



**Printed Name:** Calvin King

**Date/Time of Signature:** 05/28/2019 20:43:58

**Type of Person Signing:** Receiving Facility Provider

**Signature Reason:** Transfer of Patient Care

**Paragraph Text:**
The patient named on this report was received by this facility at the date and time indicated on this report. I am signing on behalf of the patient to authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to the patient by Dallas Fire Rescue Department.

**Status:**



**Printed Name:** Katrina P RN

**Date/Time of Signature:** 05/28/2019 20:44:12

**Current Date:** 12/23/2019 16:32



**To: Fax User**
Company:
Fax: 92146708675
Phone:

**From: Walkup**
Fax:
Phone:
E-mail:

## NOTES:

Attached Image

**Date and time of transmission:** Thursday, January 9, 2020 1:55:58 PM
**Number of pages including this cover sheet:** 13

01/09 2020 13:55 IFAX printers@dallascityhall.com    ☑001/012

**City of Dallas – Compliance Program**
1500 Marilla St, 2BS, Dallas TX 75201
P: 214-670-7953 | F: 214-670-5100 | dallascityhall.com



**City of Dallas**

# Fax

| To: Det. Billings #7626 | From: **Cabrielle Loggins** |
|---|---|
| Fax (214) 670-8675 | Pages: — |
| Phone (214) 671-3083 | Date: JAN 09 2020 |
| Re: | cc: |

☒ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Please let me know if you have any questions or need any further information.

Thank you,



**Cabrielle Loggins, MA**
*Privacy/Compliance Coordinator*
**City of Dallas | DallasCityNews.net**
**Healthcare Compliance**
1500 Marilla St., 2BS
Dallas, TX 75201
O:  214-670-7953
E: Cabrielle.Loggins@dallascityhall.com



*The information, and any attachments, contained in this message may contain confidential and protected health information. This information is intended only for the use of the individual(s) to whom it is addressed. If you have received this email in error, please promptly notify the sender via email or telephone. Additionally, if you are not the intended recipient, be advised that any unauthorized use, copying, disclosure, distribution or the taking of any action in reliance on the information contained in this email is strictly forbidden and possibly a violation of federal and/or state laws and regulations. If you are the intended recipient, please know that further disclosures are prohibited without proper authorization.*

City of Dallas 1/9/2020 1:58:34 PM PAGE 2/012 Fax Server
Case 3:21-cv-01168-S Document 40-1 Filed 03/18/22 Page 142 of 235 PageID 465
01/09 2020 13:55 IFAX printers@dallascityhall.com ⊠002/012

App 00153

01/09 2020 13:55 IFAX printers@dallascityhall.com         ☑003/012

City of Dallas      12/23/2019 2:44:30 PM   PAGE   3/004    Fax Server
12/23 2019 14:36 IFAX printers@dallascityhall.com         ☑002/003

Created 2/1/2012
| Patient name: | Reshad Madden | | | |
|---|---|---|---|---|
| Incident # | DOB | Age | Gender | |
| 2019122365 | 2·10·90 | 28 | M | |
Release or Share



## Government Agency Request for Release of Protected Health Information

Note: This authorization will be returned and no record released if incomplete. Please use Black or Blue ink.   Page 1 of 2

| Patient | Previous last name (if any) Reshad Madden | | |
|---|---|---|---|
| | Address 2020 Grand Canyon Way | | Day me phone number |
| | City Mesquite | State TX | Zip 75149 |
| Who has the information that is to be released | Name DALLAS FIRE-RESCUE | Phone number 214/ 670-4311 | Fax N/A |
| | Address 1551 Baylor Street Suite 300 | | |
| | City Dallas | State Texas | Zip 75226 |
| Whom should the information be released to (Please a ach copy of govt. ID) | Agency or department name Dallas P.D. | Phone number 214·671-3038 | Fax 214-670-3675 |
| | Name of requestor Deb B. Billings | Title Detective-one | Email brewster.billings@dallxserve noltcen |
| | Address 1400 S. Lamar St | | Badge number (if applicable) 7626 |
| | City Dallas | State TX | Zip 75215 |
| Medical records to be disclosed Check (☑) box of the record to be released per this request | Medical records: ☑ Pa ent Care Report   Date of Service: 5·28·19    Incident Number: 2019122365 ☐ Billing Records ☐ Other, specify _____ | | |
| Type of Access Requested | ☑ Copy ☐ Inspect | | Method of Release ☑ Mail ☐ Pick-up |
| Purpose for the legal excep on. 45 C.F.R. §§ 160 & 164 (2002) | ☐ Ac vi es involving Public Health       ☐ Health oversight ac vi es ☐ Child Abuse or Neglect Inves ga on     ☐ Judicial and administra ve proceedings ☐ Adult abuse, neglect, or domes c violence inves ga on ☑ Limited law enforcement purposes (As required by law) ☐ Decedents ☐ Serious threat to health or safety ☐ Other specialized government func ons (Correc ons and lawful custody, public bene ts, Workers Compensa on, employers (public health ac vi es)) ☐ Other, specify _____ | | |

01/09 2020 13:55 IFAX printers@dallascityhall.com ☒004/012

City of Dallas     12/23/2019 2:44:30 PM  PAGE   4/004   Fax Server

12/23 2019 14:36 IFAX printers@dallascityhall.com ☒003/003

Created 2/5/2012

Page 2 of 2

Pa ent name: _Rashad Madden_

Pursuant to the Standards for Privacy of Individually Iden  able Health Informa  on, 45 C.F.R. §§ 160 & 164 (2002), I cer  fy that:

(a) The informa  on sought is related and material to legi  mate government inquiry;
(b) Use of this disclosure is limited in scope to the purpose for which the informa  on is sought and was released; and
(c) De-iden  ed informa  on cannot be reasonably used

_(Signature of Requestor)     7626_

_12-23-19_
(Date)

**Dallas Fire Department:**

☑ Approved    ☐ Declined/Reason: _Robert Nolte_

Process Date: _1/7/2020_

Processed By: _Gabriella Rosas_



**SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS**

Office of the Medical Examiner



**Autopsy Report**

**Case: IFS-19-13847 - ME**

**Decedent: Madden, Rashad Akeem**          29 years Black Male   DOB: ▇▇▇▇▇▇

Date of Death: 07/28/2019 (Actual)
Time of Death: 10:38 PM (Actual)

Examination Performed: 07/30/2019 10:30 AM

| Body Weight: | 156 lbs | BMI: 22.38 |
| Body Length: | 70 in | |

### ORGAN WEIGHTS:

| Brain: | 1,440 g | Right Lung: | 620 g | Right Kidney: | 150 g |
| Heart: | 380 g | Left Lung: | 680 g | Left Kidney: | 180 g |
| Liver: | 1,150 g | Spleen: | 150 g | | |

The autopsy was performed by Candace Schoppe M.D. The report was reviewed and completed by Jeffrey Barnard M.D.

EXTERNAL EXAMINATION

The body is identified by toe tags. Photographs, fingerprints, palm prints, and a full-body radiograph are taken.

Received unclothed is the body of a normally-developed, well-nourished, black man whose appearance is consistent with the given age of 29 years. The skin is diffusely icteric.

As received, the body measures 70 inches in length and weighs 156 pounds. The scalp has curly black hair that measures up to approximately ½ inch in length over the crown. The face has a trimmed mustache. The nose and facial bones are palpably intact. The eyes have brown irides with clear corneas. The conjunctivae are edematous and icteric. The oral cavity has natural teeth in fair repair and is atraumatic. The chest and back are unremarkable. The abdomen is flat. The external genitalia are of a normal, adult male, with the testes descending in the scrotum, bilaterally. There is marked edema of the foreskin and scrotum with superficial skin necrosis and ulcerations measuring up to 2 x 1 inches. The upper and lower extremities are developmentally normal, with all digits present. The upper and lower extremities have diffuse edema, erythema, and patchy skin necrosis, along with stocking and glove distal ischemia. On the legs, there are large debrided patches of skin, areas of geographic scarring, and several short fasciotomy incisions. The backs of the hands are extensively ulcerated and the acral skin is partially sloughed. Several fingernails are also easily removed from the nail beds. The toes are mostly black and desiccated. A 3 x 3 inch partially scabbed pressure ulcer is on the occipital scalp, along with several areas of alopecia.



**Madden, Rashad Akeem**

The body is well-preserved, unembalmed, and cold subsequent to refrigeration. Rigor mortis is absent and lividity is indistinct.

### .JENTIFYING MARKS AND SCARS

Monochromatic black tattoos are on the upper left chest and bilateral upper arms.

The backs of the arms have numerous thin, pink linear scars (mostly consistent with scratch abrasions) with occasional scabs.

### THERAPEUTIC PROCEDURES

Nasogastric and orogastric tubes are properly placed. A cuffed tracheostomy tube protrudes from the anterior neck. A vascular catheter is inserted into the left side of the neck. A dual lumen catheter is in the right subclavian region. Adhesive EKG leads are on the trunk. A triple lumen catheter is in the upper right arm. The left lower abdomen has a colostomy with attached bag. The legs are wrapped with bandages from the distal thighs to the feet. A plastic-tipped intravenous catheter is in the left wrist. A hospital identification band encircles the right wrist. Glue outlines are scattered over the trunk.

### EVIDENCE OF INJURY

The right anterior chest wall has a ¾ x ½ inch hypopigmented scar with a central scab. A ½ inch linear scar is on the right lateral chest wall, with a surrounding white, geographic scar measuring ¾ x ¾ inch.

Per medical record review:

ᴗecedent arrived with a right pneumothorax, possible liver laceration, and right flank hematoma. No corresponding injuries can be identified on the skin or internally at the time of autopsy.

The forehead has multiple pink scars, ranging from 1 x ½ inch along the left central hairline to fine linear scratches measuring up to 2 inches in length. The scars are located over the forehead, along the nose, and on the chin and cheeks. Several of these areas overlap with locations of prior medical therapy.

These injuries, having been described once, will not be repeated.

### EVIDENCE SUBMITTED

No evidence is collected.

### INTERNAL EXAMINATION

BODY CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The pleural and abdominal cavities each contain several liters of turbid tan-yellow fluid. An additional 150 cc of turbid fluid is in the pericardial sac.

HEAD: The scalp, subscalpular area, and skull are unremarkable. The brain is formalin fixed for further evaluation by Neuropathology.



**Madden, Rashad Akeem**

NECK: The soft tissue and prevertebral fascia are unremarkable. The hyoid bone and larynx are intact. The lumen of the larynx not obstructed. The lingual mucosa is intact and the underlying musculature is free of hemorrhage.

CARDIOVASCULAR SYSTEM: The intimal surface of the aorta is free of atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The pericardium is thick, with scattered fibrin deposits. The epicardial surface of the heart is diffusely hemorrhagic and studded with multiple yellow-green to red-brown lesions and areas of necrosis. The cardiac valves have fibrin focally adhered to the mitral and tricuspid leaflets, as well as the aortic cusps. The myocardium has innumerable discolorations throughout the right and left ventricles. The left ventricle measures 1.6 cm and the right ventricle measures 0.3 cm.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is hyperemic and focally ulcerated. The pleural surfaces are dull and covered in yellow-brown exudate. The major bronchi are filled with purulent material. The cut surfaces of the lungs show firm, atelectatic parenchyma with multiple infarcts and areas of consolidation.

HEPATOBILIARY SYSTEM: The liver is covered by a dull, bosselated capsule. The parenchyma is gray-tan and firm, with multiple areas of geographic necrosis, most concentrated around the gallbladder fossa. The gallbladder contains approximately 1 cc of dark red bile. The mucosa is diffusely hemorrhagic. No calculi are present.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray and denuded. The stomach contains approximately 100 cc of bloody liquid. There are no tablets or capsules. The gastric mucosa is diffusely hemorrhagic and flattened. The small and large intestines are slightly dilated and filled with bloody fluid. The mucosal surfaces are hemorrhagic and mostly sloughed. The appendix is present. The pancreas is covered in a yellow rind of saponified fat. The cut surface has hemorrhagic foci throughout body and tail.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are pale and the medullary pyramids are blunted. The corticomedullary junctions are indistinct. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 5 cc of turbid, brown urine. The mucosa is diffusely hyperemic. The prostate gland is unremarkable externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen is covered by a a blue-gray, intact capsule with a large area of tan discoloration. The parenchyma is dark red with a firm, tan-yellow subcapsular infarct corresponding to the capsular discoloration described above. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. A healing right thoracostomy incision is visible in the 4th intercostal space. The diaphragm is intact.

BRAIN AFTER FORMALIN FIXATION

Gross description:

Submitted for examination are the fixed brain, dura mater, and spinal cord. Examination of the dura reveals clotted blood in the venous sinuses. External examination of the brain reveals generalized flattening of cerebral cortical gyri. There is subarachnoid



**Madden, Rashad Akeem**

hemorrhage over the right frontal lobe, and a hemorrhagic focus of softening in the left parieto-occipital region. The cerebellar
tonsils are prominent and hemorrhagic. Coronal sections of the cerebral hemispheres, cross sections of the brain stem, and mid-
and parasagittal sections of the cerebellum demonstrate blood in the lateral ventricles. The gray matter demonstrates a dusky
appearance and the gray-white junction is obscured. There is a large hematoma measuring 4 x 2 x 2 cm in the left
parietooccipital white matter, with hemorrhagic discoloration of the overlying cortex. External examination of the spinal cord
demonstrates no localized softening. Cross sections of the spinal cord at 0.5 cm intervals demonstrates a 1 mm focus of
hemorrhage in the central portion of the upper cervical spinal cord, and a second similar focus in the mid-thoracic spinal cord.
Gross photographs are taken.

Diagnosis:

Brain (autopsy):

1. Organizing thrombus within dural venous superior sagittal sinus.
2. Patchy organizing necrosis, frontal border zone; and neuronal necrosis and reactive gliosis in hippocampal ca1 region,
consistent with global hypoxic/ischemic damage.
3. Large, early organizing hematoma, left parieto-occipital region.
4. Recent subarachnoid hemorrhage, right frontal lobe.
5. Cerebellar tonsillar herniation with fresh parenchymal hemorrhage.
6. Recent hemorrhage, central portion of upper cervical and mid-thoracic spinal cord, with fungal hyphae in cord parenchyma.

NEUROMICROSCOPIC EXAMINATION

Light microscopy of a section of superior sagittal sinus demonstrates organizing intravascular thrombus. A section of right frontal
lobe demonstrates patchy early organizing necrosis, and fresh subarachnoid hemorrhage. The left hippocampus demonstrates
necrotic neurons and early reactive gliosis in CA1. There is non-specific reactive gliosis in the midbrain tectum. A section of
cerebellar tonsil demonstrates fresh intraparenchymal hemorrhage, consistent with the effects of herniation. Sections of the left
parieto-occipital hematoma demonstrates blood clot, and aggregates of foamy macrophages in surrounding parenchyma,
consistent with early organization. Sections of cervical and thoracic spinal cord demonstrate organizing hemorrhage in the central
portion of the cord; the cervical cord section also contains fungal hyphae within the region of hemorrhage.

GMS stain for fungus is performed on hemorrhage-containing sections of frontal lobe, parietal lobe, cerebellar tonsil, and
cervical and thoracic spinal cord, and on dural venous sinus thrombus; only the sections of cervical and thoracic spinal cord
demonstrate fungal hyphae in association with hemorrhage.



**Madden, Rashad Akeem**

## TOXICOLOGY:

**Evidence Submitted:**

The following items were received by the Laboratory from Forensic Pathology:

004: Biohazard bag
004-001: Blood, femoral - gray top tube
004-002: Blood, femoral - gray top tube
004-003: Blood, femoral - gray top tube
004-004: Blood, femoral - gray top tube
004-005: Blood, femoral - red top tube
004-006: Vitreous - red top tube
004-007: Skeletal muscle - plastic tube
004-008: Antemortem blood bag
004-009: Antemortem blood - purple top tube
004-010: Serum-Serum Seperator Tube

**Antemortem blood**

**Acid/Neutral Screen (GC/MS)**
quantity not sufficient

**Alcohols/Acetone (GC)**
negative (Item# 004-009)

**Alkaline Quantitation (GC/FID)**
quantity not sufficient

**Benzodiazepines (LC/MS)**
lorazepam: 0.013 mg/L (Item# 004-009)

**Drug Screen (QTOF)**
trimethoprim detected (Item# 004-009)
ondansetron detected (Item# 004-009)
levetiracetam detected (Item# 004-009)
quetiapine detected (Item# 004-009)

**Blood, postmortem**

**Alcohols/Acetone (GC)**
negative (Item# 004-004)

**Vitreous**

**Alcohols/Acetone (GC)**
negative (Item# 004-006)



### NDINGS:

1. Erratic and suicidal behavior on 5/28/2019:
   a. History the decedent was holding a gun and pointing it at other individuals and himself.
   b. History of self- inflicted sharp force injuries to extremities.

2. History the decedent was Tased by police with several discharges.

3. History the decedent was handcuffed and escorted to a curb following being tased and became unresponsive approximately 5 minutes following taser discharges.

4. DFD records indicate the decedent had a GCS of 10 with stable heart rate and blood pressure.

5. Decedent initially conscious on arrival to emergency room.

5. History of psychiatric disease with one diagnosis of schizophrenia and another separate diagnosis of bipolar disorder.

6. Admission drug screen positive for cocaine, amphetamines, and cannabinoids with body temperature of 102.7.

7. Witnessed seizure in emergency department; requiring intubation.

   Two month hospital survival with:
   a. Multiorgan system failure
   b. Fungemia
   c. Necrotic extremities
   d. Intracerebral hemorrhage
   e. Subarachnoid hemorrhage

9. History of pneumothorax identified in emergency room with no identifiable rib fractures by CT scan.

10. History of possible grade I liver laceration by CT scan ( not identified at autopsy).

### CONCLUSIONS:

Based upon the autopsy and the history available to us, it is our opinion that Rashad Akeem Madden, a 29 year old black man, died from the toxic effects of cocaine and amphetamines. This superimposed on psychiatric disease likely exaggerated his bizarre behavior leading to a confrontation with the police during which he was tased by the police with several discharges. Following this he was responsive and walked to a separate area to await evaluation by paramedics where he became unresponsive after several minutes following taser discharge. On arrival by paramedics he maintained a stable heart rate and blood pressure although he was minimally verbal. While at the emergency room he suffered a seizure requiring intubation and deteriorated over a 2 month period with multiple complications ultimately causing his death. The etiology of the admission pneumothorax was unclear as there were no rib fractures identified by CT scan or autopsy.

**ANNER OF DEATH:**     Accident



**Case:  IFS-19-13847 - ME**

**Madden, Rashad Akeem**

*[signature]*

12/27/2019

Jeffrey J Barnard, M.D.
Director and Chief Medical Examiner

*[signature]*

12/27/2019

Tracy J Dyer, M.D., J.D.
Chief Deputy Medical Examiner





**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**

**Office of the Medical Examiner**



1 1 1841 - 2019

**Autopsy Report**

**Case: IFS-19-13847 - ME**

**Decedent: Madden, Rashad Akeem**     29 years Black Male   DOB: ▮▮▮▮

Date of Death: 07/28/2019 (Actual)
Time of Death: 10:38 PM (Actual)

Examination Performed: 07/30/2019 10:30 AM

| | | |
|---|---|---|
| Body Weight: | 156 lbs | BMI: 22.38 |
| Body Length: | 70 in | |

**ORGAN WEIGHTS:**

| | | | | |
|---|---|---|---|---|
| Brain: | 1,440 g | Right Lung: 620 g | Right Kidney: | 150 g |
| Heart: | 380 g | Left Lung: 680 g | Left Kidney: | 180 g |
| Liver: | 1,150 g | Spleen: 150 g | | |

The autopsy was performed by Candace Schoppe M.D. The report was reviewed and completed by Jeffrey Barnard M.D.

EXTERNAL EXAMINATION

The body is identified by toe tags. Photographs, fingerprints, palm prints, and a full-body radiograph are taken.

Received unclothed is the body of a normally-developed, well-nourished, black man whose appearance is consistent with the given age of 29 years. The skin is diffusely icteric.

As received, the body measures 70 inches in length and weighs 156 pounds. The scalp has curly black hair that measures up to approximately ½ inch in length over the crown. The face has a trimmed mustache. The nose and facial bones are palpably intact. The eyes have brown irides with clear corneas. The conjunctivae are edematous and icteric. The oral cavity has natural teeth in fair repair and is atraumatic. The chest and back are unremarkable. The abdomen is flat. The external genitalia are of a normal, adult male, with the testes descending in the scrotum, bilaterally. There is marked edema of the foreskin and scrotum with superficial skin necrosis and ulcerations measuring up to 2 x 1 inches. The upper and lower extremities are developmentally normal, with all digits present. The upper and lower extremities have diffuse edema, erythema, and patchy skin necrosis, along with stocking and glove distal ischemia. On the legs, there are large debrided patches of skin, areas of geographic scarring, and several short fasciotomy incisions. The backs of the hands are extensively ulcerated and the acral skin is partially sloughed. Several fingernails are also easily removed from the nail beds. The toes are mostly black and desiccated. A 3 x 3 inch partially scabbed pressure ulcer is on the occipital scalp, along with several areas of alopecia.



*Accredited by The National Association of Medical Examiners*



COPY
DALLAS COUNTY
App 00163
INSTITUTE OF FORENSIC SCIENCES

**Madden, Rashad Akeem**

The body is well-preserved, unembalmed, and cold subsequent to refrigeration. Rigor mortis is absent and lividity is indistinct.

IDENTIFYING MARKS AND SCARS

Monochromatic black tattoos are on the upper left chest and bilateral upper arms.

The backs of the arms have numerous thin, pink linear scars (mostly consistent with scratch abrasions) with occasional scabs.

THERAPEUTIC PROCEDURES

Nasogastric and orogastric tubes are properly placed. A cuffed tracheostomy tube protrudes from the anterior neck. A vascular catheter is inserted into the left side of the neck. A dual lumen catheter is in the right subclavian region. Adhesive EKG leads are on the trunk. A triple lumen catheter is in the upper right arm. The left lower abdomen has a colostomy with attached bag. The legs are wrapped with bandages from the distal thighs to the feet. A plastic-tipped intravenous catheter is in the left wrist. A hospital identification band encircles the right wrist. Glue outlines are scattered over the trunk.

EVIDENCE OF INJURY

The right anterior chest wall has a ¾ x ½ inch hypopigmented scar with a central scab. A ½ inch linear scar is on the right lateral chest wall, with a surrounding white, geographic scar measuring ¼ x ¾ inch.

Per medical record review:

Decedent arrived with a right pneumothorax, possible liver laceration, and right flank hematoma. No corresponding injuries can be identified on the skin or internally at the time of autopsy.

The forehead has multiple pink scars, ranging from 1 x ½ inch along the left central hairline to fine linear scratches measuring up to 2 inches in length. The scars are located over the forehead, along the nose, and on the chin and cheeks. Several of these areas overlap with locations of prior medical therapy.

These injuries, having been described once, will not be repeated.

EVIDENCE SUBMITTED

No evidence is collected.

INTERNAL EXAMINATION

BODY CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The pleural and abdominal cavities each contain several liters of turbid tan-yellow fluid. An additional 150 cc of turbid fluid is in the pericardial sac.

HEAD: The scalp, subscalpular area, and skull are unremarkable. The brain is formalin fixed for further evaluation by Neuropathology.





COPY
DALLAS COUNTY
App 00164
INSTITUTE OF FORENSIC SCIENCES

Madden, Rashad Akeem

NECK: The soft tissue and prevertebral fascia are unremarkable. The hyoid bone and larynx are intact. The lumen of the larynx not obstructed. The lingual mucosa is intact and the underlying musculature is free of hemorrhage.

CARDIOVASCULAR SYSTEM: The intimal surface of the aorta is free of atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The pericardium is thick, with scattered fibrin deposits. The epicardial surface of the heart is diffusely hemorrhagic and studded with multiple yellow-green to red-brown lesions and areas of necrosis. The cardiac valves have fibrin focally adhered to the mitral and tricuspid leaflets, as well as the aortic cusps. The myocardium has innumerable discolorations throughout the right and left ventricles. The left ventricle measures 1.6 cm and the right ventricle measures 0.3 cm.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is hyperemic and focally ulcerated. The pleural surfaces are dull and covered in yellow-brown exudate. The major bronchi are filled with purulent material. The cut surfaces of the lungs show firm, atelectatic parenchyma with multiple infarcts and areas of consolidation.

HEPATOBILIARY SYSTEM: The liver is covered by a dull, bosselated capsule. The parenchyma is gray-tan and firm, with multiple areas of geographic necrosis, most concentrated around the gallbladder fossa. The gallbladder contains approximately 1 cc of dark red bile. The mucosa is diffusely hemorrhagic. No calculi are present.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray and denuded. The stomach contains approximately 100 cc of bloody liquid. There are no tablets or capsules. The gastric mucosa is diffusely hemorrhagic and flattened. The small and large intestines are slightly dilated and filled with bloody fluid. The mucosal surfaces are hemorrhagic and mostly sloughed. The appendix is present. The pancreas is covered in a yellow rind of saponified fat. The cut surface has hemorrhagic foci throughout the body and tail.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are pale and the medullary pyramids are blunted. The corticomedullary junctions are indistinct. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 5 cc of turbid, brown urine. The mucosa is diffusely hyperemic. The prostate gland is unremarkable externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen is covered by a a blue-gray, intact capsule with a large area of tan discoloration. The parenchyma is dark red with a firm, tan-yellow subcapsular infarct corresponding to the capsular discoloration described above. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. A healing right thoracostomy incision is visible in the 4th intercostal space. The diaphragm is intact.

BRAIN AFTER FORMALIN FIXATION

Gross description:

Submitted for examination are the fixed brain, dura mater, and spinal cord. Examination of the dura reveals clotted blood in the nous sinuses. External examination of the brain reveals generalized flattening of cerebral cortical gyri. There is subarachnoid



Accredited by The National Association of Medical Examiners



DALLAS
INSTITUTE OF FORENSIC SCIENCES

Madden, Rashad Akeem

hemorrhage over the right frontal lobe, and a hemorrhagic focus of softening in the left parieto-occipital region. The cerebellar tonsils are prominent and hemorrhagic. Coronal sections of the cerebral hemispheres, cross sections of the brain stem, and mid- and parasagittal sections of the cerebellum demonstrate blood in the lateral ventricles. The gray matter demonstrates a dusky appearance and the gray-white junction is obscured. There is a large hematoma measuring 4 x 2 x 2 cm in the left parietooccipital white matter, with hemorrhagic discoloration of the overlying cortex. External examination of the spinal cord demonstrates no localized softening. Cross sections of the spinal cord at 0.5 cm intervals demonstrates a 1 mm focus of hemorrhage in the central portion of the upper cervical spinal cord, and a second similar focus in the mid-thoracic spinal cord. Gross photographs are taken.

Diagnosis:

Brain (autopsy):

1. Organizing thrombus within dural venous superior sagittal sinus.
2. Patchy organizing necrosis, frontal border zone; and neuronal necrosis and reactive gliosis in hippocampal ca1 region, consistent with global hypoxic/ischemic damage.
3. Large, early organizing hematoma, left parieto-occipital region.
4. Recent subarachnoid hemorrhage, right frontal lobe.
5. Cerebellar tonsillar herniation with fresh parenchymal hemorrhage.
6. Recent hemorrhage, central portion of upper cervical and mid-thoracic spinal cord, with fungal hyphae in cord parenchyma.

NEUROMICROSCOPIC EXAMINATION

Light microscopy of a section of superior sagittal sinus demonstrates organizing intravascular thrombus. A section of right frontal lobe demonstrates patchy early organizing necrosis, and fresh subarachnoid hemorrhage. The left hippocampus demonstrates necrotic neurons and early reactive gliosis in CA1. There is non-specific reactive gliosis in the midbrain tectum. A section of cerebellar tonsil demonstrates fresh intraparenchymal hemorrhage, consistent with the effects of herniation. Sections of the left parieto-occipital hematoma demonstrates blood clot, and aggregates of foamy macrophages in surrounding parenchyma, consistent with early organization. Sections of cervical and thoracic spinal cord demonstrate organizing hemorrhage in the central portion of the cord; the cervical cord section also contains fungal hyphae within the region of hemorrhage.

GMS stain for fungus is performed on hemorrhage-containing sections of frontal lobe, parietal lobe, cerebellar tonsil, and cervical and thoracic spinal cord, and on dural venous sinus thrombus; only the sections of cervical and thoracic spinal cord demonstrate fungal hyphae in association with hemorrhage.





DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES
App 00166

**Case: IFS-19-13847 - ME**

**Madden, Rashad Akeem**

## TOXICOLOGY:

**Evidence Submitted:**
The following items were received by the Laboratory from Forensic Pathology:

004: Biohazard bag
004-001: Blood, femoral - gray top tube
004-002: Blood, femoral - gray top tube
004-003: Blood, femoral - gray top tube
004-004: Blood, femoral - gray top tube
004-005: Blood, femoral - red top tube
004-006: Vitreous - red top tube
004-007: Skeletal muscle - plastic tube
004-008: Antemortem blood bag
004-009: Antemortem blood - purple top tube
004-010: Serum-Serum Seperator Tube

**Antemortem blood**

**Acid/Neutral Screen (GC/MS)**
quantity not sufficient

**Alcohols/Acetone (GC)**
negative (Item# 004-009)

**Alkaline Quantitation (GC/FID)**
quantity not sufficient

**Benzodiazepines (LC/MS)**
lorazepam: 0.013 mg/L (Item# 004-009)

**Drug Screen (QTOF)**
trimethoprim detected (Item# 004-009)
ondansetron detected (Item# 004-009)
levetiracetam detected (Item# 004-009)
quetiapine detected (Item# 004-009)

**Blood, postmortem**

**Alcohols/Acetone (GC)**
negative (Item# 004-004)

**Vitreous**

**Alcohols/Acetone (GC)**
negative (Item# 004-006)



*Accredited by The National Association of Medical Examiners*

COPY
DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES
App 00167

Madden, Rashad Akeem

## FINDINGS:

1. Erratic and suicidal behavior on 5/28/2019:
   a. History the decedent was holding a gun and pointing it at other individuals and himself.
   b. History of self- inflicted sharp force injuries to extremities.

2. History the decedent was Tased by police with several discharges.

3. History the decedent was handcuffed and escorted to a curb following being tased and became unresponsive approximately 5 minutes following taser discharges.

4. DFD records indicate the decedent had a GCS of 10 with stable heart rate and blood pressure.

5. Decedent initially conscious on arrival to emergency room.

5. History of psychiatric disease with one diagnosis of schizophrenia and another separate diagnosis of bipolar disorder.

6. Admission drug screen positive for cocaine, amphetamines, and cannabinoids with body temperature of 102.7.

7. Witnessed seizure in emergency department; requiring intubation.

8. Two month hospital survival with:
   a. Multiorgan system failure
   b. Fungemia
   c. Necrotic extremities
   d. Intracerebral hemorrhage
   e. Subarachnoid hemorrhage

9. History of pneumothorax identified in emergency room with no identifiable rib fractures by CT scan.

10. History of possible grade 1 liver laceration by CT scan ( not identified at autopsy).

## CONCLUSIONS:

Based upon the autopsy and the history available to us, it is our opinion that Rashad Akeem Madden, a 29 year old black man, died from the toxic effects of cocaine and amphetamines. This superimposed on psychiatric disease likely exaggerated his bizarre behavior leading to a confrontation with the police during which he was tased by the police with several discharges. Following this he was responsive and walked to a separate area to await evaluation by paramedics where he became unresponsive after several minutes following taser discharge. On arrival by paramedics he maintained a stable heart rate and blood pressure although he was minimally verbal. While at the emergency room he suffered a seizure requiring intubation and deteriorated over a 2 month period with multiple complications ultimately causing his death. The etiology of the admission pneumothorax was unclear as there were no rib fractures identified by CT scan or autopsy.

MANNER OF DEATH:       Accident



*Accredited by The National Association of Medical Examiners*



**Madden, Rashad Akeem**



12/27/2019

Jeffrey J Barnard, M.D.
Director and Chief Medical Examiner

12/27/2019

Tracy J Dyer, M.D., J.D.
Chief Deputy Medical Examiner



*Accredited by The National Association of Medical Examiners*   DALLAS COUNTY INSTITUTE OF FORENSIC SCIENCES

App 00169



**Toxicology Laboratory**

**SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS**

2355 North Stemmons Freeway
Dallas, Texas 75207

Telephone: 214-920-5966
Fax: 214-920-5812

## TOXICOLOGY ANALYSIS TEST REPORT

**SWIFS Case Number:**     **IFS-19-10315-0002**                              **July 05, 2019**

**Agency:**   Dallas Police Department
Jack Evans Police Building
1400 S. Lamar St.
Dallas, TX 75215-1815

**Case of:**   Rashad Madden

**Agency Case Number:**        1069522019

**Evidence Submitted:**
The following items were received by the Laboratory from Dallas Police Department:
004: Biohazard bag
004-001: Blood - gray top tube
004-002: Serum Separator tube - clear top tube

### Blood

**Acid/Neutral Screen (GC/MS)**
quantity not sufficient

**Alcohols/Acetone (GC)**
quantity not sufficient

**Cocaine and Opiates (LC/MS)**
cocaine: 569.6 +/-96.8 ng/mL (Item# 004-001)
ecgonine methyl ester: >1000.0 +/-140.0 ng/mL (Item# 004-001)
benzoylecgonine: 1309.1 +/-209.5 ng/mL (Item# 004-001)

**Drug Screen (QTOF)**
results reported in reflex assays

**Marihuana/Cannabinoids (LC/MS)**
tetrahydrocannabinol: 13.3 +/-2.4 ng/mL (Item# 004-001)
carboxytetrahydrocannabinol: 19.0 +/-3.4 ng/mL (Item# 004-001)

**Stimulants (LC/MS)**
amphetamine: 11.7 +/-0.9 ng/mL (Item# 004-001)
methamphetamine: 109.3 +/-8.2 ng/mL (Item# 004-001)

**Other Tests Performed:**

**Blood**

004-001      Immunoassay screening was performed for cannabinoids, opiates, cocaine metabolite, benzodiazepines,
and, if positive, confirmatory results are reported above.

Immunoassay screening was performed for methamphetamine, and, if positive, confirmatory results are
reported above.

Quantitation is reported at a coverage probability of 95.45%.

App 00170

IFS-19-10315 - 0002
July 05, 2019

David Baxter
Primary Analyst

Justin Schwane, M.S.
Technical Reviewer



**SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS**

2355 North Stemmons Freeway
Dallas, Texas 75207

Telephone: 214-920-5900
Fax: 214-920-5813

## Test Report - Firearms Analysis

| | |
|---|---|
| **Report Date:** | July 19, 2019 |
| **Laboratory #:** | IFS-19-10315, Request 0005 |
| **Agency #:** | 1069522019 – Dallas Police Department |
| **Requested by:** | Dallas Police Department |
| | Crimes Against Persons Division |
| | Jack Evans Police Building |
| | 1400 S. Lamar |
| | Dallas, TX 75215-1815 |
| **Offense:** | Officer Involved Shooting |
| **Complainant(s):** | Mitchell Wallace |

**Evidence Submitted:**

The following evidence was received by the laboratory from the Dallas Police Department:

1-1-1: One Hi-Point 380 Auto caliber semiautomatic pistol, model CF380, serial number P8050040

1-1-2: One unknown brand magazine

2-1-1-1: One Remington brand 380 Auto caliber unfired cartridge

3-1-1: One Hornady brand 357 Sig caliber fired cartridge case

5-1: One Glock 357 Sig caliber semiautomatic pistol, model 31Gen4, serial number WRW915

6-1-1: One Glock brand magazine

6-2-1: One Glock brand magazine

6-2-2: One Glock brand magazine

6-3-1: One Hornady brand 357 Sig caliber unfired cartridge

6-4-1: Fourteen Hornady brand 357 Sig caliber unfired cartridges

6-5-1: Thirteen Hornady brand 357 Sig caliber unfired cartridges

6-5-2: Two Hornady brand 357 Sig caliber unfired cartridges

6-6-1: Fifteen Hornady brand 357 Sig caliber unfired cartridges

**Description of Analysis:**

Evidence Evaluation

Firearm – When a firearm is submitted to the laboratory for analysis, it is visually inspected to determine make, model, and serial number. The firearm is then physically evaluated for class characteristics and the presence of any possible anomalies.

Prior to test firing, the firearm is evaluated to determine if it is mechanically functional and safe to fire. Using unfired evidence ammunition or unfired ammunition from laboratory stock and the submitted magazine, the firearm is used to produce test fired standards for comparison purposes.

Ammunition – When fired cartridge cases and/or fired projectiles are submitted to the laboratory, they are evaluated to determine class characteristics and suitability of individual characteristics (microscopic markings) for comparison purposes.

Microscopic Comparison

App 00172

When the firearm and fired cartridge cases and/or projectiles have the same class characteristics and have suitable individual characteristics (microscopic markings), a microscopic comparison of those items of evidence may be performed. Microscopic comparisons involve a comparison of the individual characteristics (microscopic markings) of two different ammunition components to determine if those two items were fired by the same firearm or different firearms.

When microscopic comparisons are performed, the fired evidence is compared to the test fired standards and/or other fired evidence using a comparison microscope. The correspondence, or lack thereof, of individual characteristics (microscopic markings) between the items is used to determine if there is a common source or different source for the fired ammunition components.

Blind Verification

Upon completion of microscopic comparisons by the primary analyst, all identifications, all eliminations based on individual characteristics (microscopic markings), and a portion of inconclusives are blind verified by a second examiner. The second examiner microscopically compares the items to be verified and reaches independent conclusions without knowledge of the conclusions reached by the primary analyst.

**Results & Conclusions:**
Item 1-1-1 is a mechanically functional 380 Auto caliber pistol. It has conventional style rifling consisting of nine lands and grooves with a left twist. Item 1-1-1 pistol was test fired using item 1-1-2 magazine and ammunition from laboratory stock.

Item 2-1-1-1 cartridge is suitable for firing in item 1-1-1 pistol.

Samples that may contain biological material were collected from items 1-1-1 pistol, 1-1-2 magazine, and 2-1-1-1 cartridge. The evidentiary value of this material is unknown.

Item 5-1 is a mechanically functional 357 Sig caliber pistol. It has polygonal style rifling consisting of six lands and grooves with a right twist. Item 5-1 pistol was test fired using item 6-1-1 magazine and item 6-5-2 cartridges.

Item 3-1-1 is a 357 Sig caliber fired cartridge case. Due to agreement of all discernible class characteristics, it was microscopically compared to a test fired cartridge case from item 5-1 pistol. Item 3-1-1 was identified has having been fired by item 5-1 pistol based on sufficient similarities in the patterns of microscopic markings observed between the compared items.

Items 6-2-1 and 6-2-2 magazines fit and function in item 5-1 pistol.

Items 6-3-1, 6-4-1, 6-5-1, and 6-6-1 cartridges are suitable for firing in item 5-1 pistol.

**Disposition of Evidence:**
The above listed items of evidence and test fires will be released to the Dallas Police Department. The collected samples from items 1-1-1 pistol, 1-1-2 magazine, and 2-1-1-1 cartridge will be stored at the laboratory.

In the event that additional analysis is required, please contact the laboratory.

Supporting documentation for this report, including (as applicable) records such as bench notes, instrument printouts, photographs, review records, communication records, and other records pertaining to the examinations performed, are maintained by the laboratory and are available upon appropriate request.

Heather Francis
Firearms Examiner
Phone: 214-920-5895
Email: Heather.Francis@dallascounty.org

OF FORENSIC SCIENCES
**AT DALLAS**

Criminal Investigation Laboratory
Evidence Registration

2355 North Stemmons Freeway
**Dallas, TX 75207**
214-920-5983 / 214-920-5864 (f)

Lab Use Only

IFS Case #:

## EVIDENCE SUBMISSION FORM

**Submitted/Delivered By:**
Printed Name: Det. Brewster Billings 7626      Agency Name: Dallas P.D.
Signature:                                     Address: 1400 S Lamai St
Phone: 214. 671. 3083                                   Dallas, TX 75215

**Analysis Requested By:**
Investigator: Det. Brewster Billings          Agency Name: Dallas P.D.
Phone: 214. 671. 3083                         Address: 1400 S Lamar St
Email: brewster.billings@dallascityhall.com            Dallas, TX 75215

**Agency To Bill:** ☒ Same as Requested By
Contact Name:                                 Agency Name:
Phone:                                        Address:
Email:

**Case Information:**
Agency Name: Dallas Police Department    Service/Case No.: 106952 2019
Offense: Aggraunted Assault              Date of Offense: 5-28-19.
Complainant: Mitchell Wallace            Date of birth:
Suspect: Rashad Madden                   Date of birth:
Suspect:                                 Date of birth:
Suspect:                                 Date of birth:

**Submission Information:**
Property Number:                         Invoice Number:

| Lab Use Only | Evidence Listing | Analysis Requested |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Date/Time Stamp:                         Other Comments:

Lock
Box A

7363 - Evidence Submission Form
SWIFS: Evidence Registration
Issuing Authority: Director

Pg. 1 of 1
Effective 06/25 2018
rev. 1



**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**

2355 North Stemmons Freeway
Dallas, Texas 75207

Telephone: 214-920-5900
Fax: 214-920-5813

## Test Report - Firearms Analysis

| | |
|---|---|
| **Report Date:** | July 19, 2019 |
| **Laboratory #:** | IFS-19-10315, Request 0005 |
| **Agency #:** | 1069522019 – Dallas Police Department |
| **Requested by:** | Dallas Police Department |
| | Crimes Against Persons Division |
| | Jack Evans Police Building |
| | 1400 S. Lamar |
| | Dallas, TX 75215-1815 |
| **Offense:** | Officer Involved Shooting |
| **Complainant(s):** | Mitchell Wallace |

### Evidence Submitted:

The following evidence was received by the laboratory from the Dallas Police Department:

1-1-1: One Hi-Point 380 Auto caliber semiautomatic pistol, model CF380, serial number P8050040

1-1-2: One unknown brand magazine

2-1-1-1: One Remington brand 380 Auto caliber unfired cartridge

3-1-1: One Hornady brand 357 Sig caliber fired cartridge case

5-1: One Glock 357 Sig caliber semiautomatic pistol, model 31Gen4, serial number WRW915

6-1-1: One Glock brand magazine

6-2-1: One Glock brand magazine

6-2-2: One Glock brand magazine

6-3-1: One Hornady brand 357 Sig caliber unfired cartridge

6-4-1: Fourteen Hornady brand 357 Sig caliber unfired cartridges

6-5-1: Thirteen Hornady brand 357 Sig caliber unfired cartridges

6-5-2: Two Hornady brand 357 Sig caliber unfired cartridges

6-6-1: Fifteen Hornady brand 357 Sig caliber unfired cartridges

### Description of Analysis:

Evidence Evaluation

Firearm – When a firearm is submitted to the laboratory for analysis, it is visually inspected to determine make, model, and serial number. The firearm is then physically evaluated for class characteristics and the presence of any possible anomalies.

Prior to test firing, the firearm is evaluated to determine if it is mechanically functional and safe to fire. Using unfired evidence ammunition or unfired ammunition from laboratory stock and the submitted magazine, the firearm is used to produce test fired standards for comparison purposes.

Ammunition – When fired cartridge cases and/or fired projectiles are submitted to the laboratory, they are evaluated to determine class characteristics and suitability of individual characteristics (microscopic markings) for comparison purposes.

Microscopic Comparison

App 00176

IFS-19-10315-0005
Test Report - Firearms Analysis
July 19, 2019

When the firearm and fired cartridge cases and/or projectiles have the same class characteristics and have suitable individual characteristics (microscopic markings), a microscopic comparison of those items of evidence may be performed. Microscopic comparisons involve a comparison of the individual characteristics (microscopic markings) of two different ammunition components to determine if those two items were fired by the same firearm or different firearms.

When microscopic comparisons are performed, the fired evidence is compared to the test fired standards and/or other fired evidence using a comparison microscope. The correspondence, or lack thereof, of individual characteristics (microscopic markings) between the items is used to determine if there is a common source or different source for the fired ammunition components.

Blind Verification

Upon completion of microscopic comparisons by the primary analyst, all identifications, all eliminations based on individual characteristics (microscopic markings), and a portion of inconclusives are blind verified by a second examiner. The second examiner microscopically compares the items to be verified and reaches independent conclusions without knowledge of the conclusions reached by the primary analyst.

**Results & Conclusions:**
Item 1-1-1 is a mechanically functional 380 Auto caliber pistol. It has conventional style rifling consisting of nine lands and grooves with a left twist. Item 1-1-1 pistol was test fired using item 1-1-2 magazine and ammunition from laboratory stock.

Item 2-1-1-1 cartridge is suitable for firing in item 1-1-1 pistol.

Samples that may contain biological material were collected from items 1-1-1 pistol, 1-1-2 magazine, and 2-1-1-1 cartridge. The evidentiary value of this material is unknown.

Item 5-1 is a mechanically functional 357 Sig caliber pistol. It has polygonal style rifling consisting of six lands and grooves with a right twist. Item 5-1 pistol was test fired using item 6-1-1 magazine and item 6-5-2 cartridges.

Item 3-1-1 is a 357 Sig caliber fired cartridge case. Due to agreement of all discernible class characteristics, it was microscopically compared to a test fired cartridge case from item 5-1 pistol. Item 3-1-1 was identified has having been fired by item 5-1 pistol based on sufficient similarities in the patterns of microscopic markings observed between the compared items.

Items 6-2-1 and 6-2-2 magazines fit and function in item 5-1 pistol.

Items 6-3-1, 6-4-1, 6-5-1, and 6-6-1 cartridges are suitable for firing in item 5-1 pistol.

**Disposition of Evidence:**
The above listed items of evidence and test fires will be released to the Dallas Police Department. The collected samples from items 1-1-1 pistol, 1-1-2 magazine, and 2-1-1-1 cartridge will be stored at the laboratory.

App 00177

IFS-19-10315-0005
Test Report - Firearms Analysis
July 19, 2019

In the event that additional analysis is required, please contact the laboratory.

Supporting documentation for this report, including (as applicable) records such as bench notes, instrument printouts, photographs, review records, communication records, and other records pertaining to the examinations performed, are maintained by the laboratory and are available upon appropriate request.

Heather Francis
Firearms Examiner
Phone: 214-920-5895
Email: Heather.Francis@dallascounty.org



**Toxicology Laboratory**

SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
AT DALLAS

2355 North Stemmons Freeway
Dallas, Texas 75207

Telephone: 214-920-5966
Fax: 214-920-5812

## TOXICOLOGY ANALYSIS TEST REPORT

**SWIFS Case Number:**  IFS-19-10315-0002

July 05, 2019

**Agency:**  Dallas Police Department
Jack Evans Police Building
1400 S. Lamar St.
Dallas, TX 75215-1815

**Case of:**  Rashad Madden

**Agency Case Number:**  1069522019

**Evidence Submitted:**
The following items were received by the Laboratory from Dallas Police Department:
004: Biohazard bag
004-001: Blood - gray top tube
004-002: Serum Separator tube - clear top tube

### Blood

**Acid/Neutral Screen (GC/MS)**
quantity not sufficient

**Alcohols/Acetone (GC)**
quantity not sufficient

**Cocaine and Opiates (LC/MS)**
cocaine: 569.6 +/-96.8 ng/mL (Item# 004-001)
ecgonine methyl ester: >1000.0 +/-140.0 ng/mL (Item# 004-001)
benzoylecgonine: 1309.1 +/-209.5 ng/mL (Item# 004-001)

**Drug Screen (QTOF)**
results reported in reflex assays

**Marihuana/Cannabinoids (LC/MS)**
tetrahydrocannabinol: 13.3 +/-2.4 ng/mL (Item# 004-001)
carboxytetrahydrocannabinol: 19.0 +/-3.4 ng/mL (Item# 004-001)

**Stimulants (LC/MS)**
amphetamine: 11.7 +/-0.9 ng/mL (Item# 004-001)
methamphetamine: 109.3 +/-8.2 ng/mL (Item# 004-001)

### Other Tests Performed:

#### Blood

**004-001**  Immunoassay screening was performed for cannabinoids, opiates, cocaine metabolite, benzodiazepines, and, if positive, confirmatory results are reported above.

Immunoassay screening was performed for methamphetamine, and, if positive, confirmatory results are reported above.

Quantitation is reported at a coverage probability of 95.45%.

IFS-19-10315 - 0002
July 05, 2019

David Baxter
Primary Analyst

Justin Schwane, M.S.
Technical Reviewer



**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**

Forensic Biology Unit

2355 N. Stemmons Freeway
Dallas, Texas 75207

FILED JAN 2 6 2020

January 24, 2020

| Investigating Agency: | Detective Brewster Billings | Laboratory #: | IFS-19-10315 |
|---|---|---|---|
| | Dallas Police Department | Request #: | 0011 |
| | Crimes Against Persons Division | Agency #: | 106952-2019 |
| | 1400 S. Lamar, 5th Floor | Complainant: | Mitchell Wallace |
| | Dallas, TX 75215 | Suspect: | Rashad Madden |
| | | Offense: | Aggravated Assault on a Public Servant |

### TEST REPORT – DNA

#### EVIDENCE:

Received from Dallas Police Department:
- 1.1.1 Hi-Point pistol
- 1.1.2 Magazine
- 2.1.1.1 Cartridge
- 7.1.1 Buccal swab standard from Rashad Madden

#### TESTING PERFORMED:

**Part A. DNA Testing**
Portions of the following stored samples were subjected to a chemical process to extract deoxyribonucleic acid (DNA):

- 1.1.1.1 Sample from Hi-Point pistol - T1
- 1.1.1.2 Sample from Hi-Point pistol - T2
- 1.1.2.1 Sample from magazine - T1
- 2.1.1.1 Sample from cartridge - T1
- 7.1.1 Buccal swab standard from Rashad Madden

The DNA extracts from the above samples were amplified using the Polymerase Chain Reaction method, and typed using the Qiagen Investigator 24plex QS kit (lot number 157036618 or later).

**Part B. Profile Interpretation and Statistical Analysis**
Following amplification, each resulting DNA profile was interpreted using the Institute's current guidelines for STR profile interpretation and classified as being in one of the following DNA profile categories:

Analyst Initials ____

Page 2 of 5
IFS-19-10315
January 24, 2020

| Single Source | A DNA profile from a single contributor. Each locus in the profile showed either one allele, or two alleles that were balanced in peak height. |
| Simple Mixture | A mixed profile from 2 or more contributors that could not be reliably resolved into major and minor/trace-minor components. |
| Major - Minor Mixture | A mixed profile from 2 or more contributors that could be reliably resolved into major and minor/trace-minor components at some or all loci. |
| Mixture - Subtraction | A mixed profile from 2 or more contributors that could be resolved using information about known or reasonably assumed contributor to the sample. The DNA profile from the known or reasonably assumed contributor was subtracted from the profile to obtain additional information about the unknown contributor(s) to the profile. |

Profiles obtained from evidence samples were then compared to the profiles of one or more known individuals to determine if any of these individuals were a possible source of, or contributor to, the DNA profile obtained from each evidence sample.

For each inclusion, a statistical weight was calculated using one of the following generally accepted approaches:

- Combined probability of inclusion [CPI]
- Modified random match probability [mRMP]
- Likelihood ratio [LR]

Statistical analyses were performed using the NIST 1036 Revised U.S. Population Dataset (July 2017) of STR population frequencies provided by the National Institute of Standards and Technology (NIST) for the following population groups: African American, Asian, Caucasian, and Hispanic (CR Steffen et al., Forensic Sci Int Genet 31, e36-e40, 2017). The most conservative statistic(s) have been provided.

## RESULTS AND CONCLUSIONS:

The DNA profiles are shown in Appendix 1.

**Table 1. DNA Typing Results[1,2,3]**

| Sample[1] | | Description of Profile[2] | Number of contributors | Profile Category[3] |
| Number | Description | | | |
|---|---|---|---|---|
| 1.1.1.1 | Sample from Hi-Point pistol - T1 | Possibly Incomplete | 2 | Major-Minor |
| 1.1.1.2 | Sample from Hi-Point pistol - T2 | Incomplete | 1 | Single Source |
| 1.1.2.1 | Sample from magazine - T1 | Possibly Incomplete | 2 | Major-Minor |
| 2.1.1.1.1 | Sample from cartridge - T1 | Incomplete | 1 | Single Source |
| 7.1.1 | Buccal swab standard from Rashad Madden | Complete | 1 | Single Source |

[1] Abbreviations – ECF = Epithelial cell fraction; SCF = Sperm cell fraction;
[2]Complete = A full DNA profile was obtained for the sample; Incomplete = A full DNA profile was not obtained for this sample. There are one or more alleles that were not detected; Possibly Incomplete = There is the possibility that a full DNA profile was not obtained for this sample. There are one or more alleles in the DNA profile that may not have been detected.
[3]Parentheses indicate the number of contributors to the profile component.

Analyst Initials ___

Table 2. Conclusions with most conservative statistic for inclusions[1,2,3]

| Sample | | Comments | Individuals |
| Number | Description | | Rashad Madden |
|---|---|---|---|
| 1.1.1.1 | Sample from Hi-Point pistol - T1 | | <1-in-10 T [Included] |
| 1.1.1.2 | Sample from Hi-Point pistol - T2 | | 1-in-112 M [Included] |
| 1.1.2.1 | Sample from magazine - T1 | | <1-in-10 T [Included] |
| 2.1.1.1.1 | Sample from cartridge - T1 | | 1-in-6 [Included] |

[1] SI symbols - M = Million ($10^6$); G = Billion ($10^9$); T = Trillion ($10^{12}$)

[2] Abbreviations – ECF = Epithelial cell fraction; SCF = Sperm cell fraction; ISNS = Item is an intimate sample collected from the individual; therefore, she is an expected contributor to the DNA profile obtained from this sample. No statistical weight provided; N/A = Not applicable. No non-victim genetic markers were detected; therefore, no conclusions were made; NI = Not interpreted for source attribution due to limited genetic information; NR = No DNA typing result; Sp+ = Spermatozoa were detected by microscopic examination; Sp- = Spermatozoa were not detected by microscopic examination; A = Additional genetic marker(s) were detected that could not be attributed to the listed individuals; R = An additional genetic marker was detected at a trace level. Trace level genetic marker is consistent with recognized rare genetic events observed in a single contributor; EPO – Interpreted for exclusionary purposes only due to the number of contributors.

[3] Probabilities less than 1-in-10 trillion will be reported as "<1-in-10 T"

## CODIS ENTRY:

A CODIS eligible DNA profile was obtained from sample 7.1.1 (buccal swab standard from Rashad Madden), entered into the CODIS database, and will be regularly searched at both the state and national levels. In the event that there is a database hit to this profile that provides investigative information, the laboratory will issue written notification. Written notification will also be issued if this profile is removed from the database in the future.

## DISPOSITION OF EVIDENCE:

Table 3. Submitted items/samples:

| Item # | Description | Disposition§ |
|---|---|---|
| 1.1.1.1 | Sample from Hi-Point pistol - T1 | Stored |
| 1.1.1.2 | Sample from Hi-Point pistol - T2 | Stored |
| 1.1.2.1 | Sample from magazine - T1 | Stored |
| 2.1.1.1.1 | Sample from cartridge - T1 | Stored |
| 7.1.1 | Buccal swab standard from Rashad Madden | Stored |

§ Consumed = consumed for the testing performed for this report. Retained = retained for additional requested testing. Stored = stored for possible future testing. Released = released to the responsible investigating agency.

Table 4. DNA extracts created during testing:

| Item # | Description | Disposition§ |
|---|---|---|
| 1.1.1.1.1 | Sample from Hi-Point pistol - T1 | Stored |
| 1.1.1.2.1 | Sample from Hi-Point pistol - T2 | Stored |
| 1.1.2.1.1 | Sample from magazine - T1 | Stored |

Analyst Initials 

| 2.1.1.1.1.1 | Sample from cartridge - T1 | Stored |
| 7.1.1.1 | Buccal swab standard from Rashad Madden | Stored |

§ **Consumed** = consumed for the testing performed for this report. **Retained** = retained for additional requested testing.
**Stored** = stored for possible future testing. **Released** = released to the responsible investigating agency.

## ADDITIONAL COMMENTS:

Supporting documentation for this report, including (as applicable) records such as bench notes, instrument printouts, photographs, review records, communication records, and other records pertaining to the examinations performed, are maintained by the laboratory and are available upon appropriate request. In the event additional analysis is required, please notify the Forensic Biology Unit as soon as possible.

Amanda Webb, M.F.S.
Forensic Biologist III
**Direct Line:**     **214-920-5840**
**FAX:**             **214-920-5813**
**E-mail: amanda.webb@dallascounty.org**

Analyst Initials

## Appendix 1. DNA Profiles

| STR System | 7.1.1 Buccal swab standard from Rashad Madden | 1.1.1.1 Sample from Hi-Point pistol - T1 | | 1.1.1.2 Sample from Hi-Point pistol - T2 | 1.1.2.1 Sample from magazine - T1 | | 2.1.1.1.1 Sample from cartridge - T1 |
|---|---|---|---|---|---|---|---|
| | | Major | Minor | | Major | Minor | |
| Amelogenin | XY | XY | - | XY | XY | - | INC (Y) |
| TH01 | 7,8 | 7,8 | 9 | INC (7) | 7,8 | 9 | INC (8) |
| D3S1358 | 14,15 | 14,15 | - | NR | 14,15 | - | NR |
| vWA | 16,19 | 16,19 | 14,17 | INC (16) | 16,19 | - | NR |
| D21S11 | 30,31.2 | 30,31.2 | 28 | NR | INC (30,31.2) | | NR |
| TPOX | 8,11 | 8,11 | - | 8,11 | 8,11 | - | NR |
| DYS391 | 10 | 10 | - | 10 | 10 | - | NR |
| D1S1656 | 14,15 | 14,15 | - | INC (14) | 14,15 | - | NR |
| D12S391 | 19,20 | 19,20 | - | INC (20) | 19,20 | - | NR |
| SE33 | 19,24.2 | 19,24.2 | 18 | INC (19) | INC (18,19,24.2) | | NR |
| D10S1248 | 13,13 | 13,13 | 15 | INC (13) | 13,13 | 15 | INC (13) |
| D22S1045 | 14,14 | 14,14 | 17 | INC (14) | 14,14 | - | NR |
| D19S433 | 12,13.2 | 12,13.2 | 13 | INC (12) | INC (12,13,13.2) | | NR |
| D8S1179 | 14,15 | 14,15 | 11 | INC (14) | INC (14,15) | | NR |
| D2S1338 | 20,24 | 20,24 | 22 | NR | INC (19,20,24) | | NR |
| D2S441 | 12,14 | 12,14 | 11 | NR | 12,14 | 11 | NR |
| D18S51 | 15,16 | 15,16 | 19 | INC (16) | 15,16 | - | NR |
| FGA | 23,24 | 23,24 | - | NR | INC (22,23,24) | | NR |
| D16S539 | 8,13 | 8,13 | 12 | INC (8) | 8,13 | 12 | NR |
| CSF1PO | 8,11 | 8,11 | - | INC (11) | 8,11 | - | NR |
| D13S317 | 11,12 | 11,12 | 13 | NR | 11,12 | - | NR |
| D5S818 | 11,13 | 11,13 | - | NR | INC (11,13) | | NR |
| D7S820 | 10,12 | 10,12 | - | NR | INC (10,12) | | NR |

NR = No DNA testing result; NAO = No allele observed at this locus; INC = Inconclusive with regard to genotype, observed genetic markers indicated in parentheses; tr = Trace-level genetic marker

Analyst Initials _____

# Dallas Police Department

## Investigative Notes

**Date: 12-16-2020**                                      **Case: 106952-2019**

**Detective: Billings**              **Badge:**      **7626**      **Phone: 214-671-3083**

## Narrative:

I/O picked up Officer Gribbon's personal handgun, magazines, and rounds from Baylor Property Room and brought them to the DPD pistol range to be armored. The handgun was left with Range Staff D. Richardson#6361.

# Dallas Police Department

## Investigative Notes

Date:  12/11/19                    Case: 106952-2019
Officer:  Det. Brewster Billings          Badge:  7626          Phone: 214-671-3083

**Narrative:**

I/O spoke with District Attorney George Lewis, he stated that Complainant Madden's autopsy report has not been completed as of this point due to issues at the Medical Examiner's Office. He has requested a copy as well and not received it. I/O emailed a copy of Mr. Madden's toxicology report to Mr. Lewis.

# Dallas Police Department

Investigative Notes

Date: 12/09/19                    Case: 106952-2019
Officer: Det. Brewster Billings          Badge: 7626          Phone: 214-671-3083

**Narrative:**

Mr. Madden's father came to DPD HQ and inquired about an update on this case. I/O explained that the case had been turned over to the Dallas County District Attorney's Office. I/O offered to provide the DA in charge of the case's name and phone number if he called I/O back after he could find that information. Mr. Madden agreed to call I/O back later that day.

# Dallas Police Department
## Investigative Notes

Date:   09/17/19                      Case: 106952-2019

Officer:  Det. Brewster Billings         Badge:  7626        Phone: 214-671-3083

**Narrative:**

I/O emailed all CSRU supplements to DA George Lewis.

App 00189

# Dallas Police Department

Investigative Notes

Date:  09/12/19                          Case: 106952-2019
Officer:  Det. Brewster Billings          Badge:  7626          Phone: 214-671-3083

**Narrative:**

I/O spoke with DA office George Lewis regarding case, he was inquiring about the autopsy report.
I/O called the Medical Examiner's Office and left a VM regarding the autopsy reports of Rashad Madden and Juan Segovia.

COMPLAINANT: **City of Dallas**                    SERVICE #:106952-2019
                                          FOR DET. : **B. BILLINGS, #7626**

### INVESTIGATIVE INFORMATION

SUBMITTING OFFICER:  Det. Billings#7626  DATE:05/28/19

INFO OBTAINED VIA:  IN PERSON

OBTAINED ON DATE:  07/31/19                    AT TIME:  **10:30 a.m.**


TOPIC: OIS

NARRATIVE: I received a message to contact Chrystal Smith with the
Medical Examiner's office. I call Ms. Smith, she stated that
Complainant Rashad Madden had passed away on July 28th, 2019 @10:38pm.
He was pronounced deceased by Dr. Edward Taylor at Baylor Hospital.
His autopsy was performed on July 30t, 2019 by Dr. Candice Schoppe and
the cause of death is pending tox screen results and investigation. I
told Ms. Smith that they had a tox screen of his Baylor intake blood
and provided the SWIFS case# for her.

I emailed Mischeka Nicholson and Kevin Feinglas with the District
Attorney's Office to notify them of Mr. Madden's death.

I was called into Lt. Hunter's office with Major Williams and Sgt.
Woodham to brief them on this case.

1

Follow up required: Yes          No          Key words:_____

Supervisor Approval: _____    _____  App 00191
106952 2019 Billings Inv Note 073119

# Dallas Police Department

## Investigative Notes

Date: 06/26/19                                   Case: 106952-2019

Officer: Det. Brewster Billings          Badge: 7626          Phone: 214-671-3083

NARRATIVE:

06-26-19. I/O went to Baylor Hospital to check on Suspect Madden, He had been moved to room#703. I/O spoke with his nurse who stated that he was still not able to communicate but that his condition was improving. He also stated that Suspect Madden had is eyes open at times and was able to respond to some things by nodding but they were not sure of his understanding of what was being asked. The nurse stated that he is expected to live at this point and they provided phone number 214-820-3222 to call to check up on him. The family has still not made any attempts to contact I/O to speak with him about this case after they failed to make a scheduled appointment. 7626

COMPLAINANT: **City of Dallas**                          SERVICE #:106952-2019
                                                 FOR DET. : **B. BILLINGS, #7626**

## INVESTIGATIVE INFORMATION

SUBMITTING OFFICER:  Det. Billings#7626  DATE: 06/20/2019
 INFO OBTAINED VIA:  IN PERSON
OBTAINED ON DATE:  06/20/2019                    AT TIME:  8:30 a.m.


TOPIC: OIS

NARRATIVE:
I/O received a requested gun trace check on the handgun recovered
from Suspect Madden from Det. Jason Jarc. The gun came back
purchased by Shabreeka Dysha Kennedy BB/F ███████ █
██████████████████████████ A TLO check of Ms. Kennedy showed that
she had a previous address of 7709 Antoinette St#2103. Dallas, TX.
75217. Suspect Madden has the same address of 7709 Antoinette
St#2103 as Ms. Kennedy. I/O attempted to call a number listed in TLO
for Ms. Kennedy but it was not a working number.

1

Follow up required: Yes          No          Key words:_____

Supervisor Approval: _____    _____ App 00193
Blank Inv Note

COMPLAINANT: **City of Dallas**                   SERVICE #:106952-2019
                                        FOR DET. : **B. BILLINGS, #7626**

## INVESTIGATIVE INFORMATION

SUBMITTING OFFICER: Det. B. Billings#7626      DATE: 06/11/19

 INFO OBTAINED VIA:  IN PERSON

OBTAINED ON DATE: 06/11/19              AT TIME:2:38 p.m.


TOPIC: OIS

NARRATIVE:
 LT, Hunter requested that I/O provide him a copy of the Offense Report, Taser Report, Det. Notes, and Power Point. I/O provide these items to LT. Hunter.

1

Follow up required: Yes        No        Key words:_____

Supervisor Approval: _____       _____ App 00194
Blank Inv Note

Investigative Notes up to 06/10/19..

**05-29-19.** On 05/28/19 SIU Detectives Billings#7626, Whitaker#6954, Shelton#7760, and Sgt. Woodham#8354 responded to the OIS at 7525 CF Hawn Frwy (5 Ponny's Truck Sales). Suspect (who has not been identified yet) showed up to location with a handgun pointed it at Complainant Mitchell Wallace and threatened him. Complainant Wallace retrieved his own handgun and confronted the Suspect. The Suspect then held his gun to his throat and threatened to kill himself. Witness Wallace observed this. The Suspect then crawled under a white van in the parking lot with the gun and was found by responding Officers Nelson#11280, Foster#11272, Sgt. Nosworthy#5882, Mulrenan#10988, Rayas#10984, Rushing#9694, and involved Officer Gribbon#10116. Officers saw the Suspect under the van holding a gun. His was facing away from them with his feet towards them. Officers gave loud verbal commands to drop the weapon, which the Suspect ignored. The Suspect continued to roll back and forth with the gun in his hand pointing it at Sgt. Nosworthy. Officer Foster was to the right of the other Officers giving commands and when the Suspect turned away from him he fired his Taser into the Suspect's back. The Taser was not effective enough to make the Suspect drop his handgun. Almost instantaneously Sgt. Nosworthy fired his Taser at the Suspect and Officer Gribbon fired his handgun at the Suspect. Sgt. Nosworthy's Taser did connect with the Suspect but it did not have any effect. Officer Gribbon's shot from his handgun missed the Suspect and struck the white van's front right wheel well. The Suspect then shifted towards Officer Foster, who grabbed him and pulled him out from under the van. Officer Foster then grabbed the Suspect's hands to secure the gun. Officer Foster took the gun away from the Suspect while Officer Rayas placed the Suspect in handcuffs. The Suspect was then carried away from the van and checked for injuries. The Suspect appeared to be in medical distress and was transported to Baylor Hospital by DFR.

CSRU responded and processed the crime scene. I/O Billings requested that all evidence be brought to SWIFS and that the Suspect's handgun be processed for fingerprints and DNA.

Officers Foster, Nelson, Mulrenan, Rayas, and Sgt. Nosworthy all gave walkthroughs in the presence of Det. Billings, Det. Whitaker, Sgt. Woodham, IAD Detective Young, CSRU Justin McDonnell#T237, and DA representatives Tracy Dotson and Mischeka Nicholson.
Involved Officer Gribbon was represented at the scene by DPA attorney Zack Horn. Det. Billings asked Mr. Horn if his client would be willing to give a blood sample, a walkthrough, and a statement. Mr. Horn declined all three requests and an appointment for Officer Gribbon to give a statement was made for Friday May 31st, 2019 at 9:00 a.m.

Officers Foster, Nelson, Rayas, Mulrenan, Sgt. Nosworthy all reported to SIU and provided written statements.

The Suspect remains at Baylor Hospital and is non responsive at this time. CSRU responded to Baylor and took fingerprints of the Suspect to have him identified. CSRU gave the fingerprints to Det. Billings. The prints were then given to Officer Rayas to bring to the jail to have Sgt. Mack send them to the FBI to identify the Suspect. The prints will then be returned to Det. Billings by Officer Rayas and Mulrenan.

**05-29-19.** Suspect was identified after having his fingerprints sent to the FBI for identification. Suspect was identified as Rashad Madden B/M ████████ AIS#2842947.

Tracy Dotson and Mischeka Nicholson from the DA's office came to location and picked up Body Worn Camera and Dash Camera Video from me.
I had Judge Ernest White in 194th Judicial District Court sign a search warrant to have Blood and DNA taken from Suspect Madden and taken to SWIFS.

I requested that CSRU go to Baylor and take Suspect's DNA (Buccal Swab) and place it at SWIFS.

I went to Baylor Hospital to check on the Suspect. He was still unresponsive and his condition was critical. He was suffering from organ shutdowns.

**05-30-19** I called Baylor Hospital for an update of Suspect Madden and was not able to get through to the nurses station and was told that they did not have a patient under that name nor under Kappa Eighteen (which was the name that he was originally put under prior to his identification).

I went to Baylor Hospital, met with Suspect Madden's nurse (Maddie), she stated that the Suspect has had no change in his condition since yesterday. Suspect also has a punctured lung along with multiple organ failure.

I went to the Baylor blood lab and left Search Warrant for Suspect Madden's initial blood draw. This request was left with (Shawna 214-820-3188) she will call I/O back when the blood is ready for pickup.

Baylor Hospital called (Shawna)and stated that the blood was ready for pickup.

**05-31-19.** I/O picked up preseved blood from Suspect Madden and took it to SWIFS for testing. I/O checked on Suspect Madden's condition at Baylor. His condition remains the same and he is unconscience and unresponsive. 7626

**06-03-19.** I/O requested that Suspect Madden's blood have a tox screen for drugs through SWIFS. This request was made with Cheif, Forensic Chemistry Erin Spargo. 7626
**06-03-19.** I/O went to Baylor Hospital to check on Suspect Madden's condition. There has been no change in his condition. He has been

moved to Room#714 now. 7626

**06-04-19.** I/O and Sgt. Woodham met with DA Mischeka Nicholson and DA Investigator Tracy Dotson as well as DPD Use of Force Instructor Joe Hawkins#7838. Instructor Hawkins explained the Taser report from Sgt. Nosworthy and Officer Foster's Taser reports. DA would like to know where and if Suspect Madden had been struck by any tasers. Taser reports were placed in tha Book.

**06-04-19.** I/O completed the offense for Agg Assault by Public Servant on case#111841-2019. 7626

**06-10-19.** I/O called Suspect Madden's father (James Madden 214-923-9296) and spoke wiht Suspect's sister (Tara Demington). She stated that Suspect Madden was still in the hospital "Fighting for his life" and that the family had several questions for I/O. Ms. Demington stated that she was going to go talk to her father and that they would call I/O back. 7626

**06-10-19.** I/O went to Baylor Hospital and checked on Suspect Madden. I/O spoke with attending nurse Blake O. He stated that Suspect Madden had shown some improvement and has been able to show response to people's voices. IT was also reported that Suspect Madden did not have a lacerated liver as had been released on social media by the family's attorney. Nurse Blake stated that he had liver failure and it's cause was not known but was not caused by any outside trauma. 7626.

**06-10-19.** Case Filed on Suspect Madden.
**IN CUSTODY. CM#100529283. CASE#106952-2019. MADDEN, RASHAD, AKEEM. WARRANT#F1955126. AGGRAVATED ASSAULT-DEADLY WEAPON.**

Billings

7626

COMPLAINANT: **City of Dallas**                              SERVICE #:106952-2019
                                                    FOR DET. : **B. BILLINGS, #7626**

### INVESTIGATIVE INFORMATION

SUBMITTING OFFICER:  Det. Billings#7626  DATE:05/28/19

INFO OBTAINED VIA:  IN PERSON

OBTAINED ON DATE:  05/29/19                    AT TIME:  **4:00 p.m.**


TOPIC: OIS

NARRATIVE: Suspect was identified after having his fingerprints sent
to the FBI for identification. Suspect was identified as Rashad Madden
B/M ▮▮▮▮▮▮▮▮ AIS#2842947.

Tracy Dotson and Mischeka Nicholson from the DA's office came to
location and picked up Body Worn Camera and Dash Camera Video from me.
I had Judge Ernest White in 194th Judicial District Court sign a search
warrant to have Blood and DNA taken from Suspect Madden and taken to
SWIFS.

I requested that CSRU go to Baylor and take Suspect's DNA (Buccal Swab)
and place it at SWIFS.

I went to Baylor Hospital to check on the Suspect. He was still
unresponsive and his condition was critical. He was suffering from
organ shutdowns.

Follow up required: Yes          No          Key words:_____

Supervisor Approval: _____    _____   App 00198
106952 2019 Billings Inv Note2

COMPLAINANT: OIS

SERVICE #:106952-2019
FOR DET.: **B. Billings**

### INVESTIGATIVE INFORMATION

SUBMITTING OFFICER: A. Whitaker #6954     DATE: 05-30-2019

INFO OBTAINED VIA: Face to Face

OBTAINED ON DATE: 05-28-2019              AT TIME: 9:30 P.M.


TOPIC: Witness Interview

NARRATIVE:


Mitchell Wayne Wallace W/M/ ████████████

██████████████████████

On May 28, 2019, Det. A. Whitaker, #6954 conducted a recorded interviewed with witness Wallace in a marked Dallas Police squad car #8007 at 7525 C F Hawn Service road in Dallas, Texas.

Witness Wallace stated that he was working at his place of business at 5 Ponnys Ruck Sales located at 7525 CF Hawn Fwy. In Dallas, Texas when a black male came on to his property and pointed a gun at him foaming at the mouth. Witness Wallace stated that he took cover and drew his gun at that time the suspect turned his gun on himself and stated that he was going to kill himself. Witness Wallace stated he phoned 911 and began to talk to the suspect to calm him down. The suspect sat on the ground worked the slide on his weapon and one bullet ejected out of his gun the suspect then placed that bullet back into the gun and crawled head first under a van on his lot. The witness stated that he lost site of the suspect. The complainant stated that the Police arrived to the location. The complainant stated that he was there with his wife and daughter.

Follow up required: Yes        No        Key words:_____

Supervisor Approval: _____    _____  App 00199
INV.NOTES

# Callback Information Form - SIU

**Incident #:** 106952-2019

**Date of Offense:** 5/28/2019

**Time of Callout:** 8:00 PM        Watch 3

**Related Unit:**    N/A

**Type of Offense:** AGG ASSAULT - NFV                        Status: Arrest

**Offense Location Information:**    Address:    7525 C.F. Hawn Freeway
                                     Division:   SOUTHEAST
                                     Beat:       350

**Detective's Last Name:** S. Woodham

**Detective Badge #:** 8394

**Complainant Information:**  Name(s): Wallace, Mitchel ███  W/M

**Suspect Information:**    Name(s): Unknown at this time  B/M

| | | |
|---|---|---|
| **High Profile:** | Yes | |
| **Drug Related:** | Unk | |
| **Gang Related:** | Unk | |
| **City Employee:** | Yes | **City Employee Name:** |

## Incident Description

On May 28, 2019, at approximately 8:00pm, officers were dispatched to a mental health (46A) man with a gun at 7525 C.F. Hawn Freeway. On arrival officers observed an unidentified black male under a parked van holding a pistol. Officers gave the subject verbal commands to drop the weapon and crawl out from underneath the van which the subject ignored. Several attempts to communicate with the subject failed and officers tased the subject twice which appeared to have no effect. The subject continued to roll underneath the vehicle displaying the weapon and Officer J. Gribbon #10116 discharged his weapon one time toward the subject. The subject began to crawl from the vehicle and officers were able to place the subject into custody. Officers attempted to provide first aid and could not find a defect on the subject. The subject appeared to be having a medical emergency from the ingestion of an unknown substance and was transported to Baylor Hospital by DFR for medical attention.

A black handgun believed to be the subjects was recovered at the location. Dash cam video and body worn camera video was reviewed at the scene and at SIU. Witness officers provided a walk through and reported to SIU and wrote statements. The involved officer was requested to provide a walk-through, provide a blood specimen, and write a statement which was declined through his attorney at the scene. The involved officer agreed to report to SIU on Friday, May 31, 2019 to provide a written statement.

The subject did not have any identifiers on his person and is being fingerprinted at the hospital. The subject was sedated at the hospital by medical staff and could not be interviewed. The subject remains in critical condition.

No officers were injured during the incident. The subject will be charged with Aggravated Assault.

This is an on-going investigation.

# COMMUNITY SHOOTING SUMMARY

**CASE:** 106952-2019                    **COUNCIL DIST:** 8

**LOCATION:** 7525 C.F. Hawn Fwy          **COUNCIL MEMBER:** Tennell Atkins

**DATE:** May 28, 2019                    **TIME:** 8:00 p.m.

**SUBJECT:**

Unidentified B/M

## SYNOPSIS OF SHOOTING BASED ON THE WITNESS ACCOUNT:

Officers responded to a call regarding a male with a gun. Officers observed the subject under a vehicle displaying a weapon. The subject would not obey commands to drop the pistol and an officer discharged his weapon one time. The subject was not struck and was transported to the hospital due to intoxication of an unknown substance. No Officers were injured in the incident.

Lance Hunter
Lieutenant of Police
Homicide/SIU
Criminal Investigation Division
Investigations and Tactical Support Bureau

COMPLAINANT: **City of Dallas**                    SERVICE #:106952-2019
                                        FOR DET. : **B. BILLINGS, #7626**

### INVESTIGATIVE INFORMATION

SUBMITTING OFFICER: Det. Billings#7626  DATE:05/28/19

INFO OBTAINED VIA:  IN PERSON

OBTAINED ON DATE:  05/29/19                AT TIME:   12:30 a.m.


TOPIC: OIS

NARRATIVE: On 05/28/19 SIU Detectives Billings#7626, Whitaker#6954, Shelton#7760, and Sgt. Woodham#8354 responded to the OIS at 7525 CF Hawn Frwy (5 Ponny's Truck Sales). Suspect (who has not been identified yet) showed up to location with a handgun pointed it at Complainant Mitchell Wallace and threatened him. Complainant Wallace retrieved his own handgun and confronted the Suspect. The Suspect then held his gun to his throat and threatened to kill himself. Witness Wallace observed this. The Suspect then crawled under a white van in the parking lot with the gun and was found by responding Officers Nelson#11280, Foster#11272, Sgt. Nosworthy#5882, Mulrenan#10988, Rayas#10984, Rushing#9694, and involved Officer Gribbon#10116. Officers saw the Suspect under the van holding a gun. His was facing away from them with his feet towards them. Officers gave loud verbal commands to drop the weapon, which the Suspect ignored. The Suspect continued to roll back and forth with the gun in his hand pointing it at Sgt. Nosworthy. Officer Foster was to the right of the other Officers giving commands and when the Suspect turned away from him he fired his Taser into the Suspect's back. The Taser was not effective enough to make the Suspect drop his handgun. Almost instantaneously Sgt. Nosworthy fired his Taser at the Suspect and Officer Gribbon fired his handgun at the Suspect. Sgt. Nosworthy's Taser did connect with the Suspect but it did not have any effect. Officer Gribbon's shot from his handgun missed the Suspect and struck the white van's front right wheel well. The Suspect then shifted towards Officer Foster, who grabbed him and pulled him out from under the van. Officer Foster then grabbed the Suspect's hands to secure the gun. Officer Foster took the gun away from the Suspect while Officer Rayas placed the Suspect in handcuffs. The Suspect was then carried away from the van and checked for injuries. The Suspect appeared to be in medical distress and was transported to Baylor Hospital by DFR.

CSRU responded and processed the crime scene. I/O Billings requested that all evidence be brought to SWIFS and that the Suspect's handgun be processed for fingerprints and DNA.

Officers Foster, Nelson, Mulrenan, Rayas, and Sgt. Nosworthy all gave walkthroughs in the presence of Det. Billings, Det. Whitaker, Sgt. Woodham, IAD Detective Young, CSRU Justin McDonnell#T237, and DA representatives Tracy Dotson and Mischeka Nicholson.
Involved Officer Gribbon was represented at the scene by DPA attorney

Follow up required: Yes          No          Key words:_____

Supervisor Approval: _____     _____     App 00202
Billings Inv Note 106952 2019

Zack Horn. Det. Billings asked Mr. Horn if his client would be willing to give a blood sample, a walkthrough, and a statement. Mr. Horn declined all three requests and an appointment for Officer Gribbon to give a statement was made for Friday May 31st, 2019 at 9:00 a.m.

Officers Foster, Nelson, Rayas, Mulrenan, Sgt. Nosworthy all reported to SIU and provided written statements.

The Suspect remains at Baylor Hospital and is non responsive at this time. CSRU responded to Baylor and took fingerprints of the Suspect to have him identified. CSRU gave the fingerprints to Det. Billings. The prints were then given to Officer Rayas to bring to the jail to have Sgt. Mack send them to the FBI to identify the Suspect. The prints will then be returned to Det. Billings by Officer Rayas and Mulrenan.

LOW UP REQUIRED:        YES        NO               KEY WORDS:_____

COMPLAINANT:                                    SERVICE #:106952-2019
                                        FOR DET:  C. RAMIREZ, #7386

### INVESTIGATIVE INFORMATION

SUBMITTING OFFICER:  Det. C. Ramirez, #7386   DATE:      05/28/19

INFO OBTAINED VIA:   In Person

OBTAINED ON DATE:    05/28/19              AT TIME:  8:30 p.m.


TOPIC: OIS - Contact with officers at the Baylor Hospital and at DPD
       police headquarters

NARRATIVE:

On May 28, 2019, at approximately 8:30 p.m., Assisting Detective
Christine Ramirez, #7386, was informed by Sergeant Sim Woodham,
#8394, to report to Baylor Medical Center located at 3500 Gaston
Avenue in Dallas, Texas.  There was an Officer Involved Shooting on
Channel 3 (Southeast Patrol Division). Sgt. Woodham asked me to meet
with Officers Sergio Ortiz, #10693, and Kevin T. Yeatman, #10695, at
the hospital.

Detective Ramirez arrived at the hospital at approximately 9:30 a.m.
and met with Officers Sergio Ortiz, #10693; Kevin Yeatman, #10695;
Sergio Garcia, #10929; and Mark Ayala, #11228 in the Emergency Room
of Baylor Hospital. Detective Ramirez spoke with each officer
individually.

### Officer Sergio Ortiz, #10693

Officer Ortiz stated he heard over the radio about a signal 46 at an
address on CF Hawn east of Elam Rd.  He stated he was working C346
with his partner, Officer Yeatman, #10695.  When they arrived, he
saw Officer Mulrean escorting the suspect to the sidewalk.   He
stated the suspect at that point seemed alert and was looking around
before he was placed in the ambulance.    Officer Ortiz observed
scrapes on the suspect's leg. He believed he got them from crawling
underneath the vehicle. He stated he, his partner, and Element F315
(Officers Mark Ayala, #11228, and Sergio Garcia, #10929) transported
the suspect to Baylor Hospital. He stated his partner and Officer
Garcia got in the back of the ambulance with the suspect.     The
suspect had a heart rate of 150 to 160.  He was intubated at the
hospital.

He described the suspect as a black male in his 30's.

### Officer Kevin Yeatman, #10695

Officer Yeatman stated he was working C346 with his partner, S.
Ortiz.  They were at the property room and heard about the signal 46
call.   They went code 3 to the offense location regarding a male

Follow up required: Yes        No         Key words:_____

Supervisor Approval: _____          _____  App 00204
Inv Note - Hospital contact.Ramirez 05-28-19

with a gun.  He stated Sgt. Nosworthy contacted them to make sure
they were enroute and about to arrive.  He stated they were at Lake
June and CF Hawn when the heard over the radio ''shots fired''.  They
arrived at the scene about 30 seconds later.    He observed the
officers carrying the suspect to the sidewalk, and Dallas Fire
Rescue was down the street near the scene.

Officer Yeatman stated he and Officer Garcia rode in the back of the
ambulance with the suspect. He stated the suspect was not doing
anything in the back of the ambulance. The suspect was handcuffed,
but he could not tell if the suspect was awake.   He observed Taser
probes near the suspect.    He stated Dallas Fire Rescue did pre -
prep stuff on the suspect.

Officer Yeatman stated Officer Ayala and Ortiz followed behind the
ambulance to the hospital.   He observed white foam on the suspect's
mouth. He stated the suspect was in Room B17 for x-rays and taken to
T3. He does not know if the suspect was alert.   He stated the
suspect's eyes were open, but he was out. Not responsive.

## Officer Sergio Garcia, #10929

Officer Garcia was working F315 with his partner, Mark Ayala,
#11228.  Officer Garcia stated he was at the station working on a
crash report when they both heard ''shots fired'' at the location.
They arrived at the scene.  They were on the service road of CF Hawn
and Elam.   They walked to the business to the actual scene. They
heard over the radio an unknown officer (believed to be C398) say
''shots fired''.   They arrived at the scene and were told to go in
the ambulance with the suspect.  He observed the suspect's eyes were
open with white foam on his mouth. He also observed Taser wire
around the body.   Dallas Fire Rescue checked the body and did not
see any gunshot wound and no blood on him.        They observed him
place an IV on the suspect.  He has never dealt with the suspect.

He described the suspect as 5'8'', thin built, black male, early
20's.   Suspect had tattoos on his chest. Officer Garcia does not
know the medical condition of the suspect.

## Officer Mark Ayala, #11228

Officer Ayala stated he and his partner, Officer Garcia, were at the
station working on reports and overheard Sgt. Nosworthy (C350) over
the radio telling elements to keep the radio clear.   He stated it
was quiet and then heard ''shots fired''. He and his partner ran to
their vehicle to Jim Miller and Elam.   They arrived at the scene and
Sgt. Helm told them to block off the streets, the first street (does
not recall the name).   They then walked to the scene.   The sergeant
told Sergio Ortiz to get in the ambulance.   The officers were then
placed in the back of the ambulance.   He stated at first the
suspect was on the floor with prongs on the left side, but not
attached.    Officers at the scene believed the suspect was on
cocaine.   The call sheet stated he took drugs and was upset about
his daughter.

App 00205

LOW UP REQUIRED:      YES        NO              KEY WORDS:_____

None of the officers knew who shot the suspect.

Notes:

At the hospital, the suspect was moved to the Roberts Building, Room R708.   Medical staff members were working on the suspect. Nurse Practioner Adrian and Head Nurse Heather P. along with other medical staff attended to the suspect.   The suspect was sedated and his heart rate was at 146.   Nurses stated the suspect was in respiratory distress. The suspect was admitted under the name of Kappa Eighteen with DOB: 01-01-1901.   Detective Ramirez left a business card with Officer Sergio Ortiz and with the medical personnel.     PES was requested to fingerprint the suspect.   PES had been at the hospital earlier to take photographs of the suspect.

Officers Garcia, Ortiz, and Yeatman will be going to the Special Investigations Unit tomorrow (May 29, 2019) around 3 p.m. to give their written statement.   Officer Ayala will be in on Friday, May 31, 2019 at 3p.m. to give his statement.

Detective Ramirez left the hospital at 10:40 p.m. and went to Dallas Police Headquarters and took witness officer statements.

On May 29, 2019, at 12:04 a.m., Detective Ramirez returned Major Weddington's missed call. He was inquiring about the suspect's status and wanted the doctor's name and number. Detective Ramirez texted him the suspect's room number at the hospital. Major Wedding stated he spoke with the medical staff that were still working on suspect and stated the suspect will make it.

Officer Ortiz called and gave me Nurse Heather P.'s contact number of 214-821-5990.

Detective Ramirez continued to work on getting statements from the officers at police headquarters.

App 00206

LOW UP REQUIRED:      YES          NO              KEY WORDS:_____

COMPLAINANT: Wallace, Mitchell                    SERVICE #: 106952-2019
                                                  FOR DET.: Shelton

## INVESTIGATIVE INFORMATION

SUBMITTING OFFICER: Cayce Shelton, #7760        DATE: 5-29-19

INFO OBTAINED VIA: In person

OBTAINED ON DATE: 5-29-19      AT TIME:


        TOPIC: Lynda Wallace interview

NARRATIVE:

On May 28, 2019, I, Detective Cayce Shelton, #7760,
interviewed witness Lynda Wallace in room #4 at HQ/Homicide.
She is identified as follows:

**Lynda Wallace**
W/F/ 


A brief summery of her statement follows:

She was in the parking lot on her property with her daughter
and husband when she heard someone mumbling.  She turned
around and observed the suspect, a black male with no shirt,
dark pants, and foam or white ''stuff'' coming from his
mouth.  As the suspect approached her, she observed him
holding a pistol near his waist.  She then told her daughter
to run inside the office and call 911.  After her daughter
ran, the suspect pointed the pistol at his (suspect) neck and
stated ''I want to die''.  She then ran inside the office and
got on the phone with 911.  She locked the door and could
hear her husband talking with the suspect.  While on the
phone with 911, she went to the roof and looked at her
husband and suspect.  She couldn't see her husband and
therefore ran next door with her daughter.  While she was
inside she could hear her husband yell to the officers to not
shoot the suspect.  She also heard the officers yelling at
the suspect to drop the gun.  She then heard two ''shots''.
She described the first shot as a quieter shot compared to
the second shot.  After the gunshots she looked outside and
saw the officers taking the suspect to the road.  She then
went to her husband and made sure he was ok.  She has never
seen the suspect before.  She was not sure if the suspect
pointed the pistol at her or her family.  She stated it
happened so fast that all she saw was the suspect point the
pistol at himself.

1

Follow up required: Yes          No          Key words:_____

Supervisor Approval: _____   _____   App 00207
Lynda Mitchell note

COMPLAINANT: Wallace, Mitchell                    SERVICE #: 106952-2019
                                                  FOR DET.: Shelton

## INVESTIGATIVE INFORMATION

SUBMITTING OFFICER: Cayce Shelton, #7760          DATE: 5-29-19

INFO OBTAINED VIA: In person

OBTAINED ON DATE: 5-29-19          AT TIME:


        TOPIC: Alexandria Wallace interview

NARRATIVE:

On May 28, 2019, I, Detective Cayce Shelton, #7760,
interviewed witness Lynda Wallace in room #5 at HQ/Homicide.
She is identified as follows:

**Alexandria Wallace**
W/F/ ████████
███████████
███████

A brief summery of her statement follows:

She was in the parking lot with her mother and father.  She
heard a voice nearby but could not make out any words.  She
did not see the suspect from where she stood but saw her
father pull his gun from his pocket.  She then heard vaguely
that the suspect was wanting to kill himself.  Her mother
told her to go inside the office and call 911.  She ran
inside and never got to see the suspect.  She called 911 from
her mother's phone as her mother ran inside.  She handed the
phone to her mother and remained inside until her mother came
inside to get her.  She opened the window to hear the event.
She heard the Officers yelling at the suspect to drop the
weapon.  She did not hear the suspect speaking or yelling any
longer.  She then saw the Officers surrounding the van as
they were yelling at the suspect.  As she and her mother were
moving from the office to the house next door, she heard two
gunshots.  The first gunshot was quieter, then a 5 second
pause then the second louder gunshot.  She stated she has not
seen the suspect before.

---

1

Follow up required: Yes          No          Key words:_____

Supervisor Approval:_____          _____  App 00208
Alexandria Wallace note

# EXECUTIVE SHOOTING SUMMARY

**CASE:** 106952-2019

**COUNCIL DIST:** 8

**LOCATION:** 7525 C F Hawn Fwy

**COUNCIL MEMBER:** Tennell Atkins

**DATE:** May 28, 2019

**TIME:** 8:00 p.m.

**INVOLVED OFFICERS:**
Senior Corporal Jason Gribbon, #10116

**TENURE:**
9 Years 4 Months

**DUTY STATION:**
Southeast Patrol 3rd Watch

**SUBJECT:**
**Rashad Manning**

### SYNOPSIS OF SHOOTING BASED ON THE WITNESS ACCOUNT:

On May 28, 2019, at approximately 8:00pm, officers were dispatched to a mental health (46A) man with a gun at 7525 C.F. Hawn Freeway. On arrival officers observed an unidentified black male under a parked van holding a pistol. Officers gave the subject verbal commands to drop the weapon and crawl out from underneath the van which the subject ignored. Several attempts to communicate with the subject failed and two officers fired their tasers. One officer fired 6 times and the other two times, which appeared to have no effect. The subject continued to roll underneath the vehicle displaying the weapon and Officer J. Gribbon #10116 discharged his weapon one time toward the subject. The subject began to crawl from the vehicle and officers were able to place the subject into custody. Officers attempted to provide first aid and could not find a defect on the subject. The subject appeared to be having a medical emergency from the ingestion of an unknown substance and was transported to Baylor Hospital by DFR for medical attention.

A black handgun believed to be the subjects was recovered at the location. Dash cam video and body worn camera video was reviewed at the scene and at SIU. Witness officers provided a walk through and reported to SIU and wrote statements. The involved officer was requested to provide a walk-through, provide a blood specimen, and write a statement which was declined through his attorney at the scene. The involved officer agreed to report to SIU on Friday, May 31, 2019 to provide a written statement.

The subject did not have any identifiers on his person and was later identified as Rashad Manning. The subject was sedated at the hospital by medical staff and could not be interviewed. The subject remained in critical condition until July 28, 2019 when he died. A blood specimen was taken from subject Manning when he was initially admitted to the hospital. The results of the toxicology showed he was under the influence of cocaine, opiates, marijuana and stimulants amphetamine and methamphetamine.

There has been no ruling from the medical examiner on cause of death. This case was sent to the District Attorneys office on September 12, 2019. The case has not moved forward due to no cause of death being attributed. A meeting was scheduled with the Madden family on June 11th, in which they failed to show up.

Shooting Summary
Page 2


Lance Hunter
Lieutenant of Police
Homicide/SIU
Crimes Against Persons Division
Investigations Bureau

**Billings, Brewster**

| | |
|---|---|
| **From:** | Hunter, Lance |
| **Sent:** | Thursday, December 12, 2019 12:45 PM |
| **To:** | Billings, Brewster; Lee, Vincent |
| **Subject:** | Fwd: Rashad Akeem Madden |

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "Walton, Nicole" <nicole.walton@dpd.ci.dallas.tx.us>

Date: 12/12/19 12:33 PM (GMT-06:00)

To: "Newsome, Janella" <janella.newsome@dpd.ci.dallas.tx.us>, "Mitchell, Warren"

<warren.mitchell@dpd.ci.dallas.tx.us>, "Black, Demarquis" <demarquis.black@dpd.ci.dallas.tx.us>,

"Gutierrez, Melinda" <melinda.gutierrez@dpd.ci.dallas.tx.us>

Cc: "Williams, Danny" <danny.williams@dpd.ci.dallas.tx.us>, "Hunter, Lance"

<lance.hunter@dpd.ci.dallas.tx.us>, "Johnson, Calvin" <calvin.johnson@dpd.ci.dallas.tx.us>, "Ramirez,

Reuben" <reuben.ramirez@dpd.ci.dallas.tx.us>, "Alex, Monique" <monique.alex@dpd.ci.dallas.tx.us>

Subject: FW: Rashad Akeem Madden

**FYI**

the related case numbers are **106952-2019** (May 29, 2019) and **111841-2019** (June 4, 2019)
The involved officer is **Jason Gribbon #10116,** SE 3rd watch

**From:** Walton, Nicole <nicole.walton@dpd.ci.dallas.tx.us>
**Sent:** Thursday, December 12, 2019 12:26 PM
**To:** Lynnanne Nguyen <Lynnanne.Nguyen@FOXTV.COM>; Police Public Information Office <pio@dpd.dallascityhall.com>
**Cc:** Gillian Hughes <gillian.hughes@foxtv.com>
**Subject:** RE: Rashad Akeem Madden

**Lynn and Gillian,**

The officers were no billed by the grand jury. For the status and outcome of the IAD investigation the information will
have to be requested as an open records request. Our office does not have access to IAD investigations, and It is the
practice of the IAD unit to only release information related to an open records request.

Nicole

**From:** Lynnanne Nguyen <Lynnanne.Nguyen@FOXTV.COM>
**Sent:** Thursday, December 12, 2019 10:05 AM
**To:** Police Public Information Office <pio@dpd.dallascityhall.com>
**Subject:** Rashad Akeem Madden

App 00211

External Email!

Good morning,
Do you have any updates on the investigation into Rashad Madden's death stemming from an arrest in May 28 earlier this year?
What is the status of the officers who used force?

Thank you,

Lynnanne Nguyen
Reporter – FOX4 News
C. 469.818.9107



**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.

App 00212



JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

June 4, 2019

Office of the Attorney General
Open Records Division
P.O. Box 12548
Austin, TX 78711-2548

Re: Open Records Request for information regarding an aggravated assault offense
concerning the investigation of an officer involved shooting that occurred at 7525
C.F. Hawn Freeway, Dallas, Texas on 5/28/2019

Dallas Police Department Case Number 106952-2019

Dear General Paxton:

I am an Assistant District Attorney with the Dallas County District Attorney's
Office. In my capacity as an Assistant District Attorney, I am an attorney for the State of
Texas. There has been an Open Records Request made to the Dallas Police
Department (DPD) for a copy of the case file related to an offense of aggravated assault
concerning the investigation of an officer involved shooting that occurred at 7525 C.F.
Hawn Freeway, Dallas, Texas, on May 28, 2019. The subject of the investigation is
Rashad Madden. DPD is continuing its investigation. Any resulting charges from this
incident will be handled by the Dallas County District Attorney's Office. As prosecutors,
the Dallas County District Attorney's Office objects to the release of any of the
requested information in this case.

The requested information contains information held by a law enforcement
agency or prosecutor that deals with the detection, investigation, or prosecution of
crime, the release of which would interfere with the detection, investigation, or
prosecution of crime. *See* Tex. Gov't Code Ann. § 552.108(a). In addition, the records
are an internal record or notation of a law enforcement agency or prosecutor that are
maintained for internal use in matters relating to law enforcement or prosecution, the
release of which would interfere with law enforcement or prosecution. *See* Tex. Gov't
Code Ann. § 552.108(b).

Additionally, the requested information should be excepted from disclosure under
the Public Information Act's pending litigation exception. *See* Tex. Gov't Code Ann. §
552.103(a) (stating that information is excepted from disclosure if it is information
relating to litigation of a civil or criminal nature to which the State or a political

Frank Crowley Courts Building, 133 North Riverfront Boulevard, LB-19 Dallas, Texas 75207-4399  (214) 653-3600

subdivision is or may be a party). The Dallas County District Attorney's Office is, as the prosecuting agency in criminal cases, necessarily a party to any criminal litigation that will arise regarding the requested records. *See* Tex. Gov't Code Ann. § 552.103(b).

Accordingly, this office seeks a determination that the requested information is and will remain excepted from disclosure pursuant to §§ 552.108 and 552.103 of the Government Code.

Sincerely,

*/s/ Michael J. Sandlin*
Michael J. Sandlin
Assistant District Attorney
Dallas County District Attorney's Office
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207

**JUSTIN A. MOORE**
Attorney At Law

Justin A. Moore, Esq
Attorney At Law
**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**
**June 11, 2019**

**CONTACT: JUSTIN MOORE**
**(214) 794-1069**
justin@moorejustice.net

| | |
|---|---|
| **Who:** | **JUSTIN MOORE (Attorney for Rashad Madden)** |
| **What:** | **Writ of Habeas Corpus filed for Rashad Madden** |
| **When:** | **10:30 am; June 11, 2019** |
| **Where:** | **Frank Crowley Courts Building 133 N. Riverfront Blvd, 6th Floor, Dallas, Texas 75207** |

## BLACK MALE RUMORED BRAIN DEAD AFTER BEING TASED BY DALLAS POLICE HAS BEEN DENIED BAIL. FAMILY DEMANDS THAT HE BE PROVIDED BAIL AND THEY WANT ANSWERS.

Dallas County, TX- On May 28, 2019, Rashad Madden, a 28 year old black male, ended up in Baylor Hospital unconscious after being brutalized by officers from DPD. The facts surrounding this interaction are a mystery, as the agency has avoided providing Rashad's family any information. What's known is that Rashad is in police custody at Baylor Hospital and he is rumored to be "brain dead." His family is not being provided access to him and they are unable to make any decisions for his health care due to the fact that he has been denied bail. This is grossly unacceptable.

This incident highlights the inhumanity of our criminal justice system. There is an obvious use of force issue here. Furthermore, no person should be brutalized to the brink of death, and then subsequently be hidden from his family due to being denied bail. Rashad and his family deserve better than this. They should be afforded the opportunity to bail Rashad out and they demand to know why he lies in a hospital bed unconscious due to the use of force by DPD.

The question of how crime is policed in Dallas is becoming a hotly contested issue. Because of this, there has been an increased call for a return to "tough on crime" policies that tend to lead to a heightened degree of deadly police-civilian interactions. If DPD and its leadership decide to take this route of over policing, transparency becomes even more important in use of force cases such as Rashad's.



**JUSTIN A. MOORE**
Attorney At Law

Justin A. Moore, Esq
Attorney At Law
**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**                    **CONTACT: JUSTIN MOORE**
**June 11, 2019**                                   (214) 794-1069
                                            justin@moorejustice.net

| | |
|---|---|
| Who: | JUSTIN MOORE (Attorney for Rashad Madden) |
| What: | Writ of Habeas Corpus filed for Rashad Madden |
| When: | 10:30 am; June 11, 2019 |
| Where: | Frank Crowley Courts Building 133 N. Riverfront Blvd, 6th Floor, Dallas, Texas 75207 |

**BLACK MALE RUMORED BRAIN DEAD AFTER BEING TASED BY DALLAS POLICE HAS BEEN DENIED BAIL. FAMILY DEMANDS THAT HE BE PROVIDED BAIL AND THEY WANT ANSWERS.**

Dallas County, TX- On May 28, 2019, Rashad Madden, a 28 year old black male, ended up in Baylor Hospital unconscious after being brutalized by officers from DPD. The facts surrounding this interaction are a mystery, as the agency has avoided providing Rashad's family any information. What's known is that Rashad is in police custody at Baylor Hospital and he is rumored to be "brain dead." His family is not being provided access to him and they are unable to make any decisions for his health care due to the fact that he has been denied bail. This is grossly unacceptable.

This incident highlights the inhumanity of our criminal justice system. There is an obvious use of force issue here. Furthermore, no person should be brutalized to the brink of death, and then subsequently be hidden from his family due to being denied bail. Rashad and his family deserve better than this. They should be afforded the opportunity to bail Rashad out and they demand to know why he lies in a hospital bed unconscious due to the use of force by DPD.

The question of how crime is policed in Dallas is becoming a hotly contested issue. Because of this, there has been an increased call for a return to "tough on crime" policies that tend to lead to a heightened degree of deadly police-civilian interactions. If DPD and its leadership decide to take this route of over policing, transparency becomes even more important in use of force cases such as Rashad's.

---



Justin Moore
Follow · 11 hrs ·

Everyone meet Rashad Madden. He is a father, a brother and son. He is loved by a big family. Rashad for the past two weeks has been said to be brain dead in police custody due to being tased numerous times, shackled to a hospital bed. His family has been denied the opportunity to see him and they have also been denied the ability to post bail so they can make crucial decisions concerning his health care. Essentially, Rashad was brutalized by police, denied bail, and is languishing in a hospital while his family has no clue if he will live. They need answers and Rashad needs to be given bail so his loved one can care for him. This is sick and inhumane. Call DPD (214) 671-3001 to let it be known that they cannot treat citizens in this manner...



4                                              1 Comment 3 Share

| Like | Comment | Share |
|---|---|---|

Most Relevant

Sandra Jones Prayers
Like · Reply · 3h

Write a comment...
Press Enter to post

---

**Billings, Brewster**

| | |
|---|---|
| **From:** | Billings, Brewster |
| **ent:** | Monday, December 30, 2019 10:27 AM |
| **To:** | 'Mischeka.Nicholson@dallascounty.org'; 'Kevin Feinglas' |
| **Subject:** | Rashad Madden Autopsy |
| **Attachments:** | 106952 2019 Madden Autopsy.pdf |

Here is the Autopsy Report for Rashad Madden. I just received it today.



**Brewster Billings, #7626**
*Detective – Special Investigations Unit*
**City of Dallas | DallasPolice.net**
Dallas Police Department
1400 S. Lamar St.
Dallas, TX 75215
O:  (214) 671-3083
brewster.billings@dallascityhall.com

  

*`**OPEN RECORDS NOTICE: This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request.  Please respond accordingly.**`*

App 00217

# FAX CONFIRMATION

**Result:** **Success**

Sent by:
Name:        Walkup
Voice Number:
Fax Number:
RightFax ID:   WALKUP

Sent to:
Name:        Fax User
Company:
Number/Address: 92146705100
Voice Number:
Remote CSID:    City of Dallas



## FAX COVER SHEET



Detective B. Billings #7626
**DALLAS POLICE DEPARTMENT**
CRIMES AGAINST PERSONS DIVISION
SPECIAL INVESTIGATIONS UNIT
1400 SOUTH LAMAR STREET
DALLAS, TX 75215
(214) 671-3083
(214) 670-8675 (FAX)
brewster.billings@dallascityhall.com

TO: Dolores Dunn

FROM: Det. B .Billings #7626

FAX NUMBER: (214) 670-5100

REMARKS: PLEASE RESPOND AS SOON AS POSSIBLE

TOTAL NUMBER OF SHEETS INCLUDING COVER SHEET: 3

IF YOU DID NOT RECEIVE ALL PAGES CONTACT US IMMEDIATELY.

### Details:

Type: Fax

Cover Sheet: has a cover page
Body Pages: 3

Billing Code #1:
Billing Code #2:

Unique ID:   WAL5E00D0D6A0E2
Fax Channel: 0

Scan Device:

Scanned at:   Mon Dec 23 14:36:05 2019
Submitted at:  Mon Dec 23 14:36:06 2019
Completed at: Mon Dec 23 14:44:24 2019

App 00218

# FAX COVER SHEET



DFR
attn: Dolores Dunn
Fax # 214-670-5100
Ofc # 214-670-4311

## Detective B. Billings #7626
# DALLAS POLICE DEPARTMENT
### CRIMES AGAINST PERSONS DIVISION
### SPECIAL INVESTIGATIONS UNIT
### 1400 SOUTH LAMAR STREET
### DALLAS, TX 75215
### (214) 671-3083
### (214) 670-8675 (FAX)
brewster.billings@dallascityhall.com

**TO:** Dolores Dunn

**FROM:** Det. B .Billings #7626

**FAX NUMBER:** (214) 670-5100

**REMARKS:** PLEASE RESPOND AS SOON AS POSSIBLE.

**TOTAL NUMBER OF SHEETS INCLUDING COVER SHEET: 3**

IF YOU DID NOT RECEIVE ALL PAGES CONTACT US IMMEDIATELY.

Created 2/1/2012

| Patient name: Rashad Madden | | | |
|---|---|---|---|
| Incident # | DOB | Age | Gender |
| 2019122365 | 7-10-90 | 28 | M |

Release or Share



# Government Agency Request for Release of Protected Health Information

Note: This authorization will be returned and no record released if incomplete. Please use Black or Blue ink.  Page 1 of 2

| Patient | Previous last name (if any) Rashad Madden | | |
|---|---|---|---|
| | Address 2020 Grand Cayman Way | | Day time phone number |
| | City Mesquite | State TX | Zip 75149 |
| Who has the information that is to be released | Name DALLAS FIRE-RESCUE | Phone number 214/ 670-4311 | Fax N/A |
| | Address 1551 Baylor Street Suite 300 | | |
| | City Dallas | State Texas | Zip 75226 |
| Whom should the information be released to (Please attach a copy of govt. ID) | Agency or department name Dallas P.D. | Phone number 214-671-3083 | Fax 214-670-8675 |
| | Name of requestor Det. B. Billings | Title Detective | Email brewster.billings@dallascity hall.ca |
| | Address 1400 S. Lamar St | | Badge number (if applicable) 7626 |
| | City Dallas | State TX | Zip 75215 |
| Medical records to be disclosed Check (☑) box of the record to be released per this request | Medical records: <br> ☒ Patient Care Report  Date of Service: 5-28-19    Incident Number: 2019122365 <br> ☐ Billing Records  ☐ Other, specify _____ | | |
| Type of Access Requested | ☒ Copy  ☐ Inspect | Method of Release  ☒ Mail  ☐ Pick-up | |
| Purpose for the legal exception, 45 C.F.R. §§ 160 & 164 (2002) | ☐ Activities involving Public Health   ☐ Health oversight activities <br><br> ☐ Child Abuse or Neglect Investigation   ☐ Judicial and administrative proceedings <br><br> ☐ Adult abuse, neglect, or domestic violence investigation <br><br> ☒ Limited law enforcement purposes (As required by law) <br><br> ☐ Decedents <br><br> ☐ Serious threat to health or safety <br><br> ☐ Other specialized government functions (Corrections and lawful custody, public benefits, Workers Compensation, employers (public health activities)) <br><br> ☐ Other, specify _____ | | |

Created 2/1/2012

Page 2 of 2

Pa ent name: _Rashad Madden_

Pursuant to the Standards for Privacy of Individually Iden    able Health Informa  on, 45 C.F.R. §§ 160 & 164 (2002), I cer  fy that:

(a)  The informa  on sought is related and material to legi  mate government inquiry;
(b)  Use of this disclosure is limited in scope to the purpose for which the informa  on is sought and was released; and
(c)  De-iden    ed informa  on cannot be reasonably used

(Signature of Requestor)                    7626

_12-23-19_
(Date)

Dallas Fire Department:

☐ Approved        ☐ Declined/Reason: _____

                Process Date: _____

                Processed By: _____

**Billings, Brewster**

| | |
|---|---|
| From: | Billings, Brewster |
| Sent: | Friday, September 13, 2019 8:34 AM |
| To: | Thomas, Maurice |
| Subject: | Case#106952-2019 |

Mr. Thomas,

I never received the Leica P#) 3D Scan or the sketch with measurements and final diagram for this case. Is there any way that I can this information, the District Attorney is asking for it.

Thanks



**Brewster Billings, #7626**
*Detective — Special Investigations Unit*
**City of Dallas | DallasPolice.net**
Dallas Police Department
1400 S. Lamar St.
Dallas, TX 75215
O: (214) 671-3083
brewster.billings@dallascityhall.com

  

*\*\*OPEN RECORDS NOTICE: This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.\*\**

1

## Billings, Brewster

| | |
|---|---|
| **From:** | Billings, Brewster |
| **Sent:** | Friday, September 13, 2019 8:35 AM |
| **To:** | George Lewis |
| **Subject:** | RE: Rashad Madden Case 106952-2019 |

George,

I just looked in the file and realized that I never received it from crime scene. I have emailed the supervisor in crime scene and requested it. Sorry for the inconvenience. I will get it to you as soon as I have it.

**From:** George Lewis [mailto:George.Lewis@dallascounty.org]
**Sent:** Thursday, September 12, 2019 3:35 PM
**To:** Billings, Brewster <brewster.billings@dpd.ci.dallas.tx.us>
**Subject:** Rashad Madden Case 106952-2019

### External!

Det. Billings,

When you get a moment, can you email me a copy of the crime scene report? The document attached is what is contained in the file; it is cut off on the side and appears incomplete. Thanks in advance.

George B. Lewis II
Assistant District Attorney
Dallas County District Attorney's Office
Public Integrity Division – Civil Rights Unit
(214) 653-3713

**CAUTION:** This email originated from outside of the organization. Please, do not click links or open attachments unless you recognize the sender and know the content is safe.

App 00223

**Billings, Brewster**

| | |
|---|---|
| **From:** | Billings, Brewster |
| **Sent:** | Tuesday, August 20, 2019 10:22 AM |
| **To:** | 'Heather Francis' |
| **Subject:** | Autopsy Reports |

Ms. Francis,

I am needing the autopsy reports on Rashad Madden B/M ████████ and Juan Segovia L/M ████████. Could you let me know if they are done and ready to be sent over to me.

Thanks



**Brewster Billings, #7626**
*Detective – Special Investigations Unit*
**City of Dallas | DallasPolice.net**
Dallas Police Department
1400 S. Lamar St.
Dallas, TX 75215
O: (214) 671-3083
brewster.billings@dallascityhall.com



*\*\*OPEN RECORDS NOTICE: This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.\*\**

App 00224

JUSTIN A. MOORE
Attorney At Law

Justin A. Moore, Esq
Attorney At Law
**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**
**June 11, 2019**

**CONTACT: JUSTIN MOORE**
**(214) 794-1069**
justin@moorejustice.net

| | |
|---|---|
| **Who:** | **JUSTIN MOORE (Attorney for Rashad Madden)** |
| **What:** | **Writ of Habeas Corpus filed for Rashad Madden** |
| **When:** | **10:30 am; June 11, 2019** |
| **Where:** | **Frank Crowley Courts Building 133 N. Riverfront Blvd, 6th Floor, Dallas, Texas 75207** |

## BLACK MALE RUMORED BRAIN DEAD AFTER BEING TASED BY DALLAS POLICE HAS BEEN DENIED BAIL. FAMILY DEMANDS THAT HE BE PROVIDED BAIL AND THEY WANT ANSWERS.

Dallas County, TX- On May 28, 2019, Rashad Madden, a 28 year old black male, ended up in Baylor Hospital unconscious after being brutalized by officers from DPD. The facts surrounding this interaction are a mystery, as the agency has avoided providing Rashad's family any information. What's known is that Rashad is in police custody at Baylor Hospital and he is rumored to be "brain dead." His family is not being provided access to him and they are unable to make any decisions for his health care due to the fact that he has been denied bail. This is grossly unacceptable.

This incident highlights the inhumanity of our criminal justice system. There is an obvious use of force issue here. Furthermore, no person should be brutalized to the brink of death, and then subsequently be hidden from his family due to being denied bail. Rashad and his family deserve better than this. They should be afforded the opportunity to bail Rashad out and they demand to know why he lies in a hospital bed unconscious due to the use of force by DPD.

The question of how crime is policed in Dallas is becoming a hotly contested issue. Because of this, there has been an increased call for a return to "tough on crime" policies that tend to lead to a heightened degree of deadly police-civilian interactions. If DPD and its leadership decide to take this route of over policing, transparency becomes even more important in use of force cases such as Rashad's.



### JUSTIN A. MOORE
#### Attorney At Law

Justin A. Moore, Esq
Attorney At Law
**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**      **CONTACT: JUSTIN MOORE**
**June 11, 2019**      (214) 794-1069
         justin@moorejustice.net

| | |
|---|---|
| **Who:** | **JUSTIN MOORE (Attorney for Rashad Madden)** |
| **What:** | **Writ of Habeas Corpus filed for Rashad Madden** |
| **When:** | **10:30 am; June 11, 2019** |
| **Where:** | **Frank Crowley Courts Building 133 N. Riverfront Blvd, 6ᵗʰ Floor, Dallas, Texas 75207** |

**BLACK MALE RUMORED BRAIN DEAD AFTER BEING TASED BY DALLAS POLICE HAS BEEN DENIED BAIL. FAMILY DEMANDS THAT HE BE PROVIDED BAIL AND THEY WANT ANSWERS.**

Dallas County, TX- On May 28, 2019, Rashad Madden, a 28 year old black male, ended up in Baylor Hospital unconscious after being brutalized by officers from DPD. The facts surrounding this interaction are a mystery, as the agency has avoided providing Rashad's family any information. What's known is that Rashad is in police custody at Baylor Hospital and he is rumored to be "brain dead." His family is not being provided access to him and they are unable to make any decisions for his health care due to the fact that he has been denied bail. This is grossly unacceptable.

This incident highlights the inhumanity of our criminal justice system. There is an obvious use of force issue here. Furthermore, no person should be brutalized to the brink of death, and then subsequently be hidden from his family due to being denied bail. Rashad and his family deserve better than this. They should be afforded the opportunity to bail Rashad out and they demand to know why he lies in a hospital bed unconscious due to the use of force by DPD.

The question of how crime is policed in Dallas is becoming a hotly contested issue. Because of this, there has been an increased call for a return to "tough on crime" policies that tend to lead to a heightened degree of deadly police-civilian interactions. If DPD and its leadership decide to take this route of over policing, transparency becomes even more important in use of force cases such as Rashad's.



**Justin Moore**
Follow · 11 hrs ·

Everyone meet Rashad Madden. He is a father, a brother and son. He is loved by a big family. Rashad for the past two weeks has been said to be brain dead in police custody due to being tased numerous times, shackled to a hospital bed. His family has been denied the opportunity to see him and they have also been denied the ability to post bail so they can make crucial decisions concerning his health care. Essentially, Rashad was brutalized by police, denied bail, and is languishing in a hospital while his family has no clue if he will live. They need answers and Rashad needs to be given bail so his loved one can care for him. This is sick and inhumane. Call DPD (214) 671-3001 to let it be known that they cannot treat citizens in this manner...



            1 Comment 3 Shares

Like      Comment      Share

Most Relevant

Sandra Jones Prayers
Like · Reply · 3h

Write a comment...
Press Enter to post.

App 00226



**JOHN CREUZOT**
**DISTRICT ATTORNEY**
**DALLAS COUNTY, TEXAS**
**PUBLIC INTEGRITY DIVISION**

December 2, 2020

Vincent Lee
Sergeant
Dallas P.D. – S.I.U.
Vincent.Lee@dpd.ci.dallas.tx.us

Re:   Officer Involved Shooting involving Dallas Police Officer Jason Gribbon #10116

Sgt. Lee,

Dallas Police Officer Jason Gribbon #10116 was involved in a police shooting on May 28, 2019. This letter is to inform you that the Dallas County Grand Jury returned a No-Bill in the above-referenced case on December 2, 2020. Please let me know if you have any questions or need any further information.

Sincerely,

*Mischeka Nicholson*

Mischeka Nicholson
Assistant District Attorney
Public Integrity Division
Dallas County Criminal District Attorney
133 N. Riverfront Blvd., LB19
Dallas, TX  75207
Direct: (214) 653-3803

App 00227

# ◢AXON

| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | Dallas Police Dept - TX | Name | Hawkins, Joe |
| Serial | X130034DV | Badge ID | jhawkins |
| Model | TASER X26P | Local Timezone | Central Standard Time (UTC -05:00) |
| Firmware Version | 04.037 | Generated On | 03 Jun 2019 17:44:08 |
| Device Name | Thomas Foster 11272 | | |
| Health | Active | | |

## Device (X26P)

| Seq # | Local Time [dd:mm::yyyy Hr:min:Sec] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 28 May 2019 20:02:13 *20:01:30* | Armed | | 31 | 71 |
| 2 | 28 May 2019 20:02:16 *20:01:33* | Trigger | 5 | | 71 |
| 3 | 28 May 2019 20:02:23 *20:01:40* | Trigger | 5 | | 70 |
| 4 | 28 May 2019 20:02:32 *20:01:49* | Trigger | 5 | | 70 |
| 5 | 28 May 2019 20:02:41 *20:01:58* | Trigger | 5 | | 70 |
| 6 | 28 May 2019 20:02:48 *20:02:05* | Trigger | 5 | | 70 |
| 7 | 28 May 2019 20:02:56 *20:02:13* | Trigger | 3 | | 70 |
| 8 | 28 May 2019 20:02:59 *20:02:16* | Safe | 46 | 34 | 70 |

*— 0:43s*

# AXON

| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | Dallas Police Dept - TX | Name | Hawkins, Joe |
| Serial | X13001DM4 | Badge ID | jhawkins |
| Model | TASER X26P | Local Timezone | Central Standard Time (UTC -05:00) |
| Firmware Version | 04.037 | Generated On | 03 Jun 2019 17:17:15 |
| Device Name | Dudley Nosworthy 5882 | | |
| Health | Active | | |

## Device (X26P)

| Seq # | Local Time [dd:mm::yyyy Hr:min:Sec] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 28 May 2019 20:07:35 | Armed | | 33 | 39 |
| 2 | 28 May 2019 20:09:52 | Trigger | 5 | | 39 |
| 3 | 28 May 2019 20:10:23 | Safe | 168 | 40 | 38 |
| 4 | 28 May 2019 20:10:24 | Armed | | 40 | 38 |
| 5 | 28 May 2019 20:10:28 | Trigger | 2 | | 38 |
| 6 | 28 May 2019 20:10:30 | Safe | 6 | 40 | 38 |
| 7 | 28 May 2019 20:10:33 | Armed | | 40 | 38 |
| 8 | 28 May 2019 20:10:56 | Safe | 23 | 40 | 38 |

# AXON

| TASER Information | | Report Generated by | |
|---|---|---|---|
| **Dept.** | Dallas Police Dept - TX | **Name** | Hawkins, Joe |
| **Serial** | X130034DV | **Badge ID** | jhawkins |
| **Model** | TASER X26P | **Local Timezone** | Central Standard Time (UTC -05:00) |
| **Firmware Version** | 04.037 | **Generated On** | 03 Jun 2019 17:44:08 |
| **Device Name** | Thomas Foster 11272 | | |
| **Health** | Active | | |

## Device (X26P)

| Seq # | Local Time [dd:mm::yyyy Hr:min:Sec] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 28 May 2019 20:02:13  *20:01:30* | Armed | | 31 | 71 |
| 2 | 28 May 2019 20:02:16  *20:01:33* | Trigger | 5 | | 71 |
| 3 | 28 May 2019 20:02:23  *20:01:40* | Trigger | 5 | | 70 |
| 4 | 28 May 2019 20:02:32  *20:01:49* | Trigger | 5 | | 70 |
| 5 | 28 May 2019 20:02:41  *20:01:54* | Trigger | 5 | | 70 |
| 6 | 28 May 2019 20:02:48  *20:02:05* | Trigger | 5 | | 70 |
| 7 | 28 May 2019 20:02:56  *20:02:13* | Trigger | 3 | | 70 |
| 8 | 28 May 2019 20:02:59  *20:02:16* | Safe | 46 | 34 | 70 |

*— 0:43s*

# AXON

**TASER Information**

| | | **Report Generated by** | |
|---|---|---|---|
| Dept. | Dallas Police Dept - TX | Name | Hawkins, Joe |
| Serial | X13001DM4 | Badge ID | jhawkins |
| Model | TASER X26P | Local Timezone | Central Standard Time (UTC -05:00) |
| Firmware Version | 04.037 | Generated On | 03 Jun 2019 17:17:15 |
| Device Name | Dudley Nosworthy 5882 | | |
| Health | Active | | |

## Device (X26P)

| Seq # | Local Time [dd:mm::yyyy Hr:min:Sec] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 28 May 2019 20:07:35 | Armed | | 33 | 39 |
| 2 | 28 May 2019 20:09:52 | Trigger | 5 | | 39 |
| 3 | 28 May 2019 20:10:23 | Safe | 168 | 40 | 38 |
| 4 | 28 May 2019 20:10:24 | Armed | | 40 | 38 |
| 5 | 28 May 2019 20:10:28 | Trigger | 2 | | 38 |
| 6 | 28 May 2019 20:10:30 | Safe | 6 | 40 | 38 |
| 7 | 28 May 2019 20:10:33 | Armed | | 40 | 38 |
| 8 | 28 May 2019 20:10:56 | Safe | 23 | 40 | 38 |

*(handwritten annotations appear throughout the Local Time column: 14:59:24, 20:; 20:1:41; 20:02:12; 20:02:13; 20:02:17; 20:02:19; 20:02:22; 20:02:45)*

*(handwritten) - 8:11s*

April 19, 2021


Eddie Garcia
Chief of Police

Subject:      Firearms Discharge – Perpetrator
              Control Number:   2019-099

Chief:

## **SUMMARY**

On May 28, 2019, officers responded to 7525 C.F. Hawn Freeway regarding
a crisis intervention (Signal 46A) call, where Mr. Rashad Madden produced a
weapon. On arrival, officers observed Mr. Madden under a parked van
holding a weapon. Officers gave Mr. Madden verbal commands to drop the
weapon and crawl out from underneath the van. Mr. Madden failed to comply
with the officers' commands. After several failed attempts to communicate
with Mr. Madden, he was tasered which appeared to have no effect. Mr.
Madden continued to roll underneath the van displaying the weapon. Senior
Corporal Jason Gribbon, #10116, Southeast Division, discharged his duty
weapon one time at Mr. Madden. Sergeant Dudley Nosworthy, #5882, and
Police Officer Thomas Foster, #11272, Southeast Division, discharged their
tasers at Mr. Madden. Mr. Madden began to crawl from under the van and
officers placed him into custody. Mr. Madden appeared to have an adverse
reaction to drugs he had consumed and was transported to Baylor Hospital.
On July 28, 2019, Mr. Madden was pronounced deceased at the hospital. As
a result, the following investigation was conducted.


**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 2

## INVESTIGATION

## OFFICER TESTIMONY

**Senior Corporal Jason Gribbon, #10116, Southeast Division (Affidavit In Any Fact dated May 31, 2019, and Internal Statement dated March 26, 2021)**

On May 28, 2019, at approximately 7:55 p.m., Senior Corporal Gribbon responded to a call regarding Mr. Madden pointing a weapon to his neck. He heard an officer state Mr. Madden was inside a vehicle with a female, who had blonde hair. Senior Corporal Gribbon was concerned the incident would become a barricaded person situation with a hostage.

On arrival, Senior Corporal Gribbon observed several officers on scene. He ran towards the scene and heard Sergeant Nosworthy yell out for officers to get behind cover. Senior Corporal Gribbon ran towards Sergeant Nosworthy, who was crouched down at the rear of a pickup truck with his taser unholstered. Senior Corporal Gribbon got into a crouched position to see Mr. Madden. He heard tasers being discharged. From his vantage point, it appeared the attempts to tase Mr. Madden would be ineffective. Almost immediately, Senior Corporal Gribbon observed Mr. Madden reach under his body for a weapon. Senior Corporal Gribbon saw glimpses of the weapon as it appeared and disappeared under Mr. Madden's body. At one point, Mr. Madden moved the weapon from under his body to his left side. Moments later, Mr. Madden reached for the weapon and fumbled with it briefly until he gained full control of the weapon. Senior Corporal Gribbon yelled, "Drop it! Drop it! Drop it!" Mr. Madden turned the weapon and pointed it at Senior Corporal Gribbon, who was still in a crouched position. Senior Corporal Gribbon discharged his duty weapon one time to stop Mr. Madden from murdering him.

Mr. Madden screamed, then he stopped moving. Senior Corporal Gribbon believed he shot Mr. Madden and stopped the threat. Several officers cautiously approached Mr. Madden and placed him into custody.

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 3

**Sergeant Dudley Nosworthy, #5882, Southeast Division (Affidavit In Any Fact dated May 28, 2019, and Internal Statement dated April 1, 2021)**

Sergeant Nosworthy responded to a call at 7525 C. F. Hawn Freeway regarding a man (Mr. Madden) with a gun to his head stating he was going to kill himself. Upon arrival, he observed Police Officers Dylan Nelson, #11280, and Thomas Foster, #11272, Southeast Division, entering the business parking lot, and Mr. Madden lying in the prone position underneath a white van. Initially, Sergeant Nosworthy unholstered his duty weapon briefly then re-holstered. He took a prone position in front of the van and began to point his Taser at Mr. Madden. To get a better view of Mr. Madden, Sergeant Nosworthy moved to his left and took a kneeling position from the corner of the white pickup truck.

Officer Foster was on the other side of van. Officer Foster was in a combative dialogue with Mr. Madden, who made several suicidal threats while holding a firearm in his hands. Several times during this dialogue, Mr. Madden rolled to his left and right and manipulated the weapon telling officers to kill him. Sergeant Nosworthy requested an officer with a ballistic shield to respond to the location. Officer Foster discharged his taser at Mr. Madden, which appeared to have no effect. Sergeant Nosworthy had a clear shot to discharge his taser at Mr. Madden. Once Sergeant Nosworthy discharged his taser, he was unsure if both probes connected because there was no reaction by Mr. Madden. Sergeant Nosworthy decided to install a second cartridge. At that time, he heard a single shot from Senior Corporal Gribbon, who was on Sergeant Nosworthy's right side. Once Senior Corporal Gribbon discharged his weapon, several cover officers approached Mr. Madden, secured the weapon he was holding, and placed him into custody.

Dallas Fire Rescue (DFR) responded to the location and transported Mr. Madden to Baylor Hospital. Prior to Mr. Madden being transported to the hospital, the taser prongs were removed. At no time did Sergeant Nosworthy discharge his duty weapon.

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 4

**Police Officer Thomas Foster, #11272, Southeast Division (Affidavit In Any Fact dated May 29, 2019, and Internal Statement dated April 1, 2021)**

Officer Foster responded to a call regarding a man (Mr. Madden) holding a weapon to his head and crawling underneath a van. On arrival, he observed Mr. Madden underneath a parked van. Officer Foster crouched behind the front driver's side wheel and observed Mr. Madden holding a black weapon. Officer Foster gave Mr. Madden verbal commands to drop the weapon. Officer Foster noticed Mr. Madden was foaming from his mouth and screaming incoherently about his daughter. Again, Officer Foster gave verbal commands for Mr. Madden to drop the weapon. Mr. Madden refused to comply.

Officer Foster attempted to talk to Mr. Madden. He stated he needed to protect his daughter, but his syntax and statements were incoherent. Mr. Madden stated he had used cocaine. Mr. Madden placed the black weapon under his chin and screamed he would kill himself. Mr. Madden stated he wanted the police to kill him. Officer Foster attempted to get Mr. Madden to talk, then he heard what sounded like Mr. Madden racking the weapon. Mr. Madden stated he put a bullet in the chamber, and he would kill the officers if they did not kill him. Mr. Madden rolled around and positioned his body with his back towards Officer Foster. As a result, Officer Foster could no longer see Mr. Madden's hands. Officer Foster heard what he believed to be a taser discharge. Mr. Madden rolled back onto his stomach and attempted to crawl away with the weapon in his hands. Mr. Madden positioned his back towards Officer Foster again. Officer Foster drew his taser and discharged it into Mr. Madden's back, giving verbal commands to drop the weapon. Mr. Madden did not comply and continued to crawl away.

Officer Foster repeated the verbal commands for Mr. Madden to drop the weapon, and he failed to comply. Officer Foster tased him again. Mr. Madden attempted to crawl away two more times and failed to comply with verbal commands to drop the weapon. Mr. Madden almost crawled from under the van, and Officer Foster grabbed him, while he was holding the weapon underneath his chest. Officer Foster placed one of Mr. Madden's arms behind

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 5

his back, Officer Nelson helped placed Mr. Madden into custody. Officer
Foster recovered the weapon from Mr. Madden's other hand, which was still
beneath his chest. Officer Foster handed the weapon off, then he and several
officers carried Mr. Madden out for DFR. At no time did Officer Foster
discharge his duty weapon.

## WITNESS TESTIMONY

### Mr. Mitchell Wallace (PIU Recorded Interview dated May 28, 2019)

Mr. Mitchell Wallace stated Mr. Madden came onto his property holding a
weapon. Mr. Madden pointed the weapon at Mr. Wallace in a threatening
manner, which placed him in fear for his safety. Mr. Madden racked the slide
of the weapon and ejected a live bullet. Mr. Wallace pulled out his own
weapon. Mr. Madden held his weapon to his neck and crawled under a van
until police arrived.

### Ms. Linda Wallace (PIU Recorded Interview dated May 28, 2019)

Ms. Linda Wallace stated Mr. Madden came onto their property holding a
weapon. Mr. Madden pointed the weapon at Ms. Wallace. Mr. Madden
crawled under a white van until police arrived.

### Ms. Alexandria Wallace (PIU Recorded Interview dated May 28, 2019)

Ms. Alexandria Wallace stated Mr. Madden came onto their property holding
a weapon. Mr. Madden pointed the weapon at Ms. Wallace. Mr. Madden
crawled under a white van until police arrived.

## INVESTIGATIVE NOTES

Based on Body Worn Camera (BWC) footage and the Special Investigations
Unit's (SIU) investigative notes and recorded interviews Senior Corporal Jay
Dickson, #9480, Police Officers Oscar Arias, #10849, Mark Ayala, #11228,
Lucas Fillmore, #11467, Sergio Garcia, #10929, Sean Mulrenan, #10988,
Dylan Nelson, #11280, Sergio Ortiz, #10693, William Parker, #10612, Jose

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 6

Rayas, #10984, and Kevin Yeatman, #10695, Southeast Division, responded to a call regarding a male with a weapon. Upon arrival, they observed Mr. Madden underneath a white van in the parking lot holding a weapon. After they heard a single gunshot and a taser being discharged, Officers Nelson, Rayas, Parker, and Police Officer Lucas Fillmore, #11467, Southeast Division, moved in to assist in taking Mr. Madden into custody. However, they did not observe the officer involved shooting or the taser being discharged; therefore, no witness statements were obtained. (Attachments #5 - #15)

VisiNet Fire Incident Detail Report #2019122365 documents on May 28, 2019, at approximately 7:54 p.m., DFR #5 responded to a call at 7525 C. F. Hawn Freeway. At approximately 8:16 p.m., DFR #5 transported Mr. Madden to Baylor Hospital. (Attachment #16)

VisiNet Incident Detail Report #19-0963722 documents on May 28, 2019, at approximately 7:54 p.m., multiple officers responded to an assist officer call at 7525 C.F. Hawn Freeway regarding a male with a gun. (Attachment #17)

Dallas Police Department Incident Report and Supplemental Reports #106952-2019 document an Aggravated Assault – Deadly Weapon offense. Mr. Madden was listed as the suspect/arrestee. (Attachment #18)

DFR Prehospital Care Report Summary #2019122365 documents Mr. Madden was unresponsive and breathing when DFR #5 transported him to Baylor Hospital. (Attachment #19)

The Special Investigation Unit (SIU) conducted a criminal investigation into this incident, including notes, interviews with numerous witnesses and uninvolved officers. The SIU Executive Summary documents Mr. Madden was charged with Aggravated Assault with a Deadly Weapon (a Second-Degree Felony, Warrant #F1955126). These documents, along with Mr. Madden's Adult Information System (AIS) are attached to this investigation. (Attachment #20)

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 7

Southwestern Institute of Forensic Sciences (SWIFS) Autopsy Report #IFS-19-13847-ME documents the autopsy performed regarding Mr. Madden. The Medical Examiner determined Mr. Madden died from the toxic effects of cocaine and amphetamines. (Attachment #21)

SWIFS Toxicology Analysis was performed on Mr. Madden's blood. The results revealed Mr. Madden tested positive for cocaine and amphetamines. (Attachment #22)

SWIFS examined the involved weapons, unfired cartridges, and fired cartridge casings and the findings in a Firearms Analysis Report. (Attachment #23) Dallas Firearms Training Center (FTC) Qualification History documents on May 14, 2019, Senior Corporal Gribbon qualified with a Glock 31 as his primary weapon. (Attachment #23b)

On December 20, 2020, the Dallas County Grand Jury returned a No Bill decision regarding Senior Corporal Gribbon discharging his duty weapon during this incident. (Attachments #24)

Sergeant Nosworthy's Response to Resistance Report and Taser Evidence Sync Report documents on May 28, 2019, Sergeant Nosworthy discharged his taser one time for approximately 5 seconds. (Attachment #25)

Officer Foster's Response to Resistance Report and Taser Evidence Sync Report documents on May 28, 2019, Officer Foster discharged his taser two (2) times, which appeared to have no effect on Mr. Madden. (Attachment #26)

Crime Scene Response Unit (CSRU) photographs were taken of Mr. Madden at Baylor Hospital. (Attachment #31)

Dispatch audio from the Southeast Division (Attachment #32) and the 911 call (Attachment #33) are attached to this investigation.

Officer Gribbon provided an audio recorded interview to the Internal Affairs Division (IAD). (Attachment #34)

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 8

BWC footage from Senior Corporal Gribbon documents Officers Rushing and Gribbon responding to the assist officer call. On arrival, they ran towards the scene with weapons deployed. Senior Corporal Gribbon positions himself alongside Sergeant Nosworthy, who had his taser deployed. Senior Corporal Gribbon gave Mr. Madden loud verbal commands to drop the weapon, he then discharged his weapon one time towards him. Senior Corporal Gribbon gave several loud verbal commands for him to drop the weapon. Sergeant Nosworthy discharged his taser, then responding officers approached Mr. Madden to take him into custody. (Attachment #35)

A disc titled BWC titled 15-1 documents Officers Nelson, Rayas, Fillmore and Parker moved in to assist in taking Mr. Madden into custody. The officers carried Mr. Madden to a grassy area and placed him on the ground in an upright position. Mr. Madden appeared responsive and was talking to the officers. DFR #5 arrived and transported Mr. Madden to Baylor Hospital for medical treatment. (Attachment #36)

A disc titled 106952-2019 documents BWC footage of Senior Corporal Dickson, and Officers Arias, Ayala, Fillmore, Garcia, Mulrenan, Nelson, Ortiz, Parker, Rayas, and Yeatman responded to a call regarding a male with a weapon. Upon arrival, they observed Mr. Madden underneath a white van in the parking lot holding a weapon. After they heard a single gunshot and a taser being discharge, they moved in to assist in taking Mr. Madden into custody. (Attachment #37)

A disc titled Mr. Wallace's Field Interview documents Mr. Wallace stating Mr. Madden came onto his property holding a weapon. Mr. Madden pointed the weapon at Mr. Wallace in a threatening manner, which placed him in fear for his safety. Mr. Madden racked the slide of the weapon and ejected a live bullet. Mr. Wallace pulled out his own weapon. Mr. Madden held his weapon to his neck and crawled under a van until police arrived. (Attachment #38)

A disc titled Ms. Linda Wallace's SIU Field Interview documents Ms. L. Wallace stating Mr. Madden came onto their property holding a weapon. Mr. Madden pointed the weapon at Mr. Wallace, who then pulled out his weapon.

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 9

At that time, Mr. Madden held his weapon to his neck and crawled under a van until police arrived. (Attachment #39)

A disc titled Alex Wallace documents SIUs interview of Ms. A. Wallace. She states Mr. Madden came onto their property holding a weapon. Ms. A. Wallace was told Mr. Madden had a weapon. She observed Mr. Wallace point a weapon at Mr. Madden, who then crawled under a white van until police arrived. She heard the responding officers tell Mr. Madden to drop the weapon. (Attachment #40)

Respectfully submitted,

Karen M. Lewis, #8286
Detective of Police
Internal Affairs Division
Office of the Chief of Police

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 10

## **FINDINGS**

On May 28, 2019, officers were dispatched to 7525 C.F. Hawn Freeway regarding a mental health call where Mr. Madden produced a weapon. On arrival, officers observed Mr. Madden under a parked van holding a weapon. Officers gave Mr. Madden verbal commands to drop the weapon and crawl out from underneath the van. Mr. Madden failed to comply with the officers' commands. After several failed attempts to communicate with Mr. Madden, he was tasered by Sergeant Nosworthy and Officer Foster, which appeared to have no effect on him. Mr. Madden continued to roll underneath the van displaying the weapon. Senior Corporal Gribbon discharged his duty weapon one time at him, but the round did not strike Mr. Madden. Mr. Madden began to crawl from under the van and officers placed him into custody. BWC documents Mr. Madden appeared responsive and was talking to the officers. Mr. Madden was transported to Baylor Hospital by DFR for medical treatment. Mr. Madden died two months later. The autopsy report documents Mr. Madden died from the toxic effects of cocaine and amphetamines.

Based upon the testimonial, documentary, and video evidence collected during the course of this investigation, Senior Corporal Gribbon's use of force was within the guidelines of the Dallas Police Department's Deadly Force Policy, General Order 906.02, and was justified under Chapter 9.13 of the Texas Penal Code. There was no evidence indicating Sergeant Nosworthy and Officer Foster violated any Departmental policy during this incident or that their actions contributed to or caused the death of Mr. Madden. Therefore, this investigation is classified as **"COMPLETE."**


Irene Alanis
Major of Police
Internal Affairs Division
Office of the Chief of Police


**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 11

## **ATTACHMENTS**

1.   Request for Control Number
2.   Internal Statement and Affidavit in Any Fact – Gribbon
3.   Internal Statement and Affidavit in Any Fact – Sergeant Nosworthy
4.   Internal Statement and Affidavit in Any Fact – Officer Foster
5.   Affidavit in Any Fact – Senior Corporal Dickson
6.   Affidavit in Any Fact – Officer Arias
7.   Affidavit in Any Fact – Officer Ayala
8.   Affidavit in Any Fact – Officer Fillmore
9.   Affidavit in Any Fact – Officer Garcia
10.  Affidavit in Any Fact – Officer Mulrenan
11.  Affidavit in Any Fact – Officer Nelson
12.  Affidavit in Any Fact – Officer Ortiz
13.  Affidavit in Any Fact – Officer Parker
14.  Affidavit in Any Fact – Officer Rayas
15.  Affidavit in Any Fact – Officer Yeatman
16.  Fire Incident Detail Report #2019122365
17.  VisiNet Incident Detail Report #19-0963722
18.  Dallas Police Incident Report & CSRU Supplemental Report #106952-2019
19.  Dallas Fire Rescue Prehospital Care Report Summary
20.  SIU Executive Summary
21.  SWIFS Autopsy Report
22.  SWIFS Toxicology Analysis
23.  SWIFS Firearms Analysis
23b  Dallas FTC Qualification History
24.  Dallas County Grand Jury Verdict – No Bill
25.  Response To resistance Report – Sergeant Nosworthy
26.  Response To resistance Report – Officer Foster
27.  Memorandum - SIU
28.  Command and Employee Notifications
29.  Administrative Warnings
30.  Concise Resumes
31.  CSRU Photographs
32.  Dispatch Tapes

**CONFIDENTIAL**

Firearms Discharge – Perpetrator
Control Number CN2019-099
April 19, 2021
Page 12

33.    CD – 911 Call
34.    CD – Gribbon's IAD Read - In
35.    BWC – Gribbon
36.    BWC – 15-1
37.    BWC – #106952-2019
38.    DVD – Mr. Wallace's Field Interview
39.    DVD – Ms. Linda Wallace's Field Interview
40.    DVD – Ms. A. Wallace

**CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES MADDEN, INDIVIDUALLY AND AS THE FATHER AND REPRESENTATIVE OF THE ESTATE OF RASHAD MADDEN AND SHABREEKA KENNEDY AS NEXT FRIEND OF MINOR CHILD, M.M., | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-CV-01168-S |
| v. | § § | |
| JASON GIBBON, DUDLEY NOSWORTHY, OTHER JOHN DOE DALLAS POLICE OFFICERS, AND THE CITY OF DALLAS, TEXAS, | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF DUDLEY NOSWORTHY, II

My name is Dudley Nosworthy, II.[1] I am over twenty-one (21) years of age and am fully competent to make this declaration. I have never been convicted of a felony or a crime of moral turpitude and have no legal disabilities that would prevent me from making this declaration. Unless explicitly stated otherwise, I have personal knowledge of the facts set forth herein, and all of the statements in this declaration are true and correct to the best of my knowledge and recollection.

On May 28, 2019, I was employed by the Dallas Police Department as a police sergeant. On that day, I responded to 5 Ponies Truck Sales, regarding a 46A-CIT W/Ambulance (Crisis Intervention Team with Ambulance), where a Black Male had a gun to his head. Upon arrival I parked my patrol car on the street in the front of the business and observed a Black Male lying in the prone position under a white van with his feet facing me. I encountered the business owner in the parking lot. The business owner, who I later came to know as Mitchell Wallace, stated the Black Male entered the business and pointed a handgun at him so he in in-turn pointed his handgun at him. The Black Male then fled under the white van. Mr. Mitchell asked me to "please do not shoot him." I instructed Mr. Mitchell to move to the other side of the business parking lot and then I unholstered my duty weapon and moved to a prone position in the parking lot facing the white van which the Black Male was lying under. After several seconds I holstered my duty

---

[1] I am the named Defendant in this lawsuit. My legal name is Dudley Nosworthy, II.

1

weapon and drew my Taser because I felt I could better resolve the incident utilizing my Taser. I also moved to the corner of a truck in the parking lot which provided me some cover and gave me a better vantage point to see the Black Male. I observed the Black Male holding the handgun with both hands as he was rolling from side to side and pointing the handgun to both sides of the van. During this time there was constant combative dialogue between the Black Male and two other officers on the other side of the van telling him to drop the weapon.

As more officers began to arrive at the location, I directed them to take up positions of cover within the parking lot and Officer Gribbon took up a kneeling position to my right side. During the continued combative dialogue with the Black Male telling him to drop the weapon, the Black Male rolled on his right side exposing his full front torso. This exposure allowed me the best opportunity to fire my Taser. Once I fired my Taser, I was unsure if both Taser Probes connected to the Black Male because I did not observe a defined reaction. I made the decision to install my second cartridge. As I looked down to facilitate this process, I heard Officer Gribbon fire a single shot at the Black Male. I was unsure if the Black Male was hit, however I believe this distracted the Black Male enough to where the other officers on the other side of the van were able to remove him from underneath the van and place him into custody. The Black Male was immediately checked out by DFR and taken to Baylor Hospital.

Once the Black Male was transported to the hospital, I began the process of notifying my chain of command we had an Officer Involved Shooting.

## VERIFICATION

"I, Dudley Nosworthy, II, state under penalty of perjury that the foregoing is true and correct.  Executed on *March 17, 2022*)

Dudley Nosworthy, II."

3

App 00246